Exhibit 1

**Registration Number**
VA 1-748-967

**Effective date of registration:**
September 17, 2010

## Title

**Title of Work:** "Cat Reading Newspaper" - Greeting Card #02660

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 15, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 187862900-X

## Author

- **Author:** Avanti Press, Inc.

**Author Created:** photograph(s), 2-D artwork, Photo Collage

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Avanti Press, Inc.

155 West Congress, Suite 200, Detroit, MI, 48226

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s), Photograph of Cat (without glasses and newspaper); Photograph of Couch and Pillow

**New material included in claim:** photograph(s), 2-D artwork, Digital manipulation of photographs to create photo collage.

## Rights and Permissions

**Organization Name:** Avanti Press, Inc.

**Name:** Lori A Delisi

**Email:** loridelisi@avantipress.com **Telephone:** 313-262-8637

**Address:** 155 West Congress
Suite 200
Detroit, MI 48226

## Certification

**Name:** Lori Delisi

**Date:** September 13, 2010

**Applicant's Tracking Number:** 14889

