**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

AVANTI PRESS, INC.,

Plaintiff,

Case No.: 1:26-cv-12214

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | liaochengshitaihangnongchanpin |
| 2 | ZBrgik |
| 3 | ywyxgs |
| 4 | LiQiXia55 |
| 5 | 淮音商贸行 |
| 6 | ChangShaShiXiGuiShangMaoYouXianGongSi |
| 7 | xinxiangshiweibinqutengdazaishengziyuanhuisho |
| 8 | heyuanzhangmaifuzhuang |
| 9 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |
| 10 | Tie Fa Shi Ye |
| 11 | owle dinner |
| 12 | HaoXinShuiChan |
| 13 | Huang2233qingnian |
| 14 | YaoAnXiaoCuanShangMaoYouXianGongSi |
| 15 | guoshengtong |
| 16 | kangpingxiannongtainongjizhuanyehezuoshe |
| 17 | xinxiangshibaofushizhenggongcheng |
| 18 | shanghailubaogongchengshigong |
| 19 | haerbinshiqiuliangxinxizixunyouxiangongsi |
| 20 | KKKll |
| 21 | yongchengshierheshangmaoyouxiangongsi |
| 22 | ChenMei46 |
| 23 | 金华市揪隼电子商务有限公司 |
| 24 | SanHeShiJunHuiShangMaoYouXianGongSi |
| 25 | taizhouluqiaoyuxinyaodianzishangwu |

| | |
|---|---|
| 26 | qiananxianlijialiangshimaoyiyou |
| 27 | hefeiyijihuadianzishangwuyouxiangongsi |
| 28 | QuJingXuLiaoShangMao |
| 29 | wanjishipinzhengzhouyouxian |
| 30 | shanxihongchenjianzhuzhuangshiyouxiangongsi |
| 31 | Zhou 6985Zuliang |
| 32 | shanxiyihuifengshengwukeji |
| 33 | boaixianchunlinshangmaoyouxiangongsi |
| 34 | 桓贤子塑品 |
| 35 | bozhoushiqiaochengqudongzhaohuashui |
| 36 | 周游户外用品 |
| 37 | henanshengchenjingwuyeyou |
| 38 | ChangShaJuBaiYeMaoYiYouXianGongSi |
| 39 | HuHeHaoTeShiYunZhengWei |
| 40 | longekeji2 |
| 41 | 贫铭商贸 |
| 42 | tianjinbangteyunshugufenyouxiangongsi |
| 43 | 美眉饰科 |
| 44 | GuangZhouYiWuShangMao |
| 45 | 金华市淑徵服饰有限公司 |
| 46 | deyangzhiguangshanxi |
| 47 | qiuzhouyumojiancaiyouxiangongsi |
| 48 | ddhj |
| 49 | ZhuZhouHuJuShangMaoYouXianGongSi |
| 50 | xinxiangshihongchenjianzhulaow |
| 51 | baofengxiantengdazhuangshigongcheng |
| 52 | suzhoushifuyuecaifangzhi |
| 53 | anshiqijunguanggaobiaoshizhizuoy |
| 54 | 室厨垫品 |
| 55 | ShiChiSiWenSanaoYuXiaGongSi |
| 56 | zzhir |
| 57 | jiannmn |
| 58 | fengqiuxianliweiqiangyang |
| 59 | mengchengxianwangyihuajiatingnong |
| 60 | hongfajiadian |
| 61 | JiangSuZhiQiDianJianSheGongChengYouXianGongSi |
| 62 | yiwushiyankuaidianzishangwuyouxiangongsi |
| 63 | jinchengshisuqianggongmaoyouxiangongsi |
| 64 | guangzhoulitongbaihuoyouxiangongsi |
| 65 | taihexianbaochuanmingnongyejiating |

