Exhibit 1

## 001 liaochengshitaihangnongchanpin

9/26/25, 9:21 PM Amazon.com: Home Bar Cat Reading Because Murder I Wrong Vintage Tin Sign - Retro Decor for Home, Bar, Kitchen, Garage - M...

amazon Deliver to O Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Off to College | Early Prime Deals | Same-Day Delivery | Medical Care | Groceries | Amazon Basics | Customer Service | New Releases | Buy Again | Prime Big Deal Days is October 7-8

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



### Home Bar Cat Reading Because Murder I Wrong Vintage Tin Sign - Retro Decor for Home, Bar, Kitchen, Garage - Metal Wall Art Poster 8×12 Inch

Brand: VXHRUKL

$7.99

Get a $60 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Color: **Tin sign10**

$7.99 | $7.99 | $7.99 | $7.99 | $7.99 | $7.99 | $7.99 | $7.99 | $7.99 | $7.99

Size: **8×12**

| | |
|---|---|
| **Color** | Tin sign10 |
| **Brand** | VXHRUKL |
| **Material** | Iron, Metal |
| **Item Weight** | 3.52 ounces |

**About this item**

- Material Quality: Made from sturdy, rust - resistant metal to ensure long - term use, even in outdoor environments.
- Printing Technique: Utilizes high - definition printing with fade - resistant inks for vivid and lasting graphics and text.
- Design Versatility: Offers a wide range of designs, from vintage styles to modern art, suitable for various decor themes.
- Easy Installation: Comes with pre - drilled holes or adhesive options for convenient mounting on walls, doors, or fences.

$7.99

$5.50 delivery **October 14 - 28.** Details

Deliver to O - Chicago 60604

**Only 20 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | liaochengshitaihangnongchanpin |
| Sold by | liaochengshitaihangnongchanpin |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to List

9/26/25, 9:22 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with American Express** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Special Offer**

**O, we're giving you a 7-day trial of Prime for only $1.99** Join Prime

Free delivery, award-winning TV, exclusive deals, and more

**Arriving Oct 14, 2025 - Oct 28, 2025**



Home Bar Cat Reading Because Murder I Wrong Vintage Tin Sign - Retro Decor for Home, Bar, Kitchen, Garage - Metal Wall Art Poster 8×12 Inch

**$7.99**

Ships from liaochengshitaihangnongchanpin

Sold by liaochengshitaihangnongchanpin

1

**Gift options not available**

**Tuesday, Oct 14 - Tuesday, Oct 28** $5.50

Place your order

**Order total: $14.31**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

O, enjoy a 7-day trial of Prime for only $1.99!

# VA 1-748-967



## 002 ZBrgik

9/16/25, 5:41 PM Amazon.com : XUHZIEHN Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign ...

amazon prime | Deliver to Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, OO Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Amazon Haul | Off to College | Books | Early Prime Deals | Same-Day Delivery | Medical Care | Groceries | Pharmacy | Home Improvement | Customer Service | Amazon Basics | Prime Big Deal Days is October 7-8

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Prime members save up to 80% on meds | Learn more | amazon pharmacy

**We are unable to charge you for Prime due to insufficient funds**

Add a valid payment method in 17 days to avoid losing your Prime benefits. | Please update your payment method

Home & Kitchen › Wall Art › Posters & Prints




Click to see full view



XUHZIEHN Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 8x12inch

Brand: XUHZIEHN

4.5 ★★★★★ (39)

$13.99

Thank you for being a Prime member. Get a $150 Gift Card: Pay $0.00 upon approval for Prime Visa. No annual fee.

| | |
|---|---|
| **Brand** | XUHZIEHN |
| **Material** | Tin |
| **Theme** | Retro,Vintage |
| **Recommended Uses For Product** | Decoration of home bars or similar spaces |
| **Mounting Type** | Wall Mount |

Report an issue with this product or seller

Sponsored

$13.99

$2.99 delivery **September 25 - October 1**. Details

Deliver to [redacted] - Chicago 60604

In stock

Usually ships within 2 to 3 days

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | ZBrgik |
| Sold by | ZBrgik |
| Returns | 30-day refund/replacement |
| Customer service | Amazon |

See more

Add to List

Ask Rufus

What themes does this sign have? | Is it weatherproof? | Can it be hung outdoors?

9/16/25, 5:42 PM Place Your Order - Amazon Checkout

amazon prime | Secure checkout | Cart

**Delivering to** [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Arriving Sep 25, 2025 - Oct 1, 2025**



XUHZIEHN Home Bar Tin Sign Cat Reading Because Murder is Wrong Vintage Poster Wall Decor Retro Metal Sign 8x12inch

**$13.99**

Ships from ZBrgik

Sold by ZBrgik

1

Gift options not available

◉ **Thursday, Sep 25 - Wednesday, Oct 1** $2.99

Place your order

**Order total: $18.41**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Back to cart

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of

# VA 1-748-967



003 ywyxgs

amazon Deliver to Chicago 60604 | All | Tin+Sign+Cat+Reading+Because+Murder+Is+Wrong | EN | Hello, Account & Lists | Returns & Orders

All | Rufus | Join Prime | Amazon Haul | Books | Early Prime Deals | Same-Day Delivery | Medical Care | Luxury Stores | Amazon Basics | Buy Again | Pet Supplies | Browsing History | Handmade | Subscribe & Save | 17:12:36

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon business Save up to 40% on laptops ›

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



## Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal 8x6inch

Brand: SHUTREW

$4.99

You're invited to apply for Amazon Visa. Get a $50 Amazon Gift Card instantly upon approval. Find out how

| | |
|---|---|
| Color | Tin 1 |
| Brand | SHUTREW |
| Shape | Rectangular |

**About this item**

- SIZE 6x8 Inch or 8x12 Inch metal sign.
- HIGH QUALITY, LONG LASTING The tin signs use the special first-class material which is made from 100% rust free strong aluminum so that it will not easily bent or fading in our daily life in spite of indoor or outdoor using.
- CAREFUL PACKAGE All of our products arrived in a exquisite package that ensured it wouldn't get bent, and it is a good choice for your home decoration or as a gift to your family or friends.
- EASY TO INSTALL Pre-drilled holes for easy hanging. it can be mounted with double-sided foam tape,command strips or nails. No need for adhesive or special equipment.The tin sign you can add it to anywhere you like.
- UNIQUE GIFTS: This is a fun sign for friends and lovers, and it is guaranteed that everyone will smile.

› See more product details

Report an issue with this product or seller

Sponsored

$4.99

$2.99 delivery **September 23 - 25**. Details

Deliver to [redacted] - Chicago 60604

Only 1 left in stock - order soon.

Add to Cart

Buy Now

Shipper / Seller ywyxgs

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to List

Sponsored

**Based on your recent views** Sponsored

Page 1 of 16



amazon Secure checkout

**Delivering to** [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Visa** [redacted]

Change

Use a gift card, voucher, or promo code

**Special Offer**

[redacted] we're giving you a 7-day trial of Prime for only $1.99

Join Prime

Free delivery, award-winning TV, exclusive deals, and more

**Arriving Sep 23, 2025 - Sep 25, 2025**



Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal 8x6inch

**$4.99**

Ships from ywyxgs

Sold by ywyxgs

**Tuesday, Sep 23 - Thursday, Sep 25** $2.99

[redacted] enjoy a 7-day trial of Prime for only $1.99!

# VA 1-748-967



## 004 LiQiXia55

10/13/25, 10:01 AM Amazon.com: 12x8 InchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sig…

amazon Deliver to O Chicago 60604 | Tin+Sign+Cat+Reading+Because+Murder+Is+Wrong | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Books | Groceries | Amazon Basics | Custom Products | Today's Deals | Customer Service | Buy Again | Pet Supplies | Browsing History | Handmade

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon fresh **Big name taste at a better price** Shop Fresh

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

### 12x8 InchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

Brand: sugai

$9.99

Apply now and get a $60 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score.

| | |
|---|---|
| **Color** | a1 |
| **Brand** | sugai |
| **Product Dimensions** | 8"L x 12"W |
| **Shape** | Rectangular |

**About this item**

- Size: The tin sign size is 8 x 12 inches /20 x 30 cm and is suitable for hanging anywhere
- Material:Made of high-quality Tin Metal Sign.They're Fade-Resistant and Incredibly Lightweight.
- Easy to Hang: The tin sign comes with pre-drilled holes, making it easy to mount on any wall with screws or nails.
- Perfect Gift: As a fun and personality-filled gift choice, tin signs are suitable for various holidays, birthdays, and special occasions. Whether as a gift for friends, family, or colleagues, metal sign bring surprise and joy.
- Service: We provide excellent after-sales service. If you have any questions after receiving the goods, please get in touch with us anytime! Safeguard your shopping!

› See more product details

Report an issue with this product or seller

Sponsored

$9.99

$3.99 delivery **October 23 - November 3.** Details

Deliver to O - Chicago 60604

**Only 20 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | LiQiXia55 |
| Sold by | LiQiXia55 |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to List

Sponsored

10/13/25, 10:02 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with American Express** [redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

**Arriving Oct 23, 2025 - Nov 3, 2025**



12x8 InchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign
**$9.99**
Ships from LiQiXia55
Sold by LiQiXia55

1

Gift options not available

**Thursday, Oct 23 - Monday, Nov 3**
$3.99 - Delivery

Place your order **Order total: $15.00**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Back to cart

O, enjoy a 7-day trial of Prime for only $1.99!

Join Prime

**VA 1-748-967**



005 淮音商贸行

10/13/25, 9:58 AM Amazon.com: 6x8inchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign : ...

amazon Deliver to O Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Books | Groceries | Amazon Basics | Custom Products | Today's Deals | Customer Service | Buy Again | Pet Supplies | Browsing History

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon fresh Big name taste at a better price Shop Fresh

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

Ask Rufus

What themes are available? | Is it weatherproof? | Can it be hung outdoors?

Ask something else

## 6x8inchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

Brand: PEVEVW

$6.96

Apply now and get a $60 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score.

Size: **6x8inch**

6x8inch | 8x12inch | 12x16inch

Color: **tin sign-06**

$6.96 | 1 option from $6.96 | 1 option from $6.96 | 1 option from $6.96 | 1 option from $6.96 | 1 option from $6.96

1 option from $6.96 | 1 option from $6.96 | 1 option from $6.96 | 1 option from $6.96

- Metal sign size: 15X20cm(6x8inch) Tin Plate / Metal,It Is Durable And Fade Resistant
- FEATURES:Tin signs are printed by waterproof and non-glare high-definition digital printing ink. It takes more genuinely vintage impressions. The metal tin sign will not fade, no matter the sun, rain, or other extreme weather.
- Easy To Hang: This Lightweight Metal Tin Sign Comes With Predrilled Holes. Easy To Install On Walls, Doors Or Fences.
- Exquisite Vintage Decoration:These tin signs are attractive decoration for Your Home, Gate, Man Cave Or Garage, Bathroom Laundry, Garden, Office, Bar, Restaurant, Dorm, Cafe, Pubs,Street Club Bedroom,House, Hotel, Dinning room, Wall Decoration
- Thoughtful Service: We provide quality after-sale refund and return service. If you

$6.96

$4.89 delivery **October 24 - November 4.** Details

Deliver to O - Chicago 60604

**Only 6 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Ships from 淮音商贸行

Sold by 淮音商贸行

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to List

10/13/25, 9:59 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with American Express** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method

Special Offer

**O, we're giving you a 7-day trial of Prime for only $1.99** Join Prime

Free delivery, award-winning TV, exclusive deals, and more

**Arriving Oct 24, 2025 - Nov 4, 2025**

6x8inchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

$6.96

Ships from 淮音商贸行

Sold by 淮音商贸行

1

Gift options not available

Friday, Oct 24 - Tuesday, Nov 4

$4.89 - Delivery

Place your order

**Order total: $12.56**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of

# VA 1-748-967



006 ChangShaShiXiGuiShangMaoYouXianGongSi

10/20/25, 12:55 PM Amazon.com: Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign for garage…

amazon Deliver to O Chicago 60604 | All | Tin+Sign+Cat+Reading+Because+Murder+Is+Wrong | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Luxury | Books | Groceries | Amazon Basics | Custom Products | Today's Deals | Customer Service | NBA on Prime tips off Friday

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Shop Nextcustom

Sponsored

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

**Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign for garage,bar,restaurant,living room,bedroom,kitchen,cafe,bar 8×12 INCH**

Brand: FUDFVO

$11.12

Get $60 off instantly: Pay $0.00 ~~$11.12~~ upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Color | Multicolor |
| Brand | FUDFVO |
| Material | Aluminum |
| Theme | Art |
| Product Dimensions | 12"L x 8"W |

**About this item**

- High-Quality Material: Made with durable metal tin, this 12x8 inch sign is designed to last and add a rustic charm to any setting.
- Easy Installation: Comes with pre-drilled holes for convenient hanging, making it simple to display anywhere you choose.
- Eco-Friendly: Crafted with eco-conscious materials, this sign is a guilt-free addition to your eco-friendly lifestyle.
- PRACTICALITY: This vintage tin sign is a perfect wall decoration for living room, bedroom, kitchen, office, hotel, restaurant, office, bar, etc. It is also a gift for friends, family and relatives.
- Good packaging and high quality service: every tin sign will be put into a bag, and we will pack every item, so that you can receive the undamaged package. If you have any questions, please feel free to contact us.

› See more product details

$11.12

$4 delivery **October 29 - November 7.** Details

Deliver to O - Chicago 60604

**Only 10 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | ChangShaShiXiGuiShangMaoYouXianGongSi |
| Sold by | ChangShaShiXiGuiShangMaoYouXianGongSi |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to List

10/20/25, 12:56 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with American Express**[redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

Special Offer
**O, we're giving you a 7-day trial of Prime for only $1.99** Join Prime
Free delivery, award-winning TV, exclusive deals, and more

**Arriving Oct 29, 2025 - Nov 7, 2025**



Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign for garage,bar,restaurant,living room,bedroom,kitchen,cafe,bar 8×12 INCH
$11.12
Ships from ChangShaShiXiGuiShangMaoYouXianGongSi
Sold by ChangShaShiXiGuiShangMaoYouXianGongSi

1

Gift options not available

**Wednesday, Oct 29 - Friday, Nov 7** $4.00

Place your order **Order total: $16.26**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

O, enjoy a 7-day trial of Prime for only $1.99!

**VA 1-748-967**



007 xinxiangshiweibinqutengdazaishengziyuanhuisho

10/29/25, 1:18 PM Amazon.com: 12x16 InchHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign ...

Your Prime membership is paused due to a billing issue

Rejoin with a valid payment method to regain access to your Prime benefits.

Update payment method




Click to see full view

## 12x16 InchHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

Brand: KVOGOT

$11.89

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

Color: as pic28

$11.89 | See available options | See available options

Size: 12x16 Inch

8X12 Inch | 12x16 Inch

| | |
|---|---|
| **Color** | as pic28 |
| **Brand** | KVOGOT |
| **Material** | Aluminum |
| **Theme** | Art |
| **Style** | Retro |

**About this item**

- Size: 8X12 Inch(20x30cm)/12x16 Inch(30x40cm).

$11.89

$4.98 delivery **November 7 - 18.** Details

Deliver to [redacted] - Chicago 60604

**Only 6 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller: xinxiangshiweibinqutengdazaishengziyuanhuisho

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to List

10/29/25, 1:19 PM Place Your Order - Amazon Checkout

Secure checkout

**Delivering to** [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

Change

**Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.**

Prime is just $14.99/month. Cancel anytime.

Join Prime

Cancel anytime

**Arriving Nov 7, 2025 - Nov 18, 2025**



12x16 InchHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

**$11.89**

Ships from xinxiangshiweibinqutengdazaishengziyuanhuisho

Sold by xinxiangshiweibinqutengdazaishengziyuanhuisho

Gift options not available

**Friday, Nov 7 - Tuesday, Nov 18** $4.98

Place your order

**Order total: $18.09**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Join Prime for $14.99/month and get immediate access to benefits

# VA 1-748-967



# 008 heyuanzhangmaifuzhuang

30/09/2025, 14:16 Amazon.com: 8x12 InchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal ...



Save up to 40% on computer accessories ›

8x12 InchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

$9.99

Only 6 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Add to List

Color: as pic8

Size: 8X12 inch

| | |
|---|---|
| Color | as pic8 |
| Brand | Huaiaifj |
| Material | Aluminum |
| Theme | Art |
| Style | Retro |

About this item

- Material: wall decorative sign is made of high quality tin metal, durable, will not be deformed, waterproof, high temperature resistant and will not fade.
- Features: Pattern design is full of creativity. The pattern design is full of creativity and very eye-catching. The most advanced printing method is used to ensure the perfect color and detail of the pattern.
- Easy to hang: The metal sign has pre-drilled holes for easy hanging. Double-sided tape can also be used as an alternative hanging method.
- Applications: Widely used in home decoration, kitchen, bathroom, restaurant, garage, farm or bar. Decorate your house with this vintage design and add another individual style.

› See more product details

Report an issue with this product or seller

30/09/2025, 14:17 Place Your Order - Amazon Checkout



amazon Secure checkout

**Delivering to O-O**
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Change

**Paying with Visa** [redacted]
Use a gift card, voucher, or promo code
Change

**O-O, we're giving you Prime free for 30 days.**
Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.
Try Prime free for 30 days
Cancel anytime.

**Arriving Oct 22, 2025 - Oct 30, 2025**

8x12 InchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign
**$9.99**
Ships from heyuanzhangmaifuzhuang
Sold by heyuanzhangmaifuzhuang

Gift options not available

Wednesday, Oct 22 - Thursday, Oct 30
$5.98 - Delivery

Congratulations O-O, you are eligible for 30 days of Prime for $0!

Place your order

**Order total: $16.99**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

# VA 1-748-967



# 009 LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi

24/09/2025, 07:44 Amazon.com: 6x8inchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Si...




Click to see full view

6x8inchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

Brand: PEVEVW

$6.96

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Size: **6x8inch**

6x8inch $6.96 | 8x12inch 1 option from $8.96 | 12x16inch $12.96

Color: **tin sign-06**

- Metal sign size: 15X20cm(6x8inch) Tin Plate / Metal,It Is Durable And Fade Resistant
- FEATURES:Tin signs are printed by waterproof and non-glare high-definition digital printing ink. It takes more genuinely vintage impressions. The metal tin sign will not fade, no matter the sun, rain, or other extreme weather.
- Easy To Hang: This Lightweight Metal Tin Sign Comes With Predrilled Holes. Easy To Install On Walls, Doors Or Fences.
- Exquisite Vintage Decoration:These tin signs are attractive decoration for Your Home, Gate, Man Cave Or Garage, Bathroom Laundry, Garden, Office, Bar, Restaurant, Dorm, Cafe, Pubs,Street Club Bedroom,House, Hotel, Dinning room, Wall Decoration
- Thoughtful Service: We provide quality after-sale refund and return service. If you have questions about our products, please feel free to contact us,we will answer them as soon as possible.

› See more product details

$6.96

$5 delivery **October 3 - 16.** Details

Deliver to O-O - Chicago 60604

**Only 10 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller: LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi

Returns: 30-day refund/replacement

Payment: Secure transaction

Add to List

24/09/2025, 07:45 Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to O-O**
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

Change

**Paying with Visa** [redacted]
Use a gift card, voucher, or promo code

Change

Try Prime Free

**O-O, we're giving you Prime free for 30 days.**

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime free for 30 days
Cancel anytime.

**Arriving Oct 3, 2025 - Oct 16, 2025**

6x8inchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign
**$6.96**
Ships from
LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi
Sold by
LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi

Gift options not available

**Friday, Oct 3 - Thursday, Oct 16**
$5.00 - Delivery

Place your order

**Order total: $12.67**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your

Congratulations O-O, you are eligible for 30 days of Prime for $0!

# VA 1-748-967



010 Tie Fa Shi Ye

9/22/25, 11:00 PM Amazon.com: 8x12 Inch Tin Sign Home Bar Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign : ...




9/22/25, 11:01 PM Place Your Order - Amazon Checkout




VA 1-748-967



# 011 owle dinner

15/10/2025, 20:47 Amazon.com: 8X12 Incheshome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign...

amazon Deliver to O-O Chicago 60604 | All | Tin+Sign+Cat+Reading+Because+Murder+Is+Wrong | EN | Hello, O-O Account & Lists | Returns & Orders | 0

All | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Books | Amazon Basics | Buy Again | Pet Supplies | Browsing History | Handmade | Pharmacy | Subscribe & Save

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

## 8X12 Incheshome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

Brand: Fdmnjho

$7.99

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

Color: **Tin Sign19**

Size: **8X12inch**

5.5x8inch | **8X12inch**

| | |
|---|---|
| **Color** | Tin Sign19 |
| **Brand** | Fdmnjho |
| **Material** | Aluminum |
| **Shape** | Rectangular |
| **Item Weight** | 0.33 Pounds |

### About this item

- 1:Metal Tin Sign Size: 5.5X12Inch(14X20Cm),12X12Inch(20X30Cm),12X16Inch(30X40Cm)
- 2:Funny Bathroom Decor Material:Our Iron Tin Sign Is Crafted From High-Quality, Thick Material That Ensures A Long-Lasting And Sturdy Product. The Vivid Hd Graphics Make This Metal Tin Sign Stand Out, Offering A Clear And

$7.99

$6.68 delivery **October 27 - November 5**. Details

Deliver to O-O - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller: owle dinner

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to List

---

15/10/2025, 20:48 Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to O-O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Visa** [redacted] Change

Use a gift card, voucher, or promo code

**Try Prime Free**

O-O, we're giving you Prime free for 30 days.

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime free for 30 days

Cancel anytime.

**Arriving Oct 27, 2025 - Nov 5, 2025**



8X12 Incheshome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

**$7.99**

Ships from owle dinner

Sold by owle dinner

1

Gift options not available

**Monday, Oct 27 - Wednesday, Nov 5**

$6.68 - Delivery

Congratulations O-O, you are eligible for

Place your order

**Order total: $15.49**

# VA 1-748-967



012 HaoXinShuiChan

9/22/25, 10:56 PM Amazon.com: 12x8 InchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign…

Save up to 40% on coffee & drinks »






12x8 InchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

$8.99

| | |
|---|---|
| Color | Colorful |
| Brand | BH2WXZ8U |
| Mounting Type | Wall Mount |
| Product Dimensions | 12"L x 8"W |
| Shape | Rectangular |

**About this item**

- 【Premium Material】: Our vintage metal signs are crafted from high - quality metal. This robust material ensures the signs are long - lasting, capable of withstanding various weather conditions outdoors or frequent handling indoors. The sturdy build guarantees a finish that endures over time.
- 【Perfect Size】: With an 8x12 - inch dimension, these signs are sized just right. They are effortless to install on walls, whether in your living room to add character or on an outdoor fence for a rustic touch. Their size also enables convenient placement on doors, making them highly visible.
- 【Versatile Installation】: These signs can be installed both indoors and outdoors. Hang them inside your home, like in the bedroom for a personal touch, or outside in the garden to enhance the landscape. They're equally suitable for commercial spaces, such as cafes or offices, adding a unique aesthetic.
- 【Unique Design】: The vintage design of our metal signs is a statement in itself. Using special aging techniques, they feature a classic and nostalgic look. Each sign, be it a warning or a fun slogan, has bold prints that stand out, making them eye-catching decorative pieces.
- 【Multi - purpose Decor】: These metal signs serve multiple purposes. They can be used as simple decor to beautify your space or carry important messages like no-trespassing signs. In any case, they add charm and functionality, making them a great addition to any home or establishment.

Report an issue with this product or seller

$8.99

$4.99 delivery October 7 - 22. Details

Only 20 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Ships from / Seller HaoXinShuiChan

Add to List

9/22/25, 10:57 PM Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to O O**

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

Change

Try Prime Free

**O, we're giving you Prime free for 30 days.**

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime free for 30 days

Cancel anytime.

**Arriving Oct 7, 2025 - Oct 22, 2025**



12x8 InchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

$8.99

Ships from HaoXinShuiChan

Sold by HaoXinShuiChan

Tuesday, Oct 7 - Wednesday, Oct 22

$4.99 - Delivery

Congratulations O, you are eligible for

# VA 1-748-967



013 Huang2233qingnian

9/16/25, 5:54 PM Amazon.com: 12x8 InchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign :...

Prime members save up to 80% on meds

**We are unable to charge you for Prime due to insufficient funds**

Add a valid payment method in 17 days to avoid losing your Prime benefits.

Please update your payment method




Click to see full view

12x8 InchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

Brand: Agiuga

$12.99

prime Two-Day

FREE Returns

Apply for Prime Visa and get a $150 Gift Card upon approval. Find out how

| | |
|---|---|
| Color | Multicolor |
| Brand | Agiuga |
| Material | metal, iron, aluminium, Tin |
| Theme | Vintage |
| Mounting Type | Wall Mount |

Report an issue with this product or seller

**Similar item with fast delivery**

$12.99

prime Two-Day

FREE delivery **Thursday, September 18.**

[redacted]

In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from Amazon

Add to List

Ask Rufus

What material is it made of? Can it be hung outdoors? Is it easy to mount?

Ask something else

Sponsored

**Buy it with**

9/16/25, 5:55 PM Place Your Order - Amazon Checkout

Secure checkout

**Delivering to** [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

FREE pickup available nearby

Change

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Arriving Sep 18, 2025**

If you order in the next 19 hours and 4 minutes



12x8 InchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

**$12.99**

prime & FREE Returns

Ships from Amazon.com

Sold by Huang2233qingnian

Add gift options

◉ **Fastest** Thursday, Sep 18 FREE

○ **Pick your day** Monday, Sep 22 $1.99
Great for travel, gifts, valuables

Place your order

**Order total: $14.32**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of

**VA 1-748-967**



# 014 YaoAnXiaoCuanShangMaoYouXianGongSi

10/20/25, 12:38 PM Amazon.com: 12x16 InchHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sig…

amazon Deliver to O Chicago 60604 | All | cat+reading | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Luxury | Books | Groceries | Amazon Basics | Custom Products | Today's Deals | Customer Service | NBA on Prime tips off Friday

Shop now

Sponsored

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

## 12x16 InchHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

Brand: KVDGOT

$7.89

Get $60 off instantly: Pay $0.00 ~~$7.89~~ upon approval for the Amazon Store Card. No annual fee.

Color: as pic28

Size: 12x16 Inch

8X12 Inch | 12x16 Inch

| | |
|---|---|
| Color | as pic28 |
| Brand | KVDGOT |
| Material | Aluminum |
| Theme | Art |
| Style | Retro |

### About this item

- Size: 8X12 Inch(20x30cm)/12x16 Inch(30x40cm).
- Material: wall decorative sign is made of high quality tin metal, durable, will not be deformed, waterproof, high temperature resistant and will not fade.
- Features: Pattern design is full of creativity. The pattern design is full of creativity and very eye-catching. The most advanced printing method is used to ensure the perfect color and detail of the pattern.
- Easy to hang: The metal sign has pre-drilled holes for easy hanging. Double-

$7.89

$3.98 delivery October 22 - 24. Details

Deliver to O - Chicago 60604

Only 6 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | YaoAnXiaoCuanShangMaoYouXianGongSi |
| Sold by | YaoAnXiaoCuanShangMaoYouXianGongSi |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to List

10/20/25, 12:39 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with American Express** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

**Arriving Oct 22, 2025 - Oct 24, 2025**

12x16 InchHome Bar Tin Sign Cat Reading Because Murder is Wrong Vintage Poster Wall Decor Retro Metal Sign
$7.89
Ships from YaoAnXiaoCuanShangMaoYouXianGongSi
Sold by YaoAnXiaoCuanShangMaoYouXianGongSi

Wednesday, Oct 22 - Friday, Oct 24 $3.98

Gift options not available

Place your order

**Order total: $12.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

O, enjoy a 7-day trial of Prime for only $1.99!

# VA 1-748-967



015 guoshengtong

11/10/25, 5:26 PM Amazon.com: Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign Gift For Wo...

amazon Deliver to [redacted] Chicago 60604 | All | tin+Sign+Cat+Reading+Because+Murder+Is+Wrong+Vintage+Poster | EN | Hello, OO Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Holiday Deals | Same-Day Delivery | Cell Phones | Amazon Haul | Medical Care | Amazon Basics | Groceries | Pharmacy | Home Improvement | Customer Service | Black Friday Week starts Nov 20

Say thanks with a gift card

**Your Prime membership is paused due to a billing issue**

Rejoin with a valid payment method to regain access to your Prime benefits.

Update payment method

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign Gift For Women Men 8x5.5 Inch

Brand: KLIHAIQD

Search or ask

$6.91

Thank you for being an Amazon customer. Get $60 off: Pay $0.00 ~~$6.91~~ upon approval for Amazon Visa.

Color: **Tin Signs-1**

$6.91 | $6.91 | $6.91 | $6.91 | $6.91

See 7 options with no featured offers

Size: **8x5.5 Inch**

8x5.5 Inch | 8x12 Inch | 12x16 Inch

- Materials Product Features: Made Of Tin/Metal,Environmentally Friendly And Recyclable.Creative Fashionable Design.Have A Classic Vintage Appearance,Attractive,Rolled Edges Are Safe.The Graphics Will Withstand The Elements And Will Not Fade, No Matter The Sun, Rain, Or Other Extreme Weather.Waterproof,Non-

$6.91

$8 delivery **November 14 - 18.** Details

Deliver to [redacted] - Chicago 60604

**Only 10 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller guoshengtong

Returns Returnable until Jan 31, 2026

Payment Secure transaction

See more

Add to List

**Other sellers on Amazon**

New (2) from $6.91 + $8.00 shipping

11/10/25, 5:27 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to** [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.**

Prime is just $14.99/month. Cancel anytime.

Join Prime

Cancel anytime

**Arriving Nov 14, 2025 - Nov 18, 2025**



Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign Gift For Women Men 8x5.5 Inch

**$6.91**

Ships from guoshengtong

Sold by guoshengtong

1

Gift options not available

**Friday, Nov 14 - Tuesday, Nov 18**

$8.00 - Delivery

Place your order

**Order total: $15.62**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

Join Prime for $14.99/month and get immediate access to benefits

# VA 1-748-967



016 kangpingxiannongtainongjizhuanyehezuoshe

13/11/2025, 12:31 Amazon.com: 5.5x8 Incheshome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign…

Cat+Reading+Because+Murder+Is+Wrong+vintage+poster

Holiday Deals Same-Day Delivery Medical Care Luxury Amazon Basics Audible Buy Again Pet Supplies Pharmacy Amazon Home

Save on pre-loved vacuums




Click to see full view



5.5x8 Incheshome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

Brand: Fdmnjho

Search this page

$4.91

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

Color: **Tin Sign19**

‹ Previous 1 2 3 Next ›

Size: **5.5x8inch**

5.5x8inch 8X12inch

| | |
|---|---|
| **Color** | Tin Sign19 |
| **Brand** | Fdmnjho |
| **Material** | Aluminum |
| **Shape** | Rectangular |
| **Item Weight** | 0.11 Pounds |

**About this item**

- 1:Metal Tin Sign Size: 5.5X8Inch(14X20Cm),8X12Inch(20X30Cm),12X16Inch(30X40Cm)
- 2:Funny Bathroom Decor Material:Our Iron Tin Sign Is Crafted From High-

$4.91

$5.56 delivery **November 24 - December 4.** Details

Deliver to O-O - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller kangpingxiannongtainongjizhuanyehezuoshe

Returns Returnable until Jan 31, 2026

Payment Secure transaction

See more

Add to List

13/11/2025, 12:32 Place Your Order - Amazon Checkout

Secure checkout

**Delivering to O-O**

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Visa** [redacted]

Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

Special Offer

**O-O, we're giving you Prime free for 30 days**

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime free for 30 days

Cancel anytime

**Arriving Nov 24, 2025 - Dec 4, 2025**



5.5x8 Incheshome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

**$4.91**

Ships from kangpingxiannongtainongjizhuanyehezuoshe

Sold by kangpingxiannongtainongjizhuanyehezuoshe

Gift options not available

**Monday, Nov 24 - Thursday, Dec 4**

$5.56 - Delivery

Place your order

**Order total: $10.97**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations O-O, you are eligible for 30 days of Prime for $0!

# VA 1-748-967



# 017 xinxiangshibaofushizhenggongcheng

11/14/25, 5:22 PM Amazon.com: Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign Gift For Wo…

amazon Deliver to [redacted] Chicago 60604 | All | Cat+Reading+Because+Murder+Is+Wrong+vintage+poster | EN | Hello, OO Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Holiday Deals | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Basics | Groceries | Pharmacy | Home Improvement | Customer Service | 14 : 07 : 34

Prime members save up to 80% on meds | Learn more | amazon pharmacy

**Your Prime membership is paused due to a billing issue**

Rejoin with a valid payment method to regain access to your Prime benefits.

Update payment method

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign Gift For Women Men 8x12 Inch

Brand: KLIHAIQO

Search or ask

$8.94

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

Color: Tin Signs-11

$8.94 | $8.94 | $8.94 | $8.94

$8.94 | $8.94 | $8.94 | $8.94

‹ Previous | 1 | 2 | Next ›

Size: **8x12 Inch**

- Materials Product Features: Made Of Tin/Metal,Environmentally Friendly And Recyclable.Creative Fashionable Design Have A Classic Vintage Appearance,Attractive,Rolled Edges Are Safe.The Graphics Will Withstand The Elements And Will Not Fade, No Matter The Sun, Rain, Or Other Extreme Weather.Waterproof,Non-

$8.94

$8 delivery December 3 – 15. Details

Deliver to [redacted] - Chicago 60604

Only 10 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller: xinxiangshibaofushizhenggongcheng

Returns: Returnable until Jan 31, 2026

Payment: Secure transaction

See more

Add to List

---

11/14/25, 5:23 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to [redacted]**

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Mastercard [redacted]**

Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method

**Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.**

Prime is just $14.99/month. Cancel anytime.

Join Prime | Cancel anytime

**Arriving Dec 3, 2025 - Dec 15, 2025**



Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign Gift For Women Men 8x12 Inch

$8.94

Ships from xinxiangshibaofushizhenggongcheng

Sold by xinxiangshibaofushizhenggongcheng

1

Gift options not available

Wednesday, Dec 3 - Monday, Dec 15 $8.00

Place your order

**Order total: $17.86**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

Join Prime for $14.99/month and get immediate access to benefits

# VA 1-748-967



018 shanghailubaogongchengshigong

11/6/25, 11:43 AM Amazon.com: 12x8 InchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign...

Your Prime membership is paused due to a billing issue

Rejoin with a valid payment method to regain access to your Prime benefits. Update payment method




Click to see full view

## 12x8 InchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

Brand: QQWZC

$8.99

| | |
|---|---|
| Color | As the picture show |
| Brand | QQWZC |
| Material | Metal |
| Mounting Type | Wall Mount |
| Product Dimensions | 12"L x 8"W |

### About this item

- Material: This metal tin sign is made of durable aluminum and measures approximately 8 inches x 12 inches (20 cm x 30 cm).
- Easy to hang: This lightweight metal tin sign is pre-drilled for easy display. You can nail it to the four corners of the wall or stick it to the wall without damaging it. For safe handling, the edges of each tin sign are edge-banded and sealed.
- Features: This tin plate is weather-resistant, does not rust, does not fade, does not crack, does not peel off, does not break, is durable, waterproof, does not glare, has a smooth surface, moderate hardness, can be compressed, and does not deform.
- Wide application: These indoor and outdoor tin signs are an interesting and attractive decoration for the walls of your home, kitchen, office, bar, restaurant, cafe, club, and garage. Metal signs can easily complement any space and create a fashionable atmosphere.
- After-sales service: We offer after-sales return and exchange services. If you have any questions about our products, please contact us in time and we will

$8.99

$4.99 delivery November 20 - December 5. Details

Deliver to [redacted] - Chicago

Only 18 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Add to List

11/6/25, 11:44 AM Place Your Order - Amazon Checkout

Secure checkout

**Delivering to** [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.**

Prime is just $14.99/month. Cancel anytime.

Join Prime

Cancel anytime

**Arriving Nov 20, 2025 - Dec 5, 2025**

12x8 InchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

**$8.99**

Ships from shanghailubaogongchengshigong

Sold by shanghailubaogongchengshigong

Gift options not available

Thursday, Nov 20 - Friday, Dec 5

$4.99 - Delivery

Place your order

**Order total: $14.90**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

Join Prime for $14.99/month and get immediate access to benefits

# VA 1-748-967



# 019 haerbinshiqiuliangxinxizixunyouxiangongsi

11/21/25, 3:57 PM Amazon.com: 6x8inchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign : ...

Virtual reality without wires Shop now

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

## 6x8inchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

Brand: PEVEVW

$5.96

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa.

Size: 6x8inch

6x8inch | 8x12inch | 12x16inch

Color: tin sign-06

- Metal sign size: 15X20cm(6x8inch) Tin Plate / Metal,It Is Durable And Fade Resistant
- FEATURES:Tin signs are printed by waterproof and non-glare high-definition digital printing ink. It takes more genuinely vintage impressions. The metal tin sign will not fade, no matter the sun, rain, or other extreme weather.
- Easy To Hang: This Lightweight Metal Tin Sign Comes With Predrilled Holes. Easy To Install On Walls, Doors Or Fences.
- Exquisite Vintage Decoration:These tin signs are attractive decoration for Your Home, Gate, Man Cave Or Garage, Bathroom Laundry, Garden, Office, Bar, Restaurant, Dorm, Cafe, Pubs,Street Club Bedroom,House, Hotel, Dining room, Wall Decoration
- Thoughtful Service: We provide quality after-sale refund and return service. If you have questions about our products, please feel free to contact us,we will answer them as soon as possible.

› See more product details

Report an issue with this product or seller

Ask Rufus

What themes are available? | Is it weatherproof? | Can it be hung outdoors? | Ask something else

$5.96

$17 delivery December 5 - 19. Details

Deliver to O - Chicago 60604

Only 10 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller haerbinshiqiuliangxinxizixunyouxiangongsi

Returns Returnable until Jan 31, 2026

Payment Secure transaction

Add to List

11/21/25, 3:58 PM Place Your Order - Amazon Checkout

Secure checkout

Delivering to O O
111 W JACKSON BLVD, CHICAGO, IL, 60604-3509, United States
Add delivery instructions

Paying with Mastercard [redacted]
Use a gift card, voucher, or promo code

Special Offer
O, we're giving you Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime.

Arriving Dec 5, 2025 - Dec 19, 2025



6x8inchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign
$5.96
Ships from haerbinshiqiuliangxinxizixunyouxiangongsi
Sold by haerbinshiqiuliangxinxizixunyouxiangongsi

Gift options not available

Friday, Dec 5 - Friday, Dec 19
$17.00 - Delivery

Place your order

Order total: $23.57
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations O, you are eligible for 30 days of Prime for $0!

# VA 1-748-967



020 KKKll

11/5/25, 3:56 PM Amazon.com: 6x8inchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign : H...




Click to see full view

Ask Rufus

What themes are available? | Is it weatherproof? | Can it be hung outdoors?

Ask something else

6x8inchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

Brand: PEVEVW

$6.96

Get $50 off instantly: Pay $0.00 ~~$6.96~~ upon approval for Amazon Visa. No annual fee.

Size: 6x8inch

6x8inch | 8x12inch | 12x16inch

Color: tin sign-06

- Metal sign size: 15X20cm(6x8inch) Tin Plate / Metal,It Is Durable And Fade Resistant
- FEATURES:Tin signs are printed by waterproof and non-glare high-definition digital printing ink. It takes more genuinely vintage impressions. The metal tin sign will not fade, no matter the sun, rain, or other extreme weather.
- Easy To Hang: This Lightweight Metal Tin Sign Comes With Predrilled Holes. Easy To Install On Walls, Doors Or Fences.
- Exquisite Vintage Decoration:These tin signs are attractive decoration for Your Home, Gate, Man Cave Or Garage, Bathroom Laundry, Garden, Office, Bar, Restaurant, Dorm, Cafe, Pubs,Street Club Bedroom,House, Hotel, Dinning room, Wall Decoration
- Thoughtful Service: We provide quality after-sale refund and return service. If you have questions about our products, please feel free to contact us,we will answer them as soon as possible.

See more product details

$6.96

$4.95 delivery November 18 - December 1. Details

Deliver to O - Sewickley 15143

Only 5 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller KKKll

Returns Returnable until Jan 31, 2026

Payment Secure transaction

See more

Add to List

Tin Sign Cat Reading Because...

$8.99

Sponsored

11/5/25, 3:58 PM Place Your Order - Amazon Checkout

Secure checkout

**Delivering to O O**

111 W JACKSON BLVD, CHICAGO, IL, 60604-3505, United States

Add delivery instructions

Change

**Paying with Mastercard**[redacted]

Use a gift card, voucher, or promo code

Change

Special Offer

**O, we're giving you Prime free for 30 days**

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime free for 30 days

Cancel anytime.

**Arriving Nov 18, 2025 - Nov 26, 2025**

6x8inchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

$6.96

Ships from KKKll

Sold by KKKll

Gift options not available

Tuesday, Nov 18 - Wednesday, Nov 26

$4.95 - Delivery

Place your order

**Order total: $12.62**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Congratulations O, you are eligible for 30 days of Prime for $0!

**VA 1-748-967**



# 021 yongchengshierheshangmaoyouxiangongsi

11/24/25, 12:49 PM Amazon.com: 8x12 Inch Tin Sign Home Bar Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign ...

amazon Deliver to [redacted] Chicago 60604 | All | Tin+Sign+Cat+Reading+Because+Murder+Is+Wrong | EN | Hello, DD Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Black Friday | Same-Day Delivery | Amazon Haul | Medical Care | Books | Amazon Basics | Custom Products | Pharmacy | Groceries | Home Improvement | Shop Black Friday Week deals

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Prime members save up to 80% on meds | Learn more | amazon pharmacy

**Your Prime membership is paused due to a billing issue**

Rejoin with a valid payment method to regain access to your Prime benefits. | Update payment method

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

8x12 Inch Tin Sign Home Bar Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

Brand: Savctabgt

$6.99

Price history

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

Color: sign03

$6.99 | $6.99 | $6.99 | $6.99 | $6.99

$6.99 | $6.99 | $6.99 | $6.99 | $6.99

‹ Previous | 1 | 2 | Next ›

Size: 8*12 inch

| | |
|---|---|
| **Color** | sign03 |
| **Brand** | Savctabgt |
| **Material** | Aluminum |
| **Theme** | Art |

$6.99

$5.98 delivery **December 8 - 22.** Details

Deliver to [redacted] - Chicago 60604

**Only 6 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller: yongchengshierheshangmaoyouxiangongsi

Returns: Returnable until Jan 31, 2026

Payment: Secure transaction

See more

Add to List

11/24/25, 12:50 PM Place Your Order - Amazon Checkout

amazon **Secure checkout** Cart

**Delivering to** [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions | Change

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code | Change

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.**

Prime is just $14.99/month. Cancel anytime. | Join Prime | Cancel anytime

**Arriving Dec 8, 2025 - Dec 22, 2025**

8x12 Inch Tin Sign Home Bar Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

**$6.99**

Ships from yongchengshierheshangmaoyouxiangongsi

Sold by yongchengshierheshangmaoyouxiangongsi

1

Gift options not available

**Monday, Dec 8 - Monday, Dec 22** $5.98

Place your order | **Order total: $13.69**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

Join Prime for $14.99/month and get immediate access to benefits

# VA 1-748-967



# 022 ChenMei46

03/11/2025, 11:16 Amazon.com: 12x16 InchHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign :...

amazon Deliver to O-O Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, O-O Account & Lists | Returns & Orders

All | Join Prime | Holiday Deals | Amazon Haul | Same-Day Delivery | Medical Care | Books | Amazon Basics | Buy Again | Pet Supplies | Browsing History | Handmade | Subscribe & Save | Pharmacy | Sell | O-O's Amazon.com

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon renewed Save on pre-loved video games

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

12x16 InchHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

Brand: KVOGOT

Search this page

$14.89

You're invited to apply for Amazon Visa. Get a $50 Amazon Gift Card instantly upon approval. Find out how

Color: as pic28

$14.89

‹ Previous 1 2 3 Next ›

Size: 12x16 Inch

8X12 Inch | 12x16 Inch

| | |
|---|---|
| Color | as pic28 |
| Brand | KVOGOT |
| Material | Aluminum |
| Theme | Art |
| Style | Retro |

$14.89

$3.98 delivery November 17 - 25. Details

Deliver to O-O - Chicago 60604

In stock

Usually ships within 2 to 3 days.

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Shipper / Seller | ChenMei46 |
| Returns | Returnable until Jan 31, 2026 |
| Payment | Secure transaction |

See more

Add to List

Other sellers on Amazon

New (2) from $11.89 + $4.98 shipping

03/11/2025, 11:17 Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to O-O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Visa** [redacted] Change

Use a gift card, voucher, or promo code

Special Offer

**O-O, we're giving you Prime free for 30 days**

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime free for 30 days

Cancel anytime.

**Arriving Nov 17, 2025 - Nov 25, 2025**

12x16 InchHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

$14.89

Ships from ChenMei46

Sold by ChenMei46

1

Gift options not available

Monday, Nov 17 - Tuesday, Nov 25

$3.98 - Delivery

Place your order

**Order total: $20.40**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Congratulations O-O, you are eligible for 30 days of Prime for $0!

# VA 1-748-967



# 023 金华市揪隼电子商务有限公司

11/24/25, 12:46 PM Amazon.com: 12x8inchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sig...

Your Prime membership is paused due to a billing issue

Rejoin with a valid payment method to regain access to your Prime benefits. Update payment method




Click to see full view



12x8inchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

Brand: PEVEVW

$8.96

Price history

Get a $60 Gift Card: Pay $0.00 $8.96 upon approval for Amazon Visa. No annual fee.

Size: 8x12inch

6x8inch | 8x12inch | 12x16inch

Color: tin sign-06

$8.96 $8.96 $8.96 $8.96 $8.96 $8.96

$8.96 $8.96 $8.96 $8.96

- Metal sign size: 8x12 inches (20cmx30cm) Tin Plate / Metal,It Is Durable And Fade Resistant
- FEATURES:Tin signs are printed by waterproof and non-glare high-definition digital printing ink. It takes more genuinely vintage impressions. The metal tin sign will not fade, no matter the sun, rain, or other extreme weather.

$8.96

FREE delivery December 8 - 15. Details

Deliver to [redacted] - Chicago 60603

Only 5 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller 金华市揪隼电子商务有限公司

Returns Returnable until Jan 31, 2026

Payment Secure transaction

See more

Add to List

11/24/25, 12:47 PM Place Your Order - Amazon Checkout

Secure checkout

Delivering to [redacted] Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Paying with Mastercard [redacted] Change

Use a gift card, voucher, or promo code

Want to save time on your next order and go directly to this step when checking out?

☐ Default to this delivery address and payment method.

Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.

Prime is just $14.99/month. Cancel anytime. Join Prime Cancel anytime

Arriving Dec 8, 2025 - Dec 15, 2025



12x8inchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

$8.96

Ships from 金华市揪隼电子商务有限公司

Sold by 金华市揪隼电子商务有限公司

1

Gift options not available

Free Delivery Monday, Dec 8 - Monday, Dec 15 FREE

Place your order

Order total: $9.88

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

Join Prime for $14.99/month and get immediate access to benefits

## VA 1-748-967



024 SanHeShiJunHuiShangMaoYouXianGongSi

12/2/25, 12:01 AM Amazon.com: 8x12 InchHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign : ...

amazon Deliver to [redacted] Chicago 60604 | Cat+Reading+Because+Murder+Is+Wrong+Vintage+Poster | EN | Hello, OO Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Cyber Monday | Same-Day Delivery | Amazon Haul | Medical Care | Books | Amazon Basics | Custom Products | Pharmacy | Groceries | Cyber Monday ends in 15 : 58 : 05

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Prime members save up to 80% on meds | amazon pharmacy

**Your Prime membership is paused due to a billing issue**

Rejoin with a valid payment method to regain access to your Prime benefits. | Update payment method

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

8x12 InchHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

Brand: KVOGOT

$7.89

Price history

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa.

Color: as pic15

$7.89 | $7.89 | See 1 options with no featured offers

Size: 8X12 Inch

8X12 Inch | 12x16 Inch

| | |
|---|---|
| Color | as pic15 |
| Brand | KVOGOT |
| Material | Aluminum |
| Theme | Art |
| Style | Retro |

**About this item**

- Size:8X12 Inch(20x30cm)/12x16 Inch(30x40cm).

$7.89

$5.98 delivery December 4 - 8. Details

Deliver to [redacted] - Chicago 60604

Only 6 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller: SanHeShiJunHuiShangMaoYouXianGongSi

Returns: Returnable until Jan 31, 2026

Payment: Secure transaction

See more

Another way to buy

$7.89

$4.98 delivery December 11 - 22

12/2/25, 12:03 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to [redacted]**

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States | Change

Add delivery instructions

**Paying with Mastercard [redacted]** | Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.

Prime is just $14.99/month. Cancel anytime. | Join Prime | Cancel anytime

**Arriving Dec 4, 2025 - Dec 8, 2025**

8x12 InchHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

$7.89

Ships from SanHeShiJunHuiShangMaoYouXianGongSi

Sold by SanHeShiJunHuiShangMaoYouXianGongSi

Thursday, Dec 4 - Monday, Dec 8 $5.98

Gift options not available

Place your order | **Order total: $14.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

Join Prime for $14.99/month and get immediate access to benefits

# VA 1-748-967



## 025 taizhouluqiaoyuxinyaodianzishangwu

12/11/25, 6:04 PM Amazon.com: 8x12 Inch Tin Sign Home Bar Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign : ...

amazon Deliver to O Chicago 60604 | All | Cat+Reading+Because+Murder+Is+Wrong+Vintage+Poster | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Holiday Gifts | Same-Day Delivery | Medical Care | Amazon Haul | Books | Groceries | Today's Deals | Amazon Basics | THURSDAY NIGHT FOOTBALL | 13:55:11

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

comixology Best of 2025 See the list

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



8x12 Inch Tin Sign Home Bar Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

Brand: Dksoawq

$8.99

Price history

Get a $60 Gift Card: Pay $0.00 ~~$8.99~~ upon approval for Amazon Visa. No annual fee.

Color: as pic6

‹ Previous 1 2 Next ›

Size: 8*12 inch

| | |
|---|---|
| **Color** | as pic6 |
| **Brand** | Dksoawq |
| **Material** | Tin |
| **Theme** | Art |
| **Style** | Retro |

$8.99

$5 delivery December 17 - 19 to Chicago 60604. Details

Arrives before Christmas

Only 10 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller: taizhouluqiaoyuxinyaodianzishangwu

Returns: Returnable until Jan 31, 2026

Payment: Secure transaction

See more

Add to List

---

12/11/25, 6:05 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

Special Offer

**O, we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime.

**Arriving Dec 17, 2025 - Dec 19, 2025**



8x12 Inch Tin Sign Home Bar Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

**$8.99**

Ships from taizhouluqiaoyuxinyaodianzishangwu

Sold by taizhouluqiaoyuxinyaodianzishangwu

1

Gift options not available

Wednesday, Dec 17 - Friday, Dec 19

$5.00 - Delivery

**VA 1-748-967**



026 qiananxianlijialiangshimaoyiyou

12/15/25, 10:40 AM Amazon.com: Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign Wall Deco…

amazon Deliver to Chicago 60604 | Cat+Reading+Because+Murder+Is+Wrong+Vintage+Poster | EN | Hello, OO Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Holiday Shop | Same-Day Delivery | Medical Care | Amazon Haul | Books | Amazon Basics | Custom Products | Pharmacy | Groceries | Home Improvement | Customer Service | Buy Again | Audible

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Qualifying EBT and government assistance recipients can get Prime for $5.99 per month

**Your Prime membership is paused due to a billing issue**

Rejoin with a valid payment method to regain access to your Prime benefits. Update payment method

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



Ask Rufus

Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign Wall Decor Metal Wall Plate Vintage Tin Sign 8X12 inch

Brand: ALOIBGV

$8.99

Price history

Get a $60 Gift Card: Pay $0.00 ~~$8.99~~ upon approval for Amazon Visa. No annual fee.

| | |
|---|---|
| Color | Colorful |
| Brand | ALOIBGV |
| Mounting Type | Wall Mount |
| Product Dimensions | 12"L x 8"W |
| Shape | Rectangular |

**About this item**

- 【Effortless Indoor & Outdoor Charm】: Transform any space with ease! This decoration piece is designed for simple indoor and outdoor installation, instantly infusing a vintage, industrial aesthetic into your artwork, making it stand out in any environment.
- 【Adaptable Design for Diverse Spaces】: Versatility at its best! Perfectly suited for a wide range of settings such as bathrooms, kitchens, bedrooms, patios, and basements. Its adaptable design ensures it complements the style of every area in your home.
- 【Heartwarming Gift Option】: Surprise your loved ones with a truly unique gift. This item, filled with your genuine love, is a perfect present for boys, girls, friends

$8.99

$3.19 delivery December 29 - January 6. Details

Arrives after Christmas. Need a gift sooner? Send an Amazon Gift Card today by email or text message.

Deliver to [redacted] - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller qiananxianlijialiangshimaoyiyou

Returns Returnable until Jan 31, 2026

Payment Secure transaction

See more

Add to List

12/15/25, 10:41 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to** [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.**

Prime is just $14.99/month. Cancel anytime.

Join Prime
Cancel anytime

**Arrives after Christmas**



Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign Wall Decor Metal Wall Plate Vintage Tin Sign 8X12 inch

$8.99

Ships from qiananxianlijialiangshimaoyiyou

Sold by qiananxianlijialiangshimaoyiyou

1

Gift options not available

Monday, Dec 29 - Tuesday, Jan 6
$3.19 - Delivery

Place your order

**Order total: $13.10**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

Join Prime for $14.99/month and get immediate access to benefits

# VA 1-748-967



027 hefeiyijihuadianzishangwuyouxiangongsi







VA 1-748-967



# 028 QuJingXuLiaoShangMao

9/17/25, 11:21 AM Amazon.com: 6x8inchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign : ...

amazon prime | Deliver to [redacted] Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, OO Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Amazon Haul | Off to College | Books | Early Prime Deals | Same-Day Delivery | Medical Care | Groceries | Pharmacy | Home Improvement | Customer Service | Amazon Basics | Prime Big Deal Days is October 7-8

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Prime members save up to 80% on meds | Learn more | amazon pharmacy

**We are unable to charge you for Prime due to insufficient funds**

Add a valid payment method in 16 days to avoid losing your Prime benefits. | Please update your payment method

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

## 6x8inchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

Brand: PEVEVW

$6.96

You're invited to apply for Prime Visa. Get a $150 Amazon Gift Card instantly upon approval. Find out how

Size: **6x8inch**

| 6x8inch | 8x12inch | 12x16inch |
|---|---|---|
| $6.96 | 1 option from $8.96 | $12.96 |

Color: **tin sign-06**

- Metal sign size: 15X20cm(6x8inch) Tin Plate / Metal,It Is Durable And Fade Resistant
- FEATURES:Tin signs are printed by waterproof and non-glare high-definition digital printing ink. It takes more genuinely vintage impressions. The metal tin sign will not fade, no matter the sun, rain, or other extreme weather.
- Easy To Hang: This Lightweight Metal Tin Sign Comes With Predrilled Holes. Easy To Install On Walls, Doors Or Fences.
- Exquisite Vintage Decoration:These tin signs are attractive decoration for Your Home

$6.96

$4.89 delivery **September 26 - October 8**. Details

Deliver to [redacted] - Chicago 60604

**Only 5 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | QuJingXuLiaoShangMao |
| Sold by | QuJingXuLiaoShangMao |
| Returns | 30-day refund/replacement |
| Customer service | Amazon |

See more

Add to List

---

9/17/25, 11:22 AM Place Your Order - Amazon Checkout

amazon prime | Secure checkout | Cart

**Delivering to [redacted]** | Change
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard [redacted]** | Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

**Arriving Sep 26, 2025 - Oct 8, 2025**



6x8inchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign
**$6.96**
Ships from QuJingXuLiaoShangMao
Sold by QuJingXuLiaoShangMao

1

Gift options not available

◉ **Friday, Sep 26 - Wednesday, Oct 8** $4.89

Place your order

**Order total: $12.56**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of

# VA 1-748-967



029 wanjishipinzhengzhouyouxian

9/17/25, 11:16 AM Amazon.com: Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign Wall Decor …

We are unable to charge you for Prime due to insufficient funds

Add a valid payment method in 16 days to avoid losing your Prime benefits.

Please update your payment method

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign Wall Decor Metal Wall Plate Vintage Tin Sign 8X12 inch

Brand: ALOIBGV

$8.69

You're invited to apply for Prime Visa. Get a $150 Amazon Gift Card instantly upon approval. Find out how

| | |
|---|---|
| Color | Colorful |
| Brand | ALOIBGV |
| Mounting Type | Wall Mount |
| Product Dimensions | 12"L x 8"W |
| Shape | Rectangular |

About this item

- 【Effortless Indoor & Outdoor Charm】: Transform any space with ease! This decoration piece is designed for simple indoor and outdoor installation, instantly infusing a vintage, industrial aesthetic into your artwork, making it stand out in any environment.
- 【Adaptable Design for Diverse Spaces】: Versatility at its best! Perfectly suited for a wide range of settings such as bathrooms, kitchens, bedrooms, patios, and basements. Its adaptable design ensures it complements the style of every area in your home.
- 【Heartwarming Gift Option】: Surprise your loved ones with a truly unique gift. This item, filled with your genuine love, is a perfect present for boys, girls, friends, men, and women. Whether it's for a birthday, anniversary, Christmas, or other holidays, it's bound

$8.69

$4.59 delivery September 26 - October 7. Details

Deliver to [redacted] - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from wanjishipinzhengzhouyouxian

Sold by wanjishipinzhengzhouyouxian

Returns 30-day refund/replacement

Customer service Amazon

See more

Add to List

Other sellers on Amazon

9/17/25, 11:17 AM Place Your Order - Amazon Checkout

Secure checkout

Delivering to [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

Paying with Mastercard [redacted]

Use a gift card, voucher, or promo code

Change

Want to save time on your next order and go directly to this step when checking out?

Default to this delivery address and payment method.

Arriving Sep 26, 2025 - Oct 7, 2025

Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign Wall Decor Metal Wall Plate Vintage Tin Sign 8X12 inch

$8.69

Ships from wanjishipinzhengzhouyouxian

Sold by wanjishipinzhengzhouyouxian

Gift options not available

Friday, Sep 26 - Tuesday, Oct 7 $4.59

Place your order

Order total: $14.17

By placing your order, you agree to Amazon's privacy notice and conditions of use

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of

VA 1-748-967



030 shanxihongchenjianzhuzhuangshiyouxiangongsi

9/17/25, 11:18 AM Amazon.com: Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign Wall Decor ...

We are unable to charge you for Prime due to insufficient funds

Add a valid payment method in 30 days to avoid losing your Prime benefits.

Please update your payment method




Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign Wall Decor Metal Wall Plate Vintage Tin Sign 8X12 inch

Brand: ALOBIOV

$8.99

| | |
|---|---|
| Color | Colorful |
| Brand | ALOBIOV |
| Mounting Type | Wall Mount |
| Product Dimensions | 12"L x 8"W |
| Shape | Rectangular |

**About this item**

- 【Effortless Indoor & Outdoor Charm】: Transform any space with ease! This decoration piece is designed for simple indoor and outdoor installation, instantly infusing a vintage, industrial aesthetic into your artwork, making it stand out in any environment.
- 【Adaptable Design for Diverse Spaces】: Versatility at its best! Perfectly suited for a wide range of settings such as bathrooms, kitchens, bedrooms, patios, and basements. Its adaptable design ensures it complements the style of every area in your home.
- 【Heartwarming Gift Option】: Surprise your loved ones with a truly unique gift. This item, filled with your genuine love, is a perfect present for boys, girls, friends, men, and women. Whether it's for a birthday, anniversary, Christmas, or other holidays, it's bound to bring joy and smiles.
- 【Premier After - Sales Experience】: Your satisfaction is our top - most priority. Should you have any questions or concerns about the sign, we are dedicated to providing prompt and effective solutions. We strive for continuous improvement to ensure your complete satisfaction with every order.
- 【Meticulously Crafted Wall Art】: We take pride in the painstaking process of creating this artwork. Each element is carefully crafted to bring a sense of vibrancy and character to your walls, making it a beautiful addition to your home decor.

$8.99

$4.59 delivery September 25 - October 3. Details

Deliver to [redacted] - Chicago 60604

Only 10 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Ships from shanxihongchenjianzhuzhuangshiyouxiangongsi

Sold by shanxihongchenjianzhuzhuangshiyouxiangongsi

Other sellers on Amazon

9/17/25, 11:19 AM Place Your Order - Amazon Checkout

Secure checkout

**Delivering to** [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Arriving Sep 25, 2025 - Oct 3, 2025**



Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign Wall Decor Metal Wall Plate Vintage Tin Sign 8X12 inch

**$8.99**

Ships from shanxihongchenjianzhuzhuangshiyouxiangongsi

Sold by shanxihongchenjianzhuzhuangshiyouxiangongsi

Gift options not available

Thursday, Sep 25 - Friday, Oct 3 $4.59

Place your order

**Order total: $14.50**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

# VA 1-748-967



031 Zhou 6985Zuliang

9/16/25, 10:10 PM Amazon.com: Pioujw 12x8 InchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Me…

Shop early holiday Quantity Discounts ▸




Pioujw 12x8 InchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign, ASpictureSHOW-b023

$12.99

FREE Returns

Color: ASpictureSHOW-b023

| | |
|---|---|
| Color | ASpictureSHOW-b023 |
| Brand | Pioujw |
| Recommended Uses For Product | Living Room, Bedroom, Kitchen, Office, Hotel, Dining Room, Office |
| Mounting Type | Wall Mount |
| Product Dimensions | 11.8"L x 7.8"W |

**About this item**

- Measure approximately 8 inch x 12 inch. (20 cm x 30 cm). Vertically or horizontally.
- All of our premium signs have 4 pre-drilled holes and can be easy installation.
- High-quality environmentally friendly metals sign / plaque. Made of outdoor durable metal, non-glare finish. The metal signs can be used for many years.
- A perfect wall decoration painting for living room, bedroom, kitchen, office, hotel, dining room, office, etc, and a great gift to your friends, families and relatives.
- If You Have Any Questions,Please Contact we.If The Product Has Any Quality Problems, We Support A Full Refund, You Can Click To"add To The Shopping Cart" Now! Rest Assured To Buy.

**Similar item with fast delivery**

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows

Join Prime

$12.99

FREE delivery **Monday, September 22** on orders shipped by Amazon over $35

Only 2 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Ships from Amazon

Add to List

9/16/25, 10:11 PM Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to O O**
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Pickup available nearby
Change

**Paying with American Express** [redacted]
Use a gift card, voucher, or promo code
Change

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

Special Offer
**O, we're giving you a 7-day trial of Prime for only $1.99**
Get your Prime eligible items Thursday, Sept. 18
Get FREE Two-Day Delivery with Prime

**Arriving Sep 22, 2025**
If you order in the next 14 hours and 48 minutes



Pioujw 12x8 InchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign, ASpictureSHOW-b023
$12.99
& FREE Returns
Ships from Amazon.com
Sold by Zhou 6985Zuliang

Add gift options

○ **Prime Delivery** Thursday, Sep 18 ~~$9.99~~
7 days of Prime for $1.99
◉ **Standard** Monday, Sep 22 $6.99
○ **Fast** Thursday, Sep 18 $9.99

Place your order

**Order total: $21.31**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

O, enjoy a 7-day trial of Prime for only $1.99!

# VA 1-748-967



032 shanxiyihuifengshengwukeji

9/17/25, 11:13 AM Amazon.com: Home Bar Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Metal Tin Sign 8x12 inch : Home & Kit...

We are unable to charge you for Prime due to insufficient funds

Add a valid payment method in 16 days to avoid losing your Prime benefits.

Please update your payment method




Click to see full view

Home Bar Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Metal Tin Sign 8x12 inch

Brand: Sinegong

$7.99

Size: 8*12 inch

| | |
|---|---|
| **Color** | sign11 |
| **Brand** | Sinegong |
| **Material** | Aluminum |
| **Theme** | Art |
| **Style** | Retro |

**About this item**

- [Perfect Size]: 12x8 inches
- [Aluminum Craftsmanship]: Made with high-quality aluminum, ensuring a lightweight yet durable sign that outlasts traditional tin signs.
- [Applicable Scenarios]: Vintage designs coupled with humorous warnings make it Fit For Decoration Of living room, bedroom, kitchen, dining room, gym, garage, meditation room, yoga room, bathroom, farmhouse, garden yard, office, studio, shop, bar, Tavern, cafe, hotel, Entertainment venues such as motels or restaurants.

$7.99

$4.99 delivery October 1 - 16. Details

Deliver to [redacted] - Chicago 60604

Only 1 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Ships from shanxiyihuifengshengwukeji

Sold by shanxiyihuifengshengwukeji

Returns 30-day refund/replacement

Customer service Amazon

Add to List

9/17/25, 11:14 AM Place Your Order - Amazon Checkout

Secure checkout

Delivering to [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

Paying with Mastercard [redacted]

Use a gift card, voucher, or promo code

Change

Want to save time on your next order and go directly to this step when checking out?

Default to this delivery address and payment method.

Arriving Oct 1, 2025 - Oct 16, 2025

Home Bar Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Metal Tin Sign 8x12 inch

$7.99

Ships from shanxiyihuifengshengwukeji

Sold by shanxiyihuifengshengwukeji

Wednesday, Oct 1 - Thursday, Oct 16 $4.99

Gift options not available

Place your order

Order total: $13.80

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Back to cart

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of

VA 1-748-967



033 boaixianchunlinshangmaoyouxiangongsi

11/28/25, 9:21 AM Amazon.com: Home Bar Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Metal Tin Sign 8x12 inch : Home & Kit...

Delivery estimates to Chicago include delays due to weather.




Click to see full view

Home Bar Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Metal Tin Sign 8x12 inch

Brand: Sinvoping

$6.99

Price History

Shopping for work? Save 35% up to $100 on your Amazon Business orders. Sign up for a free business account.

Apply for Amazon Visa and pay $6.99 $0.00 for this order upon approval. Learn more

Color: sign11

Size: 8*12 inch

| | |
|---|---|
| Color | sign11 |
| Brand | Sinvoping |
| Material | Aluminum |
| Theme | Art |
| Style | Retro |

**About this item**

- [Perfect Size]: 12x8 inches
- [Aluminum Craftsmanship]: Made with high-quality aluminum, ensuring a lightweight yet durable sign that outlasts traditional tin signs.
- [Applicable Scenarios]: Vintage designs coupled with humorous warnings make it Fit For Decoration Of living room,bedroom,kitchen,dining room,gym,garage,meditation room,yoga room,bathroom,farmhouse,garden yard,office,studio,shop,bar,Tavern,cafe,hotel,Entertainment venues such as motels or restaurants.
- [Easy Installation]: tin sign has holes in every corner,Comes ready-to-hang, making it a breeze to place in your desired location for maximum visibility.
- [Easy to clean]: just wipe with a damp cloth or rinse with clean water regularly for long-lasting use.

See more product details

Report an issue with this product or seller

$6.99

$5.98 delivery December 12 – January 2. Details

Only 6 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Add to List

Cat Vintage Metal Sign Reading...

$13.99

Pay-per-visit telehealth

Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now >

Brand in this category on Amazon

11/28/25, 9:22 AM Place Your Order - Amazon Checkout

Secure checkout

**Delivering to O O**

111 W JACKSON BLVD, CHICAGO, IL, 60604-3505, United States

Add delivery instructions

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

Special Offer

**O, we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime.

**Arriving Dec 12, 2025 - Jan 2, 2026**

Home Bar Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Metal Tin Sign 8x12 inch

**$6.99**

Ships from boaixianchunlinshangmaoyouxiangongsi

Sold by boaixianchunlinshangmaoyouxiangongsi

Gift options not available

**Friday, Dec 12 - Friday, Jan 2**

$5.98 - Delivery

Place your order

**Order total: $13.69**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations O, you are eligible for 30 days of Prime for free!

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

**VA 1-748-967**



# 034 柜贤子塑品

9/16/25, 5:47 PM Amazon.com: Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Metal Sign 12×8 Inch : Home ...

amazon prime | Deliver to Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, OO Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Amazon Haul | Off to College | Books | Early Prime Deals | Same-Day Delivery | Medical Care | Groceries | Pharmacy | Home Improvement | Customer Service | Amazon Basics | Prime Big Deal Days is October 7-8

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Baby puffs and snacks, delivered ›

**We are unable to charge you for Prime due to insufficient funds**

Add a valid payment method in 17 days to avoid losing your Prime benefits. | Please update your payment method

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

## Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Metal Sign 12×8 Inch

Brand: Pangdodo

$9.99

Thank you for being a Prime member. Get a $150 Gift Card: Pay $0.00 upon approval for Prime Visa. No annual fee.

Color: Tin sign9

$9.99 | $9.99 | $9.99 | $9.99 | $9.99 | $9.99 | $9.99 | $9.99 | $9.99

Size: 12×8

| | |
|---|---|
| **Color** | Tin sign9 |
| **Brand** | Pangdodo |
| **Material** | Aluminum, Metal |
| **Item Weight** | 0.22 Pounds |

**About this item**

$9.99

$7.96 delivery **October 1 - 16**. Details

Deliver to [redacted] - Chicago 60604

**Only 20 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Ships from 柜贤子塑品

Sold by 柜贤子塑品

Returns 30-day refund/replacement

Customer service Amazon

See more

Add to List

9/16/25, 5:48 PM Place Your Order - Amazon Checkout

amazon prime | Secure checkout | Cart

**Delivering to [redacted]**
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Change

**Paying with Mastercard [redacted]**
Use a gift card, voucher, or promo code
Change

**Want to save time on your next order and go directly to this step when checking out?**
Default to this delivery address and payment method.

**Arriving Oct 1, 2025 - Oct 16, 2025**

Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Metal Sign 12×8 Inch
$9.99
Ships from 柜贤子塑品
Sold by 柜贤子塑品

Wednesday, Oct 1 - Thursday, Oct 16 $7.96

Gift options not available

Place your order | **Order total: $18.97**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of

**VA 1-748-967**



# 035 bozhoushiqiaochengqudongzhaohuashui

10/13/25, 10:04 AM Amazon.com: Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Metal Sign 12×8 Inch : Hom...

amazon Deliver to O Chicago 60604 | All | Tin+Sign+Cat+Reading+Because+Murder+Is+Wrong | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Books | Groceries | Amazon Basics | Custom Products | Today's Deals | Customer Service | Buy Again | Pet Supplies | Browsing History

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Shop now

Sponsored

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



Ask Rufus

Can it be hung outdoors? | What is the sign made of?

Does it come with mounting hardware? | Ask something else

## Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Metal Sign 12×8 Inch

Brand: Pangdodo

$9.99

Apply for Amazon Store Card and pay ~~$9.99~~ **$0.00** for this order upon approval. Find out how

Color: **Tin Sign9**

Size: **12×8**

- Premium Tin Construction: Made from high-quality tin, ensuring sturdiness and long-lasting durability for both indoor and outdoor use.
- Weather-Resistant Finish: Coated to withstand rain, sun, and humidity, making it ideal for garden, patio, or outdoor event displays.
- Versatile Sizing: Measuring 8x141 inches, perfect for home decor, garden signs, event directional markers, or small business promotions.
- Easy to Install: Lightweight design with pre-drilled holes, allowing for quick mounting on walls, fences, or posts without extra tools.
- Classic & Functional: Sleek metal surface adds a rustic touch to any space while serving as a practical sign or decorative accent.

Report an issue with this product or seller

Sponsored

$9.99

FREE delivery **October 23 - 31.** Details

Or fastest delivery **October 16 - 17.** Details

Deliver to O - Chicago 60604

**Only 5 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Ships from bozhoushiqiaochengqudongzhaohuashui

Sold by bozhoushiqiaochengqudongzhaohuashui

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to List

10/13/25, 10:04 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with American Express** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Special Offer

**O, we're giving you a 7-day trial of Prime for only $1.99** Join Prime

Free delivery, award-winning TV, exclusive deals, and more

**Arriving Oct 23, 2025 - Oct 31, 2025**




Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Metal Sign 12×8 Inch

$9.99

Ships from bozhoushiqiaochengqudongzhaohuashui

Sold by bozhoushiqiaochengqudongzhaohuashui

1

Gift options not available

**Thursday, Oct 23 - Friday, Oct 31** FREE Delivery

**Thursday, Oct 16 - Friday, Oct 17** $9.21 - Delivery

Place your order

**Order total: $11.01**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

O, enjoy a 7-day trial of Prime for only $1.99!

Join Prime

# VA 1-748-967



# 036 周游户外用品

27/10/2025, 11:02 Amazon.com: Wowisfox Vintage Funny Cat Tin Sign Reading Because Murder is Wrong with Glasses Newspaper Easy to Hang fo...

amazon Deliver to O-O Chicago 60604 | Tin+Sign+Cat+Reading+Because+Murder+Is+Wrong | EN | Hello, O-O Account & Lists | Returns & Orders

All | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Amazon Basics | Audible | Buy Again | Pet Supplies | Livestreams | Pharmacy | Video Games | Subscribe & Save | O-O's Amazon.com

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Shop official NBA team merch

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



Vintage Funny Cat Tin Sign Reading Because Murder is Wrong with Glasses Newspaper Easy to Hang for Living Room Book Nook 8X12 Inch

Brand: Wowisfox

$5.98

Apply for Amazon Visa and pay $5.98 $0.00 for this order upon approval. Find out how

- Made from premium tin, this sign is scratch-resistant and fade-proof, ensuring long-lasting vibrancy in any environment, from home walls to commercial spaces.
- Features bold, attention-grabbing graphics with a retro aesthetic, adding a unique touch of character to garages, man caves, living rooms, or offices.
- Lightweight and designed for hassle-free mounting (compatible with standard hooks or nails), it can be set up in minutes without complex tools.
- Ideal for home decor (garages, man caves, living areas) or as a distinctive addition to commercial spaces that love retro styling—suits various interior themes.
- A great present for vintage decor lovers, DIY enthusiasts, or anyone who appreciates unique wall art—combines style and personality in one durable piece.

Report an issue with this product or seller

$5.98

$4.98 delivery November 12 - 25. Details

Deliver to O-O - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller 周游户外用品

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to List

Deals on related products Sponsored

27/10/2025, 11:03 Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to O-O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Visa** [redacted] Change

Use a gift card, voucher, or promo code

Special Offer

**O-O, we're giving you Prime free for 30 days**

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime free for 30 days

Cancel anytime.

**Arriving Nov 12, 2025 - Nov 25, 2025**



Wowisfox Vintage Funny Cat Tin Sign Reading Because Murder is Wrong with Glasses Newspaper Easy to Hang for Living Room Book Nook 8X12 Inch

**$5.98**

Ships from 周游户外用品

Sold by 周游户外用品

1

Gift options not available

Wednesday, Nov 12 - Tuesday, Nov 25

$4.98 - Delivery

Place your order

**Order total: $11.57**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Congratulations O-O, you are eligible for 30 days of Prime for $0!

# VA 1-748-967



## 037 henanshengchenjingwuyeyou

10/20/25, 12:36 PM Amazon.com: UGCOJHG 8x12 inches Retro Tin Sign Metal Poster Aluminum Vintage Wall Décor, Reading Book Cat Murder is …

amazon Deliver to O Chicago 60604 | All | cat reading | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Luxury | Books | Groceries | Amazon Basics | Custom Products | Today's Deals | Customer Service | NBA on Prime tips off Friday

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

UGCOJHG 8x12 inches Retro Tin Sign Metal Poster Aluminum Vintage Wall Décor, Reading Book Cat Murder is Wrong, Funny Decoration for Office Home Classroom Library Bedroom Cafe Club Bar Art Plaque

Brand: UGCOJHG
Find specific info

$6.99

Get $60 off instantly: Pay $0.00 $6.99 upon approval for the Amazon Store Card. No annual fee.

- Perfect Size for Any Room – Measuring 8x12 inches, this metal tin sign offers the ideal balance of compact size and visibility. Its versatile dimensions make it perfect for decorating walls in kitchens, bars, garages, bedrooms, patios, offices, or man caves.
- Durable Metal Tin Construction – Crafted from high-quality tin/metal, this wall sign is lightweight yet sturdy, rustproof, waterproof, and fade-resistant, ensuring long-lasting beauty whether displayed indoors or outdoors.
- Vintage & Rustic Wall Decor – The distressed retro design of this metal tin sign adds farmhouse charm and nostalgic character. It blends seamlessly with rustic, industrial, modern, or vintage-inspired home decor, instantly enhancing your wall art collection.
- Easy to Hang & Display – Each metal sign comes with pre-drilled holes for quick installation. Simply mount with nails, hooks, screws, or even double-sided tape. It can also be placed on shelves or leaned against a wall for flexible decorating options.
- Great Gift for Any Occasion – This decorative metal tin sign wall art makes a thoughtful gift idea for family, friends, and colleagues. Perfect for housewarmings, birthdays, holidays, Father's Day, Mother's Day, or just as a fun surprise to brighten someone's space.

› See more product details

Report an issue with this product or seller

$6.99

$2.98 delivery **November 7 - 18**. Details

Deliver to O - Chicago 60604

Only 3 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | henanshengchenjingwuyeyou |
| Sold by | henanshengchenjingwuyeyou |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to List

**Products related to this item** Sponsored

Page 1 of 58

10/20/25, 12:36 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with American Express** [redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
Default to this delivery address and payment method

Special Offer
**O, we're giving you a 7-day trial of Prime for only $1.99** Join Prime
Free delivery, award-winning TV, exclusive deals, and more

**Arriving Nov 7, 2025 - Nov 18, 2025**



UGCOJHG 8x12 inches Retro Tin Sign Metal Poster Aluminum Vintage Wall Décor, Reading Book Cat Murder is Wrong, Funny Decoration for Office Home Classroom Library Bedroom Cafe Club Bar Art Plaque
**$6.99**
Ships from henanshengchenjingwuyeyou
Sold by henanshengchenjingwuyeyou

1

Gift options not available

**Friday, Nov 7 - Tuesday, Nov 18** $2.98

Place your order **Order total: $10.69**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

O, enjoy a 7-day trial of Prime for only $1.99!

# VA 1-748-967



# 038 ChangShaJuBaiYeMaoYiYouXianGongSi

10/13/25, 9:47 AM Amazon.com: KKWORLD Retro Tin Sign Metal Poster Aluminum Vintage Wall Décor, Reading Book Cat Murder is Wrong, Funny ...

amazon Deliver to O Chicago 60604 | All | cat Reading Book | EN | Hello, O Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Books | Groceries | Amazon Basics | Custom Products | Today's Deals | Customer Service | Buy Again | Pet Supplies | Browsing History

Shop now

Sponsored

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

KKWORLD Retro Tin Sign Metal Poster Aluminum Vintage Wall Décor, Reading Book Cat Murder is Wrong, Funny Decoration for Office Home Classroom Library Bedroom Cafe Club Bar Wall Art Plaque 8x12 Inch

Brand: KKWORLD

Find specific info

$8.99

Apply for Amazon Store Card and pay $8.99 $0.00 for this order upon approval. Find out how

- Size: This 8x12 inch tin sign is a perfect fit for both small and large spaces, offering a touch of decor wherever it's placed.
- MATERIAL: Crafted from high-quality aluminum, this sign is both lightweight and sturdy, ensuring long-lasting use.
- Rust-Resistant and Fade-Proof: Designed to endure outdoor and indoor conditions, it resists rust and fading, maintaining its vibrant appearance for years.
- Simple to Mount: With pre-drilled holes, this tin sign is easy to hang and move without any hassle.
- Charming Home Accent: Ideal for use in kitchens, living rooms, patios, or even offices, this tin sign adds a stylish and vintage touch to any space.

See more product details

Report an issue with this product or seller

Sponsored

$8.99

$3 delivery October 22 - 27. Details

Deliver to O - Chicago 60604

Only 19 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Ships from ChangShaJuBaiYeMaoYiYouXianGongSi

Sold by ChangShaJuBaiYeMaoYiYouXianGongSi

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to List

10/13/25, 9:49 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with American Express** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method

Special Offer

**O, we're giving you a 7-day trial of Prime for only $1.99** Join Prime

Free delivery, award-winning TV, exclusive deals, and more

**Arriving Oct 22, 2025 - Oct 27, 2025**



KKWORLD Retro Tin Sign Metal Poster Aluminum Vintage Wall Décor, Reading Book Cat Murder is Wrong, Funny Decoration for Office Home Classroom Library Bedroom Cafe Club Bar Wall Art Plaque 8x12 Inch

$8.99

Ships from ChangShaJuBaiYeMaoYiYouXianGongSi

Sold by ChangShaJuBaiYeMaoYiYouXianGongSi

1

Gift options not available

Wednesday, Oct 22 - Monday, Oct 27

$3.00 - Delivery

Place your order **Order total: $12.91**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

O, enjoy a 7-day trial of Prime for only $1.99!

Join Prime

# VA 1-748-967



039 HuHeHaoTeShiYunZhengWei

21/10/2025, 10:58 Amazon.com: UGCOJHG 8x12 inches Retro Tin Sign Metal Poster Aluminum Vintage Wall Décor, Reading Book Cat Murder is Wr…

amazon Deliver to O-O Chicago 60604 | All | cat reading | EN | Hello, O-O Account & Lists | Returns & Orders

All | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Books | Amazon Basics | Buy Again | Pet Supplies | Livestreams | Pharmacy | Video Games | Subscribe & Save | O-O's Amazon.com | NBA on Prime tips off Friday

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

UGCOJHG 8x12 inches Retro Tin Sign Metal Poster Aluminum Vintage Wall Décor, Reading Book Cat Murder is Wrong, Funny Decoration for Office Home Classroom Library Bedroom Cafe Club Bar Art Plaque

Brand: UGCOJHG
Search this page

$6.99

Get a $50 Amazon Gift Card instantly upon approval for Amazon Visa. No annual fee.

- Perfect Size for Any Room – Measuring 8x12 inches, this metal tin sign offers the ideal balance of compact size and visibility. Its versatile dimensions make it perfect for decorating walls in kitchens, bars, garages, bedrooms, patios, offices, or man caves.
- Durable Metal Tin Construction – Crafted from high-quality tin/metal, this wall sign is lightweight yet sturdy, rustproof, waterproof, and fade-resistant, ensuring long-lasting beauty whether displayed indoors or outdoors.
- Vintage & Rustic Wall Decor – The distressed retro design of this metal tin sign adds farmhouse charm and nostalgic character. It blends seamlessly with rustic, industrial, modern, or vintage-inspired home decor, instantly enhancing your wall art collection.
- Easy to Hang & Display – Each metal sign comes with pre-drilled holes for quick installation. Simply mount with nails, hooks, screws, or even double-sided tape. It can also be placed on shelves or leaned against a wall for flexible decorating options.
- Great Gift for Any Occasion – This decorative metal tin sign wall art makes a thoughtful gift idea for family, friends, and colleagues. Perfect for housewarmings, birthdays, holidays, Father's Day, Mother's Day, or just as a fun surprise to brighten someone's space.

› See more product details

Report an issue with this product or seller

$6.99

$2.98 delivery October 28 - November 4. Details

Deliver to O-O - Chicago 60604

Only 5 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Shipper / Seller | HuHeHaoTeShiYunZhengWei |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to List

21/10/2025, 10:59 Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to O-O** Change
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Visa** [redacted] Change
Use a gift card, voucher, or promo code

Special Offer

**O-O, we're giving you Prime free for 30 days.**
Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime free for 30 days
Cancel anytime.

**Arriving Oct 28, 2025 - Nov 4, 2025**



UGCOJHG 8x12 inches Retro Tin Sign Metal Poster Aluminum Vintage Wall Décor, Reading Book Cat Murder is Wrong, Funny Decoration for Office Home Classroom Library Bedroom Cafe Club Bar Art Plaque
$6.99
Ships from HuHeHaoTeShiYunZhengWei
Sold by HuHeHaoTeShiYunZhengWei

1

Gift options not available

Tuesday, Oct 28 - Tuesday, Nov 4
$2.98 - Delivery

Place your order

**Order total: $10.69**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Congratulations O-O, you are eligible for 30 days of Prime for $0!

**VA 1-748-967**



040 longekeji2

9/16/25, 5:50 PM Amazon.com: Husienzn Retro Tin Sign Metal Poster Aluminum Vintage Wall Décor, Reading Book Cat Murder is Wrong, Funny De...

Baby and kid personal care, delivered ›

We are unable to charge you for Prime due to insufficient funds

Please update your payment method




Husienzn Retro Tin Sign Metal Poster Aluminum Vintage Wall Décor, Reading Book Cat Murder is Wrong, Funny Decoration for Office Home Classroom Library Bedroom Cafe Club Bar Wall Art Plaque 8x12 Inch

$6.99

FREE Returns

Color: tph-250

| | |
|---|---|
| Color | tph-250 |
| Brand | Husienzn |
| Material | Metal |
| Theme | Fantasy |
| Mounting Type | Wall Mount |

About this item

- Dimensions: 20*30cm (7.8inch*11.8inch).
- Tin sign pre-drilled holes for easy hanging.
- Material: Metal / tin sign.
- Used for decorating office, Libary, classroom, bedroom and all kinds of individual character places or home decoration.

$6.99

FREE delivery October 10 - 22 for Prime members

Deliver to [redacted] - Chicago 60604

Usually ships within 1 to 2 months

Quantity: 1

Add to Cart

Buy Now

Ships from Amazon

Sold by longekeji2

Add to List

9/16/25, 5:51 PM Place Your Order - Amazon Checkout

Secure checkout

**Delivering to** [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

FREE pickup available nearby

Change

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Arriving Oct 10, 2025 - Oct 22, 2025**

Husienzn Retro Tin Sign Metal Poster Aluminum Vintage Wall Décor, Reading Book Cat Murder is Wrong, Funny Decoration for Office Home Classroom Library Bedroom Cafe Club Bar Wall Art Plaque 8x12 Inch

**$6.99**

& FREE Returns

Ships from Amazon.com

Sold by longekeji2

1

Add gift options

Friday, Oct 10 - Wednesday, Oct 22 FREE

Place your order

**Order total: $7.71**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Place your order

# VA 1-748-967



# 041 贫铭商贸

06/10/2025, 08:57 Amazon.com: Retro Tin Sign Metal Poster Aluminum Vintage Wall Decor Reading Book Cat Murder Is Wrong Funny Decoration F...

amazon Deliver to O-O Chicago 60604 | All | cat+reading | EN | Hello, O-O Account & Lists | Returns & Orders | 0

All | Join Prime | Amazon Haul | Early Prime Deals | Same-Day Delivery | Medical Care | Books | Amazon Basics | Buy Again | Pet Supplies | Browsing History | Handmade | Pharmacy | Subscribe & Save

amazon business Business Essentials: Power your operations ›

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

Retro Tin Sign Metal Poster Aluminum Vintage Wall Decor Reading Book Cat Murder Is Wrong Funny Decoration For Office Home Classroom Library Bedroom Cafe Club Bar Wall Art Plaque 8x12 Inch

Brand: Egytrdhb
Search this page

$7.20

Get $60 off instantly: Pay $0.00 $7.20 upon approval for the Amazon Store Card. No annual fee.

Color: Style-5

$7.20 $7.20 $7.20 $7.20 $7.20
$7.20 $7.20 $7.20 $7.20 $7.20
$7.20 $7.20 $7.20 $7.20 $7.20

Size: 8x12 inch

5.5x8 inch | 8x12 inch | 12x16 inch

$7.20

$6.98 delivery October 16 - 27. Details

Deliver to O-O - Chicago 60604

Only 19 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller 贫铭商贸
Returns 30-day refund/replacement
Payment Secure transaction

See more

Add to List

06/10/2025, 08:58 Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to O-O** Change
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Visa** [redacted] Change
Use a gift card, voucher, or promo code

**Try Prime Free**

O-O, we're giving you Prime free for 30 days.

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime free for 30 days
Cancel anytime.

**Arriving Oct 16, 2025 - Oct 27, 2025**



Retro Tin Sign Metal Poster Aluminum Vintage Wall Decor Reading Book Cat Murder Is Wrong Funny Decoration For Office Home Classroom Library Bedroom Cafe Club Bar Wall Art Plaque 8x12 Inch
**$7.20**
Ships from 贫铭商贸
Sold by 贫铭商贸

1

Gift options not available

**Thursday, Oct 16 - Monday, Oct 27**
$6.98 - Delivery

Congratulations O-O, you are eligible for

# VA 1-748-967



# 042 tianjinbangteyunshugufenyouxiangongsi

10/14/25, 1:02 PM Amazon.com: Puzzle 1000 Pieces Poster Vintage, Girl Leaning Against a Tree, Lost in Her Book, Funny ation Home Classroom Li…

amazon Deliver to [redacted] Chicago 60604 | Toys & Games | Search Amazon | EN | Hello, OO Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Amazon Basics | Groceries | Pharmacy | Home Improvement | Customer Service | Buy Again | Pet Supplies | Amazon Business | Browsing History

Toys & Games | Kids Gift Guide | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Gift List

amazon business Shop & save on bulk holiday gifting ▸

**Your Prime membership is paused due to a billing issue**

Rejoin with a valid payment method to regain access to your Prime benefits. | Update payment method

Toys & Games › Puzzles › Jigsaw Puzzles




Puzzle 1000 Pieces Poster Vintage, Girl Leaning Against a Tree, Lost in Her Book, Funny ation Home Classroom Library Club Bar Art

Brand: Wjhg

Search or ask

$24.98

Get a $60 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Size: **1000pcs**

Color:

P01

- Contains a 1000 piece jigsaw puzzle jigsaw puzzle.
- Finished size is 29.53 x 19.69 inches.
- Manufactured from premium quality materials including 100% recycled paperboard.
- If you want to enhance the power of your brain through some good mental games, then here is an excellent puzzle to help you do this.
- Jigsaw puzzle is one of the best indoor activities today. It is ideal for birthday gifts, Halloween gifts or Christmas gifts. The finished puzzle is the best decoration for your bedroom, living room, etc.

› See more product details

Report an issue with this product or seller

$24.98

$5.50 delivery **October 23 - November 3**. Details

Deliver to [redacted] - Chicago 60604

**Only 10 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Ships from tianjinbangteyunshugufenyouxiangongsi

Sold by tianjinbangteyunshugufenyouxiangongsi

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to List

10/14/25, 1:03 PM Place Your Order - Amazon Checkout

amazon Secure checkout | Cart

**Delivering to [redacted]**

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States | Change

Add delivery instructions

**Paying with Mastercard [redacted]** | Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method

**Special Offer**

**OO, we're giving you a 7-day trial of Prime for only $1.99** | Join Prime

Free delivery, award-winning TV, exclusive deals, and more

**Arriving Oct 23, 2025 - Nov 3, 2025**



Puzzle 1000 Pieces Poster Vintage, Girl Leaning Against a Tree, Lost in Her Book, Funny ation Home Classroom Library Club Bar Art

**$24.98**

Ships from tianjinbangteyunshugufenyouxiangongsi

Sold by tianjinbangteyunshugufenyouxiangongsi

Disclaimers

1

Gift options not available

**Thursday, Oct 23 - Monday, Nov 3**

$5.50 - Delivery

Place your order | **Order total: $33.04**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

OO, enjoy a 7-day trial of Prime for only $1.99

# VA 1-748-967



043 美眉饰科

10/28/25, 2:42 PM Amazon.com: Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign Wall Decor ...

amazon Deliver to Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, OO Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Amazon Basics | Groceries | Pharmacy | Home Improvement | Customer Service | Buy Again | Audible | NBA on Prime Friday 6:30PM ET

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon renewed Save on pre-loved TVs

**Your Prime membership is paused due to a billing issue**

Rejoin with a valid payment method to regain access to your Prime benefits.

Update payment method

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign Wall Decor Metal Wall Plate Vintage Tin Sign 8X12 inch

Brand: ALOIBGV

$11.99

Save up to 25% with business pricing. Sign up for a free Amazon Business account

| | |
|---|---|
| **Color** | Colorful |
| **Brand** | ALOIBGV |
| **Mounting Type** | Wall Mount |
| **Product Dimensions** | 12"L x 8"W |
| **Shape** | Rectangular |

**About this item**

- 【Effortless Indoor & Outdoor Charm】: Transform any space with ease! This decoration piece is designed for simple indoor and outdoor installation, instantly infusing a vintage, industrial aesthetic into your artwork, making it stand out in any environment.
- 【Adaptable Design for Diverse Spaces】: Versatility at its best! Perfectly suited for a wide range of settings such as bathrooms, kitchens, bedrooms, patios, and basements. Its adaptable design ensures it complements the style of every area in your home.
- 【Heartwarming Gift Option】: Surprise your loved ones with a truly unique gift. This item, filled with your genuine love, is a perfect present for boys,

$11.99

$3.19 delivery **November 6 - 17**. Details

Deliver to [redacted] - Chicago 60604

**Only 10 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller 美眉饰科

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to List

**Other sellers on Amazon**

10/28/25, 2:43 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to** [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

Change

**Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.**

Prime is just $14.99/month. Cancel anytime.

Join Prime

Cancel anytime

**Arriving Nov 6, 2025 - Nov 17, 2025**



Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign Wall Decor Metal Wall Plate Vintage Tin Sign 8X12 inch

**$11.99**

Ships from 美眉饰科

Sold by 美眉饰科

1

Gift options not available

**Thursday, Nov 6 - Monday, Nov 17** $3.19

Place your order

**Order total: $16.41**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Join Prime for $14.99/month and get immediate access to benefits

**VA 1-748-967**



# 044 GuangZhouYiWuShangMao

9/17/25, 11:25 AM Amazon.com: 500 Pieces Jigsaw Puzzle Cat Reading Because Murder is Wrong Cafe Mural Props Toys School Supplies Wooden ...

Same-day delivery on packaged produce ›

**We are unable to charge you for Prime due to insufficient funds**

Add a valid payment method in 16 days to avoid losing your Prime benefits. Please update your payment method




Click to see full view

500 Pieces Jigsaw Puzzle Cat Reading Because Murder is Wrong Cafe Mural Props Toys School Supplies Wooden Puzzle Family Decorations Unique Birthday Present

$21.99

- High Quality Quality Wood, Non-Toxic. Much Thicker Than The Industry Average. Each Puzzle Piece Is Unique And Worthwhile.
- It Can Not Only Exercise Logicality And Sensory Coordination, But Also Give You A Chance To Develop A Closer Relationship With Others And Create A Joyful Atmosphere.
- Jigsaw Puzzle :Thrill And Challenge Your Family And Friends Piecing Together This Incredible Jigsaw Puzzle. Bring Home Hours Of Fun And Entertainment Everyone Will Enjoy.
- The Puzzle Is A Great Gift For Friends And Family On Big Days, And Can Also Be The Best Home Art Decor.
- If You Find Yourself Missing A Piece In The Puzzles For Adult, Please Contact Us With Our E-Mail And We Will Resend You The Missing Block

› See more product details

Report an issue with this product or seller

**See more from "Wednesday"**
Shop official "Wednesday" toys, costumes, apparel and more. Explore now

$21.99
$5.85 delivery **September 26 - October 7**. Details
Deliver to [redacted] - Chicago 60604
In Stock
Quantity: 1
Add to Cart
Buy Now
Ships from GuangZhouYiWuShangMao
Sold by GuangZhouYiWuShangMao
Customer service Amazon
Add to List

**Brand in this category on Amazon**

SnapTek Dog Bark Collar



9/17/25, 11:26 AM Place Your Order - Amazon Checkout

Secure checkout

**Delivering to** [redacted]
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Change

**Paying with Mastercard** [redacted]
Use a gift card, voucher, or promo code
Change

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

**Arriving Sep 26, 2025 - Oct 7, 2025**

500 Pieces Jigsaw Puzzle Cat Reading Because Murder is Wrong Cafe Mural Props Toys School Supplies Wooden Puzzle Family Decorations Unique Birthday Present
**$21.99**
Ships from GuangZhouYiWuShangMao
Sold by GuangZhouYiWuShangMao

Gift options not available

Friday, Sep 26 - Tuesday, Oct 7 $5.85

Place your order **Order total: $30.09**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Back to cart

Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of

# VA 1-748-967



045 金华市淑徵服饰有限公司

9/29/25, 11:16 AM Amazon.com: Cat Reading Because Murder Is Wrongsignstinaluminum Sign For Kitchen Home Garden Wall Bar Cafe Decor Funn...

amazon prime | Deliver to Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, OO Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Amazon Haul | Off to College | Early Prime Deals | Same-Day Delivery | Medical Care | Groceries | Pharmacy | Home Improvement | Customer Service | Amazon Basics | Prime Big Deal Days is October 7-8

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon business The latest in business tech ▸

**We are unable to charge you for Prime due to insufficient funds**

Add a valid payment method in 4 days to avoid losing your Prime benefits.

Please update your payment method

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



Cat Reading Because Murder Is Wrongsignstinaluminum Sign For Kitchen Home Garden Wall Bar Cafe Decor Funny Vintage Metal Sign Poster 8X12 Inches

Brand: Yelenacca

$8.99

You're invited to apply for Prime Visa. Get a $150 Amazon Gift Card instantly upon approval. Find out how

- Material:Made of high-quality tin/metal iron
- NO FADING:The tin sign is printed with Waterproof, Non-glare, Clean simple and Colorfast.- Creative, contracted, fashionable design.
- Each tin sign will put into a bag, we will package well for each item so that you will receive the package without damage. Please contact us if you are not satisfied with the metal sign. We will solve all the problems with your satisfaction in 24 hours
- Applicable scenarios:These Retro Tin Signs Are Interesting And Attractive Decorations For Your House, Garden, Cafes,Office, Bar, Restaurant, Dormitory, Mansion Or Garage, campus,Clubs, Billiard Rooms,hotel, restaurant, bar, bedroom, living room.
- Welcome To Our Product Now!click ""add To Cart"" To Buy Now! You Will Love It!If You Have Any Questions, Please Contact Us

› See more product details

Report an issue with this product or seller

one medical | **Pay-per-visit telehealth** Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get

$8.99

$4.99 delivery **October 8 - 20.** Details

Deliver to [redacted] - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from 金华市淑徵服饰有限公司

Sold by 金华市淑徵服饰有限公司

Returns 30-day refund/replacement

Customer service Amazon

See more

Add to List

9/29/25, 11:17 AM Place Your Order - Amazon Checkout

amazon prime | Secure checkout | Cart

**Delivering to** [redacted] Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

$150 Amazon Gift Card | **Get a $150 Amazon Gift Card instantly** upon approval for Prime Visa. No annual fee. Open offer

**Arriving Oct 8, 2025 - Oct 20, 2025**



Cat Reading Because Murder Is Wrongsignstinaluminum Sign For Kitchen Home Garden Wall Bar Cafe Decor Funny Vintage Metal Sign Poster 8X12 Inches

**$8.99**

Ships from 金华市淑徵服饰有限公司

Sold by 金华市淑徵服饰有限公司

1

Gift options not available

**Wednesday, Oct 8 - Monday, Oct 20** $4.99

Place your order

**Order total: $14.90**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of

**VA 1-748-967**



# 046 deyangzhiguangshanxi

17/10/2025, 09:36 Amazon.com: Cat Reading Because Murder Is Wrongsignstinaluminum Sign For Kitchen Home Garden Wall Bar Cafe Decor Funn...

amazon Deliver to O-O Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, O-O Account & Lists | Returns & Orders

All | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Amazon Basics | Buy Again | Pet Supplies | Audible | Browsing History | Subscribe & Save | Handmade | Pharmacy | Books | Kindle Books | Sell

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



Cat Reading Because Murder Is Wrongsignstinaluminum Sign For Kitchen Home Garden Wall Bar Cafe Decor Funny Vintage Metal Sign Poster 8X12 Inches

Brand: Yelenacca

Search this page

$10.99

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

- Material:Made of high-quality tin/metal iron
- NO FADING:The tin sign is printed with Waterproof, Non-glare, Clean simple and Colorfast.- Creative, contracted, fashionable design.
- Each tin sign will put into a bag, we will package well for each item so that you will receive the package without damage. Please contact us if you are not satisfied with the metal sign. We will solve all the problems with your satisfaction in 24 hours
- Applicable scenarios:These Retro Tin Signs Are Interesting And Attractive Decorations For Your House, Garden, Cafes,Office, Bar, Restaurant, Dormitory, Mansion Or Garage, campus,Clubs, Billiard Rooms,hotel, restaurant, bar, bedroom, living room.
- Welcome To Our Product Nowclick ""add To Cart"" To Buy Now! You Will Love It!!! You Have Any Questions, Please Contact Us.

› See more product details

Report an issue with this product or seller

$10.99

$4.32 delivery **October 28 - November 6.** Details

Deliver to O-O - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller: deyangzhiguangshanxi

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to List

**Explore top deals in related categories** See all deals

Page 1 of 6



17/10/2025, 09:38 Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to O-O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Visa** [redacted] Change

Use a gift card, voucher, or promo code

Special Offer

**O-O, we're giving you Prime free for 30 days.**

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime free for 30 days

Cancel anytime.

**Arriving Oct 28, 2025 - Nov 6, 2025**



Cat Reading Because Murder Is Wrongsignstinaluminum Sign For Kitchen Home Garden Wall Bar Cafe Decor Funny Vintage Metal Sign Poster 8X12 Inches

**$10.99**

Ships from deyangzhiguangshanxi

Sold by deyangzhiguangshanxi

1

Gift options not available

**Tuesday, Oct 28 - Thursday, Nov 6**

$4.32 - Delivery

Place your order

**Order total: $16.44**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

**Congratulations O-O, you are eligible for 30 days of Prime for $0!**

# VA 1-748-967



## 047 qiuzhouyumojiancaiyouxiangongsi

03/12/2025, 11:01 Amazon.com: JKFFCBB Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 12x16 Inch ...

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



**JKFFCBB Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 12x16 Inch**

Brand: JKFFCBB

Search this page

$12.99

Price history

Get $10 off instantly: Pay $2.99 ~~$12.99~~ upon approval for the Amazon Store Card. No annual fee.

Color: **as pic1**

$12.99

‹ Previous 1 2 Next ›

Size: **12*16 inch**

6*8 inch | 8*12 inch | 12*16 inch

- Size:12 inches X 16 inches(30x40 cm).
- Material: wall decorative sign is made of high quality tin metal, durable, will not be deformed, waterproof, high temperature resistant and will not fade.
- Features: Pattern design is full of creativity. The pattern design is full of creativity and very eye-catching. The most advanced printing method is used to ensure the perfect color and detail of the pattern.
- Easy to hang: The metal sign has pre-drilled holes for easy hanging. Double-sided tape can also be used as an alternative hanging method.
- Applications: Widely used in home decoration, kitchen, bathroom, restaurant, garage, farm or bar. Decorate your house with this vintage design and add another individual style.

$12.99

$4.89 delivery **December 17 - January 6**. Details

Deliver to O-O - Chicago 60604

**Only 10 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller: qiuzhouyumojiancaiyouxiangongsi

Returns: Returnable until Jan 31, 2026

Payment: Secure transaction

See more

Add to List

03/12/2025, 11:02 Place Your Order - Amazon Checkout

Secure checkout

**Delivering to O-O**
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

Change

**Paying with Visa** [redacted]
Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**
Default to this delivery address and payment method.

Special Offer

**O-O, we're giving you Prime free for 30 days**
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days
Cancel anytime

**Arriving Dec 17, 2025 - Jan 6, 2026**



JKFFCBB Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 12x16 Inch
**$12.99**
Ships from qiuzhouyumojiancaiyouxiangongsi
Sold by qiuzhouyumojiancaiyouxiangongsi

Gift options not available

**Wednesday, Dec 17 - Tuesday, Jan 6**
$4.89 - Delivery

Place your order

**Order total: $19.21**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Congratulations O-O, you are eligible for 30 days of Prime for $0!

# VA 1-748-967



048 ddhj

9/16/25, 5:43 PM Amazon.com: Alcohol Is Not In My Vodkabulary""-Funny Wall Decor Tin Sign for Home Kitchen Bar Shop Cave Decor 8x12 Inch : H...

amazon prime | Deliver to Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Amazon Haul | Off to College | Books | Early Prime Deals | Same-Day Delivery | Medical Care | Groceries | Pharmacy | Home Improvement | Customer Service | Amazon Basics | Prime Big Deal Days is October 7-8

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon business Level up your business tech ▸

**We are unable to charge you for Prime due to insufficient funds**

Add a valid payment method in 17 days to avoid losing your Prime benefits.

Please update your payment method

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

## Alcohol Is Not In My Vodkabulary""-Funny Wall Decor Tin Sign for Home Kitchen Bar Shop Cave Decor 8x12 Inch

Brand: NVZJSFWD

$8.99

Thank you for being a Prime member. Get a $150 Gift Card: Pay $0.00 upon approval for Prime Visa. No annual fee.

| | |
|---|---|
| **Color** | Colorful |
| **Brand** | NVZJSFWD |
| **Mounting Type** | Wall Mount |
| **Product Dimensions** | 12"L x 8"W |
| **Shape** | Rectangular |

**About this item**

- 【Effortless Indoor & Outdoor Charm】: Transform any space with ease! This decoration piece is designed for simple indoor and outdoor installation, instantly infusing a vintage, industrial aesthetic into your artwork, making it stand out in any environment.
- 【Adaptable Design for Diverse Spaces】: Versatility at its best! Perfectly suited for a wide range of settings such as bathrooms, kitchens, bedrooms, patios, and basements. Its adaptable design ensures it complements the style of every area in your home.
- 【Heartwarming Gift Option】: Surprise your loved ones with a truly unique gift. This item, filled with your genuine love, is a perfect present for boys, girls, friends, men, and women. Whether it's for a birthday, anniversary, Christmas, or other holidays, it's bound to bring joy and smiles.

$8.99

$3.19 delivery **September 26 - October 7.** Details

Deliver to [redacted] - Chicago 60604

**Only 20 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Ships from ddhj
Sold by ddhj
Returns 30-day refund/replacement
Customer service Amazon
See more

Add to List

9/16/25, 5:45 PM Place Your Order - Amazon Checkout

amazon prime | Secure checkout | Cart

**Delivering to** [redacted]
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Change

**Paying with Mastercard** [redacted]
Use a gift card, voucher, or promo code
Change

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

**Arriving Sep 26, 2025 - Oct 7, 2025**



Alcohol Is Not In My Vodkabulary""-Funny Wall Decor Tin Sign for Home Kitchen Bar Shop Cave Decor 8x12 Inch
$8.99
Ships from ddhj
Sold by ddhj

1

Gift options not available

Friday, Sep 26 - Tuesday, Oct 7 $3.19

Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of

Place your order **Order total: $13.10**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

# VA 1-748-967



# 049 ZhuZhouHuJuShangMaoYouXianGongSi

24/09/2025, 07:40 Amazon.com: 12x8 Inches Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal...

amazon Deliver to O-O Chicago 60604 | All | Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign | EN | Hello, O-O Account & Lists | Returns & Orders | 0

All | Join Prime | Amazon Haul | Early Prime Deals | Same-Day Delivery | Medical Care | Amazon Basics | Buy Again | Pet Supplies | Browsing History | THURSDAY NIGHT FOOTBALL 44:49:58

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon business Shop bulk favorites with Prime Big Deal Days ›

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



## 12x8 Inches Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

Brand: uihgcvr

$9.89

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Color | as pic6 |
| Brand | uihgcvr |
| Material | Aluminum |
| Theme | Art |
| Style | Retro |

### About this item

- Size: 8 inches X 12 inches (20x30 cm).
- Material: wall decorative sign is made of high quality tin metal, durable, will not be deformed, waterproof, high temperature resistant and will not fade.
- Features: Pattern design is full of creativity. The pattern design is full of creativity and very eye-catching. The most advanced printing method is used to ensure the perfect color and detail of the pattern.
- Easy to hang: The metal sign has pre-drilled holes for easy hanging. Double-sided tape can also be used as an alternative hanging method.
- Applications: Widely used in home decoration, kitchen, bathroom, restaurant, garage, farm or bar. Decorate your house with this vintage design and add another individual style.

› See more product details

Report an issue with this product or seller

$9.89

$3.98 delivery **October 1 - 6.** Details

Deliver to O-O - Chicago 60604

Only 6 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Shipper / Seller | ZhuZhouHuJuShangMaoYouXianGongSi |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to List

**Explore top deals in related categories** See all deals Page 1 of 6

24/09/2025, 07:41 Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to O-O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Visa** [redacted] Change

Use a gift card, voucher, or promo code

Try Prime Free

**O-O, we're giving you Prime free for 30 days.** Try Prime free for 30 days

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days. Cancel anytime.

**Arriving Oct 1, 2025 - Oct 6, 2025**



12x8 Inches Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign

$9.89

Ships from ZhuZhouHuJuShangMaoYouXianGongSi

Sold by ZhuZhouHuJuShangMaoYouXianGongSi

1

Gift options not available

Wednesday, Oct 1 - Monday, Oct 6

$3.98 - Delivery

Place your order

**Order total: $14.88**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Congratulations O-O, you are eligible for 30 days of Prime for $0!

# VA 1-748-967



# 050 xinxiangshihongchenjianzhulaow

11/14/25, 5:25 PM Amazon.com: es Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 8x12 Inch

amazon Deliver to [redacted] Chicago 60604 | All | Cat+Reading+Because+Murder+Is+Wrong+vintage+poster | EN | Hello, OO Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Holiday Deals | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Basics | Groceries | Pharmacy | Home Improvement | Customer Service | Buy Again | Black Friday Week starts Nov 20

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Prime members save up to 80% on meds | Learn more | amazon pharmacy

**Your Prime membership is paused due to a billing issue**

Rejoin with a valid payment method to regain access to your Prime benefits.

Update payment method

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



es Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 8x12 Inch

Brand: BRFJSGHH

$9.17

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

- Size:12"x8"Aluminum Sign Indoor Or Outdoor
- Easy To Hang Art: This Lightweight Metal Tin Sign Comes With Pre-Drilled Holes To Make Displaying A Breeze. The Edges Of Each Tin Sign Are Rolled And Hemmed For Safe Handling.
- Classic Vintage Decor: These Retro Collectible Tin Signs Are A Fun And Attractive Decoration For Your Home, Office, Bar, Restaurant, Dorm, Man Cave Or Garage!
- Ideal For: The Metal Sign Is A Perfect Piece To Decorate To Your Home Beer Bar Canteen Coffee House, And As A Gift For The Person You Love.
- Easy To Clean And Maintain: The Tin Sign Is Easy To Clean With A Damp Cloth Or Mild Cleaning Solution. It Won'T Fade, Peel, Or Rust Over Time, Ensuring Your Bathroom Decor Stays Fresh And Vibrant For Years To Come.

› See more product details

Report an issue with this product or seller

**Pay-per-visit telehealth**
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now ›

$9.17

$3.82 delivery **November 26 - December 5.** Details

Deliver to [redacted] - Chicago 60604

**Only 6 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Returns: Returnable until Jan 31, 2026

Payment: Secure transaction

See more

Add to List

11/14/25, 5:26 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to** [redacted]
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Change

**Paying with Mastercard** [redacted]
Use a gift card, voucher, or promo code
Change

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

**Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.**
Prime is just $14.99/month. Cancel anytime.
Join Prime
Cancel anytime

**Arriving Nov 26, 2025 - Dec 5, 2025**



es Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 8x12 Inch
**$9.17**
Ships from xinxiangshihongchenjianzhulaow
Sold by xinxiangshihongchenjianzhulaow

1

Gift options not available

**Wednesday, Nov 26 - Friday, Dec 5** $3.82

Place your order

**Order total: $13.93**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us

Join Prime for $14.99/month and get immediate access to benefits

# VA 1-748-967



051 baofengxiantengdazhuangshigongcheng

9/22/25, 10:52 PM Amazon.com: Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 8x12 Inch : Home & K…




Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 8x12 Inch

$8.99

Color: as pic15

Size: 8*12 Inch

| | |
|---|---|
| Color | as pic15 |
| Brand | Generic |
| Material | Tin |
| Theme | Art |
| Style | Retro |

$8.99

Only 6 left in stock – order soon.

Quantity: 1

Add to Cart

Buy Now

Add to List

**About this item**

- Material: wall decorative sign is made of high quality tin metal, durable, will not be deformed, waterproof, high temperature resistant and will not fade.
- Features: Pattern design is full of creativity. The pattern design is full of creativity and very eye-catching. The most advanced printing method is used to ensure the perfect color and detail of the pattern.
- Easy to hang: The metal sign has pre-drilled holes for easy hanging. Double-sided tape can also be used as an alternative hanging method.
- Applications: Widely used in home decoration, kitchen, bathroom, restaurant, garage, farm or bar. Decorate your house with this vintage design and add another individual style.

9/22/25, 10:53 PM Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to O O** Change
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

**Try Prime Free**

**O, we're giving you Prime free for 30 days.** Try Prime free for 30 days
Cancel anytime.

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

**Arriving Oct 7, 2025 - Oct 22, 2025**



Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 8x12 Inch
**$8.99**
Ships from
baofengxiantengdazhuangshigongcheng
Sold by
baofengxiantengdazhuangshigongcheng

**Tuesday, Oct 7 - Wednesday, Oct 22**
$4.98 - Delivery

**Congratulations O, you are eligible for 30 days of Prime for $0!**

**VA 1-748-967**



# 052 suzhoushifuyuecaifangzhi

9/26/25, 9:15 PM Amazon.com: es Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 8x12 Inch

amazon Deliver to O Chicago 60604 | All | Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Off to College | Early Prime Deals | Same-Day Delivery | Medical Care | Groceries | Amazon Basics | Customer Service | New Releases | Buy Again | Prime Big Deal Days is October 7-8

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Shop now

Sponsored

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



es Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 8x12 Inch

Brand: RRFJSGHH

$9.99

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

- Size:12"x8"Aluminum Sign Indoor Or Outdoor
- Easy To Hang Art: This Lightweight Metal Tin Sign Comes With Pre-Drilled Holes To Make Displaying A Breeze. The Edges Of Each Tin Sign Are Rolled And Hemmed For Safe Handling.
- Classic Vintage Decor: These Retro Collectible Tin Signs Are A Fun And Attractive Decoration For Your Home, Office, Bar, Restaurant, Dorm, Man Cave Or Garage!
- Ideal For: The Metal Sign Is A Perfect Piece To Decorate To Your Home Beer Bar Canteen Coffee House, And As A Gift For The Person You Love.
- Quality Service: We Provide Quality After-Sale Refund And Return Service. If You Have Questions About Our Products, Please Contact Us In Time And We Will Answer Them As Soon As Possible.

› See more product details

Report an issue with this product or seller



Sponsored

$9.99

$3.98 delivery October 1 - 3. Details

Deliver to O - Chicago 60604

Only 6 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Ships from suzhoushifuyuecaifangzhi

Sold by suzhoushifuyuecaifangzhi

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to List

Looking for specific info?

9/26/25, 9:16 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with American Express** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method

Special Offer

**O, we're giving you a 7-day trial of Prime for only $1.99** Join Prime

Free delivery, award-winning TV, exclusive deals, and more

**Arriving Oct 1, 2025 - Oct 3, 2025**



es Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 8x12 Inch

$9.99

Ships from suzhoushifuyuecaifangzhi

Sold by suzhoushifuyuecaifangzhi

1

Gift options not available

Wednesday, Oct 1 - Friday, Oct 3 $3.98

Place your order

**Order total: $14.99**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

O, enjoy a 7-day trial of Prime for only $1.99!

Join Prime

# VA 1-748-967



053 anshiqijunguanggaobiaoshizhizuoy

17/10/2025, 09:40 Amazon.com: es Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 8x12 Inch




Click to see full view

es Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 8x12 Inch

Search this page

$9.99

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

- Size:12"x8"Aluminum Sign Indoor Or Outdoor
- Easy To Hang Art: This Lightweight Metal Tin Sign Comes With Pre-Drilled Holes To Make Displaying A Breeze. The Edges Of Each Tin Sign Are Rolled And Hemmed For Safe Handling.
- Classic Vintage Decor: These Retro Collectible Tin Signs Are A Fun And Attractive Decoration For Your Home, Office, Bar, Restaurant, Dorm, Man Cave Or Garage!
- Ideal For: The Metal Sign Is A Perfect Piece To Decorate To Your Home Beer Bar Canteen Coffee House, And As A Gift For The Person You Love.
- Quality Service: We Provide Quality After-Sale Refund And Return Service. If You Have Questions About Our Products, Please Contact Us In Time And We Will Answer Them As Soon As Possible.

See more product details

Report an issue with this product or seller

$9.99

October 21 - 23.

Details

Only 6 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Payment: Secure transaction

Add to List

Explore top deals in related categories



17/10/2025, 09:41 Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to O-O**

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Visa** [redacted]

Use a gift card, voucher, or promo code

Change

Special Offer

**O-O, we're giving you Prime free for 30 days.**

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime free for 30 days

Cancel anytime.

**Arriving Oct 21, 2025 - Oct 23, 2025**

es Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 8x12 Inch

$9.99

Gift options not available

Tuesday, Oct 21 - Thursday, Oct 23

$5.99 - Delivery

Place your order

**Order total: $15.00**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Congratulations O-O, you are eligible for 30 days of Prime for $0!

**VA 1-748-967**



054 室厨垫品

10/14/25, 1:05 PM Amazon.com: Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 8x12 Inch : Home & K...

amazon Deliver to Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, OO Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Amazon Basics | Groceries | Pharmacy | Home Improvement | Customer Service | Buy Again | Pet Supplies | Amazon Business | Browsing History

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Shop now

Sponsored

**Your Prime membership is paused due to a billing issue**

Rejoin with a valid payment method to regain access to your Prime benefits. Update payment method

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 8x12 Inch

Brand: Huuoutfj

$3.99

Get $60 off instantly. Pay $0.00 upon approval for the Amazon Store Card.

Color: as pic8

Size: 8X12 Inch

8X12 Inch | 12x18 Inch

| | |
|---|---|
| Color | as pic8 |
| Brand | Huuoutfj |
| Material | Aluminum |
| Theme | Art |
| Style | Retro |

$3.99

$3.98 delivery October 21 - 24. Details

Deliver to [redacted] - Chicago 60604

Only 6 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Ships from 室厨垫品

Sold by 室厨垫品

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to List

10/14/25, 1:05 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to [redacted]**

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Mastercard [redacted]**

Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

Special Offer

**OO, we're giving you a 7-day trial of Prime for only $1.99**

Free delivery, award-winning TV, exclusive deals, and more

Join Prime

**Arriving Oct 21, 2025 - Oct 24, 2025**



Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 8x12 Inch

$3.99

Ships from 室厨垫品

Sold by 室厨垫品

1

Gift options not available

Tuesday, Oct 21 - Friday, Oct 24

$3.98 - Delivery

Place your order

**Order total: $8.38**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

OO, enjoy a 7-day trial of Prime for only $1.99!

Join Prime

**VA 1-748-967**



# 055 ShiChiSiWenSanaoYuXiaGongSi

9/22/25, 10:44 PM Amazon.com: That's What I Do I Read Books and I Know Things Tin Signs Vintage Cat Book Funny Vintage Metal Tin Sign Plaqu ...

amazon | Deliver to O Chicago 60604 | All | Cat+and+Book+That+is+What+i+do+i+Read+Books+and+i+Know+Things+Poster+Vintage | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Early Prime Deals | Same-Day Delivery | Medical Care | Amazon Basics | Buy Again | Books | Pet Supplies | Browsing History | Thursday: Seahawks vs. Cardinals

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon business Save up to 40% on coffee & drinks ›

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



## That's What I Do I Read Books and I Know Things Tin Signs Vintage Cat Book Funny Vintage Metal Tin Sign Plaqu Poster Wall Art Pub Bar Kitchen Garden Bathroom Home Decor,8x12 inches

Brand: HJRIK

$5.88

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Color | tin-7 |
| Brand | HJRIK |
| Shape | Rectangular |

### About this item

- 【Please note】Material : Tin / Metal, Made Of High Quality , Environmentally Friendly Wall Decoration Anti Glare And Not Easy To Fade.
- Dimensions: 8x12 Inch ( 20x30 cm )
- Decor: This High Quality Wall Decor Help You Decorate In Your Own Unique Style !
- Classic Vintage Lemon Decor: These Retro Collectible Tin Signs Are A Fun And Attractive Decoration For Your Home, Office, Bar, Restaurant, Dorm, Man Cave Or Garage!
- Makes A Perfect Gift:these Funny,retro And Fashionable Signs Are The Perfect Gift To Give For Almost Any Occasion. This Lightweight Metal Tin Sign Comes With Pre Drilled Holes For Easy Hanging.

› See more product details

Report an issue with this product or seller

one medical
Pay-per-visit telehealth
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now »

$5.88

$3 delivery September 30 - October 3. Details

Deliver to O - Chicago 60604

Only 2 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Shipper / Seller | ShiChiSiWenSanaoYuXiaGongSi |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to List

---

9/22/25, 10:44 PM Place Your Order - Amazon Checkout

amazon **Secure checkout**

**Delivering to O O** Change
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

**Try Prime Free**

**O, we're giving you Prime free for 30 days.**

Try Prime free for 30 days
Cancel anytime.

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

**Arriving Sep 30, 2025 - Oct 3, 2025**



That's What I Do I Read Books and I Know Things Tin Signs Vintage Cat Book Funny Vintage Metal Tin Sign Plaqu Poster Wall Art Pub Bar Kitchen Garden Bathroom Home Decor,8x12 inches
**$5.88**
Ships from
ShiChiSiWenSanaoYuXiaGongSi
Sold by
ShiChiSiWenSanaoYuXiaGongSi

**Tuesday, Sep 30 - Friday, Oct 3**
$3.00 - Delivery

**Congratulations O, you are eligible for 30 days of Prime for $0!**

By p
priv
Item
Ship
Esti
Or

# VA 1-748-967



056 zzhir

9/22/25, 10:49 PM Amazon.com: Aikeory That's What I Do, I Read Books and I Know Things Tin Signs, Vintage Cat Book Funny Vintage Metal Tin Si…




9/22/25, 10:49 PM Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to O O** Change
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

Try Prime Free

**O, we're giving you Prime free for 30 days.**

Try Prime free for 30 days
Cancel anytime.

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

**Arriving Oct 14, 2025 - Oct 22, 2025**



Aikeory That's What I Do, I Read Books and I Know Things Tin Signs, Vintage Cat Book Funny Vintage Metal Tin Sign Plaqu Poster Wall Art Pub Bar Kitchen Garden Bathroom Home Decor,12x16 inches
**$12.99**
Ships from zzhir
Sold by zzhir

Tuesday, Oct 14 - Wednesday, Oct 22
$4.99 - Delivery

Congratulations O, you are eligible for 30 days of Prime for $0!

By ar
Ite
Sh
Es
O

**VA 1-748-967**



057 jiannmn

10/7/25, 1:01 PM Amazon.com: That's What I Do, I Read Books and I Know Things Tin Signs, Vintage Cat Book Funny Vintage Metal Tin Sign Plaqu ...

amazon Deliver to Chicago 60604 | Home & Kitchen | That's What I Do, I Read Books and I Know Things Tin Signs, Vintage Cat Book Funny Vintage Metal Tin Sign | EN | Hello, OO Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Groceries | Pharmacy | Home Improvement | Customer Service | Amazon Basics | Best Sellers | Prime Big Deal Days starts in 01:58:41

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Delivery on night routine essentials ›

Home & Kitchen › Home Décor Products › Home Decor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



## That's What I Do, I Read Books and I Know Things Tin Signs, Vintage Cat Book Funny Vintage Metal Tin Sign Plaqu Poster Wall Art Pub Bar Kitchen Garden Bathroom Home Decor,8"x12"

Brand: generic

$7.89

Apply now and get a $60 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score.

| | |
|---|---|
| **Color** | as pic15 |
| **Brand** | generic |
| **Material** | Aluminum |
| **Theme** | Art |
| **Style** | Retro |

### About this item

- Size: 8 inches X 12 inches (20x30 cm).
- Material: wall decorative sign is made of high quality tin metal, durable, will not be deformed, waterproof, high temperature resistant and will not fade.
- Features: Pattern design is full of creativity. The pattern design is full of creativity and very eye-catching. The most advanced printing method is used to ensure the perfect color and detail of the pattern.
- Easy to hang: The metal sign has pre-drilled holes for easy hanging. Double-sided tape can also be used as an alternative hanging method.
- Applications: Widely used in home decoration, kitchen, bathroom, restaurant, garage, farm or bar. Decorate your house with this vintage design and add another individual style.

› See more product details

Report an issue with this product or seller



$7.89

$4.98 delivery October 14 - 16. Details

Deliver to [redacted] - Chicago 60604

In stock

Usually ships within 2 to 3 days.

Quantity: 1

Add to Cart

Buy Now

Ships from jiannmn

Sold by jiannmn

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to List

10/7/25, 1:02 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to** [redacted] Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Arriving Oct 14, 2025 - Oct 16, 2025**



That's What I Do, I Read Books and I Know Things Tin Signs, Vintage Cat Book Funny Vintage Metal Tin Sign Plaqu Poster Wall Art Pub Bar Kitchen Garden Bathroom Home Decor,8"x12"

**$7.89**

Ships from jiannmn

Sold by jiannmn

1

Gift options not available

**Tuesday, Oct 14 - Thursday, Oct 16**

$4.98 - Delivery

Place your order

**Order total: $13.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of

**VA 1-748-967**



## 058 fengqiuxianliweiqiangyang

15/10/2025, 20:38 Amazon.com: Aikeory That's What I Do, I Read Books and I Know Things Tin Signs, Vintage Cat Book Funny Vintage Metal Tin Si...

amazon Deliver to O-O Chicago 60604 | Home & Kitchen | Search Amazon | EN | Hello, O-O Account & Lists | Returns & Orders | 0

All | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Books | Amazon Basics | Buy Again | Pet Supplies | Browsing History | Handmade | Pharmacy | Subscribe & Save | Household, Health & Baby Care | Sell

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Home & Kitchen › Wall Art › Posters & Prints




Click to see full view

That's What I Do, I Read Books and I Know Things Tin Signs, Vintage Cat Book Funny Vintage Metal Tin Sign Plaqu Poster Wall Art Pub Bar Kitchen Garden Bathroom Home Decor,5.5x8 inches

Brand: Aikeory

5.0 ★★★★★ (1)

$5.99

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

Color: Tin Sign7

$5.99 | $5.99 | $5.99 | $5.99 | $5.99 | $5.99

See available options | See available options | See available options

Size: 5.5x8inch

5.5x8inch | 8x12inch | 12x16inch | 5.5L" x 8W" | 8L" x 12W" | 12L" x 16W"

| | |
|---|---|
| Color | Tin Sign7 |
| Brand | Aikeory |
| Material | tin sign |
| Theme | Nature |
| Product Dimensions | 5.5"L x 8"W |

$5.99

$4.99 delivery **November 5 - 14.** Details

Deliver to O-O - Chicago 60604

**Only 18 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller: fengqiuxianliweiqiangyang

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to List

---

15/10/2025, 20:39 Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to O-O**
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

Change

**Paying with Visa** [redacted]
Use a gift card, voucher, or promo code

Change

**Try Prime Free**

O-O, we're giving you Prime free for 30 days.

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime free for 30 days

Cancel anytime.

**Arriving Nov 5, 2025 - Nov 14, 2025**



Aikeory That's What I Do, I Read Books and I Know Things Tin Signs, Vintage Cat Book Funny Vintage Metal Tin Sign Plaqu Poster Wall Art Pub Bar Kitchen Garden Bathroom Home Decor,5.5x8 inches
**$5.99**
Ships from fengqiuxianliweiqiangyang
Sold by fengqiuxianliweiqiangyang

1

Gift options not available

**Wednesday, Nov 5 - Friday, Nov 14**
$4.99 - Delivery

Congratulations O-O, you are eligible for

# VA 1-748-967



059 mengchengxianwangyihuajiatingnong

11/19/25, 12:12 PM Amazon.com: Thats What I Do Read Books and Know Things Tin Signs Vintage Cat Book Funny Aluminum Sign Plaqu Poster W...

amazon Deliver to [redacted] Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, OO Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Holiday Deals | Same-Day Delivery | Amazon Haul | Medical Care | Books | Amazon Basics | Pharmacy | Groceries | Home Improvement | Customer Service | Black Friday Week starts Nov 20

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

**Your Prime membership is paused due to a billing issue**

Rejoin with a valid payment method to regain access to your Prime benefits. | Update payment method

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



Thats What I Do Read Books and Know Things Tin Signs Vintage Cat Book Funny Aluminum Sign Plaqu Poster Wall Art Pub Bar Kitchen Garden Bathroom Home Decor 8x12 Inch

Brand: Wuewgoyct

$7.99

Price history

**Thank you for being an Amazon customer. Get $60 off: Pay $0.00 ~~$7.99~~** upon approval for Amazon Visa.

- Size:Vintage Tin Sign home decorations measure 8x12 inch， 4x16 inch, 8x8 inch
- High Quality: The tin sign is made of high quality heavy duty aluminumMetal, not cheap plastic Rustproof, waterproof and weather-resist. They are digitally printed on high quality.
- Home Decor: TheseMetal sign make the perfect gift for any man cave, office, basement, garage, college dorm, kids bedroom, game room, bar, pub, tavern or countless other places where can be seen at indoor & outdoor
- Waterproof:Metal signs are waterproof, easy to wipe, can still maintain bright colors in the wind and sun, and not easy to scratch, suitable for a variety of environments
- Quality Service: If You Have Any Questions, Please Feel Free To Contact Us And We Will Be Happy To Serve You.

› See more product details

Report an issue with this product or seller

one medical | **Pay-per-visit telehealth**
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly

$7.99

$4.98 delivery **December 5 - 17.** Details

Deliver to [redacted] - Chicago 60604

**Only 15 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller: mengchengxianwangyihuajiatingnong

Returns: Returnable until Jan 31, 2026

Payment: Secure transaction

See more

Add to List

11/19/25, 12:13 PM Place Your Order - Amazon Checkout

amazon Secure checkout ⌄ Cart

**Delivering to** [redacted]
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Change

**Paying with Mastercard** [redacted]
Use a gift card, voucher, or promo code
Change

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

**Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.**
Prime is just $14.99/month. Cancel anytime.
Join Prime
Cancel anytime

**Arriving Dec 5, 2025 - Dec 17, 2025**



Thats What I Do Read Books and Know Things Tin Signs Vintage Cat Book Funny Aluminum Sign Plaqu Poster Wall Art Pub Bar Kitchen Garden Bathroom Home Decor 8x12 Inch
**$7.99**
Ships from mengchengxianwangyihuajiatingnong
Sold by mengchengxianwangyihuajiatingnong

1

Gift options not available

Friday, Dec 5 - Wednesday, Dec 17 $4.98

Place your order **Order total: $13.79**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us

Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of

**VA 1-748-967**



# 060 hongfajiadian

11/4/25, 12:18 PM Amazon.com: Thats What I Do Read Books and Know Things Tin Signs Vintage Cat Book Funny Aluminum Sign Plaqu Poster Wa…

amazon | Deliver to [redacted] Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, OO Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Holiday Deals | Amazon Haul | Cell Phones | Same-Day Delivery | Medical Care | Amazon Basics | Groceries | Pharmacy | Home Improvement | Customer Service | NBA on Prime Friday 7PM ET

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon renewed **Save on pre-loved kitchen appliances**

**Your Prime membership is paused due to a billing issue**

Rejoin with a valid payment method to regain access to your Prime benefits. Update payment method

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



## Thats What I Do Read Books and Know Things Tin Signs Vintage Cat Book Funny Aluminum Sign Plaqu Poster Wall Art Pub Bar Kitchen Garden Bathroom Home Decor 8x12 Inch

Brand: Wurwqoyct

$7.99

Get $60 off instantly: Pay $0.00 $7.99 upon approval for the Amazon Store Card. No annual fee.

- Size:Vintage Tin Sign home decorations measure 8x12 inch , 4x16 inch, 8x8 inch
- High Quality: The tin sign is made of high quality heavy duty aluminumMetal, not cheap plastic Rustproof, waterproof and weather-resist. They are digitally printed on high quality.
- Home Decor: TheseMetal sign make the perfect gift for any man cave, office, basement, garage, college dorm, kids bedroom, game room, bar, pub, tavern or countless other places where can be seen at indoor & outdoor
- Waterproof:Metal signs are waterproof, easy to wipe, can still maintain bright colors in the wind and sun, and not easy to scratch, suitable for a variety of environments
- Quality Service: If You Have Any Questions, Please Feel Free To Contact Us And We Will Be Happy To Serve You.

› See more product details

Report an issue with this product or seller

Pay-per-visit telehealth

$7.99

$5 delivery **November 6 - 10**. Details

Deliver to [redacted] - Chicago 60603

**Only 15 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller: hongfajiadian

Returns: Returnable until Jan 31, 2026

Payment: Secure transaction

See more

Add to List

11/4/25, 12:20 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to** [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

Change

**Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.**

Prime is just $14.99/month. Cancel anytime.

Join Prime

Cancel anytime

**Arriving Nov 6, 2025 - Nov 10, 2025**



Thats What I Do Read Books and Know Things Tin Signs Vintage Cat Book Funny Aluminum Sign Plaqu Poster Wall Art Pub Bar Kitchen Garden Bathroom Home Decor 8x12 Inch

**$7.99**

Ships from hongfajiadian

Sold by hongfajiadian

1

Gift options not available

**Thursday, Nov 6 - Monday, Nov 10** $5.00

Place your order

**Order total: $13.81**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Join Prime for $14.99/month and get immediate access to benefits

# VA 1-748-967



061 JiangSuZhiQiDianJianSheGongChengYouXianGongSi

11/14/25, 5:29 PM Amazon.com: Aikeory That's What I Do, I Read Books and I Know Things Tin Signs, Vintage Cat Book Funny Vintage Metal Tin Si...




11/14/25, 5:30 PM Place Your Order - Amazon Checkout




VA 1-748-967



# 062 yiwushiyankuaidianzishangwuyouxiangongsi

9/19/25, 2:38 AM Amazon.com: Aikeory That's What I Do, I Read Books and I Know Things Tin Signs, Vintage Cat Book Funny Vintage Metal Tin Sig...

High-quality produce, everyday




Click to see full view

Ask Rufus

What material is it made of? | Can it be hung outdoors? | Is this sign weatherproof?

Ask something else

That's What I Do, I Read Books and I Know Things Tin Signs, Vintage Cat Book Funny Vintage Metal Tin Sign Plaqu Poster Wall Art Pub Bar Kitchen Garden Bathroom Home Decor,5.5x8 inches

Brand: Aikeory

$5.99

Color: Tin Sign7

Size: 5.5x8inch

| | |
|---|---|
| Color | Tin Sign7 |
| Brand | Aikeory |
| Material | tin sign |
| Theme | Nature |
| Product Dimensions | 5.5"L x 8"W |

About this item

- Special Design: Our wall art tin signs are designed by a professional designer.Interesting and lovely patterns that highlight your personal character and taste.
- Size is uniform 5.5x8 inches 8 x 12 inches 12x16inch, not too big or too small.decorate novel gift home decoration.
- Perfect Gift: This product is especially suitable for home decoration.This tin sign is not only suitable for your own use, but also for gifts to your family, friends, colleagues, etc.
- you can easily fix it with nails on the door and wall.The sign has pre-filled holes. Catering decoration Place name sign Commemorative gift
- Using the latest printing technology and unique templates, This gives the sign a

$5.99

$5.99 delivery September 30 - October 9. Details

Only 18 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Ships from yiwushiyankuaidianzishangwuyouxiangongsi

Sold by yiwushiyankuaidianzishangwuyouxiangongsi

Returns 30-day refund/replacement

Payment Secure transaction

Add to List

9/19/25, 2:38 AM Place Your Order - Amazon Checkout

Secure checkout

Delivering to O O
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

Change

Paying with Mastercard [redacted]
Use a gift card, voucher, or promo code

Change

Want to save time on your next order and go directly to this step when checking out?
Default to this delivery address and payment method.

Try Prime Free
O, we're giving you Prime free for 30 days.
Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.
Try Prime free for 30 days
Cancel anytime

Arriving Sep 30, 2025 - Oct 9, 2025



Aikeory That's What I Do, I Read Books and I Know Things Tin Signs, Vintage Cat Book Funny Vintage Metal Tin Sign Plaqu Poster Wall Art Pub Bar Kitchen Garden Bathroom Home Decor,5.5x8 inches
$5.99
Ships from yiwushiyankuaidianzishangwuyouxiangongsi
Sold by yiwushiyankuaidianzishangwuyouxiangongsi

Gift options not available

Tuesday, Sep 30 - Thursday, Oct 9
$5.99 - Delivery

Place your order

Order total: $12.59
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations O, you are eligible for 30 days of Prime for $0!

VA 1-748-967



## 063 jinchengshisuqianggongmaoyouxiangongsi

29/10/2025, 09:30 Amazon.com: That'S What I Do I Read Books And I Know Things Cat Wall Art Poster Signs Posters Funny Metal Sign For Man Ca...




Click to see full view

That'S What I Do I Read Books And I Know Things Cat Wall Art Poster Signs Posters Funny Metal Sign For Man Cave bathroom Farm Bedroom living room Kitchen Garage Wall Decor 8 * 12 Inch

Brand: CXHDSY

$9.99

Apply for Amazon Visa and pay ~~$9.99~~ **$0.00** for this order upon approval. Find out how

| | |
|---|---|
| **Color** | Lihuanjuan17062 |
| **Brand** | CXHDSY |
| **Material** | Aluminum, Metal |
| **Theme** | Art |
| **Product Dimensions** | 11.71"L x 7.71"W |

**About this item**

- Premium Quality: Our metal sign wall art is made from durable aluminum, ensuring long-lasting use and resistance to rust and fading, making it perfect for both indoor and outdoor settings.
- Unique Decorative Touch: This retro wall decor item measures 8x12 inches, featuring funny paintings that add a playful vibe to your office, living room, bedroom, or any space that needs a creative touch.
- Versatile Application: Ideal for a variety of environments, our posters are perfect for enhancing the atmosphere of homes, gardens, bars, restaurants, cafes, offices, shops, and clubs.
- Easy Installation: Each metal sign comes pre-drilled with holes for simple and secure mounting, making it a hassle-free addition to your wall decor collection.
- Satisfaction Guaranteed: We stand behind our product quality and offer a hassle-free return policy, ensuring you get the best in metal sign wall art for your decor or as a thoughtful gift.

$9.99

$5.99 delivery **November 3 - 4.** Details

Deliver to O-O - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller: jinchengshisuqianggongmaoyouxiangongsi

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to List

**Other sellers on Amazon**

New (2) from $9.99 + $5.99 shipping

29/10/2025, 09:31 Place Your Order - Amazon Checkout

Secure checkout

**Delivering to O-O**

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Visa** [redacted]

Use a gift card, voucher, or promo code

Change

Special Offer

**O-O, we're giving you Prime free for 30 days**

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime free for 30 days

Cancel anytime.

**Arriving Nov 3, 2025 - Nov 4, 2025**

That'S What I Do I Read Books And I Know Things Cat Wall Art Poster Signs Posters Funny Metal Sign For Man Cave bathroom Farm Bedroom living room Kitchen Garage Wall Decor 8 * 12 Inch

**$9.99**

Ships from jinchengshisuqianggongmaoyouxiangongsi

Sold by jinchengshisuqianggongmaoyouxiangongsi

Gift options not available

**Monday, Nov 3 - Tuesday, Nov 4**

$5.99 - Delivery

Place your order

**Order total: $17.00**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Congratulations O-O, you are eligible for 30 days of Prime for $0!

# VA 1-748-967



## 064 guangzhoulitongbaihuoyouxiangongsi

29/10/2025, 09:35 Amazon.com: That'S What I Do I Read Books And I Know Things Cat Wall Art Poster Signs Posters Funny Metal Sign For Man Ca…

amazon Deliver to O-O Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, O-O Account & Lists | Returns & Orders

All | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Luxury | Amazon Basics | Audible | Buy Again | Pet Supplies | Livestreams | Pharmacy | Video Games | 42 : 54 : 57

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon renewed Save on pre-loved cameras

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



**That'S What I Do I Read Books And I Know Things Cat Wall Art Poster Signs Posters Funny Metal Sign For Man Cave bathroom Farm Bedroom living room Kitchen Garage Wall Decor 8 * 12 Inch**

Brand: CXHDSY

$9.99

Apply for Amazon Visa and pay ~~$9.99~~ **$0.00** for this order upon approval. Find out how

| | |
|---|---|
| **Color** | Lihuanjuan17062 |
| **Brand** | CXHDSY |
| **Material** | Aluminum, Metal |
| **Theme** | Art |
| **Product Dimensions** | 11.71"L x 7.71"W |

**About this item**

- Premium Quality: Our metal sign wall art is made from durable aluminum, ensuring long-lasting use and resistance to rust and fading, making it perfect for both indoor and outdoor settings.
- Unique Decorative Touch: This retro wall decor item measures 8x12 inches, featuring funny paintings that add a playful vibe to your office, living room, bedroom, or any space that needs a creative touch.
- Versatile Application: Ideal for a variety of environments, our posters are perfect for enhancing the atmosphere of homes, gardens, bars, restaurants, cafes, offices, shops, and clubs.
- Easy Installation: Each metal sign comes pre-drilled with holes for simple and secure mounting, making it a hassle-free addition to your wall decor collection.
- Satisfaction Guaranteed: We stand behind our product quality and offer a hassle-free return policy, ensuring you get the best in metal sign wall art for your decor or as a thoughtful gift.

$9.99

$15.99 delivery **November 3 - 5**. Details

Or fastest delivery **October 31 - November 4**. Details

Deliver to O-O - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Shipper / Seller | guangzhoulitongbaihuoyouxiangongsi |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to List

**Other sellers on Amazon**

New (2) from $9.99 + $5.99 shipping

29/10/2025, 09:36 Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to O-O**
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Change

**Paying with Visa** [redacted]
Use a gift card, voucher, or promo code
Change

Special Offer
**O-O, we're giving you Prime free for 30 days**
Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.
Try Prime free for 30 days
Cancel anytime.

**Arriving Nov 3, 2025 - Nov 5, 2025**



That'S What I Do I Read Books And I Know Things Cat Wall Art Poster Signs Posters Funny Metal Sign For Man Cave bathroom Farm Bedroom living room Kitchen Garage Wall Decor 8 * 12 Inch
**$9.99**
Ships from guangzhoulitongbaihuoyouxiangongsi
Sold by guangzhoulitongbaihuoyouxiangongsi

1

Gift options not available

(•) **Monday, Nov 3 - Wednesday, Nov 5**
$15.99 - Delivery

( ) **Friday, Oct 31 - Tuesday, Nov 4**
$31.04 - Delivery

Place your order

**Order total: $27.00**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Congratulations O-O, you are eligible for 30 days of Prime for $0!

**VA 1-748-967**



## 065 taihexianbaochuanmingnongyejiating

17/10/2025, 09:44 Amazon.com: That's What I Do I Read Books And I Know Things Vintage Tin Sign Cat Lover Gift Funny Cat Decor Book Lover Gift…

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

That's What I Do I Read Books And I Know Things Vintage Tin Sign Cat Lover Gift Funny Cat Decor Book Lover Gift Vintage Home Decor For Bedroom Classroom School Cafe Bar Club 8x12 Inch

Brand: LKKJQDH

$9.89

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

| | |
|---|---|
| Color | as pic7 |
| Brand | LKKJQDH |
| Material | Aluminum |
| Theme | Art |
| Style | Retro |

**About this item**

- Size: 8 inches X 12 inches (20x30 cm).
- Material: wall decorative sign is made of high quality tin metal, durable, will not be deformed, waterproof, high temperature resistant and will not fade.
- Features: Pattern design is full of creativity. The pattern design is full of creativity and very eye-catching. The most advanced printing method is used to ensure the perfect color and detail of the pattern.
- Easy to hang: The metal sign has pre-drilled holes for easy hanging. Double-sided tape can also be used as an alternative hanging method.
- Applications: Widely used in home decoration, kitchen, bathroom, restaurant, garage, farm or bar. Decorate your house with this vintage design and add another individual style.

See more product details

Report an issue with this product or seller

$9.89
$3.98 delivery October 24 - 29. Details
Deliver to O-O - Chicago 60604
Only 6 left in stock - order soon.
Quantity: 1
Add to Cart
Buy Now
Shipper / Seller: taihexianbaochuanmingnongyejiating
Returns: 30-day refund/replacement
Payment: Secure transaction
See more
Add to List

Buy it with

17/10/2025, 09:45 Place Your Order - Amazon Checkout

Secure checkout

**Delivering to O-O**
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Change

**Paying with Visa** [redacted]
Use a gift card, voucher, or promo code
Change

Special Offer
**O-O, we're giving you Prime free for 30 days.**
Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.
Try Prime free for 30 days
Cancel anytime.

**Arriving Oct 24, 2025 - Oct 29, 2025**

That's What I Do I Read Books And I Know Things Vintage Tin Sign Cat Lover Gift Funny Cat Decor Book Lover Gift Vintage Home Decor For Bedroom Classroom School Cafe Bar Club 8x12 Inch
$9.89
Ships from taihexianbaochuanmingnongyejiating
Sold by taihexianbaochuanmingnongyejiating
Gift options not available

Friday, Oct 24 - Wednesday, Oct 29
$3.98 - Delivery

Place your order
**Order total: $14.88**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Congratulations O-O, you are eligible for 30 days of Prime for $0!

**VA 1-748-967**



066 户外辉手电品

9/16/25, 10:07 PM Amazon.com: That's What I Do I Read Books And I Know Things Vintage Tin Sign Cat Lover Gift Funny Cat Decor Book Lover Gif…

amazon Deliver to O Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Off to College | Early Prime Deals | Same-Day Delivery | Medical Care | Books | Luxury Stores | Groceries | Amazon Basics | Customer Service | Prime Big Deal Days is October 7-8

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon business Save up to 40% on monitors ▸

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



That's What I Do I Read Books And I Know Things Vintage Tin Sign Cat Lover Gift Funny Cat Decor Book Lover Gift Vintage Home Decor For Bedroom Classroom School Cafe Bar Club 8x12 Inch

Brand: LKKJQDH

$9.89

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| **Color** | as pic7 |
| **Brand** | LKKJQDH |
| **Material** | Aluminum |
| **Theme** | Art |
| **Style** | Retro |

**About this item**

- Size: 8 inches X 12 inches (20x30 cm).
- Material: wall decorative sign is made of high quality tin metal, durable, will not be deformed, waterproof, high temperature resistant and will not fade.
- Features: Pattern design is full of creativity. The pattern design is full of creativity and very eye-catching. The most advanced printing method is used to ensure the perfect color and detail of the pattern.
- Easy to hang: The metal sign has pre-drilled holes for easy hanging. Double-sided tape can also be used as an alternative hanging method.
- Applications: Widely used in home decoration, kitchen, bathroom, restaurant, garage, farm or bar. Decorate your house with this vintage design and add another individual style.

› See more product details

Report an issue with this product or seller

$9.89

$3.98 delivery **September 24 - 29**. Details

Deliver to O - Chicago 60604

Only 6 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Ships from 户外辉手电品

Sold by 户外辉手电品

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to List

**Looking for specific info?**

9/16/25, 10:07 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with American Express** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method

Special Offer

**O, we're giving you a 7-day trial of Prime for only $1.99** Join Prime

Free delivery, award-winning TV, exclusive deals, and more

**Arriving Sep 24, 2025 - Sep 29, 2025**



That's What I Do I Read Books And I Know Things Vintage Tin Sign Cat Lover Gift Funny Cat Decor Book Lover Gift Vintage Home Decor For Bedroom Classroom School Cafe Bar Club 8x12 Inch

$9.89

Ships from 户外辉手电品

Sold by 户外辉手电品

1

Gift options not available

Wednesday, Sep 24 - Monday, Sep 29 $3.98

Place your order

**Order total: $14.88**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

O, enjoy a 7-day trial of Prime for only $1.99!

Join Prime

**VA 1-748-967**



067 dongmingxiyuanduoshangmao

11/10/25, 5:29 PM Amazon.com: That's What I Do I Read Books And I Know Things Vintage Tin Sign Cat Lover Gift Funny Cat Decor Book Lover Gift...

amazon Deliver to [redacted] Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, OO Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Holiday Deals | Same-Day Delivery | Cell Phones | Amazon Haul | Medical Care | Amazon Basics | Groceries | Pharmacy | Home Improvement | Customer Service | Black Friday Week starts Nov 20

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Prime members save up to 80% on meds | amazon pharmacy

**Your Prime membership is paused due to a billing issue**

Rejoin with a valid payment method to regain access to your Prime benefits. | Update payment method

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

That's What I Do I Read Books And I Know Things Vintage Tin Sign Cat Lover Gift Funny Cat Decor Book Lover Gift Vintage Home Decor For Bedroom Classroom School Cafe Bar Club 8x12 Inch

Brand: LKKJQDH

$9.89

Thank you for being an Amazon customer. Get $60 off: Pay $0.00 ~~$9.89~~ upon approval for Amazon Visa.

| | |
|---|---|
| Color | as pic7 |
| Brand | LKKJQDH |
| Material | Aluminum |
| Theme | Art |
| Style | Retro |

**About this item**

- Size: 8 inches X 12 inches (20x30 cm).
- Material: wall decorative sign is made of high quality tin metal, durable, will not be deformed, waterproof, high temperature resistant and will not fade.
- Features: Pattern design is full of creativity. The pattern design is full of creativity and very eye-catching. The most advanced printing method is used to ensure the perfect color and detail of the pattern.
- Easy to hang: The metal sign has pre-drilled holes for easy hanging. Double-sided tape can also be used as an alternative hanging method.

$9.89

$5.98 delivery **November 21 - December 4.** Details

Deliver to [redacted] - Chicago 60604

**Only 6 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Shipper / Seller | dongmingxiyuanduoshangmao |
| Returns | Returnable until Jan 31, 2026 |
| Payment | Secure transaction |

See more

Add to List

11/10/25, 5:30 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to [redacted]** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard [redacted]** Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method

**Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.** Join Prime

Prime is just $14.99/month. Cancel anytime. Cancel anytime

**Arriving Nov 21, 2025 - Dec 4, 2025**



That's What I Do I Read Books And I Know Things Vintage Tin Sign Cat Lover Gift Funny Cat Decor Book Lover Gift Vintage Home Decor For Bedroom Classroom School Cafe Bar Club 8x12 Inch

**$9.89**

Ships from dongmingxiyuanduoshangmao

Sold by dongmingxiyuanduoshangmao

1

Gift options not available

**Friday, Nov 21 - Thursday, Dec 4**

$5.98 - Delivery

Place your order

**Order total: $14.88**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

Join Prime for $14.99/month and get immediate access to benefits

# VA 1-748-967



## 068 shanxizhongtaijixieshebeiyouxiangongsi

12/1/25, 12:02 PM Amazon.com: That'S What I Do I Read Books And I Know Things Cat Wall Art Poster Signs Posters Funny Metal Sign For Man C...

amazon Deliver to [redacted] Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, DD Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Cyber Monday | Same-Day Delivery | Amazon Haul | Medical Care | Books | Amazon Basics | Custom Products | Pharmacy | Groceries | Cyber Monday ends in 27 57 52

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Prime members save up to 80% on meds | amazon pharmacy

**Your Prime membership is paused due to a billing issue**
Rejoin with a valid payment method to regain access to your Prime benefits. | Update payment method

Home & Kitchen › Wall Art › Posters & Prints




Click to see full view

That'S What I Do I Read Books And I Know Things Cat Wall Art Poster Signs Posters Funny Metal Sign For Man Cave bathroom Farm Bedroom living room Kitchen Garage Wall Decor 8 * 12 Inch
Brand: CKHDSY

$9.99
Price history

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa.

Report an issue with this product or seller

Sponsored

$9.99
$5.99 delivery December 3 - 4. Details
Or fastest delivery December 2 - 3. Details
Deliver to [redacted] - Chicago 60604
In Stock
Quantity: 1
Add to Cart
Buy Now
Shipper / Seller: shanxizhongtaijixieshebeiyouxiangongsi
Returns: Returnable until Jan 31, 2026
Payment: Secure transaction
See more
Add to List

12/1/25, 12:03 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to [redacted]**
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions | Change

**Paying with Mastercard [redacted]**
Use a gift card, voucher, or promo code | Change

**Want to save time on your next order and go directly to this step when checking out?**
Default to this delivery address and payment method.

Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.
Prime is just $14.99/month. Cancel anytime. | Join Prime | Cancel anytime

**Arriving Dec 3, 2025 - Dec 4, 2025**

That'S What I Do I Read Books And I Know Things Cat Wall Art Poster Signs Posters Funny Metal Sign For Man Cave bathroom Farm Bedroom living room Kitchen Garage Wall Decor 8 * 12 Inch
$9.99
Ships from shanxizhongtaijixieshebeiyouxiangongsi
Sold by shanxizhongtaijixieshebeiyouxiangongsi
1
Gift options not available

Standard Wednesday, Dec 3 - Thursday, Dec 4 $5.99
Fastest Tuesday, Dec 2 - Wednesday, Dec 3 $18.99

Place your order | **Order total: $17.00**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us

Join Prime for $14.99/month and get immediate access to benefits

**VA 1-748-967**



# 069 HeNanMiLuoMenChuang

9/16/25, 10:00 PM Amazon.com : Retro Tin Sign That's What I Do Vintage Funny Poster Wall Decor Art Gift 8x12 Inches : Home & Kitchen

amazon | Deliver to O Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Amazon Haul | Off to College | Early Prime Deals | Same-Day Delivery | Medical Care | Books | Luxury Stores | Groceries | Amazon Basics | Customer Service | Prime Big Deal Days is October 7-8

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon business Save up to 40% on monitors ›

Home & Kitchen › Wall Art › Posters & Prints




Click to see full view

Retro Tin Sign That's What I Do Vintage Funny Poster Wall Decor Art Gift 8x12 Inches

Brand: Apular

$11.99

You're invited to apply for Amazon Visa. Get a $50 Amazon Gift Card instantly upon approval. Find out how

| | |
|---|---|
| Brand | Apular |
| Mounting Type | Wall Mount |
| Style | Durable,Vintage |

Report an issue with this product or seller

$11.99

FREE delivery September 26 - October 7. Details

Deliver to O - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | HeNanMiLuoMenChuang |
| Sold by | HeNanMiLuoMenChuang |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to List

Based on your recent views Sponsored

Page 1 of 4

9/16/25, 10:01 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

Delivering to O O
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Change

Paying with American Express [redacted]
Use a gift card, voucher, or promo code
Change

Want to save time on your next order and go directly to this step when checking out?
Default to this delivery address and payment method

Special Offer
O, we're giving you a 7-day trial of Prime for only $1.99
Free delivery, award-winning TV, exclusive deals, and more
Join Prime

Arriving Sep 26, 2025 - Oct 7, 2025



Retro Tin Sign That's What I Do Vintage Funny Poster Wall Decor Art Gift 8x12 Inches
$11.99
Ships from HeNanMiLuoMenChuang
Sold by HeNanMiLuoMenChuang

1

Gift options not available

Free Delivery Friday, Sep 26 - Tuesday, Oct 7

Place your order

Order total: $13.22
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

O, enjoy a 7-day trial of Prime for only $1.99!

# VA 1-748-967



070 henanhongyangzhuangshisheji

27/10/2025, 10:41 Amazon.com: 500 Pieces Jigsaw Puzzle French Bulldog Why Hello Vertical, Dog Lovers, Restroom, Bathroomstyle,Ation, Ation, M...

amazon Deliver to O-O Chicago 60604 | Toys & Games | Search Amazon | EN | Hello, O-O Account & Lists | Returns & Orders

All | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Amazon Basics | Audible | Buy Again | Pet Supplies | Livestreams | Pharmacy | Video Games | Subscribe & Save | O-O's Amazon.com

Toys & Games | Kids Gift Guide | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Gift List

Shop official NBA team merch

Toys & Games › Puzzles › Jigsaw Puzzles




Click to see full view

500 Pieces Jigsaw Puzzle French Bulldog Why Hello Vertical, Dog Lovers, Restroom, Bathroomstyle,Ation, Ation, Mural Props Toys School Supplies Wooden Puzzle Family Decorations Unique Birthday Present

Brand: Yelenacca
Search this page

$22.99

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

- High Quality Quality Wood, Non-Toxic. Much Thicker Than The Industry Average. Each Puzzle Piece Is Unique And Worthwhile.
- It Can Not Only Exercise Logicality And Sensory Coordination, But Also Give You A Chance To Develop A Closer Relationship With Others And Create A Joyful Atmosphere.
- Jigsaw Puzzle :Thrill And Challenge Your Family And Friends Piecing Together This Incredible Jigsaw Puzzle. Bring Home Hours Of Fun And Entertainment Everyone Will Enjoy.
- The Puzzle Is A Great Gift For Friends And Family On Big Days. And Can Also Be The Best Home Art Decor.
- If You Find Yourself Missing A Piece In The Puzzles For Adult, Please Contact Us With Our E-Maill And We Will Resend You The Missing Block

› See more product details

Report an issue with this product or seller

$22.99
$3.98 delivery November 5 - 17. Details
Deliver to O-O - Chicago 60604
In Stock
Quantity: 1
Add to Cart
Buy Now
Shipper / Seller: henanhongyangzhuangshisheji
Returns: 30-day refund/replacement
Payment: Secure transaction
See more
Add to List

Product information

Item details | Measurements

27/10/2025, 10:42 Place Your Order - Amazon Checkout

amazon Secure checkout

Delivering to O-O
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Change

Paying with Visa [redacted]
Use a gift card, voucher, or promo code
Change

Special Offer
O-O, we're giving you Prime free for 30 days
Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.
Try Prime free for 30 days
Cancel anytime.

Arriving Nov 5, 2025 - Nov 17, 2025



500 Pieces Jigsaw Puzzle French Bulldog Why Hello Vertical, Dog Lovers, Restroom, Bathroomstyle,Ation, Ation, Mural Props Toys School Supplies Wooden Puzzle Family Decorations Unique Birthday Present
$22.99
Ships from henanhongyangzhuangshisheji
Sold by henanhongyangzhuangshisheji

1

Gift options not available

Wednesday, Nov 5 - Monday, Nov 17
$3.98 - Delivery

Place your order
Order total: $29.33
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our help pages or contact us
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Colorado Purchasers: Important information regarding sales tax you may owe in your State

Congratulations O-O, you are eligible for 30 days of Prime for $0!

VA 1-748-967



## 071 jinchengshimeishiwenhuayishuchuanmeiyouxiangongsi

15/10/2025, 20:35 Amazon.com: Vintage Metal Tin Sign That'S What I Do I Read Books And I Know Things Cat Posters Wall Art for Dorm Home Offi...

amazon Deliver to O-O Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, O-O Account & Lists | Returns & Orders | 0

All | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Books | Amazon Basics | Buy Again | Pet Supplies | Browsing History | Handmade | Pharmacy | Subscribe & Save

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Home & Kitchen › Home Décor Products › Home Decor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



Vintage Metal Tin Sign That'S What I Do I Read Books And I Know Things Cat Posters Wall Art for Dorm Home Office Room Decor 8X12inch

Brand: FANPOK

$9^{97}

Get $60 off instantly: Pay $0.00 ~~$9.97~~ upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Color | CHEN HUI YUN/108088 |
| Brand | FANPOK |
| Material | Aluminum, Metal |
| Theme | Art |
| Mounting Type | Wall Mount |

**About this item**

- VIBRANT UV PRINTED ART: Featuring high-definition UV printing technology, this sign boasts exceptionally sharp details, rich colors, and a smooth, durable finish. The artwork is fade-resistant and won't peel or crack over time, ensuring long-lasting beauty.
- PREMIUM METAL CONSTRUCTION: Crafted from sturdy aluminum with a classic tin (tinplate) coating, this sign offers an authentic vintage feel with modern durability. It is rust-resistant and much lighter than traditional steel signs, making it easy to hang.

$9^{97}

$4.89 delivery Thursday, October 23. Details

Deliver to O-O - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Shipper / Seller | jinchengshimeishiwenhuayishuchuanmeiyouxiango... |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to List

15/10/2025, 20:36 Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to O-O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Visa** [redacted] Change

Use a gift card, voucher, or promo code

**Try Prime Free**

O-O, we're giving you Prime free for 30 days.

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime free for 30 days

Cancel anytime.

**Arriving Oct 23, 2025**



Vintage Metal Tin Sign That'S What I Do I Read Books And I Know Things Cat Posters Wall Art for Dorm Home Office Room Decor 8X12inch

**$9.97**

Ships from

jinchengshimeishiwenhuayishuchuanmeiyouxiangongsi

Sold by

jinchengshimeishiwenhuayishuchuanmeiyouxiangongsi

1

Gift options not available

Thursday, Oct 23

$4.89 - Delivery

Congratulations O-O, you are eligible for

# VA 1-748-967



# 072 yunchengshichengyunqichexiaoshoufuwuyouxiangongsi

11/24/25, 12:42 PM Amazon.com: Vintage Metal Tin Sign That'S What I Do I Read Books And I Know Things Cat Posters Wall Art for Dorm Home Off…

amazon Deliver to [redacted] Chicago 60604 | All | This Is What I Do I Read I Know Things Retro Tinplate Metal Sign | EN | Hello, DD Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Black Friday | Same-Day Delivery | Amazon Haul | Medical Care | Books | Amazon Basics | Custom Products | Pharmacy | Groceries | Home Improvement | Shop Black Friday Week deals

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Prime members save up to 80% on meds | Learn more | amazon pharmacy

**Your Prime membership is paused due to a billing issue**

Rejoin with a valid payment method to regain access to your Prime benefits. | Update payment method

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



Vintage Metal Tin Sign That'S What I Do I Read Books And I Know Things Cat Posters Wall Art for Dorm Home Office Room Decor 8X12inch

Brand: FANPOK

$9.96

Price history

Get a $60 Gift Card: Pay $0.00 $9.96 upon approval for Amazon Visa. No annual fee.

| | |
|---|---|
| Color | CHEN HUI YUN/108088 |
| Brand | FANPOK |
| Material | Aluminum, Metal |
| Theme | Art |
| Mounting Type | Wall Mount |

**About this item**

- VIBRANT UV PRINTED ART: Featuring high-definition UV printing technology, this sign boasts exceptionally sharp details, rich colors, and a smooth, durable finish. The artwork is fade-resistant and won't peel or crack over time, ensuring long-lasting beauty.
- PREMIUM METAL CONSTRUCTION: Crafted from sturdy aluminum with a classic tin (tinplate) coating, this sign offers an authentic vintage feel with modern durability. It is rust-resistant and much lighter than traditional steel signs, making it easy to hang.
- READY TO HANG & EASY INSTALLATION: This 8x12 inch sign comes with 4 pre-drilled holes in each corner, allowing for quick and effortless mounting on

$9.96

$4.96 delivery **Monday, December 1**. Details

Deliver to [redacted] - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller: yunchengshichengyunqichexiaoshoufuwuyouxiang...

Returns: Returnable until Jan 31, 2026

Payment: Secure transaction

See more

Add to List

11/24/25, 12:44 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to [redacted]**

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Mastercard [redacted]**

Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.**

Prime is just $14.99/month. Cancel anytime.

Join Prime | Cancel anytime

**Arriving Dec 1, 2025**



Vintage Metal Tin Sign That'S What I Do I Read Books And I Know Things Cat Posters Wall Art for Dorm Home Office Room Decor 8X12inch

**$9.96**

Ships from yunchengshichengyunqichexiaoshoufuwuyouxiangongsi

Sold by yunchengshichengyunqichexiaoshoufuwuyouxiangongsi

1

Gift options not available

**Monday, Dec 1** $4.96

Place your order

**Order total: $15.94**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of

# VA 1-748-967



# 073 XiongAnYouZhengShangMao

9/16/25, 10:04 PM Amazon.com: Cat Poster Thats What I Do and Know Things Smoke Metal Sign 8x12 inch : Home & Kitchen




Click to see full view



## Cat Poster Thats What I Do and Know Things Smoke Metal Sign 8x12 inch

Brand: JLKHKJ

$11.99

You're invited to apply for Amazon Visa. Get a $50 Amazon Gift Card instantly upon approval. Find out how

- Size : 20cm x 30cm (8 inches x 12 inches)
- High Quality Material Decor: This chicken coop sign is made of 100% rust-free sturdy iron/aluminum, the pattern is colorful, durable, unbending, colorfast and weather resistant.
- Easy To Install: This tin sign has pre-drilled mounting holes on all four rounded corners, easy to hang with twine or fasten to the surface with double-sided tape, command strips or nails (no tools included). No tedious installation steps, safe and easy!
- VERSATILE DISPLAY: The Tin Sign Is Versatile And Can Be Displayed In A Variety Of Ways. It Can Be Hung On Walls, Placed On Shelves, Or Used As A Decorative Table Centerpiece. It's A Great Conversation Starter And Perfect For Adding A Touch Of Personality To Any Space.
- Most Perfect Service: we provide both high quality products and most perfect after-sales service! If you encounter any problems during the use, please feel free to contact us, we will solve the problem for you perfectly and eliminate your worries!

See more product details

Report an issue with this product or seller

$11.99

FREE delivery **October 1 - 16**. Details

Deliver to O - Chicago 60604

Only 9 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Ships from XiongAnYouZhengShangMao

Sold by XiongAnYouZhengShangMao

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to List

**Based on your recent views** Sponsored

Page 1 of 4



9/16/25, 10:05 PM Place Your Order - Amazon Checkout

Secure checkout

**Delivering to O O**

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with American Express** [redacted]

Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

Special Offer

**O, we're giving you a 7-day trial of Prime for only $1.99**

Free delivery, award-winning TV, exclusive deals, and more

Join Prime

**Arriving Oct 1, 2025 - Oct 16, 2025**



Cat Poster Thats What I Do and Know Things Smoke Metal Sign 8x12 inch

**$11.99**

Ships from XiongAnYouZhengShangMao

Sold by XiongAnYouZhengShangMao

1

Gift options not available

**Free Delivery** Wednesday, Oct 1 - Thursday, Oct 16

Place your order

**Order total: $13.22**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

O, enjoy a 7-day trial of Prime for only $1.99!

# VA 1-748-967



# 074 TangShanRenYingShangMao

11/7/25, 2:14 PM Amazon.com: Cat Poster Thats What I Do and I Know Things Poster, Cat Smoke Poster Metal Sign 12"x8" : Home & Kitchen

amazon Deliver to [redacted] Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, OO Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Holiday Deals | Same-Day Delivery | Cell Phones | Amazon Haul | Medical Care | Amazon Basics | Groceries | Pharmacy | Home Improvement | 17 : 45 : 12

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Prime members save up to 80% on meds | Learn more | amazon pharmacy

**Your Prime membership is paused due to a billing issue**

Rejoin with a valid payment method to regain access to your Prime benefits. | Update payment method

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



**Cat Poster Thats What I Do and I Know Things Poster, Cat Smoke Poster Metal Sign 12"x8"**

Brand: XLZZYBI

$7.00

Get $60 off instantly: Pay $0.00 ~~$7.00~~ upon approval for the Amazon Store Card. No annual fee.

- Size:8"x12"Inch Material:These Are High Quality Aluminum Metal Sign
- Easy To Hang: There Are Holes, Creases And Rounded Corners At The Corners Of The Signs, Which Are Easy To Install And Avoid Injuries
- Metal Aluminum Signs Is A Great Gift For Your Friends, Family, Lover Or Yourself
- Aluminium Metal Signs Fit For Decoration Of Home, Bar, Garage, Club, Garage, Restaurant, Cafe Etc
- Our Service: We Are Committed To Bringing You The Best Quality Products At The Most Affordable Prices

› See more product details

Report an issue with this product or seller

**Pay-per-visit telehealth**
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now ›

$7.00

$5.77 delivery **November 18 - 24**. Details

Deliver to [redacted] - Chicago 60604

**Only 10 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Shipper / Seller | TangShanRenYing ShangMao |
| Returns | Returnable until Jan 31, 2026 |
| Payment | Secure transaction |

See more

Add to List

11/7/25, 2:16 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to [redacted]**
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions | Change

**Paying with Mastercard [redacted]**
Use a gift card, voucher, or promo code | Change

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method

**Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.**
Prime is just $14.99/month. Cancel anytime. | Join Prime | Cancel anytime

**Arriving Nov 18, 2025 - Nov 24, 2025**



Cat Poster Thats What I Do and I Know Things Poster, Cat Smoke Poster Metal Sign 12"x8"
$7.00
Ships from TangShanRenYingShangMao
Sold by TangShanRenYingShangMao

1

Gift options not available

◉ Tuesday, Nov 18 - Monday, Nov 24
$5.77 - Delivery

Place your order | **Order total: $13.49**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us

Join Prime for $14.99/month and get immediate access to benefits

**VA 1-748-967**



## 075 ZhuZhouXieSuShangMaoYouXianGongSi

13/11/2025, 12:27 Amazon.com: Cat Poster Thats What I Do and I Know Things Poster, Cat Smoke Poster Metal Sign 12"x8" : Home & Kitchen

amazon | Deliver to O-O Chicago 60604 | Cat Poster Thats What I Do and I Know Things Poster | EN | Hello, O-O Account & Lists | Returns & Orders

All | Join Prime | Holiday Deals | Same-Day Delivery | Medical Care | Luxury | Amazon Basics | Audible | Buy Again | Pet Supplies | Pharmacy | Amazon Home | 17 : 02 : 11

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

**Cat Poster Thats What I Do and I Know Things Poster, Cat Smoke Poster Metal Sign 12"x8"**

Brand: SNBHKLZ
Search this page

$5.99

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

- Size:8"x12"Inch Material:These Are High Quality Aluminum Metal Sign
- Easy To Hang: There Are Holes, Creases And Rounded Corners At The Corners Of The Signs, Which Are Easy To Install And Avoid Injuries
- Metal Aluminum Signs Is A Great Gift For Your Friends, Family, Lover Or Yourself
- Aluminium Metal Signs Fit For Decoration Of Home, Bar, Garage, Club, Garage, Restaurant, Cafe Etc
- Our Service: We Are Committed To Bringing You The Best Quality Products At The Most Affordable Prices

› See more product details

Report an issue with this product or seller

$5.99

$6.98 delivery **November 21 - December 3**. Details

Deliver to O-O - Chicago 60604

**Only 10 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller: ZhuZhouXieSuShangMaoYouXianGongSi

Returns: Returnable until Jan 31, 2026

Payment: Secure transaction

See more

Add to List

**Looking for specific info?**

Ask Rufus or search reviews and Q&A

13/11/2025, 12:28 Place Your Order - Amazon Checkout

amazon | Secure checkout

**Delivering to O-O**
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Change

**Paying with Visa** [redacted]
Use a gift card, voucher, or promo code
Change

**Want to save time on your next order and go directly to this step when checking out?**
Default to this delivery address and payment method.

Special Offer

**O-O, we're giving you Prime free for 30 days**
Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days
Try Prime free for 30 days
Cancel anytime

**Arriving Nov 21, 2025 - Dec 3, 2025**



Cat Poster Thats What I Do and I Know Things Poster, Cat Smoke Poster Metal Sign 12"x8"
**$5.00**
Ships from ZhuZhouXieSuShangMaoYouXianGongSi
Sold by ZhuZhouXieSuShangMaoYouXianGongSi

1

Gift options not available

**Friday, Nov 21 - Wednesday, Dec 3**
$6.98 - Delivery

Place your order

**Order total: $13.58**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations O-O, you are eligible for 30 days of Prime for $0!

**VA 1-748-967**



# 076 honghesanyuqichexiaoshoufuwu

25/11/2025, 13:30 Amazon.com: Cat Poster Thats What I Do and Know Things Smoke Metal Sign 8x12 inch : Everything Else

amazon Deliver to O-O Chicago 60604 | All | Cat Poster Thats What I Do and I Know Things Poster | EN | Hello, O-O Account & Lists | Returns & Orders | Cart

All | Join Prime | Black Friday | Same-Day Delivery | Amazon Haul | Medical Care | Books | Amazon Basics | Buy Again | Audible | Pet Supplies | Handmade | Subscribe & Save | Pharmacy | Sell | Shop Black Friday Week deals

Create timeless memories with the perfect camera | Shop now




Click to see full view

Cat Poster Thats What I Do and Know Things Smoke Metal Sign 8x12 inch

Brand: JLKHKJ

Search this page

$11.99

Price history

Report an issue with this product or seller

$11.99

FREE delivery December 9 - 23. Details

Deliver to O-O - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller: honghesanyuqichexiaoshoufuwu

Returns: Returnable until Jan 31, 2026

Payment: Secure transaction

See more

Add to List

Customers also viewed these products — Page 1 of 3




25/11/2025, 13:31 Place Your Order - Amazon Checkout

amazon | Secure checkout | Cart

**Delivering to O-O** — Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Visa** [redacted] — Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

**O-O, we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days — Cancel anytime

**Arriving Dec 10, 2025 - Dec 29, 2025**

Cat Poster Thats What I Do and Know Things Smoke Metal Sign 8x12 inch

$11.99

Ships from honghesanyuqichexiaoshoufuwu

Sold by honghesanyuqichexiaoshoufuwu

1

Gift options not available

Wednesday, Dec 10 - Monday, Dec 29

FREE Delivery

Place your order

**Order total: $13.22**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Congratulations O-O, you are eligible for 30 days of Prime for $0!

# VA 1-748-967



# 077 建保凳品贸易

12/9/25, 10:48 AM Amazon.com: Cat Poster Thats What I Do and Know Things Smoke Metal Sign 8x12 inch : Everything Else

amazon Deliver to [redacted] Chicago 60604 | All | Cat Poster Thats What I Do and I Know Things Poster | EN | Hello, OO Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Holiday Shop | Same-Day Delivery | Amazon Haul | Medical Care | Books | Amazon Basics | Custom Products | Pharmacy | Groceries | Thursday Night Football | 69 : 11 : 14

Prime members save up to 80% on meds | Learn more | amazon pharmacy

**Your Prime membership is paused due to a billing issue**

Rejoin with a valid payment method to regain access to your Prime benefits.

Update payment method




Click to see full view

Cat Poster Thats What I Do and Know Things Smoke Metal Sign 8x12 inch

Brand: JLKHKJ

Search this page

$11.99

Price history

Report an issue with this product or seller

$11.99

FREE delivery **December 23 - January 8**. Details

Deliver to [redacted] - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller [illegible]

Returns: Returnable until Jan 31, 2026

Customer service: Amazon

See more

Add to List

**Other sellers on Amazon**

New (2) from $11.99 & **FREE Shipping**

12/9/25, 10:50 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to [redacted]**

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Mastercard [redacted]**

Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.

Prime is just $14.99/month. Cancel anytime.

Join Prime

Cancel anytime

**Arriving Dec 23, 2025 - Jan 8, 2026**



Cat Poster Thats What I Do and Know Things Smoke Metal Sign 8x12 inch

$11.99

Ships from [illegible]

Sold by [illegible]

1

Gift options not available

**Tuesday, Dec 23 - Thursday, Jan 8**

FREE Delivery

Place your order

**Order total: $13.22**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

Join Prime for $14.99/month and get immediate access to benefits

**VA 1-748-967**



# 078 瀚立门帽挂件

27/10/2025, 11:07 Amazon.com: Cat Poster Thats What I Do and I Know Things Poster, Cat Smoke Poster Metal Sign 12"x8" : Home & Kitchen

amazon | Deliver to O-O Chicago 60604 | All | Cat Poster Thats What I Do and Know Things Smoke Metal Sign | EN | Hello, O-O Account & Lists | Returns & Orders

All | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Amazon Basics | Audible | Buy Again | Pet Supplies | Livestreams | Pharmacy | Video Games | Subscribe & Save | O-O's Amazon.com

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Shop official NBA team merch

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

## Cat Poster Thats What I Do and I Know Things Poster, Cat Smoke Poster Metal Sign 12"x8"

Brand: XLZZYBI

$6.00

Apply for Amazon Visa and pay ~~$6.00~~ **$0.00** for this order upon approval. Find out how

- Size:8"x12"Inch Material:These Are High Quality Aluminum Metal Sign
- Easy To Hang: There Are Holes, Creases And Rounded Corners At The Corners Of The Signs, Which Are Easy To Install And Avoid Injuries
- Metal Aluminum Signs Is A Great Gift For Your Friends, Family, Lover Or Yourself
- Aluminium Metal Signs Fit For Decoration Of Home, Bar, Garage, Club, Garage, Restaurant, Cafe Etc
- Our Service: We Are Committed To Bringing You The Best Quality Products At The Most Affordable Prices

› See more product details

Report an issue with this product or seller

$6.00

$6.79 delivery **November 4 - 13.** Details

Deliver to O-O - Chicago 60604

**Only 10 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller 瀚立门帽挂件

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to List

**Looking for specific info?**

Ask Rufus or search reviews and Q&A

27/10/2025, 11:09 Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to O-O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Visa** [redacted] Change

Use a gift card, voucher, or promo code

Special Offer

**O-O, we're giving you Prime free for 30 days**

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime free for 30 days

Cancel anytime.

**Arriving Nov 4, 2025 - Nov 13, 2025**

Cat Poster Thats What I Do and I Know Things Poster, Cat Smoke Poster Metal Sign 12"x8"

**$6.00**

Ships from 瀚立门帽挂件

Sold by 瀚立门帽挂件

1

Gift options not available

**Tuesday, Nov 4 - Thursday, Nov 13**

$6.79 - Delivery

Place your order

**Order total: $13.41**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Congratulations O-O, you are eligible for 30 days of Prime for $0!

**VA 1-748-967**



## 079 guangzhouchenhuijimaoyiyouxiangongsi

11/10/25, 10:19 AM — Amazon.com: Vintage Metal Signs This Is What I Do I Read I Know Things Retro Tinplate Wall Art Poster Sign For Room Office ...

Your Prime membership is paused due to a billing issue

Rejoin with a valid payment method to regain access to your Prime benefits

Update payment method




Click to see full view

Vintage Metal Signs This Is What I Do I Read I Know Things Retro Tinplate Wall Art Poster Sign For Room Office Coffee Bar Decor 8x12 inches

Brand: SGCUWS

$9.99

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

- [Size] 8" x 12" (20 x 30 cm). These aluminum signs are made from high-quality metal. These eye-catching signs are durable, non-toxic, and won't rust or fade. They're also eco-friendly and recyclable.
- [High-Precision Full-Color UV Printing Technology] High-definition images can be printed directly onto the aluminum surface with exceptional color reproduction. This allows for the precise creation of intricate patterns, gradient effects, and even photo-realistic imagery, completely breaking the limitations of traditional aluminum artwork, which often features monotonous or stereotyped color schemes.
- [Lightweight and Easy to Install] This product is crafted from durable aluminum and features an ultra-lightweight design. Pre-drilled holes in all four corners allow for easy mounting to walls, doors, or fences using nails or double-sided tape.
- [Waterproof and Rust-Resistant, Ultra-Durable] This product is crafted from high-quality aluminum, which naturally develops a protective oxide coating to effectively prevent rust. The reinforced waterproof seal ensures exceptional durability, even in humid environments like bathrooms and outdoors.
- [Easy to Clean, Long-Lasting Beauty] Made from high-quality, stain-resistant aluminum, the surface only requires an occasional wipe to maintain its pristine appearance. Its advanced oxidation technology creates a self-protective barrier that effectively repels dust and dirt.

See more product details

$9.99

$4.99 delivery November 14 - 18. Details

Or fastest delivery November 15 - 17. Details

Deliver to [redacted] - Chicago

In Stock

Quantity: 1

Add to Cart

Buy Now

Returns: Returnable until Jan 31, 2026

Payment: Secure transaction

Add to List

11/10/25, 10:20 AM — Place Your Order - Amazon Checkout

Secure checkout

**Delivering to** [redacted]
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions — Change

**Paying with Mastercard** [redacted]
Use a gift card, voucher, or promo code — Change

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.
Prime is just $14.99/month. Cancel anytime. — Join Prime — Cancel anytime

**Arriving Nov 14, 2025 - Nov 18, 2025**



Vintage Metal Signs This Is What I Do I Read I Know Things Retro Tinplate Wall Art Poster Sign For Room Office Coffee Bar Decor 8x12 inches
$9.99
Ships from guangzhouchenhuijimaoyiyouxiangongsi
Sold by guangzhouchenhuijimaoyiyouxiangongsi

Gift options not available

- Friday, Nov 14 - Tuesday, Nov 18 — $4.99 - Delivery
- Thursday, Nov 13 - Monday, Nov 17 — $20.04 - Delivery

Place your order — **Order total: $16.00**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us

Join Prime for $14.99/month and get immediate access to benefits

# VA 1-748-967



080 jiangxianxinlijixieshebeizhizaochang

12/3/25, 9:06 PM Amazon.com: Vintage Metal Signs This Is What I Do I Read I Know Things Retro Tinplate Wall Art Poster Sign For Room Office Cof…

amazon Deliver to O Chicago 60604 | All | This Is What I Do I Read I Know Things Retro Tinplate Metal Sign | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Holiday Gifts | Same-Day Delivery | Amazon Haul | Medical Care | Luxury | Books | Amazon Basics | Groceries | Registry | Buy Again | Audible | Pet Supplies | Handmade




Click to see full view

Vintage Metal Signs This Is What I Do I Read I Know Things Retro Tinplate Wall Art Poster Sign For Room Office Coffee Bar Decor 8x12 inches

Brand: SGCUWS

Search this page

$9.99

Price history

Report an issue with this product or seller

$9.99

$4.99 delivery December 16 - 30. Details

Or fastest delivery December 8 - 10. Details

Deliver to O - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Shipper / Seller | jiangxianxinlijixieshebeizhizaochang |
| Returns | Returnable until Jan 31, 2026 |
| Payment | Secure transaction |

See more

Add to List

Customers also viewed these products

Page 1 of 7

12/3/25, 9:06 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

Special Offer

**O, we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime.

**Arriving Dec 16, 2025 - Dec 30, 2025**



Vintage Metal Signs This Is What I Do I Read I Know Things Retro Tinplate Wall Art Poster Sign For Room Office Coffee Bar Decor 8x12 inches

**$9.99**

Tuesday, Dec 16 - Tuesday, Dec 30 $4.99

Monday, Dec 8 - Wednesday, Dec 10 $19.99

**VA 1-748-967**



## 081 guangzhoulinglengxingshangmaoyouxiangongsi

11/19/25, 12:15 PM    Amazon.com: This Is What I Do I Read I Know Things Retro Tinplate Metal Sign Fun & Quirky Creativewall Decor Art 8 * 12 Inch...

Your Prime membership is paused due to a billing issue

Rejoin with a valid payment method to regain access to your Prime benefits.

Update payment method




Click to see full view



This Is What I Do I Read I Know Things Retro Tinplate Metal Sign Fun & Quirky Creativewall Decor Art 8 * 12 Inches Poster For Office Living Room Bedroom Cafes & Gifts

Brand: JDSVDA

$8.99

Price history

| | |
|---|---|
| Color | chenmengjun680 |
| Brand | JDSVDA |
| Material | Aluminum Metal |
| Theme | Art |
| Product Dimensions | 11.71"L x 7.71"W |

**About this item**

- SIZE:8x12 inch(20 cm x 30 cm)
- A wonderful piece to add to your bar,backyard or home
- EASY TO INSTALL: The metal signs have four screw holes and can beinstalled with double-sided foam tape, command strips or nails.
- PERFECT GUARANTEE: If you are not satisfied with the product or have anyquestions about its use, please feel free to contact us
- High Quality & Durable Design Made from durable aluminum with a glossyfinish this sign featuresbright colors that won't fade over time It is weatheresistant and suitable for both indoor and outdoor display ensuring it staysvibrant for years to come

See more product details

Report an issue with this product or seller

$8.99

Deliver to [redacted] - Chicago

Only 20 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Add to List

11/19/25, 12:16 PM    Place Your Order - Amazon Checkout

Secure checkout

**Delivering to** [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.

Prime is just $14.99/month. Cancel anytime.

**Arriving Nov 24, 2025 - Nov 26, 2025**

This Is What I Do I Read I Know Things Retro Tinplate Metal Sign Fun & Quirky Creativewall Decor Art 8 * 12 Inches Poster For Office Living Room Bedroom Cafes & Gifts

$8.99

Ships from guangzhoulinglengxingshangmaoyouxiangongsi

Sold by guangzhoulinglengxingshangmaoyouxiangongsi

Gift options not available

Monday, Nov 24 - Wednesday, Nov 26  $6.99

Friday, Nov 21 - Monday, Nov 24  $21.04

Place your order

**Order total: $16.90**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

Join Prime for $14.99/month and get immediate access to benefits

# VA 1-748-967



# 082 guangzhourongtongbaihuoyouxiangongsi

11/19/25, 12:18 PM Amazon.com: This Is What I Do I Read I Know Things Retro Tinplate Metal Sign Fun & Quirky Creativewall Decor Art 8 * 12 Inch…

amazon Deliver to [redacted] Chicago 60604 | All | This Is What I Do I Read I Know Things Retro Tinplate Metal Sign Fun & Quirky Creativewall Decor Art | EN | Hello, OO Account & Lists | Returns & Orders | 0 Cart

**Your Prime membership is paused due to a billing issue**

Rejoin with a valid payment method to regain access to your Prime benefits. Update payment method




Click to see full view



## This Is What I Do I Read I Know Things Retro Tinplate Metal Sign Fun & Quirky Creativewall Decor Art 8 * 12 Inches Poster For Office Living Room Bedroom Cafes & Gifts

Brand: JDSVDA

$8.99

Price history

| | |
|---|---|
| **Color** | zhanglei680 |
| **Brand** | JDSVDA |
| **Material** | Aluminum Metal |
| **Theme** | Art |
| **Product Dimensions** | 11.71"L x 7.73"W |

### About this item

- Applicable Places: Suitable For Wall Decoration In Bars, Pubs, Restaurants, Private Spaces, Garages, Homes, Cafes, Kitchens, Restaurants, Billiard Rooms, Bedrooms, Hotels Or Offices, Etc. Beautify The Space And Cheer Up The Mood.
- High Quality Materials: Made From High-Grade Environmental And Recycled Material Aluminum Metal, Will Not Fade, No Matter The Sun, Rain, Or Other Extreme Weather. The Size Is About 20x30cm/8x12 inch. Built To Last Its Sturdy Construction Ensures It Can Withstand All Weather Conditions, Suitable For Both Indoor And Outdoor Displays
- Easy Mounting Custom Signs Come With Professionally Drilled Holes For Easy Mounting To A Variety Of Surfaces Including Post Mounting Wall Mounting And Other Surfaces Perfect Customer Care To Help With Any Mounting Or Installation Queries
- Funny Metal Signs Are Perfect Gifts: This Is A Fun Gift, Original Design, And A Meaningful Gift For Family, Children, And Friends Bring Back Fond Memories To Your Significant Others And Spend Cozy Time Together
- 7/7h Support & Satisfaction Guarantee Contact Us For Replacements/Refunds

See more product details

Report an issue with this product or seller

$8.99

$7.99 delivery **November 24 - 26**. Details

Or fastest delivery **November 21 - 25**. Details

Deliver to [redacted] - Chicago 60604

**Only 20 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Add to List

---

11/19/25, 12:19 PM Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to** [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.**

Prime is just $14.99/month. Cancel anytime.

Join Prime — Cancel anytime

**Arriving Nov 24, 2025 - Nov 26, 2025**



This Is What I Do I Read I Know Things Retro Tinplate Metal Sign Fun & Quirky Creativewall Decor Art 8 * 12 Inches Poster For Office Living Room Bedroom Cafes & Gifts

**$8.99**

Ships from guangzhourongtongbaihuoyouxiangongsi

Sold by guangzhourongtongbaihuoyouxiangongsi

1

Gift options not available

- (●) **Monday, Nov 24 - Wednesday, Nov 26** $7.99
- ( ) **Friday, Nov 21 - Tuesday, Nov 25** $18.99

Place your order

**Order total: $17.90**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

Join Prime for $14.99/month and get immediate access to benefits

# VA 1-748-967



083 xianyoujianhuastore

11/10/25, 10:13 AM Amazon.com: Framed Reading Cat Poster Canvas Print Art, Vintage Funny Wall Art, Pictures, Painting, Wall Decor, Art Print for L...

amazon Deliver to [redacted] Chicago 60604 | All | Search Amazon | EN | Hello, OO Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Holiday Deals | Same-Day Delivery | Cell Phones | Amazon Haul | Medical Care | Amazon Basics | Groceries | Pharmacy | Home Improvement | Customer Service | NBA on Prime Friday 6:30PM ET

SHURE Upgrade your sound this season Shop now

**Your Prime membership is paused due to a billing issue**

Rejoin with a valid payment method to regain access to your Prime benefits.

Update payment method

Home & Kitchen › Wall Art › Posters & Prints




Click to see full view

Framed Reading Cat Poster Canvas Print Art, Vintage Funny Wall Art, Pictures, Painting, Wall Decor, Art Print for Living Room, Office, Dorm Room, Home Decor, Decoration. (Gold Framed,8L X12W)

Brand: Generic

Search or ask

$24.96

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

Size: **8L"X12W"**

| 8L"X12W" | 12L"X16W" | 16L"X24W" | 24L"X36W" |
|---|---|---|---|
| $24.96 | $34.95 | $49.97 | $129.96 |

Color: **Gold Framed**

- Premium Wall Art Prints – Crafted with professional printing technology, these posters feature vivid colors, sharp details, and a canvas finish that instantly elevates your walls while adding warmth and character to your home décor
- Versatile Home Decoration – Designed to complement modern, minimalist, boho, vintage, farmhouse, or eclectic interiors, making them ideal for living rooms, bathroom, bedrooms, home offices, entryways, dorm rooms, or studio spaces
- Easy to Style and Display – Whether arranged as part of a gallery wall, placed in a frame, or hung individually as a focal point, these

$24.96

$1.98 delivery **Tuesday, November 25**. Details

Or fastest delivery **November 14 - 18**. Details

Deliver to [redacted] - Chicago 60604

**Only 20 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller: xianyoujianhuastore

Returns: Returnable until Jan 31, 2026

Payment: Secure transaction

See more

Add to List

11/10/25, 10:13 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to** [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.**

Prime is just $14.99/month. Cancel anytime.

Join Prime

Cancel anytime

**Arriving Nov 25, 2025**



Framed Reading Cat Poster Canvas Print Art, Vintage Funny Wall Art, Pictures, Painting, Wall Decor, Art Print for Living Room, Office, Dorm Room, Home Decor, Decoration. (Gold Framed,8L X12W)

**$24.96**

Ships from xianyoujianhuastore

Sold by xianyoujianhuastore

1

Gift options not available

**Tuesday, Nov 25**
$1.98 - Delivery

**Friday, Nov 14 - Tuesday, Nov 18**
$39.99 - Delivery

Place your order

**Order total: $29.50**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Join Prime for $14.99/month and get immediate access to benefits

# VA 1-748-967



# 084 Lakequill

9/16/25, 9:21 PM Amazon.com: LAKEQUILL 14CT Cat Stamped Cross Stitch Kit for Beginners, Pre-Printed Embroidery with Thread for Easy DIY Ho...

amazon Deliver to O Chicago 60604 | Arts, Crafts & Sewing | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Off to College | Early Prime Deals | Same-Day Delivery | Medical Care | Books | Luxury Stores | Groceries | Amazon Basics | Customer Service | Prime Big Deal Days is October 7-8

Arts, Crafts & Sewing | Best Sellers | Projects & Inspiration | Fabric | Art Supplies | Sewing | Scrapbooking | Craft Supplies | Knitting & Crochet | Jewelry-Making | Storage & Organization

amazon business Shop early holiday Quantity Discounts ▸

Arts, Crafts & Sewing › Needlework › Cross-Stitch › Stamped Kits





Click to see full view

LAKEQUILL 14CT Cat Stamped Cross Stitch Kit for Beginners, Pre-Printed Embroidery with Thread for Easy DIY Home Decor 44x50cm

Brand: LAKEQUILL

Find specific info

$18.99

Save 5% on 3 select item(s) Shop items ›

Color:

DA965

| | |
|---|---|
| Brand | LAKEQUILL |
| Age Range (Description) | Adult |
| Color | DA965 |
| Theme | Holiday |
| Item dimensions L x W x H | 19.31 x 14.97 x 0.2 inches |

**About this item**

- The natural ecological cotton used is soft, colorful and durable, making your cross stitch silky, vivid and long-lasting.
- The embroidery cloth is a guide graphic composed of different numbers and symbols, telling you which color thread should be used to embroider on the cloth, so that you can clearly understand how to start the operation.
- The of the cross stitch will bring you a pleasant time and a sense of accomplishment when the work is done. Your cross stitch can be used as a home decoration or as a unique, meaningful, irreplaceable gift for your loved ones.
- Elegant Packaging Design: Crafted with high quality gift boxes to ensure safe transportation without damage, the packaging can be opened and used as a beautiful gift, showcasing thoughtful consideration.
- The embroidery fabric features a guide pattern composed of different numbers and symbols, indicating which color embroidery thread to use on the fabric. This helps you clearly understand how to begin the embroidery process.

$18.99

$3.34 delivery Wednesday, September 24. Details

Deliver to O - Chicago 60604

Only 14 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Lakequill |
| Sold by | Lakequill |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to List

9/16/25, 9:22 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O**

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with American Express** [redacted]

Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

Special Offer

**O, we're giving you a 7-day trial of Prime for only $1.99**

Free delivery, award-winning TV, exclusive deals, and more

Join Prime

**Arriving Sep 24, 2025**



LAKEQUILL 14CT Cat Stamped Cross Stitch Kit for Beginners, Pre-Printed Embroidery with Thread for Easy DIY Home Decor 44x50cm

$18.99

Ships from Lakequill

Sold by Lakequill

1

Gift options not available

Wednesday, Sep 24 $3.34

Place your order

**Order total: $24.28**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

O, enjoy a 7-day trial of Prime for only $1.99!

Join Prime

# VA 1-748-967



085 HuamuTech

12/11/25, 6:00 PM Amazon.com: Cat Stamped Cross Stitch Kit for Beginner DIY 14CT Embroidery Kit Home Decor 44x50cm

amazon | Deliver to O Chicago 60604 | Arts, Crafts & Sewing | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Holiday Gifts | Same-Day Delivery | Medical Care | Amazon Haul | Books | Groceries | Today's Deals | Amazon Basics | Thursday Night Football 13:59:11

Arts, Crafts & Sewing | Best Sellers | Projects & Inspiration | Fabric | Art Supplies | Sewing | Scrapbooking | Craft Supplies | Knitting & Crochet | Jewelry-Making | Storage & Organization

comixology Best of 2025 See the list

Arts, Crafts & Sewing › Needlework › Embroidery › Kits



Click to see full view

Cat Stamped Cross Stitch Kit for Beginner DIY 14CT Embroidery Kit Home Decor 44x50cm

Brand: Generic

Search this page

$14.99

Price history

Color: DA965

| | |
|---|---|
| Brand | Generic |
| Age Range (Description) | Adult |
| Color | DA965 |
| Theme | Christmas |
| Item dimensions L x W x H | 19.31 x 14.97 x 0.2 inches |

**About this item**

- Complete cross stitch kit includes printed canvas and colorful cotton threads for easy embroidery; Perfect for beginners and DIY enthusiasts
- Soft and durable cotton fabric provides a smooth embroidery surface; Bright colors ensure vivid and long-lasting Art work
- Guided pattern with clear symbols and serial numbers simplifies color matching and stitching process
- Large size 44x50cm offers a detailed and impressive finished Art work suitable for home decoration
- Enjoy a relaxing craft experience and create a unique art piece that makes a thoughtful gift or stylish home decor

› See more product details

$14.99

$4 delivery Friday, December 19 to Chicago 60604. Details

Or fastest delivery Monday, December 15. Order within 11 hrs. Details

Arrives before Christmas

Only 12 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller HuamuTech

Returns Returnable until Jan 31, 2026

Payment Secure transaction

See more

Add to List

12/11/25, 6:02 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

Special Offer

**O, we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime.

**Arriving Dec 19, 2025**



Cat Stamped Cross Stitch Kit for Beginner DIY 14CT Embroidery Kit Home Decor 44x50cm

**$14.99**

Ships from HuamuTech

Sold by HuamuTech

1

Gift options not available

- (selected) **Friday, Dec 19** $4.00 - Delivery
- **Monday, Dec 15 - Tuesday, Dec 16** $7.43 - Delivery
- **Monday, Dec 15** $11.43 - Delivery

# VA 1-748-967



086 guangzhoutuanpeidianzishangwushanghanggerenduzi

29/10/2025, 09:27 Amazon.com: HSFHXY That'S What I Do I Read Books And I Know Things Cat Funny Poster 8x12 Inch Vintage Aluminum Metal ...

amazon Deliver to O-O Chicago 60604 | Search Amazon | EN | Hello, O-O Account & Lists | Returns & Orders

All | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Luxury | Amazon Basics | Audible | Buy Again | Pet Supplies | Livestreams | Pharmacy | Video Games | 43:03:00

amazon renewed Save on pre-loved cameras




Click to see full view

HSFHXY That'S What I Do I Read Books And I Know Things Cat Funny Poster 8x12 Inch Vintage Aluminum Metal Tin Signs-For Living Room Kitchen Bedroom Cafes Patio Porch Wall Decor

Brand: HSFHXY

Search this page

$9.99

Apply for Amazon Visa and pay ~~$9.99~~ **$0.00** for this order upon approval. Find out how

- Vintage Aesthetic: Embrace the charm of the past with this retro metal sign, perfect for adding a touch of nostalgia to any space.
- Versatile Design: Ideal for decorating bathrooms, bedrooms, living rooms, offices, or any room in need of a unique, stylish accent.
- Durable Construction: Made from high-quality aluminum, this 8x12 inch metal sign is built to last, ensuring it remains a part of your decor for years to come.
- Rich Colors and Textures: The vibrant colors and detailed textures bring the artwork to life, making it a standout piece in any setting.
- Easy Installation: Pre-drilled holes make hanging this wall decor a breeze, allowing you to enjoy your new art piece without any hassle.

See more product details

Report an issue with this product or seller

$9.99

$3.18 delivery **November 7 - 18.** Details

Or fastest delivery **November 4 - 5.** Details

Deliver to O-O - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Shipper / Seller | guangzhoutuanpeidianzishangwushanghanggerend... |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to List

**Product information**

| Style | |
|---|---|
| Item Shape | Rectangular |
| Theme | Art |

| Measurements | |
|---|---|
| Size | 8L" x 12W" |
| Item Dimensions L x W | 11.7"L x 7.7"W |

29/10/2025, 09:28 Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to O-O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Visa** [redacted] Change

Use a gift card, voucher, or promo code

Special Offer

**O-O, we're giving you Prime free for 30 days**

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime free for 30 days

Cancel anytime.

**Arriving Nov 7, 2025 - Nov 18, 2025**



HSFHXY That'S What I Do I Read Books And I Know Things Cat Funny Poster 8x12 Inch Vintage Aluminum Metal Tin Signs-For Living Room Kitchen Bedroom Cafes Patio Porch Wall Decor

**$9.99**

Ships from guangzhoutuanpeidianzishangwushanghanggerenduzi

Sold by guangzhoutuanpeidianzishangwushanghanggerenduzi

Gift options not available

**Friday, Nov 7 - Tuesday, Nov 18** $3.18 - Delivery

**Tuesday, Nov 4 - Wednesday, Nov 5** $19.18 - Delivery

Place your order

**Order total: $14.19**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Congratulations O-O, you are eligible for 30 days of Prime for $0!

# VA 1-748-967



# 087 datongshiyungangqulongtongwuliuyouxiangongsi

13/11/2025, 12:24 Amazon.com: HSFHXY That'S What I Do I Read Books And I Know Things Cat Funny Poster 8x12 Inch Vintage Aluminum Metal T...

amazon Deliver to O-O Chicago 60604 | Home & Kitchen | Funny Cat Vintage Metal Tin Sign 8×12 Inch That's What I DO I Read Books | EN | Hello, O-O Account & Lists | Returns & Orders | 0

All | Join Prime | Holiday Deals | Same-Day Delivery | Medical Care | Luxury | Amazon Basics | Audible | Buy Again | Pet Supplies | Pharmacy | Amazon Home | THURSDAY NIGHT FOOTBALL 17:05:24

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement




Click to see full view



## That'S What I Do I Read Books And I Know Things Cat Funny Poster 8x12 Inch Vintage Aluminum Metal Tin Signs-For Living Room Kitchen Bedroom Cafes Patio Porch Wall Decor

Brand: HSFHXY
Search this page

$9.99

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

| | |
|---|---|
| Color | Picture17274 |
| Brand | HSFHXY |
| Material | Aluminum, Metal |
| Theme | Art |
| Mounting Type | Wall Mount |

**About this item**

- Vintage Aesthetic: Embrace the charm of the past with this retro metal sign, perfect for adding a touch of nostalgia to any space.
- Versatile Design: Ideal for decorating bathrooms, bedrooms, living rooms, offices, or any room in need of a unique, stylish accent.
- Durable Construction: Made from high-quality aluminum, this 8x12 inch metal sign is built to last, ensuring it remains a part of your decor for years to come.
- Rich Colors and Textures: The vibrant colors and detailed textures bring the artwork to life, making it a standout piece in any setting.
- Easy Installation: Pre-drilled holes make hanging this wall decor a breeze, allowing you to enjoy your new art piece without any hassle.

› See more product details

Report an issue with this product or seller

$9.99

$4.18 delivery **November 24 - December 4**. Details

Or fastest delivery **November 17 - 18**. Details

Deliver to O-O - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Shipper / Seller | datongshiyungangqulongtongwuliuyouxiangongsi |
| Returns | Returnable until Jan 31, 2026 |
| Payment | Secure transaction |

See more

Add to List

**Buy it with**




Total price: $27.37

13/11/2025, 12:25 Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to O-O** Change
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Visa** [redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
Default to this delivery address and payment method.

Special Offer

**O-O, we're giving you Prime free for 30 days**
Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.
Try Prime free for 30 days
Cancel anytime

**Arriving Nov 24, 2025 - Dec 4, 2025**



HSFHXY That'S What I Do I Read Books And I Know Things Cat Funny Poster 8x12 Inch Vintage Aluminum Metal Tin Signs-For Living Room Kitchen Bedroom Cafes Patio Porch Wall Decor
$9.99
Ships from datongshiyungangqulongtongwuliuyouxiangongsi
Sold by datongshiyungangqulongtongwuliuyouxiangongsi

1

Gift options not available

Monday, Nov 24 - Thursday, Dec 4
$4.18 - Delivery

Monday, Nov 17 - Tuesday, Nov 18
$19.18 - Delivery

Place your order

**Order total: $15.19**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations O-O, you are eligible for 30 days of Prime for $0!

# VA 1-748-967



## 088 shangluohuayangqinlingyaoyeyouxiangongsi

11/7/25, 2:22 PM Amazon.com: Funny Vintage Signs Posters This Is What I Do I Read I Know Things Retro Tinplate Wall Art for Bedroom Man Cave ...

amazon Deliver to [redacted] Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, OO Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Holiday Deals | Same-Day Delivery | Cell Phones | Amazon Haul | Medical Care | Amazon Basics | Groceries | Pharmacy | Home Improvement | 17 : 37 : 24

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Give them a gift card they'll love

**Your Prime membership is paused due to a billing issue**

Rejoin with a valid payment method to regain access to your Prime benefits. Update payment method

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



Funny Vintage Signs Posters This Is What I Do I Read I Know Things Retro Tinplate Wall Art for Bedroom Man Cave Garage Office Bar Decor 8X12inch

Brand: TIUUOK

$9.97

Get $60 off instantly: Pay $0.00 ~~$9.97~~ upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| **Color** | Aluminum Signs=54535 |
| **Brand** | TIUUOK |
| **Material** | Aluminum, Metal |
| **Theme** | Art |
| **Mounting Type** | Wall Mount |

**About this item**

- Premium Aluminum Material: Crafted from high-quality aluminum, this metal sign is durable, lightweight, and resistant to rust, ensuring long-lasting beauty both indoors and outdoors.
- Elegant Tin Coating: Finished with a unique tin coating that provides a vintage, rustic feel while adding an extra layer of protection against the elements.
- Vibrant UV Printing: Utilizing advanced UV printing technology, the design is directly printed onto the metal surface, resulting in exceptionally vivid colors, sharp details, and superior fade resistance.

$9.97

FREE delivery **Monday, November 17**. Details

Deliver to [redacted] - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller

Returns Returnable until Jan 31, 2020

Payment Secure transaction

See more

Add to List

11/7/25, 2:23 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to** [redacted]
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions — Change

**Paying with Mastercard** [redacted]
Use a gift card, voucher, or promo code — Change

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

**Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.**
Prime is just $14.99/month. Cancel anytime. — Join Prime — Cancel anytime

**Arriving Nov 17, 2025**



Funny Vintage Signs Posters This Is What I Do I Read I Know Things Retro Tinplate Wall Art for Bedroom Man Cave Garage Office Bar Decor 8X12inch
**$9.97**
Ships from shangluohuayangqinlingyaoyeyouxiangongsi
Sold by shangluohuayangqinlingyaoyeyouxiangongsi

1

Gift options not available

**Monday, Nov 17**
FREE Delivery

Place your order — **Order total: $10.99**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Join Prime for $14.99/month and get immediate access to benefits

# VA 1-748-967



089 jinchengshiyunpengchehangyouxiangongsi

11/10/25, 10:16 AM Amazon.com: Funny Metal Tin Signs I Read Books Tin Sign Poster Wall Art for Dorm Home Garage Office Decor 8X12inch : Ho...

amazon Deliver to [redacted] Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, OO Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Holiday Deals | Same-Day Delivery | Cell Phones | Amazon Haul | Medical Care | Amazon Basics | Groceries | Pharmacy | Home Improvement | Customer Service | NBA on Prime Friday 6:30PM ET

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Upgrade your sound this season Shop now

**Your Prime membership is paused due to a billing issue**

Rejoin with a valid payment method to regain access to your Prime benefits. Update payment method

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



Funny Metal Tin Signs I Read Books Tin Sign Poster Wall Art for Dorm Home Garage Office Decor 8X12inch

Brand: FANPOK

$9.99

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

| | |
|---|---|
| Color | Famous Quotes=5531 |
| Brand | FANPOK |
| Material | Aluminum, Metal |
| Theme | Art |
| Mounting Type | Wall Mount |

**About this item**

- Premium Vintage Material: Crafted from high-quality, durable metal tin, this sign is rust-resistant, waterproof, and won't fade or tear like paper or canvas posters, ensuring your decor looks great for years.
- Easy to Hang & Versatile: Features pre-drilled holes in each corner for quick and effortless mounting. Perfect for adding a touch of personality to your man cave, garage, office, dorm room, bar, or kitchen.
- Vibrant & Retro Design: Utilizing advanced printing technology, our signs boast vibrant colors and a classic, weathered finish that captures an authentic vintage aesthetic, making your wall pop with character.
- Unique & Humorous Gift Idea: The funny and relatable saying makes this sign a fantastic and memorable gift for friends, family, roommates, or coworkers for birthdays, holidays, or housewarming parties.

$9.99

FREE delivery **Monday, November 17**. Details

Deliver to [redacted] - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller: jinchengshiyunpengchehangyouxiangongsi

Returns: Returnable until Jan 31, 2026

Payment: Secure transaction

See more

Add to List

11/10/25, 10:17 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to [redacted]**

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Mastercard [redacted]**

Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method

**Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.**

Prime is just $14.99/month. Cancel anytime.

Join Prime

Cancel anytime

**Arriving Nov 17, 2025**



Funny Metal Tin Signs I Read Books Tin Sign Poster Wall Art for Dorm Home Garage Office Decor 8X12inch

$9.99

Ships from jinchengshiyunpengchehangyouxiangongsi

Sold by jinchengshiyunpengchehangyouxiangongsi

1

Gift options not available

**Monday, Nov 17**

FREE Delivery

Place your order

**Order total: $11.01**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

Join Prime for $14.99/month and get immediate access to benefits

**VA 1-748-967**



090 yonggexuexiudian

04/11/2025, 15:01 Amazon.com: YRTMHU 5D Diamond Painting Custom by Number Kits, DIY Cross Stitch Full Drill Crystal Rhinestone Embroidery ...

Arts, Crafts & Sewing › Painting, Drawing & Art Supplies › Painting › Paint-By-Number Kits › Adults' Paint-By-Number Kits



Click to see full view

## YRTMHU 5D Diamond Painting Custom by Number Kits, DIY Cross Stitch Full Drill Crystal Rhinestone Embroidery Pictures Arts Craft Animal kitten reading newspaper for Adults Kids Gift Home Wall Decor 17.

Brand: YRTMHU
Search this page

$24.79

| | |
|---|---|
| **Brand** | YRTMHU |
| **Size** | 17.7x23.6 Inch |
| **Manufacturer** | YRTMHU |

**About this item**

- Canvas Material Size: Our diamond painting 17.7x23.6 Inch(45x60cm). Color printing, environmental canvas, high definition pattern, good texture and aesthetic feeling.
- Popular Products: The most popular DIY decoration,colorful and three-dimensional, easier and more beautiful than cross-stitch. Diamond painting kit is easy to realize classic works of art,you will enjoy the pleasure of making.Experience the feeling of being a painter.
- Super sparkle: Diamonds sparkling, strong third dimension; Perfect color match, dimond painting vivid image.will be never fade, more vibrant and brilliant than the resin diamonds.
- Relaxing and Joyful: The diamond art kit is a prefect choice to relax yourself. You can fully enjoy the pleasure of arts, relax your mind, release your pressure and cultivate your patience in the process of pointing diamond. It is also a good way to enhance relationship if you play together with others.
- Multi-purpose: Very suitable for bedrooms, dining rooms, study rooms, kitchens, homes, offices, bathrooms, hotels, restaurants, and bars, sparkling in the sun, it is currently the most popular DIY decoration, wealth and good luck diamond painting Embroidery

$24.79
$6.90 delivery November 26 - December 5. Details
Deliver to O-O - Chicago 60604
In Stock
Quantity: 1
Add to Cart
Buy Now
Shipper / Seller yonggexuexiudian
Returns Returnable until Jan 31, 2026
Payment Secure transaction
See more
Add to List

04/11/2025, 15:02 Place Your Order - Amazon Checkout

Secure checkout

**Delivering to O-O** Change
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Visa** [redacted] Change
Use a gift card, voucher, or promo code

Special Offer
**O-O, we're giving you Prime free for 30 days**
Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.
Try Prime free for 30 days
Cancel anytime.

**Arriving Nov 26, 2025 - Dec 5, 2025**



YRTMHU 5D Diamond Painting Custom by Number Kits, DIY Cross Stitch Full Drill Crystal Rhinestone Embroidery Pictures Arts Craft Animal kitten reading newspaper for Adults Kids Gift Home Wall Decor 17.
$24.79
Ships from yonggexuexiudian
Sold by yonggexuexiudian

Gift options not available

Wednesday, Nov 26 - Friday, Dec 5
$8.90 - Delivery

Place your order
**Order total: $36.23**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Congratulations O-O, you are eligible for 30 days of Prime for $0!

# VA 1-748-967



## 091 henanhuicongjishuzhuanyizixun

11/7/25, 2:18 PM Amazon.com: BULDRN Cat Vintage Tin Sign 8"x12" That's What I Do I Read and I Know Things Poster Wall Decor for Home Farm ...

amazon Deliver to [redacted] Chicago 60604 | Cat+Poster+Thats+What+I+Do+and+I+Know+Things+Poster | EN | Hello, OO Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Holiday Deals | Same-Day Delivery | Cell Phones | Amazon Haul | Medical Care | Amazon Basics | Groceries | Pharmacy | Home Improvement | 17 : 41 : 27

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Give them a gift card they'll love

**Your Prime membership is paused due to a billing issue**
Rejoin with a valid payment method to regain access to your Prime benefits. Update payment method

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

Cat Vintage Tin Sign 8"x12" That's What I Do I Read and I Know Things Poster Wall Decor for Home Farm Pet Shop Coffee Bar
Brand: BULDRN

$7.99

Get $60 off instantly: Pay $0.00 ~~$7.99~~ upon approval for the Amazon Store Card. No annual fee.

Color: Style 5

$7.99 $7.99 $7.99 $7.99 $7.99 $7.99

Size: 12x8 Inch

- 【Ideal 8x12 Inch Size & Vivid Artwork】: The perfect 8x12 dimensions fit anywhere. Featuring high-definition, vibrant printing, this sign captures every detail to become a standout piece | your decor.
- 【Durable Indoor & Outdoor Use】: Made from high-quality metal with a weather-resistant coating. It won't fade or rust, guaranteeing long-lasting beauty whether displayed indoors or outdoors.

$7.99
$1.99 delivery November 21 - December 4. Details
Deliver to [redacted] - Chicago 60604
In stock
Usually ships within 2 to 3 days
Quantity: 1
Add to Cart
Buy Now
Shipper / Seller henanhuicongjishuzhuanyizixun
Returns Returnable until Jan 31, 2026
Payment Secure transaction
See more
Add to List

11/7/25, 2:19 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to** [redacted]
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Change

**Paying with Mastercard** [redacted]
Use a gift card, voucher, or promo code
Change

**Want to save time on your next order and go directly to this step when checking out?**
Default to this delivery address and payment method

**Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.**
Prime is just $14.99/month. Cancel anytime.
Join Prime
Cancel anytime

**Arriving Nov 21, 2025 - Dec 4, 2025**

BULDRN Cat Vintage Tin Sign 8"x12" That's What I Do I Read and I Know Things Poster Wall Decor for Home Farm Pet Shop Coffee Bar
$7.99
Ships from henanhuicongjishuzhuanyizixun
Sold by henanhuicongjishuzhuanyizixun
1
Gift options not available

Friday, Nov 21 - Thursday, Dec 4
$1.99 - Delivery

Place your order
**Order total: $10.80**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us

Join Prime for $14.99/month and get immediate access to benefits

**VA 1-748-967**



092 洪宇小店

11/10/25, 10:22 AM Amazon.com: That'S What I Do I Read And I Know Things Cat Lover Cat And Book Lover Retro Metal Tin Sign 8X12 Inches : Ho...

Your Prime membership is paused due to a billing issue

Rejoin with a valid payment method to regain access to your Prime benefits.

Update payment method




Click to see full view

That'S What I Do I Read And I Know Things Cat Lover Cat And Book Lover Retro Metal Tin Sign 8X12 Inches

Brand: Yelanacco

$8.89

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

- Material:Made of high-quality tin/metal iron
- NO FADING:The tin sign is printed with Waterproof, Non-glare. Clean simple and Colorfast.- Creative, contracted, fashionable design.
- Each tin sign will put into a bag, we will package well for each item so that you will receive the package without damage. Please contact us if you are not satisfied with the metal sign. We will solve all the problems with your satisfaction in 24 hours
- Applicable scenarios:These Retro Tin Signs Are Interesting And Attractive Decorations For Your House, Garden, Cafes,Office, Bar, Restaurant, Dormitory, Mansion Or Garage, campus,Clubs, Billiard Rooms,hotel, restaurant, bar, bedroom, living room.
- Welcome To Our Product Nowclick ""add To Cart"" To Buy Now! You Will Love It!!! You Have Any Questions, Please Contact Us

See more product details

Report an issue with this product or seller

Pay-per-visit telehealth
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now >

$8.89

$4.65 delivery November 20 - December 2. Details

Deliver to [redacted] - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller 洪宇小店

Returns Returnable until Jan 31, 2026

Payment Secure transaction

See more

Add to List

11/10/25, 10:25 AM Place Your Order - Amazon Checkout

Secure checkout

**Delivering to** [redacted]
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

Change

**Paying with Mastercard** [redacted]
Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**
Default to this delivery address and payment method.

**Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.**
Prime is just $14.99/month. Cancel anytime.
Join Prime
Cancel anytime

**Arriving Nov 20, 2025 - Dec 2, 2025**

That'S What I Do I Read And I Know Things Cat Lover Cat And Book Lover Retro Metal Tin Sign 8X12 Inches
$8.89
Ships from 洪宇小店
Sold by 洪宇小店

Gift options not available

Thursday, Nov 20 - Tuesday, Dec 2
$4.65 - Delivery

Place your order

**Order total: $14.45**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us

Join Prime for $14.99/month and get immediate access to benefits

# VA 1-748-967



## 093 dengzhoushizhuokangshangmao

11/11/2025, 17:07 Amazon.com: VGDRJB Funny Cat Vintage Metal Tin Sign 8×12 Inch That's What I DO I Read Books Home Bathroom Cafe Pet Lo...

amazon Deliver to O-O Charlotte 28273 | Home & Kitchen | Search Amazon | EN | Hello, O-O Account & Lists | Returns & Orders | 0

All | Join Prime | Holiday Deals | Same-Day Delivery | Amazon Haul | Medical Care | Luxury | Amazon Basics | Audible | Buy Again | Pet Supplies | Pharmacy | Amazon Home | O-O's Amazon.com | NBA on Prime Friday 6:30PM ET

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

### Funny Cat Vintage Metal Tin Sign 8×12 Inch That's What I DO I Read Books Home Bathroom Cafe Pet Lover Gift

Brand: VGDRJB

Search this page

$6.99

Unlock a $60 Amazon Gift Card upon approval for Amazon Visa.

- 【QUALITY SIGN】: Made of Heavy Gauge Metal Tin Sign - Strong aluminum, and will stay good as new even after many years of indoor or outdoor use. Our aluminum panels are lightweight, durable, made with recycled material and 100% recyclable.
- 【PERFECT SIZE】: Measure approximately :8x12 inch/20x30cm. It is perfect size for many places such as Home, Gate, Bedroom, Bathroom, Dinning room, Laundry, Garden, Office, Bar, Restaurant, Dorm, Cafe, Pubs, Street, Billiard House, Hotel, Club Wall Decoration, Man Cave Or Garage.
- 【PERFECT FOR HOME DECOR】:A Fun And Attractive Decoration -Our Decorative Sign. From Rustic to modern, there's sure to be a style for all. You could find Tin Sign,modern tin sign,Minimalist Tin Sign Here. The Classic tin signs are an classic and fun accessary & gift for your parents, lovers, friends, and a ideal for any holidays - Housewarming ,Christmas, Thanksgiving Day, Halloween, Valentine's Day, New Year's Day, Easter Day, Mother's Day, Father's Day, Birthday, Wedding etc.
- 【EASY TO HANG】: This Lightweight Metal Tin Sign Comes With Pre-Drilled Holes To Make Displaying A Breeze. The Edges Of Each Tin Sign Are Rolled And Hemmed For Safe Handling. Finding a spot to display these fun pieces is easy with multiple display options.
- 【YOUR SATISFACTION GUARANTEED】: Our Vintage Art Tin Sign are all high-temperature baking paint,superb technology,practical and durable. You will be satisfied with our metal tin sign. If you have questions about our products please contact us in time and we will answer them as soon as possible.

Report an issue with this product or seller

$6.99

$5.99 delivery November 24 - December 4. Details

Deliver to O-O - Charlotte 28273

In Stock

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller: dengzhoushizhuokangshangmao

Returns: Returnable until Jan 31, 2026

Payment: Secure transaction

See more

Add to List

Based on your recent views Sponsored | Page 1 of 10

11/11/2025, 17:07 Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to O-O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Visa** [redacted] Change

Use a gift card, voucher, or promo code

Special Offer

**O-O, we're giving you Prime free for 30 days**

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime free for 30 days | Cancel anytime

**Arriving Nov 24, 2025 - Dec 4, 2025**

VGDRJB Funny Cat Vintage Metal Tin Sign 8×12 Inch That's What I DO I Read Books Home Bathroom Cafe Pet Lover Gift

$6.99

Ships from dengzhoushizhuokangshangmao

Sold by dengzhoushizhuokangshangmao

1

Gift options not available

Monday, Nov 24 - Thursday, Dec 4

$5.99 - Delivery

Place your order

**Order total: $13.70**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Congratulations O-O, you are eligible for 30 days of Prime for $0!

**VA 1-748-967**



## 094 Guangzhou Runban Trading Co., Ltd

11/19/25, 6:14 PM Amazon.com: 500 Pieces Jigsaw Puzzle for Adults Teens Kids, Funny Cat Reading Newspaper Wood Jigsaw Puzzle, Brain Challe...

amazon Deliver to O Chicago 60604 | cat reading | EN | Hello, O Account & Lists | Returns & Orders | Subtotal $0.00 | Go to Cart

All | Rufus | Join Prime | Holiday Shop | Same-Day Delivery | Amazon Haul | Medical Care | Luxury | Keep Shopping For | Amazon Home | Customer Service | Buy Again | Black Friday Week starts in 21 : 45 : 19

Toys & Games › Puzzles › Jigsaw Puzzles



Click to see full view

# 500 Pieces Jigsaw Puzzle for Adults Teens Kids, Funny Cat Reading Newspaper Wood Jigsaw Puzzle, Brain Challenge Educational Game Relaxation Family Activities Decoration Puzzle

Brand: Xiddsu

Ask questions and search reviews

$19.99

Shopping for work! Save 35% up to $100 on your Amazon Business orders. Sign up for a free business account.

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa.

- 【500 Pieces Puzzles for Adults Teens Kids】 This 500 pieces jigsaw puzzle is made of high quality wood, more solid than other paper material. A puzzle sized poster included for help in solving.Finished size: 20.5" x 15"/52*38cm.
- 【Unique Design】 Each puzzle piece is unique and never repeated; A puzzle isn't just about the end result. A large part of the experience is the satisfaction of finding the right piece.We use sturdy, tight-fitting pieces that minimize confusion.
- 【Challenge and Fun】 Challenging jigsaw puzzles are both complex and meaningful.It can help you increase patience, exercise willpower, develop cognitive and logical skills, practical skills and thinking skills, reduce stress and control emotions.
- 【Environment&Safety】 Safe, non-toxic for children, adults and even the environment!The smooth surface brings the scene to life, providing you excellent visual and high aesthetic experience.Very suitable as creative gifts for family, friends and teenagers on Thanksgiving, Christmas, Halloween and Easter.
- 【Customer Service】 We provide a complete refund and return service.If you find any defective or missing pieces with this puzzle or any other question, please kindly contact us, we'll reply you within 24 hours.

See more product details

Report an issue with this product or seller

Sponsored

$19.99

$5.68 delivery December 3 - 10. Details

Deliver to O - Chicago 60604

Only 18 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller: Guangzhou Runban Trading Co., Ltd

Returns: Returnable until Jan 31, 2026

Payment: Secure transaction

See more

Add to List



MyPuzzle Yosemite National Par...

4.5

$34.99

Sponsored

Camping for Christmas Jigsaw Puzzle 1000 Piece was removed from Shopping Cart.

11/19/25, 6:15 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3509, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

Special Offer

**O, we're giving you Prime free for 30 days** Try Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime. Cancel anytime.

**Arriving Dec 3, 2025 - Dec 10, 2025**



500 Pieces Jigsaw Puzzle for Adults Teens Kids, Funny Cat Reading Newspaper Wood Jigsaw Puzzle, Brain Challenge Educational Game Relaxation Family Activities Decoration Puzzle

**$19.99**

Ships from Guangzhou Runban Trading Co., Ltd

Sold by Guangzhou Runban Trading Co., Ltd

1

Gift options not available

**Wednesday, Dec 3 - Wednesday, Dec 10**

$5.68 - Delivery

Place your order

**Order total: $27.72**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us.

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

Congratulations O, you are eligible for 30 days of Prime for $0!

**VA 1-748-967**



# 095 TimeToBloom

12/11/25, 5:51 PM Amazon.com: Cat Stamped Cross Stitch Kit for Beginner Home DIY 14CT Embroidery Kit 44x50cm : Arts, Crafts & Sewing

amazon | Deliver to O Chicago 60604 | Arts, Crafts & Sewing | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Holiday Gifts | Same-Day Delivery | Medical Care | Amazon Haul | Books | Groceries | Today's Deals | Amazon Basics | 14:08:41

Arts, Crafts & Sewing | Best Sellers | Projects & Inspiration | Fabric | Art Supplies | Sewing | Scrapbooking | Craft Supplies | Knitting & Crochet | Jewelry-Making | Storage & Organization

comixology Best of 2025 See the list

Arts, Crafts & Sewing › Crafting › Mosaic Making › Diamond Painting Kits & Accessories › Diamond Painting Kits



Click to see full view

## Cat Stamped Cross Stitch Kit for Beginner Home DIY 14CT Embroidery Kit 44x50cm

Brand: Generic

Search this page

$12.99

Price history

Up to 7% off if you qualify Shop items ›

| | |
|---|---|
| Brand | Generic |
| Age Range (Description) | Adult |
| Theme | Floral |
| Item dimensions L x W x H | 19.31 x 14.97 x 0.2 inches |
| Material | Plastic |

### About this item

- The of the cross stitch will bring you a pleasant time and a sense of accomplishment when the work is done. Your cross stitch can be used as a home decoration or as a unique, meaningful, irreplaceable gift for your loved ones.
- The natural cotton used is soft, colorful and durable, making your cross stitch silky, vivid and long-lasting.
- The embroidery cloth is a guide graphic composed of different numbers and symbols, telling you which color thread should be used to embroider on the cloth, so that you can clearly understand how to start the operation.

› See more product details

Report an issue with this product or seller

$12.99

$2.79 delivery **December 19 - 29** to Chicago 60604. Details

**May arrive after Christmas.**
**Need a gift sooner?** Send an Amazon Gift Card today by email or text message.

**Only 12 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Shipper / Seller | TimeToBloom |
| Returns | Returnable until Jan 31, 2026 |
| Payment | Secure transaction |

See more

Add to List

12/11/25, 5:52 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

Special Offer

**O, we're giving you Prime free for 30 days**
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime.

**Arriving Dec 19, 2025 - Dec 29, 2025**



Cat Stamped Cross Stitch Kit for Beginner Home DIY 14CT Embroidery Kit 44x50cm
**$12.99**
Ships from TimeToBloom
Sold by TimeToBloom

1

Gift options not available

Friday, Dec 19 - Monday, Dec 29
$2.79 - Delivery

# VA 1-748-967



# 096 C'eitura store US

12/11/25, 5:56 PM Amazon.com: C'eitura DIY 14CT Reading Cat Stamped Cross Stitch Kits for Beginners or Adults Embroidery Starter Patterns | DI...

amazon Deliver to O Chicago 60604 | Arts, Crafts & Sewing | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Holiday Gifts | Same-Day Delivery | Medical Care | Amazon Haul | Books | Groceries | Today's Deals | Amazon Basics | THURSDAY NIGHT FOOTBALL | 14:03:25

Arts, Crafts & Sewing | Best Sellers | Projects & Inspiration | Fabric | Art Supplies | Sewing | Scrapbooking | Craft Supplies | Knitting & Crochet | Jewelry-Making | Storage & Organization

comixology Best of 2025 See the list

Arts, Crafts & Sewing › Needlework › Cross-Stitch › Patterns



Click to see full view

C'eitura DIY 14CT Reading Cat Stamped Cross Stitch Kits for Beginners or Adults Embroidery Starter Patterns | DIY Printed Cross Stitch Kits Needlepoint for Adults 17.32x19.69in

Brand: C'eitura

Search this page

$16.99

Price history

Color: Reading Cat

$23.99 | $14.99 | $15.99 | $14.99 | $17.99

$40.99 | $18.99 | $15.99 | $17.99 | $34.99

$35.99 | $16.99 | $21.99 | $26.99 | $17.99

$17.99

$16.99

$1 delivery December 23 - 30 to Chicago 60604. Details

Or fastest delivery December 22 - 29. Details

May arrive after Christmas. Need a gift sooner? Send an Amazon Gift Card today by email or text message.

Only 12 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller: C'eitura store US

Returns: Returnable until Jan 31, 2026

Payment: Secure transaction

See more

Add to List

12/11/25, 5:58 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

Special Offer

**O, we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime.

**Arriving Dec 23, 2025 - Dec 30, 2025**



C'eitura DIY 14CT Reading Cat Stamped Cross Stitch Kits for Beginners or Adults Embroidery Starter Patterns | DIY Printed Cross Stitch Kits Needlepoint for Adults 17.32x19.69in

$16.99

Ships from C'eitura store US

Sold by C'eitura store US

1

Gift options not available

Tuesday, Dec 23 - Tuesday, Dec 30 $1.00 - Delivery

Monday, Dec 22 - Monday, Dec 29 $9.43 - Delivery

# VA 1-748-967



097 xueqianshangmao







VA 1-748-967



# 098 DHFEF

11/24/25, 1:43 PM Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 8X12 Inch - Walmart.com

Pickup or delivery? 2011 Nevada Blvd | Search Walmart | Reorder My Items | Hi, OO O Account | $0.00

Get it Fast | New Arrivals | Thanksgiving | Rollbacks & More | Dinner Made Easy | Gift Shop | Toy Shop | Pharmacy | My Items | Only at Walmart | Credit Card | Walmart+




Reduced price

Eshyond

**Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 8X12 Inch**

(No ratings yet)

**Size:** 8" x 12"

8" x 12" Now $7.99

**About this item**

- Size:8 X 12 Inches.
- Equipped With 4 Pre-Drilled Holes, Installation Is Easy And Fast.
- Unique Stylish Decorative Wall Signs For Home, Apartment, Office, Cubicle, College, Dorm, Classroom, Pub, Restaurant, Basement, Garage, Patio, Porch, Man Cave, Kitchen, Bathroom, Bedroom, Hallway.
- This Is A Perfect Gift Choice. It Can Be Used By Yourself Or Given To The One You Love. It Is Suitable For Various Occasions, Such As Christmas, Thanksgiving, Valentine'S Day, Graduation, Housewarming, Wedding, Father'S Day, Mother'S Day...

View more

**At a glance**

| Plaque & sign type | Size | Color |
|---|---|---|
| Sign | 8" x 12" | 1 |
| **Theme** | **Brand** | **Rec location** |
| Vintage | Eshyond | Indoor |

View all specifications

**Now $7.99** $8.99

You save $1.00

Price when purchased online

Free shipping

Buy now

Add to cart

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives between Dec 5 - Dec 9 Free | Not available | Not available |

This isn't your preferred address. Is this right?

2011 Nevada Blvd Change

Arrives between Dec 5 - Dec 9 | More options

Sold and shipped by DHFEF

(5.0) 2 seller reviews

Report an issue with this seller

Add to list | Add to registry

**More seller options (1)**

Starting from $8.99 Compare all sellers

11/24/25, 1:44 PM Review your order - Walmart.com

**Free shipping, arrives between Wed, Dec 3—Mon, Dec 8**

OO OOO
111 W Jackson Blvd, Chicago, IL 60604 Edit

**Delivery instructions**

**Gate codes or other useful information** Edit

House

## Items details

Hide details

**Arrives between Wed, Dec 3 — Mon, Dec 8** 1 item

Sold and shipped by DHFEF
Free shipping

Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign...
Size: 8" x 12"

$1.00 from savings

$7.99
$8.99

Remove | − 1 +

Place order for $8.81

By
Sub
Sav
Ship
Esti
D
Es
Hav

# VA 1-748-967



## 099 changjundi

11/26/25, 3:27 PM Husienzn Retro Tin Sign Metal Poster Aluminum Vintage Wall Décor, Reading Book Cat Murder is Wrong, Funny Decoration for Of...

Departments | Services | Deals & More | New Arrivals | Thanksgiving | Get it Fast | Dinner Made Easy | Gift Shop | Toy Shop | Pharmacy | My Items | Walmart+ | More




**Husienzn Retro Tin Sign Metal Poster Aluminum Vintage Wall Décor, Reading Book Cat Murder is Wrong, Funny Decoration for Office Home Classroom Library Bedroom Cafe Club Bar Wall Art Plaque 8x12 Inch**

**About this item**

- Perfect Size And Easy Installation: Measures 8x12 inches, making it an ideal size for wall display while being easily visible and complementing other decor elements. Comes ready to hang with pre-drilled holes for simple mounting on any wall surface, allowing for quick and secure placement.
- Premium Quality Metal Sign: Crafted from durable tin, this metal sign ensures long-lasting use, perfect for both indoor and outdoor display, environmentally friendly and recyclable. Its high quality construction withstands the elements, making it ideal for your backyard, garage, man cave, garage, bathroom, yard, coffee bar etc. and a great...

View more

**At a glance**

| | | |
|---|---|---|
| Plaque & sign type: Sign | Size: 8" x 12" | Material: Metal |
| Color: bg501 | Brand: Persomeda | Rec location: Outdoor |

View all specifications

**$8.99**

Free shipping

Buy now

Add to cart

**How you'll get this item:**

Shipping | Pickup: Not available | Delivery: Not available

This isn't your preferred address, is that right?

Sold and shipped by changjundi

Report an issue with this seller

Extended holiday returns Details

Add to list | Add to registry



$14.99 Cat Wall Art Decor, 10.6 x 15.7 inch Metal Wall Sculptures Decor for Cat...

Add to cart

Sponsored

---

11/26/25, 3:28 PM Review your order - Walmart.com

**1. Free shipping, arrives between Thu, Dec 11—Thu, Dec 18**

OO
111 W Jackson Blvd, Chicago, IL 60604 Edit

**Delivery instructions**

Gate codes or other useful information Edit

House

**Items details** Hide details

**Arrives between Thu, Dec 11 — Thu, Dec 18** 1 item

Sold and shipped by changjundi

Free shipping



Husienzn Retro Tin Sign Metal Poster Aluminum Vintage Wall Décor, Reading Book Cat Murder is...

**$8.99**

Remove − 1 +

**2. Payment method**

**Subtotal** (1 item) $8.99

Shipping Free

# VA 1-748-967



100 yuping wang

10/8/25, 11:54 PM Tin Sign Vintage That'S What I Do. I Read Books And I Know Things Metal Tin Sign Wall Decor Rustic Farmhouse Sign Decor Gift…

Pickup or delivery? 2011 Nevada Blvd | Search Walmart | Reorder My Items | Hi, OO O Account | $0.00

Deals | Get it Fast | Halloween | New Arrivals | Pharmacy | Rollbacks & More | Toy Shop | Dinner Made Easy | My Items | Only at Walmart | OnePay | Walmart+




Leyolupn

**Tin Sign Vintage That'S What I Do. I Read Books And I Know Things Metal Tin Sign Wall Decor Rustic Farmhouse Sign Decor Gifts 8X12 Inch**

(No ratings yet)

**About this item**

- Approximate Size: 8x12 inch (20x30cm)
- Material Style: Tin / Metal / Vintage Tin Sign / Wall Decoration
- Unique And Novel Tin Sign Wall Art Poster. Easy To Hang. Screw Holes Are Pre-Drilled At The Corners For Easy Hanging. For Safe Handling, The Edges Of Each Tin Label Must Be Rolled Up And Crimped.

View full item details

**At a glance**

| | | |
|---|---|---|
| Plaque & sign type<br>Sign | Size<br>12×8In | Material<br>Aluminum |
| Color<br>C2 | Brand<br>Leyolupn | Rec location<br>Outdoor |

View all specifications

**$7.89**

Price when purchased online

Free Holiday returns until Jan 31

Buy now

Add to cart

How you'll get this item:

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives between Oct 24 - Oct 31 $5.99 | Not available | Not available |

This isn't your preferred address. Is this right?

2011 Nevada Blvd Change

Arrives between Oct 24 - Oct 31 | More options

Shipping fee $5.99

Sold by yuping wang

Extended holiday returns Details

Free Holiday returns until Jan 31

Add to list | Add to registry

Report an issue with this seller

10/8/25, 11:57 PM Review your order - Walmart.com

**Shipping, arrives between Wed, Oct 22—Wed, Oct 29**

OO OOO Edit

111 W Jackson Blvd, Chicago, IL 60604

**Delivery instructions (optional)** Edit

House

**Items details** Hide details

**Arrives between Wed, Oct 22 – Wed, Oct 29** 1 item

Sold and shipped by yuping wang

$5.99 seller shipping fee

Tin Sign Vintage That'S What I Do. I Read Books And I Know Things Metal Tin Sign Wall Decor Rustic...

**$7.89**

Remove | − 1 +

**Payment method**

**Place order for $15.30**

# VA 1-748-967



# 101 TM Banana

11/20/25, 12:06 PM 2d flat 1pc funny metal poster vintage murder - Temu




11/20/25, 12:08 PM Temu | Checkout




**VA 1-748-967**



# 102 SYS Art shop

11/20/25, 12:10 PM 2d flat 1pc vintage literary cat reading book metal wall - Temu

Free shipping › 15-day no update refund | Free returns for EVERY order | Get the Temu App | Sell on Temu Join Now ›

Best-Selling Items | 5-Star Rated | Black Friday | Local Warehouse | Categories | Orders & Account | Support | English

Home › Home & Kitchen › Seasonal Decor › 2D Flat, 1pc Vintage Liter...




Fastest delivery: 5 BUSINESS DAYS 2D Flat, 1pc Vintage Literary Cat Reading Book Metal Wall Decor - Retro Book Lover's Sign with Tabby Cat & Glasses - Heavy-Duty Iron Poster for Home, Office, Cafe, Bar - Indoor/Outdoor Decoration - Easy Mounting with Pre-Drilled Holes - Perfect Gift for Readers & Cat Lovers - Mid-Century Modern Decoration - 8x12 Inches, 2D Flat

Sourced from SY ›

~~$7.26~~ $4.77 34% OFF

✓ Free shipping | ✓ $5.00 Credit for delay

✓ Selected Size: 12x8 Inches

Pre-order: Delivery: 5-13 business days

Qty 1

-34% now! Add to cart!

Free shipping for this item ›

✓ $5.00 Credit for delay ✓ 15-day no update refund ✓ 30-day no delivery refund

Fastest delivery in 5 business days

Min. order value: $10.00

Safe payments · Secure privacy ›

Order guarantee ›

✓ Free returns · ✓ Best price guarantee · ✓ Return if item damaged

Subtotal $10.10 ✓ Free shipping Checkout (2) Go to cart Select all (2)



$5.05 2

SYS Art shop

9 Followers | 10K+ Sold | 4.9 ★

Follow | Shop all items (64K+)

Product details | Save | Report issue ›

| Recommended Usage | Style | Material |
|---|---|---|
| Multipurpose | Vintage | Iron |

Mounting Type: Wall hanging

11/20/25, 12:10 PM Temu | Checkout

Free shipping › $5.00 Credit for delay | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu Join Now ›

All data is safeguarded ›

Home › Checkout

✓ | Free shipping Incredible

Shipping address Change address ›

OoO OOO +1 [redacted]

111 W Jackson Blvd

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)



2D Flat, 1pc Vintage Literary Cat Reading Book Metal Wall Decor - Retro Book Lover's Sign with Tabby Cat & Glass...

12x8 Inches Qty 1

$4.77 ~~$7.26~~ -34%

Pre-order: Delivery: 5-13 business days

Standard shipping: FREE, delivery: 5-13 business days, fastest delivery: 5 business days ›

Payment methods

Apple Pay

Card

PayPal

Cash App Pay

Klarna 4 interest-free payments of $1.31

Venmo

Google Pay

**VA 1-748-967**



# 103 Zz sunshine


9/19/25, 12:59 PM 8x12 inch frameless iron metal wall art vintage cat reading - Temu

Free shipping > excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu Join Now >

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | abstract art framed | Orders & Account | Support | English

Home > Home & Kitchen > Home Decor Products > 8x12 Inch Frameless Iron M...



LIGHTNING DEAL ✓ Free shipping | ✓ $5.00 Credit for delay

Arrives in 5+ BUSINESS DAYS 8x12 Inch Frameless Iron Metal Wall Art - Vintage Cat Reading Book with Glasses "Reading Because Murder Is Wrong" - Funny Book Lover Gift, Cat Owner Home Decor, Retro Library-Themed Mural for Study Room or Living Room

$4.77 Last day

Lightning deal

Color: Color 1

Qty 1 Added

1 Added Color 1 | Go to cart

Free shipping for this item >

Fastest delivery in 5 business days

Safe payments · Secure privacy >

Order guarantee >

Sourced from, procured by Temu

Zz sunshine

Follow | Shop all items

Product details | Save | Report issue >

Material: Iron

Recommended Usage: Multipurpose

Subtotal $4.77 | Free shipping | $10.00 Min. to checkout | Go to cart | Select all (1) | Free shipping from Temu | Lightning deal | $4.77


9/19/25, 1:01 PM Temu | Checkout

Free shipping > excludes local items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu Join Now >

30-day no delivery refund >

Home > Checkout

✓ Free shipping Incredible

Shipping address Change address >

O O O [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)

8x12 Inch Frameless Iron Metal Wall Art - Vintage Cat Reading Book with Glasses "Reading B...

Color: Color 1

Lightning deal | Last 2 hours

Qty: 1

$4.77

Pre-order. Delivery: 5-12 business days

Standard shipping: FREE, delivery: 5-12 business days, fastest delivery in 5 business days >

Payment methods

Apple Pay

Card

# VA 1-748-967



## 104 FFAINELW

9/19/25, 1:04 PM vintage reading murder metal poster retro tin sign wall - Temu

Free shipping › excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu Join Now ›

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | mexican kitchen decor | Hello, O O Orders & Account | Support | English

Home › Home & Kitchen › Home Decor Products › Vintage "Reading is Murder...




TEMU FEST | Free shipping on orders over $25.63 from this seller › | ✓ $5.00 Credit for de

No import charges | Local warehouse Vintage "Reading is Murder" Metal Poster – Retro Tin Sign Wall Decor for Man Cave, Garage, or Workshop – Durable Iron Plaque with Humorous Cat Illustration – Easy to Hang, No Power Needed, Book Lover Gift | Humorous Wall Art | Easy Hang Feature, Book Decor

Sold by ›

~~$9.97~~ $4.37 | 56% OFF last 3 days | ALMOST SOLD OUT

Pay $1.09 today | Lowest price ever

Big sale | Ends in 2d 7h 55 48

Size: 8x12in

Qty 1 Added

1 Added 8x12in | Buy now! Almost out! | No order min

Ships from this seller ›

Standard: $2.99 or FREE (if ordering $30.00+ from this seller), fast delivery: 3-6 business days

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments · Secure privacy ›

Order guarantee ›

Free returns | $5.00 Credit for delay | Return if item damaged | 15-day no update refund

FFAINELW

10 Followers | 1.7K+ Sold | 4.7 ★

Follow | Shop all items (28K+)

Product details | Save | Report issue ›

Material: Iron

Recommended Usage: Property

Subtotal $4.37 | 1 almost sold out Checkout (1) | Go to cart | Select all (1) | Ships from this seller › | Almost sold out | $4.37 | 1

9/19/25, 1:05 PM Temu | Checkout

Free shipping › excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu Join Now ›

Return if item damaged ›

Home › Checkout

No import charges for all local warehouse items and no extra charges upon delivery

Free returns on all items of this order

Shipping address | Change address ›

O O O [redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589, United States

Ships from FFAINELW (1) Local Warehouse



ALMOST SOLD OUT

No import charges Vintage "Reading is Murder" Metal Poster - Retro Tin Sign Wall Decor for ...

8x12in

Big sale | Last 3 days

Qty: 1

$4.37 ~~$9.97~~ -56%

Standard shipping: $2.99, delivery: 3-6 business days ›

Payment methods

Apple Pay

## VA 1-748-967



# 105 TM Posters

9/19/25, 1:07 PM 2d flat 1pc funny reading murder saying metal poster vintage - Temu

Free shipping › excludes local items | Price adjustment Within 30 days | Get the Temu App | Sell on Temu Join Now ›

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | Orders & Account | Support | English

Home › Home & Kitchen › Seasonal Decor › 2D Flat, 1pc Funny Reading...




Arrives in 5+ BUSINESS DAYS 2D Flat, 1pc Funny Reading & Murder Saying Metal Poster - Vintage Library Decor - Retro Book Cat Wall Art Sign - "Reading Because Murder Is Wrong" - Heavy-Duty Iron Construction - Library, Home, Office, Cafe Decoration - Literary Crime Decor - Easy Hang with Pre-Drilled Holes - 8x12 Inches - Perfect Gift for Book Lovers & Mystery Readers, 2D Flat

$4.75

✓ Free shipping | ✓ $5.00 Credit for delay

Style: 8x12inch/20x30cm

Qty 1 Added

1 Added | Go to cart

Free shipping for this item ›

Fastest delivery in 5 business days

Safe payments · Secure privacy ›

Order guarantee ›

Free returns | $5.00 Credit for delay | Return if item damaged | 15-day no update refund

Sourced from , procured by Temu

TM Posters

Follow | Shop all items (23K+)

Product details

Save | Report issue ›

Recommended Usage: Multipurpose

Style: Art deco

Subtotal $4.75 | ✓ Free shipping | $10.00 Min. to checkout | Go to cart | Select all (1) | ✓ Free shipping from Temu | $4.75

9/19/25, 1:08 PM Temu | Checkout

Free shipping › excludes local items | Price adjustment Within 30 days | Get the Temu App | Sell on Temu Join Now ›

Return if item damaged ›

Home › Checkout

✓ Free shipping Incredible

Shipping address Change address ›

OOO [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)



2D Flat, 1pc Funny Reading & Murder Saying Metal Poster - Vintage Library Decor - Retro Bo...

Style: 8x12inch/20x30cm

Qty: 1

$4.75

Pre-order. Delivery: 5-12 business days

Standard shipping: FREE, delivery: 5-12 business days, fastest delivery in 5 business days ›

Payment methods

Apple Pay

Card

## VA 1-748-967



# 106 Tsigns Unlimited

9/19/25, 1:11 PM 1pc vintage cat reading metal tin sign murder funny - Temu

Free shipping › excludes local items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu Join Now

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | wall art | Orders & Account | Support | English

Subtotal $5.11

Free shipping

$10.00 Min. to checkout

Go to cart

Select all (1)

Free shipping from Temu

$5.11




Arrives in 5+ BUSINESS DAYS 1pc Vintage Cat Reading Metal Tin Sign - "Murder is Wrong" Funny Book-Themed Wall Art, 8x12 Inch Retro Iron Sign for Home, Office, Classroom, Cafe Decor - Cat Lover Gift, Promotes Literacy & Anti-Violence Message

$13.99 $5.11 63% OFF

Free shipping | $5.00 Credit for delay

Size: 20*30cm/8*12in unframed

Qty 1 Added

1 Added 20*30cm/8...

Go to cart

Free shipping for this item ›

Fastest delivery in 5 business days

Safe payments - Secure privacy ›

Order guarantee ›

Sourced from , procured by Temu

Tsigns Unlimited

1 Followers | 4.2K+ Sold | 4.7 ★

Follow | Shop all items (22K+)

Product details

Save | Report issue ›

Recommended Usage: Multipurpose

Material: Iron

9/19/25, 1:12 PM Temu | Checkout

Free shipping › excludes local items | Price adjustment Within 30 days | Get the Temu App | Sell on Temu Join Now ›

Return if item damaged ›

Home › Checkout

Free shipping Incredible

Shipping address Change address ›

OOO [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)



1pc Vintage Cat Reading Metal Tin Sign - "Murder is Wrong" Funny Book-Themed Wall Art, ...

20*30cm/8*12in unframed

Qty: 1

$5.11 $13.99 -63%

Pre-order. Delivery: 5-12 business days

Standard shipping: FREE, delivery: 5-12 business days, fastest delivery in 5 business days ›

Payment methods

Apple Pay

Card

# VA 1-748-967



107 Your painting H







VA 1-748-967



# 108 Vintage decorative painting

9/19/25, 1:19 PM | 1pc vintage metal tin sign funny newspaper retro - Temu

Free shipping › excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu Join Now ›

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | mexican kitchen decor | Hello, O O Orders & Account | Support | English

Subtotal $5.20 | Checkout (1) | Go to cart | Select all (1) | Ships from this seller › | $5.20 | 1

Home › Home & Kitchen › Home Decor Products › 1pc Vintage Metal Tin Sign...




No import charges | Arrives in 3+ BUSINESS DAYS - Local warehouse 1pc Vintage Metal Tin Sign - Funny Reading Cat with Newspaper - Retro Library Decor - Green & Golden Colors - Lightweight Aluminum Wall Art - Easy Hang Indoor/Outdoor Decoration - Perfect Gift for Book Lovers, Cat Owners - Farmhouse, Cafe, Living Room Decor - 8x12 Inch, Cafe Decoration, Humorous Design, Distressed Finish, Farmhouse Style, Animal Enthusiasts

Sold by ›

~~$13.99~~ $5.20 | 62% OFF | Pay $1.30 today

Free shipping on orders over $24.8 from this seller › | ✓ $5.00 Credit for delay

Size: 8*12 inches (20 x 30 cm)

Qty 1 Added

1 Added 8*12 inches (20 x 30 cm) | -62% now! Buy now!

Ships from this seller ›

Standard: $2.99 or FREE (if ordering $30.00+ from this seller), Fastest delivery in 3 business days

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments - Secure privacy ›

Order guarantee ›

Free returns | $5.00 Credit for delay | Return if item damaged | 15-day no update refund

Vintage decorative painting | Chat

13 Followers | 1.6K+ Sold | 4.5 ★

Follow | All items (59K+)

Product details | Save | Report issue ›

Material: Aluminum

Recommended Usage: Multipurpose

9/19/25, 1:20 PM | Temu | Checkout

Free shipping › excludes local items | Price adjustment Within 30 days | Get the Temu App | Sell on Temu Join Now ›

15-day no update refund ›

Home › Checkout

No import charges for all local warehouse items and no extra charges upon delivery

✓ Free returns on all items of this order

Shipping address | Change address ›

O O O [redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589, United States

Ships from Vintage decorative painting (1) Local Warehouse



No import charges 1pc Vintage Metal Tin Sign - Funny Reading Cat with Newspaper - Retro L...

8*12 inches (20 x 30 cm) | Qty: 1

$5.20 ~~$13.99~~ -62%

Standard shipping: $2.99, delivery: 3-7 business days, fastest delivery in 3 business days ›

Payment methods

Apple Pay

## VA 1-748-967



# 109 DOUlink

9/19/25, 1:23 PM 12x8 inch vintage cat reading metal tin sign murder - Temu

Free shipping › excludes local items | Price adjustment Within 30 days | Get the Temu App | Sell on Temu Join Now ›

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | mexican kitchen decor | Orders & Account | Support | English

Home › Patio, Lawn & Garden › Yard Signs & Wall Art › 12x8 Inch Vintage Cat Read...






No import charges Local warehouse 12x8 Inch Vintage Cat Reading Metal Tin Sign - "Because Murder Is Wrong" Retro Wall Decor, Humorous Home Bar & Cafe Decoration, Iron Material, No Power Needed, Cat Decor

Sold by

$12.99 $5.14 60% OFF

Free shipping on orders over $24.86 from this seller › | ✓ $5.00 Credit for delay

Size: 12"x8"

Qty 1 Added

1 Added 12"x8"

-60% now! Buy now!

Ships from this seller ›

Standard: $2.99 or FREE (if ordering $30.00+ from this seller), fast delivery: 3-7 business days

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments · Secure privacy ›

Order guarantee ›

Free returns | $5.00 Credit for delay | Return if item damaged | 15-day no update refund

Subtotal $5.14

Checkout (1)

Go to cart

Select all (1)

Ships from this seller



$5.14

DOUlink

3 Followers | 333 Sold | 4.7 ★

Follow | Shop all items (2.4K+)

Product details | Save | Report issue ›

Material: Iron

Power Supply: Use Without Electricity

9/19/25, 1:24 PM Temu | Checkout

Free shipping › excludes local items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu Join Now ›

20-day no delivery refund ›

Home › Checkout

No import charges for all local warehouse items and no extra charges upon delivery

✓ Free returns on all items of this order

Shipping address | Change address ›

OOO [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Ships from DOUlink (1) Local Warehouse



No import charges 12x8 Inch Vintage Cat Reading Metal Tin Sign - "Because Murder Is Wron...

12"x8"

Qty: 1

$5.14 $12.99 -60%

Standard shipping: $2.99, delivery: 3-7 business days ›

Payment methods

Pay Apple Pay

# VA 1-748-967



# 110 Creative Sign Shop







VA 1-748-967



# 111 Shook Art Studio

9/19/25, 1:30 PM 1pc vintage 2d metal wall art sign 8x12 inch rustic - Temu

Free shipping › excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu Join Now ›

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | vintage kitchen decor | Hello, O O Orders & Account | Support | English

Home › Home & Kitchen › Seasonal Decor › 1pc Vintage 2D Metal Wall ...




CLEARANCE DEAL | ✓ Free shipping | ✓ $5.00 Credit for delay

Arrives in 5+ BUSINESS DAYS 1pc Vintage 2D Metal Wall Art Sign - 8x12 Inch Rustic Iron Cat Reading "Because Murder Is Wrong" Plaque, Durable Home Decor for Bedroom, Kitchen, Garden, Bar & Office, 2D Flat

~~$9.99~~ $4.69 | 53% OFF last 2 days | Pay $1.17 today

Lowest price in 90 days

Clearance deal | Ends in 1d 1h 29 : 12

Size: 8*12 Inches

Pre-order: Delivery: 5-12 business days

Qty 1 Added

1 Added 8*12 Inches | Go to cart

Free shipping for this item ›

Fastest delivery in 5 business days

Min. order value: $10.00

Safe payments - Secure privacy ›

Order guarantee ›

Free returns | $5.00 Credit for delay | Return if item damaged | 15-day no update refund

Sourced from ●, procured by Temu

Shook Art Studio

11 Followers | 9.6K+ Sold | 4.5 ★

Follow | Shop all items (26K+)

Product details | Save | Report issue ›

Recommended Usage: Multipurpose

Material: Iron

Subtotal $4.69

✓ Free shipping

$10.00 Min. to checkout 53% last 2 days

Go to cart

Select all (1)

✓ Free shipping from Temu



$4.69

1

9/19/25, 1:32 PM Temu | Checkout

Free shipping › excludes local items | Price adjustment Within 30 days | Get the Temu App | Sell on Temu Join Now ›

$5.00 Credit for delay ›

Home › Checkout

✓ Free shipping Incredible

Shipping address Change address ›

O O O [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)



1pc Vintage 2D Metal Wall Art Sign - 8x12 Inch Rustic Iron Cat Reading "Because Murder Is ...

8*12 Inches

Clearance deal | Last 2 days

Qty: 1

$4.69 ~~$9.99~~ -53%

Pre-order: Delivery: 5-12 business days

Standard shipping: FREE, delivery: 5-12 business days, fastest delivery in 5 business days ›

Payment methods

Apple Pay

Card VISA

## VA 1-748-967



# 112 Artistry Haven Creations

9/19/25, 1:35 PM 2d flat 1pc vintage aluminum wall sign cat reading murder - Temu

Free shipping > excludes local items | Price adjustment Within 30 days | Get the Temu App | Sell on Temu Join Now >

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | Orders & Account | Support | English

Home > Home & Kitchen > Home Decor Products > 2D Flat, 1pc Vintage Alumi...

2D Flat




TEMU FEST | Free shipping on orders over $27.51 from this seller | $5.00 Credit for delay

No import charges | Arrives in 2+ BUSINESS DAYS - Local warehouse 2D Flat, 1pc Vintage Aluminum Wall Sign - "Cat Reading Because Murder Is Wrong" Retro Metal Art, Humorous Home Bar & Living Room Decor, No Electricity Needed, Easy Wall-Mounted Installation, Cat Wall Art, Retrostyle Art, Noelectricity Decor, 2D Flat

1 sold | Sold by

$13.99 $2.49 82% OFF limited time | Pay $0.62 today

Big sale

Size: 8X12inch, Material: Aluminum

Qty 1 Added

1 Added 8X12inch/Aluminum | -82% now! Buy now!

Ships from this seller >

Standard: $2.99 or FREE (if ordering $30.00+ from this seller); Fastest delivery in 2 business days

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments · Secure privacy >

Order guarantee >

Free returns | $5.00 Credit for delay | Return if item damaged | 15-day no update refund

Artistry Haven Creations | Chat

25 Followers | 3.2K+ Sold | 4.7 ★

Follow | All items (12K+)

Product details | Save | Report issue >

Material: Aluminum

Recommended Usage: Entryway

Subtotal $2.49 | Checkout (1) | Go to cart | Select all (1) | Ships from this seller > | $2.49 | 1

9/19/25, 1:36 PM Temu | Checkout

Free shipping > excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu Join Now >

$5.00 Credit for delay >

Home > Checkout

No import charges for all local warehouse items and no extra charges upon delivery

Free returns on all items of this order

Shipping address | Change address >

OOO [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Ships from Artistry Haven Creations (1) Local Warehouse



No import charges 2D Flat, 1pc Vintage Aluminum Wall Sign - "Cat Reading Because Murder I...

8X12inch / Material: Aluminum

Big sale | Limited time

Qty: 1

$2.49 $13.99 -82%

Standard shipping: $2.99, delivery: 2-7 business days, fastest delivery in 2 business days >

Payment methods

Apple Pay

# VA 1-748-967



# 113 FJWOZUQV

9/19/25, 1:48 PM tin sign 8x12 reading read books cat cats pets funny - Temu

Free shipping › excludes local items | Price adjustment Within 30 days | Get the Temu App | Sell on Temu Join Now ›

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | metal signs | Hello, O O Orders & Account | Support | English

Home › Home & Kitchen › Home Decor Products › TIN SIGN 8X12 Reading Read...




No import charges Local warehouse TIN SIGN 8X12 Reading Read Books Cat Cats Pets Wrong Funny Library C20

Sold by

$12.99 $5.29 59% OFF ALMOST SOLD OUT Pay $1.32 today

Free shipping on orders over $24.71 from this seller › | ✓ $5.00 Credit for delay

Size: 8x12in

Qty 1 Added

1 Added 8x12in | Buy now! Almost out!

Ships from this seller ›

Standard: $2.99 or FREE (if ordering $30.00+ from this seller); fast delivery: 3-6 business days

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments - Secure privacy ›

Order guarantee ›

Free returns | $5.00 Credit for delay | Return if item damaged | 15-day no update refund

Subtotal $5.29 | 1 almost sold out Checkout (1) | Go to cart | Select all (1) | Ships from this seller › | Almost sold out | $5.29 | 1

FJWOZUQV | Chat

24 Followers | 4.3K+ Sold | 4.7 ★

Follow | All items (22K+)

Product details | Save | Report issue ›

Material: Iron

Recommended Usage: Property

9/19/25, 1:49 PM Temu | Checkout

Free shipping › excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu Join Now ›

Return if item damaged ›

Home › Checkout

No import charges for all local warehouse items and no extra charges upon delivery

Free returns on all items of this order

Shipping address | Change address ›

O O O [redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589, United States

Ships from FJWOZUQV (1) Local Warehouse




No import charges TIN SIGN 8X12 Reading Read Books Cat Cats Pets Wrong Funny Library C20

8x12in | Qty: 1

$5.29 $12.99 -59%

Standard shipping: $2.99, delivery: 3-6 business days ›

Payment methods

Apple Pay

# VA 1-748-967



# 114 LZMGXBBQD

9/19/25, 1:51 PM vintage reading murder cat metal tin sign retro wall art - Temu

Free shipping › excludes local items | Price adjustment Within 30 days | Get the Temu App | Sell on Temu Join Now ›

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | metal signs | Orders & Account | Support | English

Home › Home & Kitchen › Home Decor Products › Vintage "Reading is Murder...




TEMU FEST | Free shipping on orders over $25.3 from this seller | $5.00 Credit for delay

No import charges | Local warehouse Vintage "Reading is Murder" Cat Metal Tin Sign - Retro Wall Art for Home & Kitchen Decor, Iron, No Power Needed, Easy to Hang, Ideal for Coffee Bars & Living Rooms, Cat Decor | Vintage Wall Art | Durable Iron Sign, Cat Decorations

Sold by ›

$13.99 $4.70 66% OFF limited time | ALMOST SOLD OUT!

Pay $1.17 today

Big sale | Ends in

Size: 8x12in

Qty 1 Added

1 Added 8x12in | Buy now! Almost out!

Ships from this seller ›

Standard: $2.99 or FREE (if ordering $30.00+ from this seller), fast delivery: 3-7 business days

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments · Secure privacy ›

Order guarantee ›

Free returns | $5.00 Credit for delay | Return if item damaged | 15-day no update refund

LZMGXBBQD

4 Followers | 748 Sold | 4.8 ★

Follow | Shop all items (19K+)

Product details | Save | Report issue ›

Material: Iron

Recommended Usage: Multipurpose

Subtotal $4.70

1 almost sold out Checkout (1)

Go to cart

Select all (1)

Ships from this seller ›

Almost sold out

$4.70

9/19/25, 1:53 PM Temu | Checkout

Free shipping › excludes local items | Price adjustment Within 30 days | Get the Temu App | Sell on Temu Join Now ›

15-day no update refund ›

Home › Checkout

No import charges for all local warehouse items and no extra charges upon delivery

Free returns on all items of this order

Shipping address | Change address ›

000 [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Ships from LZMGXBBQD (1) Local Warehouse



ALMOST SOLD OUT

No import charges Vintage "Reading is Murder" Cat Metal Tin Sign - Retro Wall Art for Home ...

8x12in

Big sale | Limited time

Qty: 1

$4.70 $13.99 -66%

Standard shipping: $2.99, delivery: 3-7 business days ›

Payment methods

Apple Pay

## VA 1-748-967



# 115 XM ART

9/19/25, 1:55 PM room decoration 1pc whimsycat vintage metal iron sign 20 - Temu




9/19/25, 1:56 PM Temu | Checkout




**VA 1-748-967**



# 116 IronPcArt

9/19/25, 1:59 PM vintage inspired read things metal sign rust waterproof - Temu

Free shipping › excludes local items | Price adjustment Within 30 days | Get the Temu App | Sell on Temu Join Now ›

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | tin sign | Hello, O O Orders & Account | Support | English

Home › Home & Kitchen › Home Decor Products › Vintage-Inspired 'I Read...




No import charges | Local warehouse Vintage-Inspired 'I Read, I Know Things' Metal Sign - Rust & Waterproof Tinplate Wall Art for Home, Bar, Cafe, Garage Decor - Easy to Hang, Indoor/Outdoor Use

1 sold | Sold by

$5.93 ALMOST SOLD OUT | Pay $1.48 today

Free shipping on orders over $24.07 from this seller › | ✓ $5.00 Credit for delay

Color: Style1, Size: 8*12 Inches

Qty 1 Added

1 Added Style1/8*12 Inches | Buy now! Almost out!

Ships from this seller ›

Standard: $2.99 or FREE (if ordering $30.00+ from this seller), fast delivery: 3-5 business days

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments · Secure privacy ›

Order guarantee ›

Free returns | $5.00 Credit for delay | Return if item damaged | 15-day no update refund

IronPcArt | Chat

80 Followers | 10K+ Sold | 4.6 ★

Follow | All items (1.9K+)

Store joined Temu 1 year ago

Product details | Save | Report issue ›

Material: Iron

Subtotal $5.93 | 1 almost sold out Checkout (1) | Go to cart | Select all (1) | Ships from this seller › | Almost sold out | $5.93 | 1

9/19/25, 2:00 PM Temu | Checkout

Free shipping › excludes local items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu Join Now ›

Return if item damaged ›

Home › Checkout

No import charges for all local warehouse items and no extra charges upon delivery

✓ Free returns on all items of this order

Shipping address | Change address ›

O O O [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Ships from IronPcArt (1) Local Warehouse




No import charges Vintage-Inspired 'I Read, I Know Things' Metal Sign - Rust & Waterproof T...

8*12 Inches / Color: Style1

Qty: 1

$5.93

Standard shipping: $2.99, delivery: 3-5 business days ›

Payment methods

Apple Pay

## VA 1-748-967



# 117 Feylor







**VA 1-748-967**



# 118 Reigen Arataka

9/19/25, 2:06 PM 1 reading vintage aluminum metal sign artwork poster - Temu

Free shipping › excludes local items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu Join Now ›

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | metal signs | Hello, ○○ Orders & Account | Support | English

Home › Arts, Crafts & Sewing › Crafting › 1pc, Cat Reading, Vintage ...






Arrives in 5+ BUSINESS DAYS 1pc, Cat Reading, Vintage Aluminum Metal Sign, Artwork Poster, Aluminum Painting for Restaurant, Pub, Cafe, Shop, Dust & Weather Resistant, Humorous Home Room Wall Decoration, Room Decor, Bedroom, Holiday Decorations, Retro Metal Ornaments for Christmas, Halloween

$26.95 $6.30 76% OFF Pay $1.57 today

✓ Free shipping | ✓ $5.00 Credit for delay

Size: 1pc 7.87x11.8inch(20*30cm)

Pre-order: Delivery: 5-12 business days

Qty 1 Added

1 Added 1pc 7.87x1... | Go to cart

Free shipping for this item ›

Fastest delivery in 5 business days

Safe payments · Secure privacy ›

Order guarantee ›

Free returns | $5.00 Credit for delay | Return if item damaged | 15-day no update refund

Sourced from , procured by Temu



Reigen Arataka

4 Followers | 435 Sold | 5 ★

Follow | Shop all items (1.6K+)

Product details | Save | Report issue ›

Material: Iron

Item ID: GV946982 Copy

Subtotal $6.30

✓ Free shipping

$10.00 Min. to checkout

Go to cart

Select all (1)

✓ Free shipping from Temu



$6.30

1

9/19/25, 2:07 PM Temu | Checkout

Free shipping › excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu Join Now ›

$5.00 Credit for delay ›

Home › Checkout

✓ Free shipping Incredible

Shipping address Change address ›

ooo [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)



1pc, Cat Reading, Vintage Aluminum Metal Sign, Artwork Poster, Aluminum Painting for Rest...

1pc 7.87x11.8inch(20*30cm)

Qty: 1

$6.30 $26.95 -76%

Pre-order: Delivery: 5-12 business days

Standard shipping: FREE, delivery: 5-12 business days, fastest delivery in 5 business days ›

Payment methods

Apple Pay Apple Pay

Card VISA

# VA 1-748-967



119 EDFVH

9/19/25, 2:10 PM vintage metal sign thats read books things rustic wall - Temu

Free shipping › excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu Join Now ›

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | metal signs | Hello, O O Orders & Account | Support | English

Home › Home & Kitchen › Home Decor Products › Vintage Metal Sign "That'S...




Arrives in 5+ BUSINESS DAYS Vintage Metal Sign "That'S What I Do, I Read Books and Know Things" - Rustic Wall Art for Home, Porch, Garage, Bar, Club, Farm, Garden - Waterproof & Weather-Resistant, 8x12/12x16 Inches, Indoor/Outdoor Decor, No Electricity Needed, Metal Wall Art Deco

$5.73 $3.96 -30% OFF

✓ Free shipping | ✓ $5.00 Credit for delay

Color: 1pc

1pc | 2pcs

Size

8x12 Inches | 12x16 Inches

Pre-order: Delivery: 5-12 business days

Qty 1 Added

1 Added 1pc/8x12 I... | Go to cart

Free shipping for this item ›

Fastest delivery in 5 business days

Min. order value $10.00

Safe payments · Secure privacy ›

Order guarantee ›

Free returns | $5.00 Credit for delay | Return if item damaged | 15-day no update refund

Sourced from procured by Temu

EDFVH

3 Followers | 14K+ Sold | 4.7 ★

Follow | Shop all items (1.7K+)

Product details | Save | Report issue ›

Material: Metal

Recommended Usage: Multipurpose

Subtotal $3.96

✓ Free shipping

$10.00 Min. to checkout

Go to cart

Select all (1)

✓ Free shipping from Temu



$3.96

1

9/19/25, 2:12 PM Temu | Checkout

Free shipping › excludes local items | Price adjustment Within 30 days | Get the Temu App | Sell on Temu Join Now ›

15-day no update refund ›

Home › Checkout

✓ Free shipping Incredible

Shipping address Change address ›

O O O [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)



Vintage Metal Sign "That'S What I Do, I Read Books and Know Things" - Rustic Wall Art for H...

8x12 Inches / Color: 1pc

Qty: 1

$3.96 $5.73 -30%

Pre-order: Delivery: 5-12 business days

Standard shipping: FREE, delivery: 5-12 business days, fastest delivery in 5 business days ›

Payment methods

Apple Pay

Card

VA 1-748-967



# 120 PSDKHSFH

9/19/25, 2:17 PM — 1pc tin sign vintage cat read books metal sign - Temu

Free shipping › excludes local items | Price adjustment Within 30 days | Get the Temu App | Sell on Temu Join Now ›

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | vintage metal sign | Hello, O O Orders & Account | Support | English

Home › Patio, Lawn & Garden › Yard Signs & Wall Art › 1pc Reading Cat Tin Sign V...




No import charges Arrives in 2+ BUSINESS DAYS - Local warehouse 1pc Reading Cat Tin Sign Vintage Cat Read Books Metal Sign Suitable for Outdoor Courtyard Family Sun Room Garage Home Coffee Shop 8 X 12 Easy to Hang

Sold by ›

$5.65 ALMOST SOLD OUT | Pay $1.41 today

Free shipping on orders over $24.35 from this seller › | ✓ $5.00 Credit for delay

Size: 8 X 12inches

Qty 1 Added

1 Added 8 X 12inches | Buy now! Almost out!

Ships from this seller ›

Standard: $2.99 or FREE (if ordering $30.00+ from this seller), est. Fastest delivery in 2 business days

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments · Secure privacy ›

Order guarantee ›

Free returns | $5.00 Credit for delay | Return if item damaged | 15-day no update refund

Subtotal $5.65 | 1 almost sold out Checkout (1) | Go to cart | Select all (1) | Ships from this seller › | Almost sold out | $5.65 | 1

PSDKHSFH

38 Sold | 3 ★

Follow | Shop all items (3.9K+)

Product details | Save | Report issue ›

Material: Metal

Power Supply: Use Without Electricity

9/19/25, 2:18 PM — Temu | Checkout

Free shipping › excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu Join Now ›

$5.00 Credit for delay ›

Home › Checkout

No import charges for all local warehouse items and no extra charges upon delivery

✓ Free returns on all items of this order

Shipping address | Change address ›

O O O [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Ships from PSDKHSFH (1) Local Warehouse




No import charges 1pc Reading Cat Tin Sign Vintage Cat Read Books Metal Sign Suitable for ...

8 X 12inches

Qty: 1

$5.65

Standard shipping: $2.99, delivery: 3-7 business days, fastest delivery in 2 business days ›

Payment methods

Apple Pay

## VA 1-748-967



121 Steel Strokes







VA 1-748-967



122 Liudanwei shop

9/19/25, 2:25 PM 2d1pc whimsical cat reading book metal wall art 8x12 inch - Temu




9/19/25, 2:26 PM Temu | Checkout




VA 1-748-967



# 123 Diyva

9/19/25, 2:29 PM 2d flat decorative sign plaque 1pc 2d flat metal tin sign - Temu

Free shipping › excludes local items | Price adjustment Within 30 days | Get the Temu App | Sell on Temu Join Now ›

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | metal signs clearance sale | Orders & Account | Support | English

Home › Home & Kitchen › Home Decor Products › 2D Flat - Decorative sign ...




TEMU FEST | Free shipping on orders over $26.61 from this seller | ✓ $5.00 Credit for delay

No import charges | Arrives in 2+ BUSINESS DAYS - Local warehouse 2D Flat - Decorative sign & Plaque, 1pc 2D Flat Metal Tin sign, Vintage Painting, "THAT'S WHAT I DO I READ BOOKS AND I KNOW THINGS", Vertical Design, Garage, Home, Farm, Garden Art Decoration

Sold by ›

$5.84 $3.39 | 41% OFF limited time | Pay $0.34 today

Big sale | Ends in

Color: Color1, Size: 12*8in

Qty 1 Added

1 Added Color1/12*8in

-41% now! Buy now!

Ships from this seller ›

Standard: $2.99 or FREE (if ordering $30.00+ from this seller), fastest delivery in 2 business days

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments · Secure privacy ›

Order guarantee ›

Free returns | $5.00 Credit for delay | Return if item damaged | 15-day no update refund

Diyva | Chat

10 Followers | 3.2K+ Sold | 4.8 ★

Follow | All items (6K+)

Product details | Save | Report issue ›

Material: Iron

Recommended Usage: Multipurpose

Subtotal $3.39 | Checkout (1) | Go to cart | Select all (1) | Ships from this seller | $3.39 | 1

9/19/25, 2:30 PM Temu | Checkout

Free shipping › excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu Join Now ›

15-day no update refund ›

Home › Checkout

No import charges for all local warehouse items and no extra charges upon delivery

Free returns on all items of this order

Shipping address | Change address ›

OOO [redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589, United States

Ships from — Diyva (1) Local Warehouse



No import charges 2D Flat - Decorative sign & Plaque, 1pc 2D Flat Metal Tin sign, Vintage Pai...

Color: Color1 / 12*8in | Qty: 1

Big sale | Limited time

$3.39 $5.84 -41%

Standard shipping: $2.99, delivery: 2-7 business days, fastest delivery in 2 business days ›

Payment methods

Apple Pay

**VA 1-748-967**



# 124 PPLOVEO

9/19/25, 2:32 PM 1pc vintage cat reading metal tin sign 8 x12 humorous thats - Temu

Free shipping › excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu Join Now ›

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | metal signs clearance sale | Orders & Account | Support | English

Home › Home & Kitchen › Home Decor Products › 1pc Vintage Cat Reading Me...




Arrives in 5+ BUSINESS DAYS 1pc Vintage Cat Reading Metal Tin Sign (8"x12") - Humorous "That's What I Do, I Know Things" Wall Art, Retro Decor for Home, Bar, Cafe, Bathroom

$5.94

✓ Free shipping | ✓ $5.00 Credit for delay

Size: 7.87X11.81 inch

Qty 1 Added

1 Added 7.87X11.81 ... Go to cart

Free shipping for this item ›

Fastest delivery in 5 business days

Safe payments · Secure privacy ›

Order guarantee ›

Free returns | $5.00 Credit for delay | Return if item damaged | 15-day no update refund

Sourced from , procured by Temu

PPLOVEO | Chat

30 Followers | 11K+ Sold | 4.7 ★

Follow | All items (3.5K+)

Store joined Temu 1 year ago

Product details

Material: Iron

Save | Report issue ›

Subtotal $5.94

✓ Free shipping

$10.00 Min. to checkout

Go to cart

Select all (1)

✓ Free shipping from Temu

$5.94

9/19/25, 2:34 PM Temu | Checkout

Free shipping › excludes local items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu Join Now ›

15-day no update refund ›

Home › Checkout

✓ Free shipping Incredible

Shipping address Change address ›

ooo [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)

1pc Vintage Cat Reading Metal Tin Sign (8"x12") - Humorous "That's What I Do, I Know Thin...

7.87X11.81 inch Qty: 1

$5.94

Pre-order. Delivery: 5-12 business days

Standard shipping: FREE, delivery: 5-12 business days, fastest delivery in 5 business days ›

Payment methods

Apple Pay

Card

## VA 1-748-967



# 125 Classic Couture Collection

9/19/25, 2:36 PM metal plaque novelty sign retro metal sign wall decor home - Temu

Free shipping › excludes local items | Price adjustment Within 30 days | Get the Temu App | Sell on Temu Join Now ›

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | Orders & Account | Support | English

Home › Home & Kitchen › Wall Art › Metal plaque Novelty Sign ...




CLEARANCE DEAL | Free shipping on orders over $26.47 from this seller | ✓ $5.00 Credit for de...

No import charges | Arrives in 3+ BUSINESS DAYS - Local warehouse Metal plaque Novelty Sign Retro Metal Sign Wall Decor For Home Bedroom Bar Country Garden Bathroom Decor Gifts Metal Tin Signs Wall Decor For Bar Garage Man Cave Cafe Pub Wall Decor For Home Kitchen Bathroom Farm Garden Garage

Sold by

~~$5.84~~ $3.53 | 39% OFF limited time | Pay $0.88 today | Lowest price ever

Clearance deal

Color: White, Size: Iron

Qty 1 Added

1 Added White/Iron | -39% now! Buy now!

Ships from this seller ›

Standard: $2.99 or FREE if ordering $30.00+ from this seller, Fastest delivery in 3 business days

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments · Secure privacy ›

Order guarantee ›

Free returns | $5.00 Credit for delay | Return if item damaged | 15-day no update refund

Classic Couture Collection

46 Sold | 5 ★

Follow | Shop all items (5.9K+)

Product details | Save | Report issue ›

Material: Metal

Artwork Surface Material: Metal

Subtotal $3.53

Checkout (1)

Go to cart

Select all (1)

Ships from this seller



$3.53

1

9/19/25, 2:39 PM Temu | Checkout

Free shipping › excludes local items | Price adjustment Within 30 days | Get the Temu App | Sell on Temu Join Now ›

Return if item damaged ›

Home › Checkout

No import charges for all local warehouse items and no extra charges upon delivery

Free returns on all items of this order

Shipping address | Change address ›

OOO [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Ships from Classic Couture Collection (1) Local Warehouse



No import charges Metal plaque Novelty Sign Retro Metal Sign Wall Decor For Home Bedroo...

Color: White / Iron

Clearance deal | Limited time

Qty: 1

$3.53 ~~$5.84~~ -39%

Standard shipping: $2.99, delivery: 3-7 business days, fastest delivery in 3 business days ›

Payment methods

Apple Pay

**VA 1-748-967**



# 126 Bygone Beauties

9/19/25, 2:41 PM 2d flat 1pc 2 vintage decorative plaque sign - Temu

Free shipping › excludes local items | Price adjustment Within 30 days | Get the Temu App | Sell on Temu Join Now ›

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | metal signs clearance sale | Hello, O O Orders & Account | Support | English

Home › Home & Kitchen › Home Decor Products › 2D Flat, 1pc 2D Aluminum "...






No import charges Arrives in 2+ BUSINESS DAYS - Local warehouse 2D Flat, 1pc 2D Aluminum "Vintage Decorative Plaque" Sign, Suitable for Living Room, Hallway, Bedroom, Kitchen, Wall Art, Office & Café – Size: 20cm × 30cm (8in × 12in), Room Decor, Cafe Decor, Retro Plaque, Rustic Wall Art, Handcrafted Sign, Lightweight Plaque, Hanging Sign, Art Plaque, Home Decorators, Office Decor, 2D Flat

Sold by ›

$6.09 Pay $1.52 today

Free shipping on orders over $23.91 from this seller › | ✓ $5.00 Credit for delay

Size: 8 Inches × 12 Inches

Qty 1 Added

1 Added 8 Inches × 12 Inches | No order min | Buy now

Ships from this seller ›

Standard: $2.99 or FREE (if ordering $30.00+ from this seller), est. Fastest delivery in 2 business days

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments · Secure privacy ›

Order guarantee ›

Free returns | $5.00 Credit for delay | Return if item damaged | 15-day no update refund

Subtotal $6.09

Checkout (1)

Go to cart

Select all (1)

Ships from this seller ›



$6.09

1

Bygone Beauties

Follow | Shop all items (5.1K+)

Product details | Save | Report issue ›

Material: Aluminum

Recommended Usage: Multipurpose

9/19/25, 2:42 PM Temu | Checkout

Free shipping › excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu Join Now ›

$5.00 Credit for delay ›

Home › Checkout

No import charges for all local warehouse items and no extra charges upon delivery

✓ Free returns on all items of this order

Shipping address | Change address ›

O O O [redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589, United States

Ships from Bygone Beauties (1) Local Warehouse



No import charges 2D Flat, 1pc 2D Aluminum "Vintage Decorative Plaque" Sign, Suitable for ...

8 Inches × 12 Inches

Qty: 1

$6.09

Standard shipping: $2.99, delivery: 3-7 business days, fastest delivery in 2 business days ›

Payment methods

Pay Apple Pay

## VA 1-748-967



# 127 DPDB

9/19/25, 2:44 PM 2d flat 1pc 8x12 inch wall art reading murder - Temu

Free shipping › excludes local items | Price adjustment Within 30 days | Get the Temu App | Sell on Temu Join Now ›

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | Hello, O O Orders & Account | Support | English

Home › Home & Kitchen › Home Decor Products › 2D Flat, 1pc 8x12 Inch Vin...




Arrives in 5+ BUSINESS DAYS 2D Flat, 1pc 8x12 Inch Vintage Iron Wall Art - "Reading Because Murder Is Wrong" Cat in Glasses Reading Book - Humorous Cat Lover Gift, Ready-to-Hang Home Decor for Living Room, Office, Bookshelf, Office Decoration, Whimsical Design, Distressed Finish, 2D Flat

~~$13.99~~ $7.87 43% OFF

✓ Free shipping | ✓ $5.00 Credit for delay

Size: 7.9X11.9inch

Pre-order: Delivery: 5-12 business days

Qty 1 Added

1 Added 7.9X11.9inch | Go to cart

Free shipping for this item ›

Fastest delivery in 5 business days

Min. order value $10.00

Safe payments - Secure privacy ›

Order guarantee ›

Free returns | $5.00 Credit for delay | Return if item damaged | 15-day no update refund

Sourced from , procured by Temu

Subtotal $7.87 | ✓ Free shipping | $10.00 Min. to checkout | Go to cart | Select all (1) | ✓ Free shipping from Temu | $7.87

DPDB

3 Followers | 3.4K+ Sold | 4.6 ★

Follow | Shop all items (20K+)

Product details | Save | Report issue ›

Material: Iron

Recommended Usage: Multipurpose

---

9/19/25, 2:46 PM Temu | Checkout

Free shipping › excludes local items | Free returns Up to 90 days* | Price adjustment | Get the Temu App | Sell on Temu Join Now ›

Return if item damaged ›

Home › Checkout

✓ Free shipping Incredible

Shipping address Change address ›

O O O [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)



2D Flat, 1pc 8x12 Inch Vintage Iron Wall Art - "Reading Because Murder Is Wrong" Cat in Gla...

7.9X11.9inch

Qty: 1

$7.87 ~~$13.99~~ -43%

Pre-order: Delivery: 5-12 business days

Standard shipping: FREE, delivery: 5-12 business days, fastest delivery in 5 business days ›

Payment methods

Apple Pay

Card

**VA 1-748-967**



128 Galvin Decoration

9/19/25, 9:55 AM 1pc 8x12 frameless metal wall art reading murder cute - Temu




9/19/25, 9:56 AM Temu | Checkout




VA 1-748-967



# 129 DOUYS

9/19/25, 9:58 AM 2d flat 1pc 8x12 inch iron metal wall art reading murder - Temu




9/19/25, 9:59 AM Temu | Checkout




# VA 1-748-967



## 130 JIULI SHAGNDIAN S

9/19/25, 10:02 AM 2d flat 1pc vintage reading murder metal wall sign - Temu

No import charges For local warehouse items | Price adjustment Within 30 days | Get the Temu App | Sell on Temu Join Now >

Best-Selling Items | 5-Star Rated | TEMU FEST | Local Warehouse | Categories | "Reading Because Murder Is Wrong" | Hello [redacted] Orders & Account | Support | English

Home / Home & Kitchen / Seasonal Decor / 2D Flat, 1pc Vintage "Read...




No import charges Local warehouse · Fastest delivery: 2 BUSINESS DAYS 2D Flat, 1pc Vintage "Reading Because Murder Is Wrong" Metal Wall Sign - Literary Cat Decor with Glasses - Funny Book Lover Gift - Teal & Brown Retro Library, Home Office, Bar Decoration - Easy Hang with Pre-Drilled Holes - Murder Mystery Party Decorations - Durable Iron Construction - 2D Flat Bohemian Style - No Frame - Irregular Shape - English Language - Vintage Aesthetic Artwork, 2D Flat

Sold by

~~$13.99~~ $3.02 78% OFF | ALMOST SOLD OUT | Pay $0.75 today

Free shipping on orders over $26.98 from this seller > | ✓ $5.00 Credit for delay

Model: 12*8inch, Material: Iron

Qty 1 Added

1 Added Iron/12*8inch | Buy now! Almost out! Fastest delivery in 2 business days

Ships from this seller >

Standard: $2.99 or FREE (if ordering $30.00+ from this seller), fastest delivery in 2 business days

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments · Secure privacy >

Order guarantee >

Free returns | Best price guarantee | $5.00 Credit for delay | Return if item damaged | 15-day

JIULI SHAGNDIAN S

4.5 ★

Follow | Shop all items (4.9K+)

Product details | Save | Report issue >

Recommended Usage: Multipurpose

Style: Boho

Material: Iron

Mounting Type: Wall hanging

Subtotal $3.02 | 1 almost sold out Checkout (1) | Go to cart | Select all (1) | Ships from this seller | ALMOST SOLD OUT | $3.02 -78% | 1

9/19/25, 10:02 AM Temu | Checkout

No import charges For local warehouse items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu Join Now >

All data is safeguarded >

Home > Checkout

No import charges for all local warehouse items and no extra charges upon delivery

✓ Free returns on all items of this order

Shipping address | Change address >

Oo o [redacted]

111 W Jackson Blvd, 60604-3589

CHICAGO, IL 60604-3589, United States

Ships from JIULI SHAGNDIAN S (1) Local Warehouse



2D Flat, 1pc Vintage "Reading Because Murder Is Wrong" Metal Wall Sign - Literary Cat Decor with Glasses - Funny...

Model: 12*8inch / Material: Iron | Qty: 1

ALMOST SOLD OUT

$3.02 ~~$13.99~~ -78%

Standard shipping: $2.99, delivery: 2-7 business days, fastest delivery in 2 business days >

Payment methods

Apple Pay

Card

PayPal

Cash App Pay

**VA 1-748-967**



# 131 OTJRJFSD

9/19/25, 10:05 AM — 1pc 8x12 frameless metal wall art reading murder cute - Temu

No import charges For local warehouse items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu

Best-Selling Items | 5-Star Rated | TEMU FEST | Local Warehouse | Categories | "Reading Because Murder Is Wrong" | Hello, [redacted] Orders & Account | Support | English

Home › Patio, Lawn & Garden › Yard Signs & Wall Art › 1pc 8x12" Frameless Metal ...




Fastest delivery: 5 BUSINESS DAYS 1pc 8x12" Frameless Metal Wall Art - "Reading Because Murder is Wrong" - Cute Cat with Glasses Reading a Book, Whimsical Home Decor for Living Room, Office, Study - Perfect Gift for Book Lovers & Cat Enthusiasts, Durable Metal Cat Decor for Indoor/Outdoor Use, Playful Design, Highquality Print Bookish Gifts

$5.04

✓ Free shipping | ✓ $5.00 Credit for delay

Size: 7.9X11.8inch

Pre-order: Delivery: 5-13 business days

Qty 1 Added

1Added | Go to cart

Free shipping for this item ›

Fastest delivery in 5 business days

Safe payments · Secure privacy ›

Order guarantee ›

Free returns | Best price guarantee | $5.00 Credit for delay | Return if item damaged

Sourced from procured by Temu

OTJRJFSD

Follow | Shop all items (3.4K+)

Product details — Save | Report issue ›

Material: Metal

Power Supply: Use Without Electricity

Item ID: CN4530540 (Copy)

Origin: Fujian,China

Subtotal $5.04 ✓ Free shipping | $10.00 Min. to checkout | Go to cart | Select all (1) | ✓ Free shipping from Temu | $5.04 | 1

9/19/25, 10:06 AM — Temu | Checkout

No import charges For local warehouse items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu Join Now ›

All data is safeguarded ›

Home › Checkout

✓ | Free shipping — Incredible

Shipping address — Change address ›

Oo o [redacted]

111 W Jackson Blvd, 60604-3589

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)



1pc 8x12" Frameless Metal Wall Art - "Reading Because Murder is Wrong" - Cute Cat with Glasses Reading a Book, ...

7.9X11.8inch — Qty: 1

$5.04

Pre-order: Delivery: 5-13 business days

Standard shipping: FREE, delivery: 5-13 business days, fastest delivery in 5 business days ›

Payment methods

Apple Pay

Card

PayPal

Cash App Pay

Venmo

# VA 1-748-967



# 132 Birds lin

9/19/25, 10:07 AM 2d flat vintage cat reading murder metal sign 8x12 - Temu

No import charges For local warehouse items | Price adjustment Within 30 days | Get the Temu App | Sell on Temu Join Now

Best-Selling Items | 5-Star Rated | TEMU FEST | Local Warehouse | Categories | "Reading Because Murder Is Wrong" | Hello, [redacted] Orders & Account | Support | English

Home > Home & Kitchen > Seasonal Decor > 2D Flat, Vintage Cat Readi...




Fastest delivery: 5 BUSINESS DAYS 2D Flat, Vintage Cat Reading "Because Murder is Wrong" Metal Sign - 8x12 Inch Rustic Farmhouse Wall Decor with Tabby Cat & Glasses Design, Durable 2D Flat Metal Plaque for Home, Bar, Kitchen, Garden - Easy Mounting Hardware Included, No Batteries/Electricity Needed, Art Deco Style English Language Multi-Purpose Decoration for Bedroom Outdoor Spaces, 2D Flat

~~$9.89~~ $4.81 51% OFF

TEMU FEST | Free shipping | $5.00 Credit for delay

Size: 8*12 Inches

Qty: 1 Added

1 Added 8*12 Inches | Go to cart

Free shipping for this item
Fastest delivery in 5 business days

Safe payments · Secure privacy

Order guarantee

Sourced from procured by Temu

Birds lin
3.1K+ Sold | 4★
Follow | Shop all items (5.3K+)

Product details
Recommended Usage: Multipurpose
Style: Art deco
Material: Metal
Mounting Type: Other Installation Types

Subtotal $4.81 Free shipping | $10.00 Min. to checkout | Go to cart | Select all (1) | Free shipping from Temu | $4.81 | 1

9/19/25, 10:08 AM Temu | Checkout

No import charges For local warehouse items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu Join Now

All data is safeguarded

Home > Checkout

Free shipping | Incredible

Shipping address | Change address

Oo o [redacted]
111 W Jackson Blvd, 60604-3589
CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)




2D Flat, Vintage Cat Reading "Because Murder is Wrong" Metal Sign - 8x12 Inch Rustic Farmhouse Wall Decor with...
8*12 Inches
Qty: 1

$4.81 -51%

Pre-order: Delivery: 5-13 business days

Standard shipping: FREE, delivery: 5-13 business days, fastest delivery in 5 business days

Payment methods
- Apple Pay
- Card
- PayPal
- Cash App Pay
- Venmo

**VA 1-748-967**



# 133 TP MISS

9/19/25, 10:10 AM    2d flat 1pc retro tin sign funny reading murder - Temu

No import charges For local warehouse items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu

Best-Selling Items | 5-Star Rated | TEMU FEST | Local Warehouse | Categories | "Reading Because Murder Is Wrong" | Hello [redacted] Orders & Account | Support | English

Home / Home & Kitchen / Home Decor Products / 2D Flat, 1pc Husienzn Retr...




Fastest delivery: 5 BUSINESS DAYS 2D Flat, 1pc Husienzn Retro Tin Sign - Funny "Reading Because Murder is Wrong" Vintage Metal Poster - 8x12 Inch Retro Wall Decor for Home, Office, Library, Cafe, Bar - Weather-Resistant Metal Plaque - No Wiring Needed - Perfect Gift for Book Lovers & Crime Thriller Fans

$4.78

✓ Free shipping | ✓ $5.00 Credit for delay

Size: 8x12 inches /20x30 cm

Qty 1 Added

1Added 8x12 inche... | Go to cart

Free shipping for this item >

Fastest delivery in 5 business days

Safe payments · Secure privacy >

Order guarantee >

Sourced from , procured by Temu

Subtotal $4.78 ✓ Free shipping

Go to cart

Select all (1)

$4.78

TP MISS

415 Sold 4.5 ★

Follow | Shop all items (27K+)

Product details    Save | Report issue >

Material: Metal

Recommended Usage: Multipurpose

Mounting Type: Wall hanging

Style: Vintage

9/19/25, 10:11 AM    Temu | Checkout

No import charges For local warehouse items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu

All data is safeguarded >

Home › Checkout

✓ Free shipping    Incredible

Shipping address    Change address >

Oo o [redacted]

111 W Jackson Blvd, 60604-3589

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)

2D Flat, 1pc Husienzn Retro Tin Sign - Funny "Reading Because Murder is Wrong" Vintage Metal Poster - 8x12 Inch...

8x12 inches /20x30 cm    Qty: 1

$4.78

Pre-order: Delivery: 5-13 business days

Standard shipping: FREE, delivery: 5-13 business days, fastest delivery in 5 business days >

Payment methods

Apple Pay

Card

PayPal

Cash App Pay

Venmo

# VA 1-748-967



# 134 Home DIY Decoration

9/19/25, 10:13 AM vintage tinplate wall art thats read books things - Temu

No import charges For local warehouse items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu

Best-Selling Items | 5-Star Rated | TEMU FEST | Local Warehouse | Categories | "Reading Because Murder Is Wrong" | Hello [redacted] Orders & Account | Support | English

Home > Home & Kitchen > Home Decor Products > Vintage Tinplate Wall Art ...




CLEARANCE DEAL | Free shipping on orders over $25.72 from this seller | ✓ $5.00 Credit for de...

No import charges | Local warehouse - Fastest delivery: 2 BUSINESS DAYS Vintage Tinplate Wall Art - 'THAT's WHAT I DO I READ BOOKS AND I KNOW THINGS' - Rustproof, Waterproof, Indoor/Outdoor Use - Perfect for Porch, Garage, Home, Bar, Club, Farm, or Garden Decoration, Indoor Wall Decor | Whimsical Cat Design | Tinplate Sign, Vintage Metal Tin Sign

Sold by >

$4.28 Limited time | Pay $1.07 today

Clearance deal | Ends in 08:04:46:16

Size: 8x12in

Qty 1 Added

1 Added 8x12in | Buy now Fastest delivery in 2 business days

Ships from this seller >

Standard: $2.99 or FREE (if ordering $30.00+ from this seller), Fastest delivery in 2 business days

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments · Secure privacy >

Order guarantee >

Free returns | Best price guarantee | $5.00 Credit for delay | Return if item damaged

Home DIY Decoration | Chat

JinYuanTec 12 Followers | 1.9K+ sold | 4.6 ★

Follow | All items (4.9K+)

Product details | Save | Report issue >

Material: Metal

Recommended Usage: Multipurpose

Mounting Type: Wall hanging

Style: Vintage

Subtotal $4.28 | Checkout (1) | Go to cart | Select all (1) | Ships from this seller > | $4.28

9/19/25, 10:14 AM Temu | Checkout

No import charges For local warehouse items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu

$5.00 Credit for delay >

Home > Checkout

No import charges for all local warehouse items and no extra charges upon delivery

Free returns on all items of this order

Shipping address Change address >

Oo o [redacted]

111 W Jackson Blvd, 60604-3589

CHICAGO, IL 60604-3589, United States

Ships from Home DIY Decoration (1) Local Warehouse



Vintage Tinplate Wall Art - 'THAT's WHAT I DO I READ BOOKS AND I KNOW THINGS' - Rustproof, Waterproof, Ind...

8x12in

Clearance deal | Limited time

Qty: 1

$4.28

Standard shipping: $2.99, delivery: 2-7 business days, fastest delivery in 2 business days >

Payment methods

Apple Pay

Card

PayPal

Cash App Pay

**VA 1-748-967**



# 135 Life As You Wish

11/4/25, 12:31 PM 2d flat 1pc whimsical cat reading book metal wall art thats - Temu

Free shipping › excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu | Join Now ›

Best-Selling Items | 5-Star Rated | Black Friday | Local Warehouse | Categories | Orders & Account | Support | English

Home › Arts Crafts & Sewing › Crafting › [2D Flat] 1pc Whimsical Ca...




Fastest delivery: 5 BUSINESS DAYS [2D Flat] 1pc Whimsical Cat Reading Book Metal Wall Art - "That'S What I Do, I Read Books and Know Things" Quote, Weather-Resistant Iron Decor for Home & Office, Indoor/Outdoor Hanging Plaque, 7.87x11.8 Inches, Perfect for Room Decor

$11.99 $6.00 49% OFF

✓ Free shipping | ✓ $5.00 Credit for delay

Size: 1pc 7.87*11.8inch (20*30cm)

Product measurement: Width: 7.9 inch, Length: 11.8 inch, Net weight: 130g

Size guide

Qty 1

-49% now! Add to cart!

FREE SHIPPING FOR THIS ITEM ›

✓ $5.00 Credit for delay · ✓ 15-day no update refund · ✓ 30-day no delivery refu ›

Fastest delivery in 5 BUSINESS DAYS

Safe payments · Secure privacy ›

Order guarantee ›

✓ Free returns · ✓ Best price guarantee · ✓ Return if item damaged

Life As You Wish

25 Followers | 9.6K+ Sold | 5 ★

Follow | Shop all items (62K+)

Product details | Save | Report issue ›

Material: Iron

Item ID: AD1913431 Copy

Subtotal $13.58 | Checkout (2) | Go to cart | Select all (2)




$6.79

11/4/25, 12:31 PM Temu | Checkout

Free shipping › excludes local items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu | Join Now ›

$5.00 Credit for delay ›

Home › Checkout

✓ | Free shipping Incredible

Shipping address Change address ›

OoO OOO +1 [redacted]

111 W Jackson Blvd

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)



[2D Flat] 1pc Whimsical Cat Reading Book Metal Wall Art - "That'S What I Do, I Read Books and Know Things" Quo...

1pc 7.87*11.8inch (20*30cm)

Qty 1

$6.00 -49%

Standard shipping: FREE, delivery: 5-13 business days, fastest delivery in 5 business days ›

Payment methods

- Apple Pay
- Card
- PayPal
- Cash App Pay
- Klarna 4 interest-free payments of $1.65
- Venmo
- Google Pay

**VA 1-748-967**



136 cookie art

11/4/25, 12:34 PM reading books canvas wall art decor wrapped - Temu




11/4/25, 12:35 PM Temu | Checkout




VA 1-748-967



# 137 Nearly Dream

11/4/25, 12:37 PM 2d flat 1 loving wall art poster cute tabby kitten - Temu

Free shipping › excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu Join Now ›

Best-Selling Items | 5-Star Rated | Black Friday | Local Warehouse | Categories | vintage metal signs | Hello, za***02 Orders & Account | Support | English

Home › Home & Kitchen › Wall Art › 2D Flat, 1pc Book-Loving W...




Fastest delivery: 5 BUSINESS DAYS 2D Flat, 1pc Book-Loving Wall Art Poster - Cute Tabby Kitten Reading Book with Glasses & "That's What I Do I Read Books & I Know Things" Quote - Framed Wrapped Canvas Room, Library, Bookshelf Decor - Perfect Gift for &

Star store ›

$7.40 Pay $1.85 today

✓ Free shipping | ✓ $5.00 Credit for delay

Size

12x16inch | 16x24inch

Pre-order: Delivery: 5-13 business days

Qty 1

Add to cart
Faster delivery in 5 BUSINESS DAYS

✓ FREE SHIPPING FOR THIS ITEM ›

✓ $5.00 Credit for delay · ✓ 15-day no update refund · ✓ 30-day no delivery refu ›

Fastest delivery in 5 BUSINESS DAYS.

Min. order value: $10.00 ›

Safe payments - Secure privacy ›

Order guarantee ›

✓ Free returns · ✓ Best price guarantee · ✓ Return if item damaged

Sourced from , procured by Temu

Nearly Dream Star store

1 Follower | 67 Sold | 5 ★

Follow | Shop all items (4.9K+)

Subtotal $11.20 | Checkout (1) | Go to cart | Select all (1) | Ships from this seller



$11.20 | 1

Product details | Save | Report issue ›

Frame Type: Wrapped Canvas

Theme: Other Topics

11/4/25, 12:38 PM Temu | Checkout

Free shipping › excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu Join Now ›

$5.00 Credit for delay ›

Home › Checkout

✓ | Free shipping Incredible

Shipping address Change address ›

OoO OOO +1 [redacted]
111 W Jackson Blvd
CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)



2D Flat, 1pc Book-Loving Wall Art Poster - Cute Tabby Kitten Reading Book with Glasses & "That's What I Do I Rea...

Star store

12x16inch

Qty 1

$7.40

Pre-order. Delivery: 5-13 business days

Standard shipping: FREE, delivery: 5-13 business days, fastest delivery in 5 business days ›

Payment methods

- Apple Pay
- Card
- PayPal
- Cash App Pay
- Klarna 4 interest-free payments of $2.04
- Venmo
- Google Pay

## VA 1-748-967



# 138 Niceposter

11/4/25, 12:41 PM room decor 1pc framed painting cat canvas posters - Temu

Free shipping excludes local items | Price adjustment Within 30 days | Get the Temu App | Sell on Temu | Join Now

Best-Selling Items | 5-Star Rated | Black Friday | Local Warehouse | Categories | vintage metal signs | Orders & Account | Support | English

Home > Home & Kitchen > Wall Art > Room Decor 1pc Framed Pain...




No import charges | Local - Fastest delivery: THIS FRI Room Decor 1pc Framed Painting Chic Party Cat Canvas Posters With Frame For Living Room, bedroom, Home Decoration, ready To Hang

Sold by

$11.28 LAST FEW | Pay $2.82 today

Free shipping on orders over $30 from this seller | ✓ $5.00 Credit for delay

Size

08×12 inch-Framed | 12×18 inch-Framed | 16×24 inch-Framed | 20×30 inch-Framed | 24×36 inch-Framed

Qty 1

Add to cart | Buy now! Almost out! Fastest delivery in 3 BUSINESS DAYS

Ships from this seller

✓ $5.00 Credit for delay ✓ 15-day no update refund ✓ 20-day no delivery refund

Standard: $2.99 or FREE (if ordering $30.00+ from this seller). Fastest delivery in 3 BUSINESS DAYS.

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments - Secure privacy

Order guarantee

✓ Free returns ✓ Best price guarantee ✓ Return if item damaged

Niceposter | Chat

99 Followers | 3.4K+ Sold | 4.7 ★

Follow | All items (10K+)

Store joined Temu 1 year ago

Product details | Save | Report issue

Frame Type: Wrapped Canvas

Subtotal $14.80 ✓ Free shipping | Checkout (2) | Go to cart | Select all (2) | ✓ Free shipping from Temu | $7.40 | 2

11/4/25, 12:42 PM Temu | Checkout

Free shipping excludes local items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu | Join Now

$5.00 Credit for delay

Home > Checkout

No import charges for all local warehouse items and no extra charges upon delivery

✓ Free returns on all items of this order

Shipping address | Change address

OoO 000 +1 [redacted]

111 W Jackson Blvd

CHICAGO, IL 60604-3589, United States

Ships from Niceposter (1) Local Warehouse

No import charges Room Decor 1pc Framed Painting Chic Party Cat Canvas Posters With Frame For Living Room, b...

08×12 inch-Framed | Qty 1

ALMOST SOLD OUT | $11.28

Standard shipping: $2.99, delivery: 3-7 business days, fastest delivery in 3 business days

Payment methods

Apple Pay

Card

PayPal

Cash App Pay

Klarna 4 interest-free payments of $3.85

Venmo

VA 1-748-967



139 YCJ Decorative paintings and posters







VA 1-748-967



# 140 POP TD

11/4/25, 12:51 PM 1 reading book metal wall art pre drilled waterproof - Temu

Free shipping › excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu | Join Now ›

Best-Selling Items | 5-Star Rated | Black Friday | Local Warehouse | Categories | Orders & Account | Support | English

Home › Patio, Lawn & Garden › Yard Signs & Wall Art › 1pc Cat Reading Book Metal...




LIGHTNING DEAL ✓ Free shipping | ✓ $5.00 Credit for delay

Fastest delivery: 5 BUSINESS DAYS 1pc Cat Reading Book Metal Wall Art - Pre-Drilled, Waterproof Iron Poster for Home, Bar, Office, Outdoor, Kitchen, Garage, Garden - Easy to Hang Decorative Sign with "That'S What I Do, I Read Books and I Know Things" Quote, Cat Decor

~~$13.52~~ $4.12 69% OFF limited time | Pay $1.03 today

Lowest price ever

Lightning deal | Ends in 04:03:08:49

Color: Tin

Pre-order. Delivery: 5-13 business days

Qty 1

-69% now! Add to cart!

Fastest delivery in 5 BUSINESS DAYS

FREE SHIPPING FOR THIS ITEM

✓ $5.00 Credit for delay · ✓ 15-day no update refund · ✓ 30-day no delivery refu...

Fastest delivery in 5 BUSINESS DAYS

Min. order value: $10.00

Safe payments · Secure privacy ›

Order guarantee ›

✓ Free returns · ✓ Best price guarantee · ✓ Return if item damaged

Sourced from , procured by Temu

POP TD

1 Follower | 2.3K+ Sold | 5 ★

Follow | Shop all items (14K+)

Product details | Save | Report issue ›

Material: Iron

Power Supply: Use Without Electricity

Subtotal $20.10 | 1 almost sold out | Go to cart | Select all (1) | Ships from this seller | ALMOST SOLD OUT | $20.10 | 1

---

11/4/25, 12:52 PM Temu | Checkout

Free shipping › excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu | Join Now ›

$5.00 Credit for delay ›

Home › Checkout

✓ | Free shipping | Incredible

Shipping address | Change address ›

OoO OOO +1 [redacted]

111 W Jackson Blvd

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)

1pc Cat Reading Book Metal Wall Art - Pre-Drilled, Waterproof Iron Poster for Home, Bar, Office, Outdoor, Kitchen, ...

Color: Tin | Qty 1

Lightning deal | Limited time

$4.12 $13.52 -69%

Pre-order. Delivery: 5-13 business days

Standard shipping: FREE, delivery: 5-13 business days, fastest delivery in 5 business days ›

Payment methods

- Apple Pay
- Card
- PayPal
- Cash App Pay
- Klarna 4 interest-free payments of $1.03
- Venmo
- Google Pay

## VA 1-748-967



# 141 Canvas Nook







**VA 1-748-967**



## 142 NiuCanvasPainting

11/4/25, 12:58 PM 1pc funny book lovers wall decor thats read books - Temu

Free shipping > excludes local items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu Join Now >

Best-Selling Items | 5-Star Rated | Black Friday | Local Warehouse | Categories | metal pictures | Hello, ca***02 Orders & Account | Support | English

Home > Home & Kitchen > Wall Art > 1pc Funny Book Lover's Wal...




CLEARANCE DEAL ✓ Free shipping | ✓ $5.00 Credit for delay

Fastest delivery: 5 BUSINESS DAYS 1pc Funny Book Lover's Wall Decor - "That's What I Do I Read Books & I Know Things" - Vintage Literary Poster with Tabby Cat - Ready-to-Hang Canvas Print - Perfect Gift for Readers, Home, Office, Dorm - Brown & Golden Bookworm Decoration - Modern Minimalist Decor - Unframed Poster (11.8x17in) - Ideal for Living Room, Bedroom, Library - Library-Themed Gift for Bookworms & Cat Lovers

~~$13.27~~ $4.73 64% OFF limited time | Pay $1.18 today

Clearance deal | Ends in 04:03:01:38

Size: 30*45cm/12*18in unframed

Pre-order: Delivery: 5-13 business days

Qty 1

-64% now! Add to cart!
Fastest delivery in 5 BUSINESS DAYS

✓ FREE SHIPPING FOR THIS ITEM >

✓ $5.00 Credit for delay · ✓ 15-day no update refund · ✓ 30-day no delivery refu >

Fastest delivery in 5 BUSINESS DAYS

Min. order value: $10.00

Safe payments - Secure privacy >

Order guarantee >

✓ Free returns · ✓ Best price guarantee · ✓ Return if item damaged

NiuCanvasPainting
2 Followers | 3.5K+ Sold | 5 ★
Follow | Shop all items (43K+)

Product details | Save | Report issue >

Frame Type: Frameless

Theme: Other Topics

Subtotal $11.22 | Checkout (3) | Go to cart | Select all (3) | Ships from this seller | $3.74 | 1

11/4/25, 12:59 PM Temu | Checkout

Free shipping > excludes local items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu Join Now >

$5.00 Credit for delay >

Home > Checkout

✓ | Free shipping Incredible

Shipping address Change address >

OoO OOO +1 [redacted]
111 W Jackson Blvd
CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)

1pc Funny Book Lover's Wall Decor - "That's What I Do I Read Books & I Know Things" - Vintage Literary Poster wit...
30*45cm/12*18in unframed
Clearance deal | Limited time
Qty 1
$4.73 $13.27 -64%
Pre-order: Delivery: 5-13 business days

Standard shipping: FREE, delivery: 5-13 business days, fastest delivery in 5 business days >

Payment methods

- Apple Pay
- Card
- PayPal
- Cash App Pay
- Klarna 4 interest-free payments of $1.30
- Venmo
- Google Pay

**VA 1-748-967**



## 143 JIULI SHAGNDIAN UU







**VA 1-748-967**



# 144 penlonb

11/4/25, 1:04 PM wall art cat wearing glasses reading book thats - Temu

Free shipping > excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu | Join Now >

Best-Selling Items | 5-Star Rated | Black Friday | Local Warehouse | Categories | vintage metal signs | Orders & Account | Support | English

Home > Home & Kitchen > Home Decor Products > Vintage Iron Wall Art - Ca...




No import charges | Local - Fastest delivery: THIS THU Vintage Iron Wall Art - Cat Wearing Glasses Reading Book with "That's What I Do I Read Books" Quote - Multi-Purpose Home Decor for Bedroom, Living Room, Cafe, Garage - Unique Gift for Book Lovers & Cat Enthusiasts, Book Decor, Cafe Decoration, Literary Theme, Sturdy Construction, Decorative Plaque, Cafe Owners

Sold by >

$4.94 Pay $1.23 today

Free shipping on orders over $30 from this seller > | $5.00 Credit for delay

Size: 08*12inch

Qty 1

Add to cart | Buy now

Ships from this seller >

$5.00 Credit for delay · 15-day no update refund · 20-day no delivery refund

Standard: $2.99 or FREE (if ordering $30.00+ from this seller), est. Fastest delivery in 2 business days

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments · Secure privacy >

Order guarantee >

Free returns · Best price guarantee · Return if item damaged

penlonb

4 Followers | 33 Sold | 4.3 ★

Follow | Shop all items (5.3K+)

Product details | Save | Report issue >

Material: Iron

Recommended Usage: Multipurpose

Subtotal $10.17 | 1 almost sold out Checkout (3) | Go to cart | Select all (3) | Ships from this seller | ALMOST SOLD OUT | $3.39 | 3

11/4/25, 1:05 PM Temu | Checkout

Free shipping > excludes local items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu | Join Now >

$5.00 Credit for delay >

Home > Checkout

No import charges for all local warehouse items and no extra charges upon delivery

Free returns on all items of this order

Shipping address | Change address >

OoO OOO +1 [redacted]

111 W Jackson Blvd

CHICAGO, IL 60604-3589, United States

Ships from penlonb (1) Local Warehouse

No import charges Vintage Iron Wall Art - Cat Wearing Glasses Reading Book with "That's What I Do I Read Books" ...

08*12inch | Qty 1

$4.94

Standard shipping: $2.99, delivery: 3-7 business days, fastest delivery in 2 business days >

Payment methods

Apple Pay

Card

PayPal

Cash App Pay

Klarna 4 interest-free payments of $2.11

Venmo

# VA 1-748-967



145 RetroMetal Art

04/11/2025, 10:28 2d flat 1pc vintage cat reading book iron wall art 2d flat - Temu




04/11/2025, 10:29 Temu | Checkout




VA 1-748-967



## 146 LXS Art Decoration

04/11/2025, 10:32 room decoration 1 reading book metal wall art pre - Temu




04/11/2025, 10:32 Temu | Checkout




**VA 1-748-967**



147 LUCKYAURAGOOD

04/11/2025, 10:35 2d flat frameless canvas 2d flat design read things - Temu




04/11/2025, 10:36 Temu | Checkout




VA 1-748-967



148 Dtiepidianpu

04/11/2025, 10:39 2d flat 1pc metal sign cat wearing glasses a book - Temu




04/11/2025, 10:40 Temu | Checkout




VA 1-748-967



149 RGBReveries

04/11/2025, 10:43 cat canvas art poster read books things - Temu




04/11/2025, 10:43 Temu | Checkout




VA 1-748-967



150 ChenHongJESSE







VA 1-748-967



# 151 Yan Yan Hang







VA 1-748-967



# 152 April aa

04/11/2025, 10:53 vintage thats read things cat book metal wall art sign - Temu

Free shipping > excludes local items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu

Home > Home & Kitchen > Home Decor Products > Vintage "That'S What I Do...




No import charges ⚡ Arrives in 4+ BUSINESS DAYS - Local warehouse Vintage "That'S What I Do I Read I Know Things" Cat & Book Metal Wall Art Sign - Rustproof Waterproof Iron Vertical Wall Decor for Indoor/Outdoor Use - Funny Library, Home Office, Porch, Garage Decoration - No Electricity Needed, Easy Mounting Hardware Included - Book Lover Gift, Cat Decor, Cafe Decoration, Heavyduty Wall Decor, Furniture Decoration, Bar - Pirate-Themed Bathing Exhibit Reproduction Decor

Sold by

~~$5.73~~ $4.64

Free shipping on orders over $39 from this seller > | ✓ $5.00 Credit for delay

Size: 8x12 Inches, Quantity: 1pc

Qty 3 Added

3 Added | Buy now! Almost out!

Ships from this seller >

✓ $5.00 Credit for delay ✓ 15-day no update refund ✓ 20-day no delivery refund

Standard: $2.99 or FREE (if ordering $30.00+ from this seller), fastest delivery in 4 BUSINESS DAYS

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments - Secure privacy >

Order guarantee >

✓ Free returns ✓ Best price guarantee ✓ Return if item damaged

Subtotal $13.92 | Go to cart | Select all (3) | ALMOST SOLD OUT | $4.64

April aa

1 Follower | 27 Sold

Follow | Shop all items (2.7K+)

Product details | Save | Report issue >

Material: Iron

Recommended Usage: Multipurpose

Mounting Type: Wall hanging

Style: Art deco

04/11/2025, 10:54 Temu | Checkout

Free shipping > excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu

Return if item damaged >

Home > Checkout

No import charges for all local warehouse items and no extra charges upon delivery

✓ Free returns on all items of this order

Shipping

Oo O [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Ships from April aa (3) Local Warehouse



No import charges Vintage "That'S What I Do I Read I Know Things" Cat & Book Metal Wall Art Sign - Rustproof Waterproof Iro

8x12 Inches / Quantity: 1pc

ALMOST SOLD OUT $4.64

QUICKSHIP: $2.99, delivery: 4-7 business days, fastest delivery in 4 business days >

Payment methods

Apple Pay

Card

PayPal

Cash App Pay

Klarna 4 interest-free payments of $4.58

Venmo

**VA 1-748-967**



# 153 CYX Canvas Connoisseurs







VA 1-748-967



# 154 Industrial Art Plate Jun

04/11/2025, 10:59 1pc funny cat book wall art thats read books things - Temu

Free shipping › excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu

Best-Selling Items | 5-Star Rated | Black Friday | Local Warehouse | Categories | Orders & Account | English | Cart

Home › Home & Kitchen › Wall Art › 1pc Funny Cat & Book Wall ...




BLACK FRIDAY ✓ Free shipping | ✓ $5.00 Credit for delay

Usually arrive in US in 5 business days 1pc Funny Cat & Book Wall Art "That's What I Do I Read Books & I Know Things" - Modern Unframed Canvas Poster 30x45cm/11.8x17.7in - Ready-to-Hang Book Lover Gift for Home, Office, Dorm Decor - Literary Cat Mural with Glasses & Dictionary Background

$13.27 $4.50

Big sale | Ends in

Size: 30*45cm/12*18in unframed

Qty 4 Added

4 Added | Go to cart

✓ FREE SHIPPING FOR THIS ITEM

✓ $5.00 Credit for delay · ✓ 15-day no update refund · ✓ 90-day no delivery refu...

Usually arrive in US in 5 business days

Safe payments · Secure privacy ›

Order guarantee ›

✓ Free returns · ✓ Best price guarantee · ✓ Return if item damaged

Sourced from , procured by Temu

Industrial Art Plate Jun

846 Sold | 5 Rating

Follow | Shop all items (15K+)

Product details | Save | Report issue ›

Frame Type: Frameless

Theme: Other Topics

Style: Modern, Contemporary

Season: Summer

Subtotal $18.00 ✓ Free shipping

Checkout (4)

Go to cart

Select all (4)

$4.50 $13.27 -66%

04/11/2025, 11:00 Temu | Checkout

Free shipping › excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu

Return if item damaged ›

Home › Checkout

✓ | Free shipping

Shipping

Oo O [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (4)

1pc Funny Cat & Book Wall Art "That's What I Do I Read Books & I Know Things" - Modern Unframed Canvas Poster 30x45cm/

30*45cm/12*18in unframed

Big sale | Limited time

$4.50 $13.27 -66%

Pre-order. Delivery: 5-13 business days

Standard shipping: FREE, delivery: Usually arrives in US in 5 business days, fastest delivery in 5 business days ›

Payment methods

Apple Pay

Card

PayPal

Cash App Pay

Klarna 4 interest-free payments of $4.96

Venmo

Google Pay

## VA 1-748-967



# 155 Ming Hanxing trade

11/4/25, 1:15 PM vintage metal sign work 8x12 inches retro iron wall art - Temu

Free shipping > excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu | Join Now >

Best-Selling Items | 5-Star Rated | Black Friday | Local Warehouse | Categories | unique wall art | Orders & Account | Support | English

Subtotal $14.82 | Checkout (3) | Go to cart

Home > Home & Kitchen > Home Decor Products > Vintage Metal Sign 'This i...




Fastest delivery: 5 BUSINESS DAYS Vintage Metal Sign 'This is My Work' - 8x12 Inches, Retro Iron Wall Art for Indoor and Outdoor Decor, Perfect for Home, Bedroom, Bar, Cafe, Library, and Garage - Artistic Wall Plaque Gift

$4.93 LAST FEW | Lowest price in half year

✓ Free shipping | ✓ $5.00 Credit for delay

Quantity: 1pc

Pre-order. Delivery: 5-13 business days

Qty 1

Add now! Almost out!

FREE SHIPPING FOR THIS ITEM

✓ $5.00 Credit for delay · ✓ 15-day no update refund · ✓ 30-day no delivery refu...

Fastest delivery in 5 BUSINESS DAYS.

Safe payments · Secure privacy >

Order guarantee >

✓ Free returns · ✓ Best price guarantee · ✓ Return if item damaged

Sourced from procured by Temu

Select all (3)

Ships from this seller

$4.94

MingHa nxingt

Ming Hanxing trade

6 Followers | 2.4K+ Sold | 5 ★

Follow | Shop all items (2.7K+)

Store joined Temu 2 years ago

Product details | Save | Report issue >

Shape: Oblong

11/4/25, 1:17 PM Temu | Checkout

Free shipping > excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu | Join Now >

$5.00 Credit for delay >

Home > Checkout

✓ | Free shipping Incredible

Shipping address Change address >

OoO OOO +1 [redacted]

111 W Jackson Blvd

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)

Vintage Metal Sign 'This is My Work' - 8x12 Inches, Retro Iron Wall Art for Indoor and Outdoor Decor, Perfect for H...

Quantity: 1pc

Qty 1

ALMOST SOLD OUT

$4.93

Pre-order. Delivery: 5-13 business days

Standard shipping: FREE, delivery: 5-13 business days, fastest delivery in 5 business days >

Payment methods

- Apple Pay
- Card
- PayPal
- Cash App Pay
- Klarna 4 interest-free payments of $1.36
- Venmo
- Google Pay

# VA 1-748-967



# 156 Artisan Craftworks of shop

11/4/25, 1:19 PM 2d flat 1pc vintage metal aluminum sign poster artworks - Temu

Free shipping excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu

Best-Selling Items | 5-Star Rated | Black Friday | Local Warehouse | Categories | Orders & Account | Support | English

Home > Arts, Crafts & Sewing > Painting, Drawing & Art Supplies > [2D Flat] 1pc Vintage Meta...




Fastest delivery: 5 BUSINESS DAYS [2D Flat] 1pc Vintage Metal Aluminum Sign, Poster With Artworks, Restaurant Bar Pub Cafe Coffee Shop Iron Painting, Tin Sign, Funny Home Room Wall Decor, Aesthetic, Room Decor, Bedroom Decor, Holiday Ornaments, Christmas, Gift, Frameless, Wall Art Form: Plaque, Material: Aluminum

~~$7.99~~ $5.80 27% OFF | Pay $1.45 today | Lowest price in half year

Free shipping | $5.00 Credit for delay

Size: 8*12 Inches

Pre-order: Delivery: 5-13 business days

Qty 1

-27% now! Add to cart!

FREE SHIPPING FOR THIS ITEM

$5.00 Credit for delay · 15-day no update refund · 30-day no delivery refund

Fastest delivery in 5 BUSINESS DAYS

Safe payments - Secure privacy

Order guarantee

Free returns · Best price guarantee · Return if item damaged

Sourced from [ ], procured by Temu

Artisan Craftworks of shop | Chat

223 Followers | 24K+ Sold | 4.9 ★

Follow | All items (21K+)

Store joined Temu 1 year ago

Product details

Major Material: Aluminum

Save | Report issue

Subtotal

$14.79

Free shipping

1 almost sold out

Go to cart

Select all (1)

Free shipping from Temu

ALMOST SOLD OUT

$4.93

11/4/25, 1:20 PM Temu | Checkout

Free shipping excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu

$5.00 Credit for delay

Home > Checkout

Free shipping Incredible

Shipping address Change address

OoO OOO +1 [redacted]

111 W Jackson Blvd

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)

[2D Flat] 1pc Vintage Metal Aluminum Sign, Poster With Artworks, Restaurant Bar Pub Cafe Coffee Shop Iron Painti...

8*12 Inches

Qty 1

$5.80 ~~$7.99~~ -27%

Pre-order: Delivery: 5-13 business days

Standard shipping: FREE, delivery: 5-13 business days, fastest delivery in 5 business days

Payment methods

Apple Pay

Card

PayPal

Cash App Pay

Klarna 4 interest-free payments of $1.59

Venmo

Google Pay

# VA 1-748-967



157 Canvas coefficient

11/4/25, 1:23 PM 2d flat 1pc loving cat metal wall plaque funny - Temu




11/4/25, 1:24 PM Temu | Checkout




VA 1-748-967



# 158 CanvanShop xl

11/4/25, 1:27 PM    1pc funny book lovers wall decor thats read books - Temu

Free shipping > excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu | Join Now >

Best-Selling Items | 5-Star Rated | Black Friday | Local Warehouse | Categories | 1pc Funny Cat & Book Wall Art "Tha | Orders & Account | Support | English

Home > Home & Kitchen > Wall Art > 1pc Funny Book Lover's Wal...






BLACK FRIDAY ✓ Free shipping | ✓ $5.00 Credit for delay

Fastest delivery: 5 BUSINESS DAYS 1pc Funny Book Lover's Wall Decor - "That's What I Do I Read Books & I Know Things" - Vintage Literary Poster with Tabby Cat - Ready-to-Hang Canvas Print - Perfect Gift for Readers, Librarians, Book Clubs - Home, Office, Dorm Decoration - Modern Minimalist Decor - Beige, Brown, Green Colors - Unframed Poster - Indoor/ Use - Bookworm Gift Idea

~~$13.27~~ $4.68 64% OFF limited time | Pay $1.17 today

Big sale | Ends in 08:02:32:17

Size: 30*45cm/12*18in unframed

Pre-order: Delivery: 5-13 business days

Qty 1

-64% now! Add to cart!
Fastest delivery in 5 BUSINESS DAYS

✓ FREE SHIPPING FOR THIS ITEM >

✓ $5.00 Credit for delay · ✓ 15-day no update refund · ✓ 30-day no delivery refu >

Fastest delivery in 5 BUSINESS DAYS

Min. order value: $10.00

Safe payments - Secure privacy >

Order guarantee >

✓ Free returns · ✓ Best price guarantee · ✓ Return if item damaged

CanvanShop xl 321 Sold

Follow | Shop all items (29K+)

Product details | Save | Report issue >

Frame Type: Frameless

Theme: Other Topics

Subtotal

$11.16

✓ Free shipping

1 almost sold out Checkout (2)

Go to cart

Select all (2)

✓ Free shipping from Temu




$5.58

2

11/4/25, 1:28 PM    Temu | Checkout

Free shipping > excludes local items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu | Join Now >

$5.00 Credit for delay >

Home > Checkout

✓ | Free shipping    Incredible

Shipping address    Change address >

OoO OOO +1 [redacted]

111 W Jackson Blvd

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)



1pc Funny Book Lover's Wall Decor - "That's What I Do I Read Books & I Know Things" - Vintage Literary Poster wit...

30*45cm/12*18in unframed

Big sale | Limited time

Qty 1

$4.68 ~~$13.27~~ -64%

Pre-order: Delivery: 5-13 business days

Standard shipping: FREE, delivery: 5-13 business days, fastest delivery in 5 business days >

Payment methods

- Apple Pay
- Card
- PayPal
- Cash App Pay
- Klarna 4 interest-free payments of $1.20
- Venmo
- Google Pay

# VA 1-748-967



159 Bloone

11/4/25, 1:31 PM 1pc funny book loving cat poster thats read books - Temu




11/4/25, 1:32 PM Temu | Checkout




# VA 1-748-967



# 160 Re reloading

11/4/25, 1:34 PM 1pc funny book lover wall decor thats read books vintage - Temu

Free shipping › excludes local items | Price adjustment Within 30 days | Get the Temu App | Sell on Temu | Join Now ›

Best-Selling Items | 5-Star Rated | Black Friday | Local Warehouse | Categories | 1pc Funny Cat & Book Wall Art "Tha | Orders & Account | Support | English

Home › Arts, Crafts & Sewing › Painting, Drawing & Art Supplies › 1pc Funny Book Lover Wall ...




BLACK FRIDAY ✓ Free shipping | ✓ $5.00 Credit for delay

Fastest delivery: 5 BUSINESS DAYS 1pc Funny Book Lover Wall Decor - "That's What I Do I Read Books" Vintage Poster with Reading Cat - Anti-Fade Retro Library Art for Home, Office, for Man Cave, Garage - Gifts for Readers & Bibliophiles - 7.8x11.8 Inches, Bookshelf Decorations, Office Artwork, Humorous Artwork, Durable Signage, Home Decoration, Nostalgic Design, Faderesistant Material, Decorative Plaque, Office Workers, 2D Flat, Perfect for Room Decor

$6.03 Limited time | Pay $1.50 today

Big sale | Ends in 08:02:25:28

Quantity: 1pc

Pre-order: Delivery: 5-11 business days

Qty 1

Add to cart

Fastest delivery in 5 BUSINESS DAYS

✓ FREE SHIPPING FOR THIS ITEM ›

✓ $5.00 Credit for delay · ✓ 15-day no update refund · ✓ 30-day no delivery refu. ›

Fastest delivery in 5 BUSINESS DAYS

Min. order value: $10.00 ›

Safe payments - Secure privacy ›

Order guarantee ›

✓ Free returns · ✓ Best price guarantee · ✓ Return if item damaged

Re reloading

37 Followers | 507 Sold | 5 ★

Follow | Shop all items (15K+)

Product details

Save | Report issue ›

Major Material: Iron

Item ID: RG4321073 Copy

Subtotal

$14.04

✓ Free shipping

Checkout (3)

Go to cart

Select all (3)

✓ Free shipping from Temu

$4.68

3

11/4/25, 1:35 PM Temu | Checkout

Free shipping › excludes local items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu | Join Now ›

$5.00 Credit for delay ›

Home › Checkout

✓ | Free shipping Incredible

Shipping address Change address ›

OoO OOO +1 [redacted]

111 W Jackson Blvd

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)



1pc Funny Book Lover Wall Decor - "That's What I Do I Read Books" Vintage Poster with Reading Cat - Anti-Fade R...

Quantity: 1pc

Big sale | Limited time

Qty 1

$6.03

Pre-order: Delivery: 5-11 business days

Standard shipping: FREE, delivery: 5-11 business days, fastest delivery in 5 business days ›

Payment methods

Apple Pay

Card

PayPal

Cash App Pay

Klarna 4 interest-free payments of $1.66

Venmo

Google Pay

## VA 1-748-967



# 161 fan fan de Lou

11/4/25, 1:38 PM 1pc funny book loving cat wall art print thats read books - Temu




11/4/25, 1:39 PM Temu | Checkout




# VA 1-748-967



# 162 KYX The initial beauty

11/4/25, 1:42 PM 1pc funny book loving cat poster vintage literary wall decor - Temu




11/4/25, 1:43 PM Temu | Checkout




# VA 1-748-967



# 163 XMYIBAISHENGTwo

11/7/25, 9:53 AM decorative plaque home bar sign cat reading murder - Temu




11/7/25, 9:55 AM Temu | Checkout




VA 1-748-967



164 BEAUTIFULFORYOUAB







VA 1-748-967



## 165 A Sincere Decorative painting







**VA 1-748-967**



# 166 Ikus paintings

11/20/25, 1:04 PM 1pc reading book wall art poster funny thats read - Temu

Free shipping › $5.00 Credit for delay | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu Join Now ›

Best-Selling Items | 5-Star Rated | Black Friday | Local Warehouse | Categories | kitchen rugs | Orders & Account | Support | English

Home › Arts Crafts & Sewing › Painting, Drawing & Art Supplies › 1pc Tabby Cat Reading Book...




BLACK FRIDAY ✓ Free shipping | ✓ $5.00 Credit for delay

Fastest delivery: 5 BUSINESS DAYS 1pc Tabby Cat Reading Book Wall Art Poster - Funny "That's What I Do I Read Books" Quote, Glasses-Wearing British Shorthair-Style Cat on Couch, Beige & Olive Green Literary Decor for Home, Office, Library - Book Lover Gift, 2D Flat, Perfect for Room

Sourced from ›

$3.60 Limited time | LAST FEW!! | Pay $0.90 today

Big sale | Ends in 00:02:55:01

Size

12x16inch/30x40cm | 12x18inch/30x45cm | 24x36inch/60x90cm | 20x28inch/50x70cm

Pre-order: Delivery: 5-13 business days

Qty 1

Add now! Almost out!
Fastest delivery in 5 BUSINESS DAYS

Free shipping for this item ›
✓ $5.00 Credit for delay | ✓ 15-day no update refund | ✓ 30-day no delivery refund
Fastest delivery in 5 business days
Min. order value: $10.00 ›

Safe payments · Secure privacy ›

Order guarantee ›
✓ Free returns · ✓ Best price guarantee · ✓ Return if item damaged

Ikus paintings 73 sold

Follow | Shop all items (9.2K+)

Product details | Save | Report issue ›

| Major Material | Frame Type | Artwork Surface Material |
|---|---|---|
| Canvas | Frameless | Canvas |

Wall Art Form: Poster

Subtotal
$17.44
✓ Free shipping
Checkout (2)
Go to cart
Select all (2)
$8.72
2

11/20/25, 1:05 PM Temu | Checkout

Free shipping › $5.00 Credit for delay | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu Join Now ›

$5.00 Credit for delay ›

Home › Checkout

✓ | Free shipping Incredible

Shipping address Change address ›

OoO OOO +1[redacted]
111 W Jackson Blvd
CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)




1pc Tabby Cat Reading Book Wall Art Poster - Funny "That's What I Do I Read Books" Quote, Glasses-Wearing Briti...
12x16inch/30x40cm
Big sale | Limited time
Qty 1
$3.60
Pre-order: Delivery: 5-13 business days

Standard shipping: FREE, delivery: 5-13 business days, fastest delivery: 5 business days ›

Payment methods

- Apple Pay
- Card
- PayPal
- Cash App Pay
- Klarna 4 interest-free payments of $0.90
- Venmo
- Google Pay

VA 1-748-967



## 167 Sea Crafts

11/20/25, 1:15 PM 1pc whimsical cat in glasses canvas print frameless artistic - Temu




11/20/25, 1:16 PM Temu | Checkout




**VA 1-748-967**



168 CCH wall art

11/20/25, 1:12 PM 2d flat 1pc reading book metal wall art classic - Temu




11/20/25, 1:13 PM Temu | Checkout




VA 1-748-967



## 169 HXL home B

11/20/25, 1:49 PM unframed large canvas wall art whimsical cat reading book - Temu




11/20/25, 1:50 PM Temu | Checkout




**VA 1-748-967**



# 170 Best Wishes Canvas Painting Shop

25/11/2025, 13:43 cat canvas art poster thats read books things - Temu

Free shipping Excludes local items | Delivery guarantee Refund for any issues | Get the Temu App

Best-Selling Items 5-Star Rated Local Warehouse Categories | Orders & Account | Support | English

Home › Home & Kitchen › Wall Art › Charming Cat Canvas Art Po...




BLACK FRIDAY ✓ Free shipping | ✓ $5.00 Credit for delay

Arrives in 5+ BUSINESS DAYS Charming Cat Canvas Art Poster - "That'S What I Do, I Read Books and I Know Things" Quote, Frameless Wall Decor for Living Room, Bedroom, Home Office, Indoor & Outdoor Use, Cat Decor

$4.21 Limited time | Lowest price in 60 days

Size: 11.8×17.72inch/30×45cm No frame

Qty 3 Added

3 Added | Go to cart

Free shipping for this item ›

Fastest delivery in 5 BUSINESS DAYS.

Safe payments · Secure privacy ›

Order guarantee ›

Best Wishes Canvas Painting Shop

9 Followers | 6.6K+ Sold | 4.7 ★

Follow | Shop all items (14K+)

Product details

Save | Report issue ›

Frame Type: Frameless

Theme: Other Topics

Subtotal $12.63 ✓ Free shipping | Checkout (3) | Go to cart | Select all (3) | $4.21 | 3

25/11/2025, 13:45 Temu | Checkout

Free shipping Excludes local items | Price adjustment Within 30 days | Get the Temu App

15-day no update refund ›

Home › Checkout

✓ | Free shipping Incredible

Shipping address Change address ›

Oo O [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (3)

Charming Cat Canvas Art Poster - "That'S What I Do, I Read Books and I Know Things" Quote, Frameless Wall Deco...

11.8×17.72inch/30×45cm No frame

Big sale | Limited time

Qty 3

$4.21

Standard shipping: FREE, delivery: 5-13 business days, fastest delivery in 5 business days ›

Payment methods

- Apple Pay
- Card
- PayPal
- Cash App Pay
- Klarna 4 interest-free payments of $3.48
- Venmo
- Google Pay

VA 1-748-967



# 171 ASDBHYT WALL ART

25/11/2025, 13:49 2d flat 1pc loving cat poster read books - Temu

Free shipping › Excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu | Join Now

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | wall art | Orders & Account | Support | English

Home › Home & Kitchen › Home Decor Products › 2D Flat, 1pc Vintage Book-...




Arrives in 5+ BUSINESS DAYS 2D Flat, 1pc Vintage Book-Loving Cat Poster - "What I Do I Read Books" & "And Know Things" - Mustard-Yellow & Olive-Green Retro Literary Decor - Minimalist Metal Wall Art Sign for Living Room, Bedroom, Home Office - Easy Hanging with Adhesive Strips - Perfect Gift for Readers & Bibliophiles (Bookworms) - Housewarming/Christmas/Easter/Valentine's Decoration - Durable Aluminum Poster, 2D Flat

Sourced from ›

Store items 5.0 ★★★★★

$4.62 LAST FEW | Pay $1.15 today

Free shipping | $5.00 Credit for delay

Size: 7x10inch

Pre-order. Delivery: 5-13 business days

Qty 3 Added

3 Added 7x10inch | Go to cart

Free shipping for this item ›

Fastest delivery in 5 BUSINESS DAYS

Min. order value: $10.00 ›

Safe payments · Secure privacy ›

Order guarantee ›

Free returns | Best price guarantee | $5.00 Credit for delay | Return if item damaged | 15-day

ASDBHYT WALL ART

422 sold | 5 ★

Follow | Shop all items (61K+)

Product details

Save | Report issue ›

Material: Aluminum

Recommended Usage: Multipurpose

Subtotal

$13.86

Free shipping

Checkout (3)

Go to cart

Select all (3)

Almost sold out

$4.62

3

25/11/2025, 13:51 Temu | Checkout

Free shipping › Excludes local items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu | Join Now

Return if item damaged ›

Home › Checkout

Free shipping Incredible

Shipping address Change address ›

Oo O [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (3)

2D Flat, 1pc Vintage Book-Loving Cat Poster - "What I Do I Read Books" & "And Know Things" - Mustard-Yellow &...

7x10inch

Qty 3

ALMOST SOLD OUT

$4.62

Pre-order. Delivery: 5-13 business days

Standard shipping: FREE, delivery: 5-13 business days, fastest delivery in 5 business days ›

Payment methods

Apple Pay

Card

PayPal

Cash App Pay

Klarna 4 interest-free payments of $3.82

Venmo

Google Pay

**VA 1-748-967**



172 JoyMurals local







VA 1-748-967



# 173 E Distant decorative painting

25/11/2025, 14:01 1pc framed wall art thats read books quote - Temu

Free shipping Excludes local items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu

Best-Selling Items 5-Star Rated Local Warehouse Categories Orders & Account Support English




BLACK FRIDAY ✓ Free shipping | ✓ $5.00 Credit for delay

Arrives in 5+ BUSINESS DAYS 1pc Framed Wall Art - "That's What I Do I Read Books" Cat & Book Lover Quote Poster, Modern Classic Decor for Living Room, Bedroom, Office - Indoor Home Decor Gift for Cat Owners & Book Lovers, Office Artwork | Intellectual Charm | Quality Wall Hanging, Cat Decor

$23.36 Limited time

Size
11.81*17.72 inch (30x45 cm) Black Frame
15.7*23.6 inch (40x60 cm) Black Frame
11.81*17.72 inch (30x45 cm) Imitation Wood Grain Frame
15.7*23.6 inch (40x60 cm) Imitation Wood Grain Frame

Qty 1 Added

1 Added Go to cart

Free shipping for this item
Fastest delivery in 5 BUSINESS DAYS
Safe payments · Secure privacy
Order guarantee

E Distant decorative painting | Chat
4 Followers | 710 Sold | 1★
Follow All items (29K+)
Store joined Temu 1 year ago

Product details Save | Report issue
Frame Type: Framed

Subtotal $23.36 Free shipping Checkout (1) Go to cart Select all (1) $23.36

25/11/2025, 14:02 Temu | Checkout

Free shipping Excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu

Return if item damaged

Home > Checkout

✓ | Free shipping Incredible

Shipping address Change address

Oo O [redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)

1pc Framed Wall Art - "That's What I Do I Read Books" Cat & Book Lover Quote Poster, Modern Classic Decor for L...
11.81*17.72 inch (30x45 cm) Black Frame
Big sale | Limited time
$23.36 Qty 1

Standard shipping: FREE, delivery: 5-13 business days, fastest delivery in 5 business days

Payment methods
Apple Pay
Card
PayPal
Cash App Pay
Klarna 4 interest-free payments of $6.43
Afterpay 4 interest-free payments of $6.43
Affirm 4 interest-free payments of $6.43

**VA 1-748-967**



# 174 C Distant decorative painting

25/11/2025, 14:05 2d flat 1pc framed canvas wall art whiskered cats guide - Temu

Free shipping › Excludes local items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu Join Now ›

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | Orders & Account | Support | English

Home › Home & Kitchen › Wall Art › 2D Flat, 1pc Framed Canvas...




BLACK FRIDAY ✓ Free shipping | ✓ $5.00 Credit for delay

Arrives in 5+ BUSINESS DAYS 2D Flat, 1pc Framed Canvas Wall Art - Whiskered Whiz: The Cat's Guide to Literature, Modern Classic 2D Flat Print with Humorous Book-Loving Cat Design, Indoor Home Decor for Living Room, Bedroom, Office - Perfect Holiday & Birthday Gift, Cat Wall Art, Bedroom Artwork, Contemporary Design, Sleek Frame, Durable Material, Gift Shoppers, 2D Flat

Sourced from

$22.58 Limited time | Pay $5.64 today | Lowest price in 60 days

Big sale

Size

11.81*17.72 inch (30x45 cm) Black Frame

15.7*23.6 inch (40x60 cm) Black Frame

Qty 1 Added

1 Added

Go to cart

Free shipping for this item ›

Fastest delivery in 5 BUSINESS DAYS.

Safe payments · Secure privacy ›

Order guarantee ›

C Distant decorative painting | Chat

4 Followers | 653 Sold | 4.8 ★

Follow | All items (31K+)

Store joined Temu 1 year ago

Product details

Save | Report issue ›

Frame Type: Framed

Subtotal $22.58 Free shipping Checkout (1) Go to cart Select all (1) $22.58

25/11/2025, 14:06 Temu | Checkout

Free shipping › Excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu Join Now ›

Return if item damaged ›

Home › Checkout

✓ | Free shipping Incredible

Shipping address Change address ›

Oo O [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)

2D Flat, 1pc Framed Canvas Wall Art - Whiskered Whiz: The Cat's Guide to Literature, Modern Classic 2D Flat Print ...

11.81*17.72 inch (30x45 cm) Black Frame

Big sale | Limited time

Qty 1

$22.58

Standard shipping: FREE, delivery: 5-13 business days, fastest delivery in 5 business days ›

Payment methods

Apple Pay

Card

PayPal

Cash App Pay

Klarna 4 interest-free payments of $6.22

Afterpay 4 interest-free payments of $6.22

Affirm 4 interest-free payments of $6.22

VA 1-748-967



175 Iron Art HalfCare

25/11/2025, 14:08 2d flat 1pc vintage reading wall art - Temu




25/11/2025, 14:09 Temu | Checkout




VA 1-748-967



# 176 YO Gold

25/11/2025, 14:23 2d flat 1pc reading metal sign 8x12 inches - Temu

Free shipping › Excludes local items | Free returns | Get the Temu App | Sell on Temu | Join Now ›

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | Orders & Account | Support | English

Home › Home & Kitchen › Home Decor Products › 2D Flat - 1pc Humorous Cat...




Arrives in 5+ BUSINESS DAYS 2D Flat - 1pc Humorous Cat Reading Metal Sign, 8x12 inches - Durable Iron Wall Decor for Home, Office, Club & Outdoor Spaces - Rustic Vintage Bar Plaque with "Reading Because Murder is Wrong" Message - Ideal Gift for Book Lovers & Cat Enthusiasts, Cat Deco

Sourced from

Store items: 5.0 ★★★★★

$13.99 $5.61 59% OFF | LAST FEW | Pay $1.40 today

✓ Free shipping | ✓ $5.00 Credit for delay

Size: 20*30cm/8*12inch

Pre-order: Delivery 5-13 business days

Qty 3 Added

3 Added | Go to cart

Free shipping for this item ›

Fastest delivery in 5 BUSINESS DAYS.

Safe payments · Secure privacy ›

Order guarantee ›

Free returns | Best price guarantee | $5.00 Credit for delay | Return if item damaged | 15 day

Subtotal $16.83 ✓ Free shipping | Checkout (3) | Go to cart | Select all (3) | Almost sold out | $5.61 | 3

YO Gold

2 Followers | 1.9K+ Sold | 5 ★

Follow | Shop all items (9.2K+)

Product details | Save | Report issue ›

Material: Iron

Recommended Usage: Multipurpose

25/11/2025, 14:24 Temu | Checkout

Free shipping › Excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu | Join Now ›

All data is safeguarded ›

Home › Checkout

✓ | Free shipping Incredible

Shipping address Change address ›

Oo O [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (3)

2D Flat - 1pc Humorous Cat Reading Metal Sign, 8x12 inches - Durable Iron Wall Decor for Home, Office, Club & O...

20*30cm/8*12inch Qty 3

ALMOST SOLD OUT

$5.61 $13.99 -59%

Pre-order: Delivery: 5-13 business days

Standard shipping: FREE, delivery: 5-13 business days, fastest delivery in 5 business days ›

Payment methods

- Apple Pay
- Card
- PayPal
- Cash App Pay
- Klarna 4 interest-free payments of $4.64
- Venmo
- Google Pay

VA 1-748-967



177 Camellia iio

25/11/2025, 14:26 2d flat cat reading books metal wall art - Temu




25/11/2025, 14:27 Temu | Checkout




VA 1-748-967



178 dfgf

25/11/2025, 14:31 2d flat 1pc vintage style cat reading book wall art thats - Temu

Free shipping › Excludes local items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu Join Now

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | red wall art | Orders & Account | Support | English

Home › Home & Kitchen › Seasonal Decor › 2D Flat, 1pc Vintage-Style...




Arrives in 5+ BUSINESS DAYS 2D Flat, 1pc Vintage-Style Cat Reading Book Wall Art - "That'S What I Do, I Read Books and I Know Things" - Rustic Wooden Sign with Floral Background, Perfect for Home, Party, or Holiday Decor, 7.87x5.24 Inches, Cat Decor, 2D Flat

Sourced from ›

$4.20 Pay $1.05 today

✓ Free shipping | ✓ $5.00 Credit for delay

Model: A

Pre-order: Delivery: 5-13 business days

Qty 3 Added

3 Added | Go to cart

Free shipping for this item ›

Fastest delivery in 5 BUSINESS DAYS.

Safe payments · Secure privacy ›

Order guarantee ›

Free returns | Best price guarantee | $5.00 Credit for delay | Return if item damaged | 15 day

dfgf | Chat

126 Followers | 18K+ Sold | 4.8 ★

Follow | All items (7.3K+)

Store joined Temu 2 years ago

Product details | Save | Report issue ›

Recommended Usage: Multipurpose

Subtotal

$12.60

✓ Free shipping

Checkout (3)

Go to cart

Select all (3)

$4.20

3

25/11/2025, 14:32 Temu | Checkout

Free shipping › Excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu Join Now

Return if item damaged ›

Home › Checkout

✓ | Free shipping Incredible

Shipping address Change address ›

Oo O [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (3)



2D Flat, 1pc Vintage-Style Cat Reading Book Wall Art - "That'S What I Do, I Read Books and I Know Things" - Rustic...

Model: A

Qty 3

$4.20

Pre-order: Delivery: 5-13 business days

Standard shipping: FREE, delivery: 5-13 business days, fastest delivery in 5 business days ›

Payment methods

- Apple Pay
- Card
- PayPal
- Cash App Pay
- Klarna 4 interest-free payments of $3.47
- Venmo
- Google Pay

VA 1-748-967



179 Aiwena Home Furnishings Museu

02/12/2025, 11:55 2d flat 2d flat frameless canvas painting high quality mural - Temu




02/12/2025, 12:02 Temu | Checkout




VA 1-748-967



## 180 EclipseAtelier

02/12/2025, 12:08 paint numbers kit adults glasses book canvas art - Temu




02/12/2025, 12:10 Temu | Checkout




## VA 1-748-967



181 Beautiful HX







VA 1-748-967



## 182 demiawaking

02/12/2025, 12:23 full embroidery cotton thread14ctprint cat reading newspaper - Temu

Free shipping > Excludes local items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu Join Now >

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | Orders & Account | Support | English

Home > Arts, Crafts & Sewing > Needlework > Full Embroidery Cotton Thr...



No import charges Arrives in 2+ BUSINESS DAYS - Local warehouse Full Embroidery Cotton Thread14CTPrint Cat Reading Newspaper Cross Stitch17.32x19.69inch

1 sold | Sold by

$9.55 LAST FEW | Pay $2.38 today | Lowest price ever

Extra $5 off orders $50+ with PayPal. T&Cs apply.

Free shipping on orders over $30 from this seller > | $5.00 Credit for delay

Model: DA965

Qty 2 Added

2 Added DA965 | Buy now! Almost out!

Ships from this seller >

Standard: $2.99 or FREE (if ordering $30.00+ from this seller). Fastest delivery in 2 BUSINESS DAYS, Est. arrival before Christmas

Ships earliest in 10h from a partner warehouse.

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments · Secure privacy >

Order guarantee >

Free returns | Best price guarantee | $5.00 Credit for delay | Return if item damaged | 15-day

demiawaking | Chat

71 Followers | 2.7K+ Sold | 4.7 ★

Follow | All items (682)

Store joined Temu 1 year ago

Product details | Save | Report issue >

Material: Cotton

Subtotal $19.10 Checkout (2) | Go to cart | Select all (2) | Ships from this seller | ALMOST SOLD OUT $9.55 | 2

02/12/2025, 12:24 Temu | Checkout

Free shipping > Excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu Join Now >

Return if item damaged >

Home > Checkout

No import charges for all local warehouse items and no extra charges upon delivery

Free returns on all items of this order

Shipping address | Change address >

Oo O [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Ships from demiawaking (2) Local Warehouse



No import charges Full Embroidery Cotton Thread14CTPrint Cat Reading Newspaper Cross Stitch17.32x19.69inch

Model: DA965 | Qty: 2

ALMOST SOLD OUT $9.55

Fast local shipping: $2.99, delivery: 2-7 business days, fastest delivery in 2 business days. Est. arrival before Christmas >

Payment methods

- Apple Pay
- Card
- PayPal | Extra $5 off orders $50+ | Extra $5 off orders $50+. Max 300K rewards. Ends 12/1/2025. T&Cs apply.
- Cash App Pay
- Klarna 4 interest-free payments of $6.01
- Afterpay 4 interest-free payments of $6.01
- Affirm 4 interest-free payments of $6.01

**VA 1-748-967**



183 IshAA

02/12/2025, 12:32 5d diamond painting kit cat reading newspaper sofa - Temu

Free shipping › Excludes local items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu Join Now ›

Best-Selling Items 5-Star Rated Local Warehouse Categories | paint by numbers kits | Hello, O O Orders & Account | Support | English

Home › Arts Crafts & Sewing › Crafting › 5D Diamond Painting Kit - ...



Arrives in 5+ BUSINESS DAYS 5D Diamond Painting Kit - Charming Cat Reading Newspaper on Sofa, Full Round/Square Diamond Mosaic Art, Frameless Acrylic Wall Decor, Handmade Gift for Home or Office, Office Decoration | Playful Design | Detailed Craftsmanship, Cat Decor

Sourced from

$17.26 Pay $4.31 today

Extra $5 off orders $50+ with PayPal. T&Cs apply.

✓ Free shipping | ✓ $5.00 Credit for delay

Model: A1

Size

Round-30x40cm (11.8x15.7inch) | Square-30x40cm (11.8x15.7inch) | Square-40x50cm(15.7x19.6inch) | Square-50x70cm(19.6x27.5inch)

Pre-order: Delivery: 5-13 business days

Qty 1 Added

1 Added Square-50x... | Go to cart

Free shipping for this item ›

Fastest delivery in 5 BUSINESS DAYS. Est. arrival before Christmas

Min. order value: $10.00

Safe payments · Secure privacy ›

Order guarantee ›

Free returns | Best price guarantee | $5.00 Credit for delay | Return if item damaged | 15-day

IshAA

6 Followers | 9.7K+ Sold | 4.8 ★

Follow | Shop all items (509)

Product details | Save | Report issue ›

Major Material: Acrylic (PMMA)

Diamond Shape: Round, Square

Subtotal $17.26 ✓ Free shipping | Checkout (1) $4.31 today with Affirm | Go to cart | Select all (1) | $17.26 | 1

02/12/2025, 12:34 Temu | Checkout

Free shipping › Excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu Join Now ›

All data is safeguarded ›

Home › Checkout

✓ | Free shipping Incredible

Shipping address Change address ›

Oo O [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)

5D Diamond Painting Kit - Charming Cat Reading Newspaper on Sofa, Full Round/Square Diamond Mosaic Art, Fra...

Model: A1 / Square-50x70cm(19.6x27.5inch) Qty 1

$17.26

Pre-order: Delivery: 5-13 business days

Standard shipping: FREE, delivery: 5-13 business days, fastest delivery in 5 business days. Est. arrival before Christmas ›

Payment methods

Apple Pay

Card

PayPal Extra $5 off orders $50+ Extra $5 off orders $50+. Max 300K rewards. Ends 12/1/2025. T&Cs apply.

Cash App Pay

Klarna 4 interest-free payments of $4.75

Venmo

Google Pay

VA 1-748-967



184 Guo You Cai







VA 1-748-967



# 185 K Crafts







VA 1-748-967



186 Cachtershy

12/4/25, 9:33 PM 14ct cat reading newspaper diy full embroidery - Temu




12/4/25, 9:34 PM Temu | Checkout




**VA 1-748-967**



# 187 FREEJK

12/4/25, 9:35 PM 2d flat 1pc 2d vintage metal murder cat - Temu

Free shipping › Excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | cat wall art | Hello, OO Orders & Account | Support | English

Home › Home & Kitchen › Seasonal Decor › 2D Flat, 1pc 2D Vintage Me...





Arrives in 5+ BUSINESS DAYS 2D Flat, 1pc 2D Vintage Metal Sign, Reading Because Murder Is Wrong - Cat in Glasses, Perfect Suitable for Halloween Christmas and Other Holiday Decorations, Indoor/Outdoor Use, Office & Home Decoration 12 inches x 8 inches, 2D Flat

$4.05

Free shipping | $5.00 Credit for delay

Selected Size: 8x12 Inches

Qty 1

Add to cart

Free shipping for this item

$5.00 Credit for delay · 15-day no update refund · 30-day no delivery

Fastest delivery in 5 BUSINESS DAYS, Est. arrival before Christmas

Safe payments · Secure privacy

Order guarantee

Free returns · Best price guarantee · Return if item damaged

FREEJK

9K+ sold | 4.8 ★

Follow | Shop all items (61K+)

Product details

Save | Report issue

Recommended Usage: Multipurpose

Material: Iron

Mounting Type: Wall hanging

Craft Effect: 2D Plane

12/4/25, 9:35 PM Temu | Checkout

Free shipping › Excludes local items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu

All data is safeguarded

Home › Checkout

Free shipping | Incredible

Shipping address | Change address

OO O [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)



2D Flat, 1pc 2D Vintage Metal Sign, Reading Because Murder Is Wrong - Cat in Glasses, Perfect Suitable for Hallow...

8x12 Inches

Qty 1

$4.05

Standard shipping: FREE delivery: 5-13 business days, fastest delivery in 5 business days, Est. arrival before Christmas

Payment methods

Apple Pay

Card

PayPal

Cash App Pay

Klarna 4 interest-free payments of $1.11

Venmo

Google Pay

PayPal Pay Later $30 order min. applies

# VA 1-748-967



# 188 sq Decor

12/5/25, 11:19 PM 2d flat 1pc vintage reading newspaper metal wall - Temu

Free shipping › 15-day no update refund | Free returns for EVERY order | Get the Temu App | Sell on Temu | Join Now ›

Best-Selling Items | 5-Star Rated | Christmas Deal | Local Warehouse | Categories | Orders & Account | Support | English

Home › Home & Kitchen › Home Decor Products › 2D Flat, 1pc Vintage Tabby...





2D Flat, 1pc Vintage Tabby Cat Reading Newspaper Metal Wall Decor - 8x12 Inch (20x30cm) Iron Tabby Cat Art with Glasses & Book - Easy Mounting Hardware Included, Indoor/Outdoor Decoration for Home, Office, Cafe, Bar - Durable 2D Flat Design, Brown Tabby Cat Lover Gift, Traditional Style Multi-Purpose Wall Hanging for Living Room, Restaurant, Garden, Patio, or Office - Charming Cat Artwork, 2D Flat

$6.50

✓ Free shipping | ✓ $5.00 Credit for delay

✓ Selected Size: 20*30cm/8*12inch

Qty 1 Added

1 Added | Go to cart

✓ FREE SHIPPING FOR THIS ITEM ›

✓ $5.00 Credit for delay · ✓ 15-day no update refund · ✓ 30-day no delivery refund

Fastest delivery in 5 business days

Safe payments · Secure privacy ›

Order guarantee ›

✓ Free returns · ✓ Best price guarantee · ✓ Return if item damaged

sq Decor

3K+ Sold | 5 ★

Follow | Shop all items (24K+)

Product details

Save | Report issue ›

Material: Iron

Recommended Usage: Multipurpose

Subtotal

$6.50

✓ Free shipping

$10.00 Min. to checkout

Go to cart

Select all (1)



$6.50

12/5/25, 11:21 PM Temu | Checkout

Free shipping › $5.00 Credit for delay | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu | Join Now ›

All data is safeguarded ›

Home › Checkout

✓ | Free shipping Incredible

Shipping address Change address ›

OO O [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (2)



2D Flat, 1pc Vintage Tabby Cat Reading Newspaper Metal Wall Decor - 8x12 Inch (20x30cm) Iron Tabby Cat Art wit...

20*30cm/8*12inch

Qty 2

$6.50

Standard shipping: FREE, delivery: 5-16 business days, fastest delivery in 5 business days ›

Payment methods

Apple Pay

VISA Visa [redacted] Edit

Billing address:OO O, 111 W Jackson Blvd, CHICAGO, IL 60604-3589, United States

Add a new card

PayPal

Cash App Pay

Klarna 4 interest-free payments of $3.58

VA 1-748-967



## 189 FMINE

12/5/25, 11:22 PM adult printed cross stitch reading newspaper - Temu

Free shipping › $5.00 Credit for delay | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu | Join Now ›

Best-Selling Items | 5-Star Rated | Christmas Deal | Local Warehouse | Categories | Orders & Account | Support | English

Home › Arts, Crafts & Sewing › Needlework › Adult Printed Cross Stitch...



No import charges | Local warehouse Adult Printed Cross Stitch Kit, Cat Reading Newspaper Embroidery Set for Beginners, 14CT Pattern, Counted Embroidery Needle Stitch Set for Home Decoration, 17.32x19.69 inches

Sold by

$16.16 ALMOST SOLD OUT

Free shipping on orders over $30 from this seller › | ✓ $5.00 Credit for delay

✓ Selected Style: DA965

Qty 1 Added

1 Added DA965 | Buy now! Almost out!

Ships from this seller ›

✓ $5.00 Credit for delay · ✓ 15-day no update refund · ✓ 20-day no delivery refu...

Standard: $2.99 or FREE (if ordering $30.00+ from this seller). Fastest delivery in 2 business days. Est. arrival before Christmas

✓ Ships earliest in 11h from a partner warehouse.

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments · Secure privacy ›

Order guarantee ›

✓ Free returns · ✓ Best price guarantee · ✓ Return if item damaged

FMINE | Chat

43 Followers | 1K+ Sold | 4.8 ★

Follow | All items (1.3K+)

Store joined Temu 1 year ago

Product details | Save | Report issue ›

Material: Fabric

Subtotal $16.16 | 1 almost sold out | Go to cart | Select all (1) | Ships from this seller



$16.16

12/5/25, 11:23 PM Temu | Checkout

Free shipping › $5.00 Credit for delay | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu | Join Now ›

All data is safeguarded ›

Home › Checkout

No import charges for all local warehouse items and no extra charges upon delivery

✓ | Free returns on all items of this order

Shipping address | Change address ›

OO O [redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589, United States

Ships from FMINE (1) Local Warehouse



Adult Printed Cross Stitch Kit, Cat Reading Newspaper Embroidery Set for Beginners, 14CT Pattern, Counted Embro...

Style: DA965 | Qty: 1

ALMOST SOLD OUT $16.16

Fast local shipping: $2.99, delivery: 2-7 business days, fastest delivery in 2 business days. Est. arrival before Christmas ›

Payment methods

Apple Pay

VISA Visa [redacted] Edit

Billing address:OO O, 111 W Jackson Blvd, CHICAGO, IL 60604-3589, United States

Please note that if payment fails due to insufficient balance, we will retry payment for just some of your items.

Add a new card

PayPal

Cash App Pay

Klarna 4 interest-free payments of $5.20

## VA 1-748-967



190 fricese

12/5/25, 11:24 PM 14ct pre-printed fabric cat cross stitch kit, fabric needlework set with pre-printed n, craft supplies, , embroidery supplies|whimsical ...




12/5/25, 11:25 PM Temu | Checkout




VA 1-748-967



# 191 kaitinghand

12/5/25, 11:27 PM cat cross stitch kit beginner 14ct - Temu

Free shipping 15-day no update refund | Free returns for EVERY order | Get the Temu App | Sell on Temu Join Now

Best-Selling Items | 5-Star Rated | Christmas Deal | Local Warehouse | Categories | cat fabric | Hello, O O Orders & Account | Support | English

Home > Arts, Crafts & Sewing > Needlework > Cat Stamped Cross Stitch K...





No import charges | Local warehouse Cat Stamped Cross Stitch Kit for Beginner Home DIY 14CT Embroidery Kit 17.32x19.69inch

Sold by

$15.66 ALMOST SOLD OUT! | Pay $3.91 today

Lowest price in 90 days

Free shipping on orders over $30 from this seller > | ✓ $5.00 Credit for delay

✓ Selected Style: DA965

Qty 1 Added

– 1 Added DA965 + | Buy now! Almost out! Fastest delivery in 2 BUSINESS DAYS

Ships from this seller >

✓ $5.00 Credit for delay · ✓ 15-day no update refund · ✓ 20-day no delivery refu.

Standard: $2.99 or FREE (if ordering $30.00+ from this seller), Fastest delivery in 2 business days, Est. arrival before Christmas

✓ Ships earliest in 11h from a partner warehouse.

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments · Secure privacy >

Order guarantee >

✓ Free returns · ✓ Best price guarantee · ✓ Return if item damaged

kaitinghand | Chat

8 Followers | 209 Sold | 5 ★

Follow | All items (2.1K+)

Product details | Save | Report issue >

Material: Fabric

All-season: All Seasons

Subtotal

$15.66

1 almost sold out Checkout (1)

Go to cart

Select all (1)

Ships from this seller >



Almost sold out

$15.66

1

12/5/25, 11:28 PM Temu | Checkout

Free shipping $5.00 Credit for delay | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu Join Now

$5.00 Credit for delay >

Home > Checkout

No import charges for all local warehouse items and no extra charges upon delivery

✓ Free returns on all items of this order

Shipping address | Change address >

OO O [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Ships from kaitinghand (1) Local Warehouse



ALMOST SOLD OUT

Cat Stamped Cross Stitch Kit for Beginner Home DIY 14CT Embroidery Kit 17.32x19.69inch

Style: DA965

Qty: 1

$15.66

Fast local shipping: $2.99, delivery: 2-9 business days, fastest delivery in 2 business days, Est. arrival before Christmas >

Payment methods

Apple Pay

VISA Visa [redacted] | Edit

Billing address:OO O, 111 W Jackson Blvd, CHICAGO, IL 60604-3589, United States

Please note that if payment fails due to insufficient balance, we will retry payment for just some of your items.

Add a new card

PayPal

Cash App Pay

Klarna 4 interest-free payments of $3.06

## VA 1-748-967



192 dreamroseand

12/5/25, 11:29 PM cat cross stitch kit beginner 14ct - Temu




12/5/25, 11:30 PM Temu | Checkout




VA 1-748-967



193 municashop

12/5/25, 11:31 PM — cat cross stitch kit beginner 14ct - Temu

Free shipping › 15-day no update refund | Free returns for EVERY order | Get the Temu App | Sell on Temu | Join Now ›

Best-Selling Items | 5-Star Rated | Christmas Deal | Local Warehouse | Categories | Orders & Account | Support | English

Home › Arts, Crafts & Sewing › Needlework › Cat Stamped Cross Stitch K...



No import charges | Local warehouse Cat Stamped Cross Stitch Kit for Beginner Home DIY 14CT Embroidery Kit 17.32x19.69inch

Sold by

$15.66 ALMOST SOLD OUT | Lowest price in 90 days

Free shipping on orders over $30 from this seller › | ✓ $5.00 Credit for delay

✓ Selected Style: DA965

Qty 1 Added

1 Added DA965 | Buy now! Almost out!

Ships from this seller ›

✓ $5.00 Credit for delay · ✓ 15-day no update refund · ✓ 20-day no delivery refu...

Standard: $2.99 or FREE (if ordering $30.00+ from this seller), fastest delivery in 2 business days. Est. arrival before Christmas

✓ Ships earliest in 11h from a partner warehouse.

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments · Secure privacy ›

Order guarantee ›

✓ Free returns · ✓ Best price guarantee · ✓ Return if item damaged

municashop | Chat

34 Followers | 2.2K+ Sold | 4.7 ★

Follow | All items (1.2K+)

Store joined Temu 1 year ago

Product details | Save | Report issue ›

Material: Fabric

Subtotal $15.66 | 1 almost sold out | Go to cart | Select all (1) | Ships from this seller | Almost sold out | $15.66

12/5/25, 11:33 PM — Temu | Checkout

Free shipping › $5.00 Credit for delay | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu | Join Now ›

All data is safeguarded ›

Home › Checkout

No import charges for all local warehouse items and no extra charges upon delivery

✓ | Free returns on all items of this order

Shipping address | Change address ›

OO O [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Ships from municashop (1) Local Warehouse



Cat Stamped Cross Stitch Kit for Beginner Home DIY 14CT Embroidery Kit 17.32x19.69inch

Style: DA965 | Qty: 1

ALMOST SOLD OUT | $15.66

Fast local shipping: $2.99, delivery: 2-9 business days, fastest delivery in 2 business days. Est. arrival before Christmas ›

Payment methods

Apple Pay

VISA Visa [redacted] | Edit

Billing address:OO O, 111 W Jackson Blvd, CHICAGO, IL 60604-3589, United States

Please note that if payment fails due to insufficient balance, we will retry payment for just some of your items.

Add a new card

PayPal

Cash App Pay

Klarna 4 interest-free payments of $3.06

VA 1-748-967



## 194 Ketbon

12/5/25, 11:36 PM    full embroidery cotton thread14ctprint cat reading newspaper - Temu

Free shipping › 15-day no update refund | Free returns for EVERY order | Get the Temu App | Sell on Temu | Join Temu ›

Best-Selling Items | 5-Star Rated | Christmas Deal | Local Warehouse | Categories | outdoor furniture | Hello, O O Orders & Account | Support | English

Home › Arts, Crafts & Sewing › Needlework › Full Embroidery Cotton Thr...



No import charges | Local warehouse Full Embroidery Cotton Thread14CTPrint Cat Reading Newspaper Cross Stitch17.32x19.69inch

1 sold | Sold by › 5.0 ★★★★★

$15.66 ALMOST SOLD OUT | Pay $3.91 today | Lowest price in 90 days

Free shipping on orders over $30 from this seller › | ✓ $5.00 Credit for delay

✓ Selected Style: DA065

Qty 1 Added

− 1 Added DA065 + | Buy now! Almost out!

Ships from this seller ›

✓ $5.00 Credit for delay · ✓ 15-day no update refund · ✓ 20-day no delivery refu... ›

Standard: $2.99 or FREE (if ordering $30.00+ from this seller), Fastest delivery in 2 business days. Est. arrival before Christmas

✓ Ships earliest in 1 from a partner warehouse.

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments · Secure privacy ›

Order guarantee ›

✓ Free returns · ✓ Best price guarantee · ✓ Return if item damaged

Subtotal $15.66 | 1 almost sold out Checkout (1) | Go to cart | Select all (1) | Ships from this seller › | Almost sold out $15.66 | 1

1 sold | 5.0 ★★★★★ | All reviews are from verified purchases

Recommended | Most recent

pa***za in on Apr 23, 2025 ★★★★★

See all reviews

Ketbon | Chat

181 Followers | 4.2K+ Sold | 4.8 ★

12/5/25, 11:37 PM    Temu | Checkout

Free shipping › $5.00 Credit for delay | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu | Join Temu ›

$5.00 Credit for delay ›

Home › Checkout

No import charges for all local warehouse items and no extra charges upon delivery

✓ Free returns on all items of this order

Shipping address    Change address ›

OO O [redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589, United States

Ships from Ketbon (1) Local Warehouse

Full Embroidery Cotton Thread14CTPrint Cat Reading Newspaper Cross Stitch17.32x19.69inch
Style: DA065    Qty: 1
ALMOST SOLD OUT
$15.66

Fast local shipping: $2.99, delivery: 2-9 business days, fastest delivery in 2 business days. Est. arrival before Christmas ›

Payment methods

Apple Pay

VISA Visa [redacted]    Edit
Billing address:OO O, 111 W Jackson Blvd, CHICAGO, IL 60604-3589, United States
Please note that if payment fails due to insufficient balance, we will retry payment for just some of your items.

Add a new card

PayPal

Cash App Pay

Klarna 4 interest-free payments of $3.06

**VA 1-748-967**



195 FANANDJOY

12/5/25, 11:39 PM 14ct cat reading glasses cross stitch kit pre - Temu




No import charges Local warehouse 14CT Cat Reading with Glasses Stamped Cross Stitch Kit Pre-Printed Cotton Embroidery Canvas with Full Stamp | Beautiful Wall Art for Home Office Decor | Premium Needlepoint Crafts, Adult Beginner-Friendly Holiday/Anniversary Gift (44x50cm/17.32x19.69in), Anniversary Present, Holiday Gift Idea, Reading Theme, Artistic Embroidery, Highquality Needlepoint, Durable Fabric, Craft Supplies, Stamped Stitching, Embroidery Beginners, Gift Shoppers

$15.66 ALMOST SOLD OUT

Free shipping on orders over $30 from this seller | $5.00 Credit for delay

Selected Style: DA965

Qty 1 Added

Buy now! Almost out!

Ships from this seller

Safe payments · Secure privacy

Order guarantee

FANANDJOY | Chat

9 Followers | 360 Sold | 4.5 ★

Follow | All items (1.9K+)

Product details

Material: Cotton

All-season: All Seasons

12/5/25, 11:41 PM Temu | Checkout

No import charges for all local warehouse items and no extra charges upon delivery

Free returns on all items of this order

Shipping address

OO O [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Ships from FANANDJOY (1) Local Warehouse



14CT Cat Reading with Glasses Stamped Cross Stitch Kit Pre-Printed Cotton Embroidery Canvas with Full Stamp | B...

$15.66

Payment methods

Apple Pay

VISA Visa [redacted]

Billing address:OO O, 111 W Jackson Blvd, CHICAGO, IL 60604-3589, United States

Add a new card

PayPal

Cash App Pay

Klarna 4 interest-free payments of $3.06

VA 1-748-967



## 196 Kedemas

12/5/25, 11:17 PM full embroidery cotton thread14ctprint cat reading newspaper - Temu

Free shipping › 30-day no delivery refund | Price adjustment Within 30 days | Get the Temu App | Sell on Temu Join Now ›

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | Hello, OD Orders & Account | Support | English

Home › Arts, Crafts & Sewing › Needlework › Full Embroidery Cotton Thr...



No import charges Arrives in 2+ BUSINESS DAYS - Local warehouse Full Embroidery Cotton Thread14CTPrint Cat Reading Newspaper Cross Stitch44x50cm

1 sold | Sold by

$15.38 ALMOST SOLD OUT! Pay $3.84 today

Lowest price in half year

Free shipping on orders over $30 from this seller › | ✓ $5.00 Credit for delay

Style: DA965

Qty 1

Add to cart | Buy now! Almost out!

Ships from this seller ›

✓ $5.00 Credit for delay · ✓ 15-day no update refund · ✓ 20-day no delivery ›

Standard: $2.99 or FREE (if ordering $30.00+ from this seller). Fastest delivery in 2 BUSINESS DAYS, Est. arrival before Christmas

✓ Ships earliest in 11h from a partner warehouse.

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments · Secure privacy ›

Order guarantee ›

✓ Free returns · ✓ Best price guarantee · ✓ Return if item damaged

Kedemas | Chat

118 Followers | 4K+ Sold | 4.8 ★

Follow | All items (1.7K+)

Store joined Temu 1 year ago

Product details — Save | Report issue ›

| Material | Composition | Color |
|---|---|---|
| Cotton | 100% Cotton | Mixed Color |

Item ID: JR1324975 Copy

Origin: Guangdong,China

12/5/25, 11:20 PM Temu | Checkout

Free shipping › 30-day no delivery refund | Price adjustment Within 30 days | Get the Temu App | Sell on Temu Join Now ›

Return if item damaged ›

Home › Checkout

No import charges for all local warehouse items and no extra charges upon delivery

Free returns on all items of this order

Shipping address — Change address ›

OO O [redacted]

111 W Jackson Blvd

CHICAGO, IL 60604-3589, United States

Ships from Kedemas (1) Local Warehouse



No import charges Full Embroidery Cotton Thread14CTPrint Cat Reading Newspaper Cross Stitch44x50cm

Style: DA965 — Qty 1

$15.38

Standard shipping: $2.99, delivery: 2-7 business days, fastest delivery in 2 business days. Est. arrival before Christmas ›

Payment methods

- Apple Pay
- Card
- PayPal
- Cash App Pay
- Klarna 4 interest-free payments of $4.98
- Venmo
- Google Pay
- PayPal Pay Later $30 order min. applies

**VA 1-748-967**



# 197 Mireille

12/5/25, 11:21 PM diy 14ct embroidery craft cat printed cross stitch - Temu

Free shipping › 15-day no update refund | Free returns for EVERY order | Get the Temu App | Sell on Temu | Join Now

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | Hello, OO Orders & Account | Support | English

Home › Arts, Crafts & Sewing › Needlework › DIY 14CT Embroidery Craft ...



No import charges | Arrives in 2+ BUSINESS DAYS · Local warehouse DIY 14CT Embroidery Craft Cat Stamped (Printed) Cross Stitch Kit Set Home Decor 17.32x19.69inch

Sold by

$15.38 ALMOST SOLD OUT | Pay $3.84 today

Free shipping on orders over $30 from this seller › | ✓ $5.00 Credit for delay

Style: DA965

Qty 1

Add to cart | Buy now! Almost out!

Ships from this seller ›

✓ $5.00 Credit for delay · ✓ 15-day no update refund · ✓ 20-day no delivery ›

Standard: $2.99 or FREE (if ordering $30.00+ from this seller). Fastest delivery in 2 BUSINESS DAYS. Est. arrival before Christmas

✓ Ships earliest in 11h from a partner warehouse

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments · Secure privacy ›

Order guarantee ›

✓ Free returns · ✓ Best price guarantee · ✓ Return if item damaged

Mireille | Chat

13 Followers | 347 Sold | 4.8 ★

Follow | All items (1.3K+)

Store joined Temu 1 year ago

Product details | Save | Report issue ›

| Material | All-season | Theme |
|---|---|---|
| Fabric | All Seasons | Animals |

Color: Mixed Color

Item ID: CT4353747 Copy

12/5/25, 11:23 PM Temu | Checkout

Free shipping › 15-day no update refund | Free returns for EVERY order | Get the Temu App | Sell on Temu | Join Now

$5.00 Credit for delay ›

Home › Checkout

No import charges for all local warehouse items and no extra charges upon delivery

✓ Free returns on all items of this order

Shipping address | Change address ›

OO O [redacted]

111 W Jackson Blvd

CHICAGO, IL 60604-3589, United States

Ships from Mireille (1) Local Warehouse



No import charges DIY 14CT Embroidery Craft Cat Stamped (Printed) Cross Stitch Kit Set Home Decor 17.32x19.69in...

Style: DA965

Qty 1

$15.38

Standard shipping: $2.99 delivery: 2-7 business days, fastest delivery in 2 business days. Est. arrival before Christmas ›

Payment methods

Apple Pay

Card

PayPal

Cash App Pay

Klarna 4 interest-free payments of $4.98

Venmo

Google Pay

PayPal Pay Later $30 order min. applies

# VA 1-748-967



# 198 Everycup

12/5/25, 11:25 PM cat cross stitch kit beginners 14ct embroidery - Temu

Free shipping › $5.00 Credit for delay | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu | Join Now ›

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | stamped embroidery kits | Hello, OO Orders & Account | Support | English

Home › Arts, Crafts & Sewing › Needlework › Cat Stamped Cross Stitch K...



No import charges Arrives in 2+ BUSINESS DAYS · Local warehouse Cat Stamped Cross Stitch Kit for Beginners - 14CT Embroidery, 17.32x19.69inch, Mixed Colors, All-Season Home DIY Craft Kit with Pre-Drilled Holes, Easy to Assemble, Perfect for Cat Lovers, Cat Stitching Kit|Playful Cat Design|Detailed Embroidery, Cat Accessories

Sold by ›

$11.80 ALMOST SOLD OUT Pay $2.95 today

Lowest price ever

Free shipping on orders over $30 from this seller › | ✓ $5.00 Credit for delay

Style: DA965

Qty 1

Add to cart | Buy now! Almost out! Fastest delivery in 2 business days

Ships from this seller ›

✓ $5.00 Credit for delay · ✓ 15-day no update refund · ✓ 20-day no delivery ›

Standard: $2.99 or FREE (if ordering $30.00+ from this seller), Fastest delivery in 2 BUSINESS DAYS, Est. arrival before Christmas

✓ Ships earliest in 11h from a partner warehouse

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments · Secure privacy ›

Order guarantee ›

✓ Free returns · ✓ Best price guarantee · ✓ Return if item damaged

Everycup

2 Followers | 166 Sold | 4.4 ★

Follow | Shop all items (930)

Product details | Save | Report issue ›

| Material | All season | Theme |
|---|---|---|
| Fabric | All Seasons | Cats |

Color: Mixed Color

Item ID: WP5123671 Copy

Origin: Guangdong,China

12/5/25, 11:25 PM Temu | Checkout

Free shipping › 15-day no update refund | Free returns for EVERY order | Get the Temu App | Sell on Temu | Join Now ›

$5.00 Credit for delay ›

Home › Checkout

No import charges for all local warehouse items and no extra charges upon delivery

✓ | Free returns on all items of this order

Shipping address | Change address ›

OO O [redacted]

111 W Jackson Blvd

CHICAGO, IL 60604-3589, United States

Ships from Everycup (1) Local Warehouse



No import charges Cat Stamped Cross Stitch Kit for Beginners - 14CT Embroidery, 17.32x19.69inch, Mixed Colors, Al...

Style: DA965

Qty 1

ALMOST SOLD OUT

$11.80

Standard shipping: $2.99, delivery: 2-7 business days, fastest delivery in 2 business days, Est. arrival before Christmas ›

Payment methods

Apple Pay

Card

PayPal

Cash App Pay

Klarna 4 interest-free payments of $4.00

Venmo

Google Pay

PayPal Pay Later $30 order min. applies

# VA 1-748-967



## 199 kerationch

12/5/25, 11:27 PM cat cross stitch kit beginners pre printed fabric - Temu

Free shipping › 15-day no update refund | Free returns for EVERY order | Get the Temu App | Sell on Temu | Join Now

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | Cat Stamped Cross Stitch Kit for Beginners | Hello, OO Orders & Account | Support | English

Home › Arts, Crafts & Sewing › Needlework › Cat Stamped Cross Stitch K...





No import charges · Arrives in 2+ BUSINESS DAYS - Local warehouse Cat Stamped Cross Stitch Kit for Beginners with Pre-Printed Fabric & 14CT Thread - 17.32x19.69inch Art with Tabby Cat Design, Round Glasses & Reading Posture - All-Season Home Craft Project, Complete Kit with Tools & Vibrant Colors for Wall Hanging or Gift

Sold by Star store ›

$10.29 ALMOST SOLD OUT! Pay $2.57 today

Lowest price ever

Free shipping on orders over $30 from this seller › | ✓ $5.00 Credit for delay

Style: DA965

Qty 1

Add to cart | Buy now! Almost out!

Ships from this seller ›

✓ $5.00 Credit for delay · ✓ 15-day no update refund · ✓ 20-day no delivery ›

Standard: $2.99 or FREE (if ordering $30.00+ from this seller), Fastest delivery in 2 BUSINESS DAYS, Est. arrival before Christmas

✓ Ships earliest in 11h from a partner warehouse

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments · Secure privacy ›

Order guarantee ›

✓ Free returns · ✓ Best price guarantee · ✓ Return if item damaged

kerationch Star store Chat

221 Followers | 9.3K+ Sold | 4.9 ★

Follow | All items (1.4K+)

Store joined Temu 1 year ago

Product details Save | Report issue ›

| Material | All-season | Theme |
|---|---|---|
| Fabric | All Seasons | Cats |

Color: Mixed Color

Item ID: DB9030109 Copy

12/5/25, 11:27 PM Temu | Checkout

Free shipping › $5.00 Credit for delay | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu | Join Now

All data is safeguarded ›

Home › Checkout

No import charges for all local warehouse items and no extra charges upon delivery

✓ Free returns on all items of this order

Shipping address Change address ›

OO O [redacted]
111 W Jackson Blvd
CHICAGO, IL 60604-3589, United States

Ships from kerationch (1) Local Warehouse



No import charges Cat Stamped Cross Stitch Kit for Beginners with Pre-Printed Fabric & 14CT Thread - 17.32x19.69i...

Star store

Style: DA965

Qty 1

ALMOST SOLD OUT $10.29

Standard shipping: $2.99, delivery: 2-9 business days, fastest delivery in 2 business days. Est. arrival before Christmas ›

Payment methods

Apple Pay

Card

PayPal

Cash App Pay

Klarna 4 interest-free payments of $3.58

Venmo

Google Pay

PayPal Pay Later $30 order min. applies

**VA 1-748-967**



# 200 BOS IRONART

12/5/25, 11:28 PM 2d flat 1pc vintage cat reading newspaper metal wall art - Temu

Free shipping › 15-day no update refund | Free returns for EVERY order | Get the Temu App | Sell on Temu | Join Now ›

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | 1pc Vintage Tabby Cat Reading Newspaper Metal Wall | Hello, OO Orders & Account | Support | English

Home › Home & Kitchen › Seasonal Decor › 2D Flat, 1pc Vintage Cat R...




Arrives in US in as little as 3 business days 2D Flat, 1pc Vintage Cat Reading Newspaper Metal Wall Art Plaque - 8"x12" (20cm x 30cm) Rustic Iron Decor for Home, Cafe, or Office - Humorous Gift Idea, Cat Decor, 2D Flat

Sourced from

$8.99 $4.21 53% OFF Pay $1.05 today

Lowest price in 30 days

✓ Free shipping | ✓ $5.00 Credit for delay

Size: 20*30cm/8*12inch

Pre-order: Delivery: 5-10 business days

Qty 1

-53% now! Add to cart!

Free shipping for this item ›

✓ $5.00 Credit for delay · ✓ 15-day no update refund · ✓ 30-day no delivery ›

Arrives in US in as little as 3 business days

Min. order value: $10.00

Safe payments · Secure privacy ›

Order guarantee ›

✓ Free returns · ✓ Best price guarantee · ✓ Return if item damaged

BOS IRONART | Chat

14 Followers | 17K+ Sold | 5 ★

Follow | All items (66K+)

Store joined Temu 1 year ago

Product details | Save | Report issue ›

| Recommended Usage | Material | Mounting Type |
|---|---|---|
| Multipurpose | Iron | Wall hanging |

Theme: Other Topics

Laser Type: Without Laser

12/5/25, 11:29 PM Temu | Checkout

Free shipping › $5.00 Credit for delay | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu | Join Now ›

$5.00 Credit for delay ›

Home › Checkout

✓ | Free shipping Incredible

Shipping address Change address ›

OO O [redacted]

111 W Jackson Blvd

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)



2D Flat, 1pc Vintage Cat Reading Newspaper Metal Wall Art Plaque - 8"x12" (20cm x 30cm) Rustic Iron Decor for H...

20*30cm/8*12inch

Qty 1

$4.21 $8.99 -53%

Pre-order: Delivery: 5-10 business days

Standard shipping: FREE delivery: Arrives in US in as little as 3 business days, fastest delivery in 5 business days ›

Payment methods

- Apple Pay
- Card
- PayPal
- Cash App Pay
- Klarna 4 interest-free payments of $1.16
- Venmo
- Google Pay
- PayPal Pay Later $30 order min. applies

## VA 1-748-967



# 201 Office esports mouse pad

09/12/2025, 20:59 2d flat 2d flat frameless canvas art print - Temu

Free shipping › Excludes local items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu Join Now ›

Best-Selling Items | 5-Star Rated | Christmas Deal | Local Warehouse | Categories | Orders & Account | Support | English

Home › Home & Kitchen › Wall Art › 2D Flat, [2D Flat] Framele...



Arrives in 5+ BUSINESS DAYS 2D Flat, [2D Flat] Frameless Canvas Art Print - Stylish Cat Reading Newspaper, Modern Home Decor for Living Room, Office, or Cafe, Wall Art Decor

Sourced from

$21.31 Pay $5.32 today

✓ Free shipping | ✓ $5.00 Credit for delay

Size

30cmx40cm(11.8inx15.75in) | 60cmx90cm(23.62inx35.43in) | 80cmx120cm(31.5inx47.24in) | 50cmx150cm(19.69inx59.06in) | 80cmx200cm(31.5inx78.74in)

Pre-order: Delivery: 5-17 business days

Qty 1 Added

1 Added 50cmx150c... | Go to cart

Free shipping for this item ›

Fastest delivery in 5 BUSINESS DAYS

Min. order value: $10.00

Safe payments · Secure privacy ›

Order guarantee ›

Free returns | Best price guarantee | $5.00 Credit for delay | Return if item damaged | 15-day

Office esports mouse pad | Chat

1 Follower | 4K+ Sold | 4.8 ★

Follow | All items (25K+)

Store joined Temu 1 year ago

Product details | Save | Report issue ›

Frame Type: Frameless

Subtotal

$21.31

Free shipping

Checkout (1) Pay $5.32 today with Affirm

Go to cart

Select all (1)



$21.31

1

09/12/2025, 21:00 Temu | Checkout

Free shipping › Excludes local items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu Join Now ›

15-day no update refund ›

Home › Checkout

✓ | Free shipping Incredible

Shipping address Change address ›

Oo O [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)



2D Flat, [2D Flat] Frameless Canvas Art Print - Stylish Cat Reading Newspaper, Modern Home Decor for Living Roo...

50cmx150cm(19.69inx59.06in)

Qty 1

$21.31

Pre-order: Delivery: 5-17 business days

Standard shipping: FREE, delivery: 5-17 business days, fastest delivery in 5 business days ›

Payment methods

- Apple Pay
- Card
- PayPal
- Cash App Pay
- Klarna 4 interest-free payments of $5.87
- Afterpay 4 interest-free payments of $5.87
- Affirm 4 interest-free payments of $5.87

VA 1-748-967



# 202 JG Happy Iron







**VA 1-748-967**



203 PENGWEIQW

09/12/2025, 21:05 cat animal diamond painting cross stitch kits mosaic - Temu




09/12/2025, 21:05 Temu | Checkout




VA 1-748-967



# 204 HUALINGYQ local







VA 1-748-967



## 205 PMYCN

12/16/25, 11:50 PM 2d flat, [2d flat] 1pc rustic iron wall decor for bar cute cat with glasses reading a book home or garden decor retro plaque decorati...

Free shipping › 15-day no update refund | Free returns for EVERY order | Get the Temu App | Sell on Temu | Join Now ›

Best-Selling Items | 5-Star Rated | Christmas Deal | Local Warehouse | Categories | Orders & Account | Support | English

Home › Home & Kitchen › Seasonal Decor › 2D Flat, [2D Flat] 1pc Rus...




CHRISTMAS DEAL | Free shipping on orders over $30 from this seller › | ✓ $5.00 Credit for de...

No import charges | Local warehouse 2D Flat, [2D Flat] 1pc Rustic Iron Wall Decor for Bar Cute Cat with Glasses Reading A Book Perfect for Home Or Garden Decor Retro Plaque Decoration Holiday Plaque with Wall Mount Metal Wall Art Sign, 2D Flat

Sold by ›

$2.37

Extra 10% off $40+ with Venmo. T&Cs apply

Big sale | Ends in 09:16:09:48

Size: 11.81x7.87inch

Size guide

Qty 1 Added

1 Added 11.81x7.87inch | Buy now

Ships from this seller ›

✓ $5.00 Credit for delay · ✓ 15-day no update refund · ✓ 20-day no delivery refu... ›

Standard: $2.99 or FREE (if ordering $30.00+ from this seller), fastest delivery in 4 business days

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments · Secure privacy ›

Order guarantee ›

✓ Free returns · ✓ Best price guarantee · ✓ Return if item damaged

PMYCN

PMYCN 2 Followers | 36 Sold | 5 ★

Follow | Shop all items (3.1K+)

Product details | Save | Report issue ›

Recommended Usage: Multipurpose

Style: Classic

Subtotal $2.37 | Checkout (1) | Go to cart | Select all (1) | Ships from this seller › | $2.37 | 1

12/16/25, 11:51 PM Temu | Checkout

Free shipping › $5.00 Credit for delay | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu | Join Now ›

All data is safeguarded ›

Home › Checkout

No import charges for all local warehouse items and no extra charges upon delivery

Free returns on all items of this order

Shipping address | Change address ›

OO O [redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Ships from PMYCN (1) Local Warehouse

2D Flat, [2D Flat] 1pc Rustic Iron Wall Decor for Bar Cute Cat with Glasses Reading A Book Perfect for Home Or Gar...

11.81x7.87inch | Qty: 1

Big sale | Limited time

$2.37

Fast local shipping: $2.99, delivery: 4-7 business days, fastest delivery in 4 business days ›

Payment methods

Apple Pay

VISA Visa · [redacted] | Edit

Billing address:OO O, 111 W Jackson Blvd, CHICAGO, IL 60604-3589, United States

Please note that if payment fails due to insufficient balance, we will retry payment for just some of your items.

Add a new card

PayPal

Cash App Pay

Klarna 4 interest-free payments of $1.40

VA 1-748-967



## 206 Gavin Moon Shop


12/17/25, 12:21 PM 2d flat 1pc retro iron wall art 8x12 inch vintage cat - Temu

Free shipping 15-day no update refund | Free returns for EVERY order | Get the Temu App

Home › Arts, Crafts & Sewing › Crafting › 2D Flat, 1pc Retro Iron Wa...

Fastest delivery: 5 BUSINESS DAYS 2D Flat, 1pc Retro Iron Wall Art - 8x12 Inch Vintage Cat with Glasses Reading Book Metal Sign, Humorous "That's What I Do I Read Books" Quote, Indoor/Outdoor Decor for Home, Café, Garden, Perfect Gift for Book Lovers, Book Decor, 2D Flat, Perfect for Room Decor

$7.82

Free shipping | $5.00 Credit for delay

Quantity: 1pc

Qty 1 Added

1 Added 1pc — Go to cart

Free shipping for this item

Safe payments · Secure privacy

Order guarantee

Gavin Moon Shop
1 Follower | 894 Sold | 4.7 ★
Follow | Shop all items (58K+)

Product details

| Material | Item ID | Origin |
| --- | --- | --- |
| Iron | NA2909841 | Fujian,China |

Subtotal $7.82 Free shipping — $10.00 Min. to checkout — Go to cart — Select all (1) — $7.82




12/17/25, 12:21 PM Temu | Checkout

Free shipping $5.00 Credit for delay | Delivery guarantee Refund for any issues | Get the Temu App

All data is safeguarded

Home › Checkout

Free shipping — Incredible

Shipping address — Change address

OOO [redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589, United States

Free shipping from Temu (1)

2D Flat, 1pc Retro Iron Wall Art - 8x12 Inch Vintage Cat with Glasses Reading Book Metal Sign, Humorous "That's ...
Quantity: 1pc — Qty: 1

$7.82

Standard shipping: FREE, delivery: 5-17 business days, fastest delivery in 5 business days

Payment methods

- Apple Pay
- Card
- PayPal
- Cash App Pay
- Klarna 4 interest-free payments of $2.15

**VA 1-748-967**



## 207 TMArt family







## VA 1-748-967



208 paintarthub

12/12/25, 11:18 AM Don't Mess with This Cat Paint by Numbers – Paintarthub

Free Shipping!

PaintArtHub

United States | USD $

Home | Custom from Photo | Paint by Numbers | Mini Paint by Numbers | Diamond Painting | Accessories | Gift Card | Contact Us

Home / Pets / Don't Mess with This Cat Paint by Numbers



## Don't Mess with This Cat Paint by Numbers

- Relaxing to paint. Beautiful to keep.

★★★★★ 6 reviews

$28.90

Ships within 24 hrs from workshop

Size

40x50cm | 50x65cm | 60x75cm | 70x90cm | 80x100cm | 90x120cm

Format

Rolled Canvas Kit | DIY Frame Kit | Stretched Canvas Kit

ADD TO CART

Enough Paint | 60-Day Returns | Free Shipping

12/12/25, 11:21 AM Checkout - Paintarthub

PaintArtHub

Express checkout

shop | PayPal | G

OR

### Contact

Sign in

Email
[redacted]

Email me with any updates regarding my order

### Delivery

Country/Region
United States

First name (optional)
O

Last name
O

Address
111 W Jackson Blvd

Apartment, suite, etc. (optional)

City
Chicago

State
Illinois

ZIP code
60604



Don't Mess with This Cat Paint by Numbers $28.90
40x50cm / Rolled Canvas Kit

Discount code or gift card

Subtotal

Shipping

**Total**

# VA 1-748-967

