AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>Northern District of Illinois |
|---|---|---|
| DOCKET NO.<br>1:26-cv-12214 | DATE FILED<br>10/6/2026 | |
| PLAINTIFF<br>Avanti Press, Inc. | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | see attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G Bruton | E. Calasanz | 10/6/2026 |

Format m/d/yyyy

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights

3) Upon ter[...] mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

Print | Save As... | Reset

Exhibit 1

**Registration Number**
VA 1-748-967

**Effective date of registration:**
September 17, 2010

## Title

**Title of Work:** "Cat Reading Newspaper" - Greeting Card #02660

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 15, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 187862900-X

## Author

- **Author:** Avanti Press, Inc.

**Author Created:** photograph(s), 2-D artwork, Photo Collage

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Avanti Press, Inc.

155 West Congress, Suite 200, Detroit, MI, 48226

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s), Photograph of Cat (without glasses and newspaper); Photograph of Couch and Pillow

**New material included in claim:** photograph(s), 2-D artwork, Digital manipulation of photographs to create photo collage.

## Rights and Permissions

**Organization Name:** Avanti Press, Inc.

**Name:** Lori A Delisi

**Email:** loridelisi@avantipress.com **Telephone:** 313-262-8637

**Address:** 155 West Congress
Suite 200
Detroit, MI 48226

## Certification

**Name:** Lori Delisi

**Date:** September 13, 2010

**Applicant's Tracking Number:** 14889

