**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Avanti Press, Inc.

Plaintiff,

v.

Case No.: 1:26−cv−12214
Honorable Jorge L. Alonso

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 7, 2026:

MINUTE entry before the Honorable Jorge L. Alonso: Upon an initial review of Plaintiff's complaint, the present motion, and the supporting documents, the Court sua sponte raises the issue of whether these numerous defendants (208) can be properly joined in this single action under Federal Rule of Civil Procedure 20. See Cuomo v. P'ships & Unincorporated Ass'ns Identified on Schedule A, No. 26 C 7119 (N.D. Ill. Jul. 28, 2026) (Alonso, J.), Dkt. No. 19; Anagram Int'l, LLC v. P'ships & Unincorporated Ass'ns Identified on Schedule A, No. 24 CV 12194, 2025 U.S. Dist. LEXIS 43230, at 9 (N.D. Ill. Feb. 21, 2025); Tang v. P'ships & Unincorporated Ass'ns Identified on Schedule A, No. 23 C 4587, 2024 WL 68332, at 3 (N.D. Ill. Jan. 4, 2024); Roadget Bus. Pte. Ltd. v. Individuals, Corps., LLCs, P'ships, & Unincorporated Ass'ns Identified on Schedule A Hereto, No. 23 C 17036, 2024 WL 1858592, at 6 (N.D. Ill. Apr. 29, 2024); Viking Arm AS v. P'ships & Unincorporated Ass'ns Identified on Schedule A, No. 24 C 1566, 2024 WL 2953105, at 3 (N.D. Ill. June 6, 2024). By 10/16/26, Plaintiff must file a memorandum addressing the propriety of joinder in light of the principles set forth in the above−cited cases. In the alternative, Plaintiff has leave to file an amended complaint by 10/16/26 with a smaller subset of defendants, along with a memorandum explaining why that smaller subset of defendants is properly joined, bearing in mind that Rule 20(a)'s requirement for a common transaction or occurrence is not satisfied where multiple defendants have merely infringed the same intellectual property. Estee Lauder Cosms. Ltd. v. P'ships & Unincorporated Ass'sn Identified on Schedule A, 334 F.R.D. 182, 187 (N.D. Ill. 2020) (citing, inter alia, In re EMC Corp., 677 F.3d 1351, 1359 (Fed. Cir. 2012)). The pending motion for expedited discovery [12], is denied without prejudice. The presentment hearing noticed for 10/13/26 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.