| | |
|---|---|
| 66 | 户外辉手电品 |
| 67 | dongmingxiyuanduoshangmao |
| 68 | shanxizhongtaijixieshebeiyouxiangongsi |
| 69 | HeNanMiLuoMenChuang |
| 70 | henanhongyangzhuangshisheji |
| 71 | jinchengshimeishiwenhuayishuchuanmeiyouxiangongsi |
| 72 | yunchengshichengyunqichexiaoshoufuwuyouxiangongsi |
| 73 | XiongAnYouZhengShangMao |
| 74 | TangShanRenYingShangMao |
| 75 | ZhuZhouXieSuShangMaoYouXianGongSi |
| 76 | honghesanyuqichexiaoshoufuwu |
| 77 | 建俣凳品贸易 |
| 78 | 瀚立门帽挂件 |
| 79 | guangzhouchenhuijimaoyiyouxiangongsi |
| 80 | jiangxianxinlijixieshebeizhizaochang |
| 81 | guangzhoulinglengxingshangmaoyouxiangongsi |
| 82 | guangzhourongtongbaihuoyouxiangongsi |
| 83 | xianyoujianhuastore |
| 84 | Lakequill |
| 85 | HuamuTech |
| 86 | guangzhoutuanpeidianzishangwushanghanggerenduzi |
| 87 | datongshiyungangqulongtongwuliuyouxiangongsi |
| 88 | shangluohuayangqinlingyaoyeyouxiangongsi |
| 89 | jinchengshiyunpengchehangyouxiangongsi |
| 90 | yonggexuexiudian |
| 91 | henanhuicongjishuzhuanyizixun |
| 92 | 洪宇小店 |
| 93 | dengzhoushizhuokangshangmao |
| 94 | Guangzhou Runban Trading Co., Ltd |
| 95 | TimeToBloom |
| 96 | C'eitura store US |
| 97 | xueqianshangmao |
| 98 | DHFEF |
| 99 | changjundi |
| 100 | yuping wang |
| 101 | TM Banana |
| 102 | SYS Art shop |
| 103 | Zz sunshine |
| 104 | FFAINELW |
| 105 | TM Posters |
| 106 | Tsigns Unlimited |
| 107 | Your painting H |

| | |
|---|---|
| 108 | Vintage decorative painting |
| 109 | DOUlink |
| 110 | Creative Sign Shop |
| 111 | Shook Art Studio |
| 112 | Artistry Haven Creations |
| 113 | FJWOZUQV |
| 114 | LZMGXBBQD |
| 115 | XM ART |
| 116 | IronPcArt |
| 117 | Feylor |
| 118 | Reigen Arataka |
| 119 | EDFVH |
| 120 | PSDKHSFH |
| 121 | Steel Strokes |
| 122 | Liudanwei shop |
| 123 | Diyva |
| 124 | PPLOVEO |
| 125 | Classic Couture Collection |
| 126 | Bygone Beauties |
| 127 | DPDB |
| 128 | Galvin Decoration |
| 129 | DOUYS |
| 130 | JIULI SHAGNDIAN S |
| 131 | OTJRJFSD |
| 132 | Birds lin |
| 133 | TP MISS |
| 134 | Home DIY Decoration |
| 135 | Life As You Wish |
| 136 | cookie art |
| 137 | Nearly Dream |
| 138 | Niceposter |
| 139 | YCJ Decorative paintings and posters |
| 140 | POP TD |
| 141 | Canvas Nook |
| 142 | NiuCanvasPainting |
| 143 | JIULI SHAGNDIAN UU |
| 144 | penlonb |
| 145 | RetroMetal Art |
| 146 | LXS Art Decoration |
| 147 | LUCKYAURAGOOD |
| 148 | Dtiepidianpu |
| 149 | RGBReveries |
| 150 | ChenHongJESSE |

| | |
|---|---|
| 151 | Yan Yan Hang |
| 152 | April aa |
| 153 | CYX Canvas Connoisseurs |
| 154 | Industrial Art Plate Jun |
| 155 | Ming Hanxing trade |
| 156 | Artisan Craftworks of shop |
| 157 | Canvas coefficient |
| 158 | CanvanShop xl |
| 159 | Bloone |
| 160 | Re reloading |
| 161 | fan fan de Lou |
| 162 | KYX The initial beauty |
| 163 | XMYIBAISHENGTwo |
| 164 | BEAUTIFULFORYOUAB |
| 165 | A Sincere Decorative painting |
| 166 | Ikus paintings |
| 167 | Sea Crafts |
| 168 | CCH wall art |
| 169 | HXL home B |
| 170 | Best Wishes Canvas Painting Shop |
| 171 | ASDBHYT WALL ART |
| 172 | JoyMurals local |
| 173 | E Distant decorative painting |
| 174 | C Distant decorative painting |
| 175 | Iron Art HalfCare |
| 176 | YO Gold |
| 177 | Camellia iio |
| 178 | dfgf |
| 179 | Aiwena Home Furnishings Museu |
| 180 | EclipseAtelier |
| 181 | Beautiful HX |
| 182 | demiawaking |
| 183 | lshAA |
| 184 | Guo You Cai |
| 185 | K Crafts |
| 186 | Cachtershy |
| 187 | FREEJK |
| 188 | sq Decor |
| 189 | FMINE |
| 190 | fricese |
| 191 | kaitinghand |
| 192 | dreamroseand |
| 193 | municashop |

| | |
|---|---|
| 194 | Ketbon |
| 195 | FANANDJOY |
| 196 | Kedemas |
| 197 | Mireille |
| 198 | Everycup |
| 199 | kerationch |
| 200 | BOS IRONART |
| 201 | Office esports mouse pad |
| 202 | JG Happy Iron |
| 203 | PENGWEIQW |
| 204 | HUALINGYQ local |
| 205 | PMYCN |
| 206 | Gavin Moon Shop |
| 207 | TMArt family |
| 208 | paintarthub |