EXHIBIT 1

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 1 | liaochengshitaihangnongchanpin | Home Bar Cat Reading Because Murder I Wrong Vintage Tin Sign - Retro Decor for Home, Bar, Kitchen, Garage - M… |   |   |
| 2 | ZBrgik | XUHZIEHN Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign… |   |   |
| 3 | ywyxgs | Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal 8x6inch |   |   |
| 4 | LiQiXia55 | 12x8 InchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sig… |   |   |
| 5 | 淮音商贸行 | 6x8inchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign… |   |   |
| 6 | ChangShaShiXiGuiShangMaoYouXianGongSi | Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign for garage… |   |   |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 7 | xinxiangshiweibinqutengdazaishengziyuanhuisho | 12x16 InchHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign… |  |  |
| 8 | heyuanzhangmaifuzhuang | 8x12 InchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal… |  |  |
| 9 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi | 6x8inchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Si… |  |  |
| 10 | Tie Fa Shi Ye | 8x12 Inch Tin Sign Home Bar Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign… |  |  |
| 11 | owle dinner | 8X12 Incheshome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign… |  |  |
| 12 | HaoXinShuiChan | 12x8 InchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign… |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 13 | Huang2233qingnian | 12x8 InchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign… |  |  |
| 14 | YaoAnXiaoCuanShangMaoYouXianGongSi | 12x16 InchHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sig… |  |  |
| 15 | guoshengtong | Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign Gift For Wo… |  |  |
| 16 | kangpingxiannongtainongjizhuanyehezuoshe | 5.5x8 Incheshome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign… |  |  |
| 17 | xinxiangshibaofushizhenggongcheng | Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign Gift For Wo… |  |  |
| 18 | shanghailubaogongchengshigong | 12x8 InchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign… |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 19 | haerbinshiqiuliangxinxizixunyouxiangongsi | 6x8inchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign… |   |   |
| 20 | KKKll | 6x8inchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign |   |   |
| 21 | yongchengshierheshangmaoyouxiangongsi | 8x12 Inch Tin Sign Home Bar Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign… |   |   |
| 22 | ChenMei46 | 12x16 InchHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign… |   |   |
| 23 | 金华市楸隼电子商务有限公司 | 12x8inchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sig… |   |   |
| 24 | SanHeShiJunHuiShangMaoYouXianGongSi | 8x12 InchHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign… |   |   |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 25 | taizhouluqiaoyuxinyaodianzishangwu | 8x12 Inch Tin Sign Home Bar Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign… |  |  |
| 26 | qiananxianlijialiangshimaoyiyou | Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign Wall Deco… |  |  |
| 27 | hefeiyijihuadianzishangwuyouxiangongsi | Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign Gift For Wo… |  |  |
| 28 | QuJingXuLiaoShangMao | 6x8inchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign… |  |  |
| 29 | wanjishipinzhengzhouyouxian | Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign Wall Decor… |  |  |
| 30 | shanxihongchenjianzhuzhuangshiyouxiangongsi | Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign Wall Decor… |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 31 | Zhou 6985Zuliang | Pioujw 12x8 InchesHome Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Me… |  |  |
| 32 | shanxiyihuifengshengwukeji | Home Bar Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Metal Tin Sign 8x12 inch… |  |  |
| 33 | boaixianchunlinshangmaoyouxiangongsi | Home Bar Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Metal Tin Sign 8x12 inch… |  |  |
| 34 | 柜贤子塑品 | Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Metal Sign 12×8 Inch… |  |  |
| 35 | bozhoushiqiaochengqudongzhaohuashui | Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Metal Sign 12×8 Inch… |  |  |
| 36 | 周游户外用品 | Wowisfox Vintage Funny Cat Tin Sign Reading Because Murder is Wrong with Glasses Newspaper Easy to Hang fo… |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 37 | henanshengchenjingwuyeyou | UGCOJHG 8x12 inches Retro Tin Sign Metal Poster Aluminum Vintage Wall Décor, Reading Book Cat Murder is . |  |  |
| 38 | ChangShaJuBaiYeMaoYiYouXianGongSi | KKWORLD Retro Tin Sign Metal Poster Aluminum Vintage Wall Décor, Reading Book Cat Murder is Wrong, Funny… |  |  |
| 39 | HuHeHaoTeShiYunZhengWei | UGCOJHG 8x12 inches Retro Tin Sign Metal Poster Aluminum Vintage Wall Décor, Reading Book Cat Murder is Wr… |  |  |
| 40 | longekeji2 | Husienzn Retro Tin Sign Metal Poster Aluminum Vintage Wall Décor, Reading Book Cat Murder is Wrong, Funny De… |  |  |
| 41 | 贫铭商贸 | Retro Tin Sign Metal Poster Aluminum Vintage Wall Decor Reading Book Cat Murder Is Wrong Funny Decoration F… |  |  |
| 42 | tianjinbangteyunshugufenyouxiangongsi | Puzzle 1000 Pieces Poster Vintage, Girl Leaning Against a Tree, Lost in Her Book, Funny ation Home Classroom Li… |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 43 | 美眉饰科 | Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign Wall Decor . |  |  |
| 44 | GuangZhouYiWuShangMao | 500 Pieces Jigsaw Puzzle Cat Reading Because Murder is Wrong Cafe Mural Props Toys School Supplies Wooden… |  |  |
| 45 | 金华市淑徵服饰有限公司 | Cat Reading Because Murder Is Wrongsignstinaluminum Sign For Kitchen Home Garden Wall Bar Cafe Decor Funn… |  |  |
| 46 | deyangzhiguangshanxi | Cat Reading Because Murder Is Wrongsignstinaluminum Sign For Kitchen Home Garden Wall Bar Cafe Decor Funn… |  |  |
| 47 | qiuzhouyumojiancaiyouxiangongsi | JKFFCBB Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 12x16 Inch… |  |  |
| 48 | ddhj | Alcohol Is Not In My Vodkabulary""-Funny Wall Decor Tin Sign for Home Kitchen Bar Shop Cave Decor 8x12 Inch |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 49 | ZhuZhouHuJuShangMaoYouXianGongSi | 12x8 Inches Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal… |   |   |
| 50 | xinxiangshihongchenjianzhulaow | es Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 8x12 Inch |   |   |
| 51 | baofengxiantengdazhuangshigongcheng | Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 8x12 Inch… |   |   |
| 52 | suzhoushifuyuecaifangzhi | es Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 8x12 Inch |   |   |
| 53 | anshiqijunguanggaobiaoshizhizuoy | es Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 8x12 Inch |   |   |
| 54 | 室厨垫品 | Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 8x12 Inch… |   |   |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 55 | ShiChiSiWenSanaoYuXiaGongSi | That's What I Do I Read Books and I Know Things Tin Signs Vintage Cat Book Funny Vintage Metal Tin Sign Plaqu… |   |   |
| 56 | zzhir | Aikeory That's What I Do, I Read Books and I Know Things Tin Signs, Vintage Cat Book Funny Vintage Metal Tin Si… |   |   |
| 57 | jiannmn | That's What I Do, I Read Books and I Know Things Tin Signs, Vintage Cat Book Funny Vintage Metal Tin Sign Plaqu… |   |   |
| 58 | fengqiuxianliweiqiangyang | Aikeory That's What I Do, I Read Books and I Know Things Tin Signs, Vintage Cat Book Funny Vintage Metal Tin Si… |   |   |
| 59 | mengchengxianwangyihuajiatingnong | Thats What I Do Read Books and Know Things Tin Signs Vintage Cat Book Funny Aluminum Sign Plaqu Poster W… |   |   |
| 60 | hongfajiadian | Thats What I Do Read Books and Know Things Tin Signs Vintage Cat Book Funny Aluminum Sign Plaqu Poster Wa… |   |   |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 61 | JiangSuZhiQiDianJianSheGongChengYouXianGongSi | Aikeory That's What I Do, I Read Books and I Know Things Tin Signs, Vintage Cat Book Funny Vintage Metal Tin Si… |  |  |
| 62 | yiwushiyankuaidianzishangwuyouxiangongsi | Aikeory That's What I Do, I Read Books and I Know Things Tin Signs, Vintage Cat Book Funny Vintage Metal Tin Sig… |  |  |
| 63 | jinchengshisuqianggongmaoyouxiangongsi | That'S What I Do I Read Books And I Know Things Cat Wall Art Poster Signs Posters Funny Metal Sign For Man Ca… |  |  |
| 64 | guangzhoulitongbaihuoyouxiangongsi | That'S What I Do I Read Books And I Know Things Cat Wall Art Poster Signs Posters Funny Metal Sign For Man Ca… |  |  |
| 65 | taihexianbaochuanmingnongyejiating | That's What I Do I Read Books And I Know Things Vintage Tin Sign Cat Lover Gift Funny Cat Decor Book Lover Gift… |  |  |
| 66 | 户外辉手电品 | That's What I Do I Read Books And I Know Things Vintage Tin Sign Cat Lover Gift Funny Cat Decor Book Lover Gif… |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 67 | dongmingxiyuanduoshangmao | That's What I Do I Read Books And I Know Things Vintage Tin Sign Cat Lover Gift Funny Cat Decor Book Lover Gift… |   |   |
| 68 | shanxizhongtaijixieshebeiyouxiangongsi | That'S What I Do I Read Books And I Know Things Cat Wall Art Poster Signs Posters Funny Metal Sign For Man C… |   |   |
| 69 | HeNanMiLuoMenChuang | Retro Tin Sign That's What I Do Vintage Funny Poster Wall Decor Art Gift 8x12 Inches |   |   |
| 70 | henanhongyangzhuangshisheji | 500 Pieces Jigsaw Puzzle French Bulldog Why Hello Vertical, Dog Lovers, Restroom, Bathroomstyle,Ation, Ation, M… |   |   |
| 71 | jinchengshimeishiwenhuayishuchuanmeiyouxiangongsi | Vintage Metal Tin Sign That'S What I Do I Read Books And I Know Things Cat Posters Wall Art for Dorm Home Offi… |   |   |
| 72 | yunchengshichengyunqichexiaoshoufuwuyouxiangongsi | Vintage Metal Tin Sign That'S What I Do I Read Books And I Know Things Cat Posters Wall Art for Dorm Home Off… |   |   |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 73 | XiongAnYouZhengShangMao | Cat Poster Thats What I Do and Know Things Smoke Metal Sign 8x12 inch |  |  |
| 74 | TangShanRenYingShangMao | Cat Poster Thats What I Do and I Know Things Poster, Cat Smoke Poster Metal Sign 12°x8" |  |  |
| 75 | ZhuZhouXieSuShangMaoYouXianGongSi | Cat Poster Thats What I Do and I Know Things Poster, Cat Smoke Poster Metal Sign 12"x8" |  |  |
| 76 | honghesanyuqichexiaoshoufuwu | Cat Poster Thats What I Do and Know Things Smoke Metal Sign 8x12 inch |  |  |
| 77 | 建俣凳品贸易 | Cat Poster Thats What I Do and Know Things Smoke Metal Sign 8x12 inch |  |  |
| 78 | 瀚立门帽挂件 | Cat Poster Thats What I Do and I Know Things Poster, Cat Smoke Poster Metal Sign 12"x8" |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 79 | guangzhouchenhuijimaoyiyouxiangongsi | Vintage Metal Signs This Is What I Do I Read I Know Things Retro Tinplate Wall Art Poster Sign For Room Office… |   |   |
| 80 | jiangxianxinlijixieshebeizhizaochang | Vintage Metal Signs This Is What I Do I Read I Know Things Retro Tinplate Wall Art Poster Sign For Room Office Cof… |   |   |
| 81 | guangzhoulinglengxingshangmaoyouxiangongsi | This Is What I Do I Read I Know Things Retro Tinplate Metal Sign Fun & Quirky Creativewall Decor Art 8 * 12 Inch… |   |   |
| 82 | guangzhourongtongbaihuoyouxiangongsi | This Is What I Do I Read I Know Things Retro Tinplate Metal Sign Fun & Quirky Creativewall Decor Art 8 * 12 Inch… |   |   |
| 83 | xianyoujianhuastore | Framed Reading Cat Poster Canvas Print Art, Vintage Funny Wall Art, Pictures, Painting, Wall Decor, Art Print for L… |   |   |
| 84 | Lakequill | LAKEQUILL 14CT Cat Stamped Cross Stitch Kit for Beginners, Pre-Printed Embroidery with Thread for Easy DIY Ho… |  |   |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 85 | HuamuTech | Cat Stamped Cross Stitch Kit for Beginner DIY 14CT Embroidery Kit Home Decor 44x50cm |  |  |
| 86 | guangzhoutuanpeidianzishangwushanghanggerenduzi | HSFHXY That’S What I Do I Read Books And I Know Things Cat Funny Poster 8x12 Inch Vintage Aluminum Metal . |  |  |
| 87 | datongshiyungangqulongtongwuliuyouxiangongsi | HSFHXY That'S What I Do I Read Books And I Know Things Cat Funny Poster 8x12 Inch Vintage Aluminum Metal T… |  |  |
| 88 | shangluohuayangqinlingyaoyeyouxiangongsi | Funny Vintage Signs Posters This Is What I Do I Read I Know Things Retro Tinplate Wall Art for Bedroom Man Cave… |  |  |
| 89 | jinchengshiyunpengchehangyouxiangongsi | Funny Metal Tin Signs I Read Books Tin Sign Poster Wall Art for Dorm Home Garage Office Decor 8X12inch |  |  |
| 90 | yonggexuexiudian | YRTMHU 5D Diamond Painting Custom by Number Kits, DIY Cross Stitch Full Drill Crystal Rhinestone Embroidery… |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 91 | henanhuicongjishuzhuanyizixun | BULDRN Cat Vintage Tin Sign 8"x12" That's What I Do I Read and I Know Things Poster Wall Decor for Home Farm… |  |  |
| 92 | 洪宇小店 | That'S What I Do I Read And I Know Things Cat Lover Cat And Book Lover Retro Metal Tin Sign 8X12 Inches |  |  |
| 93 | dengzhoushizhuokangshangmao | VGDRJB Funny Cat Vintage Metal Tin Sign 8×12 Inch That's What I DO I Read Books Home Bathroom Cafe Pet Lo… |  |  |
| 94 | Guangzhou Runban Trading Co., Ltd | 500 Pieces Jigsaw Puzzle for Adults Teens Kids, Funny Cat Reading Newspaper Wood Jigsaw Puzzle, Brain Challe… |  |  |
| 95 | TimeToBloom | Cat Stamped Cross Stitch Kit for Beginner Home DIY 14CT Embroidery Kit 44x50cm |  |  |
| 96 | C'eitura store US | C'eitura DIY 14CT Reading Cat Stamped Cross Stitch Kits for Beginners or Adults Embroidery Starter Patterns \| DI… |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 97 | xueqianshangmao | Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 8X12 Inch |  |  |
| 98 | DHFEF | Home Bar Tin Sign Cat Reading Because Murder Is Wrong Vintage Poster Wall Decor Retro Metal Sign 8X12 Inch |  |  |
| 99 | changjundi | Husienzn Retro Tin Sign Metal Poster Aluminum Vintage Wall Décor, Reading Book Cat Murder is Wrong, Funny Decoration for Of… |  |  |
| 100 | yuping wang | Tin Sign Vintage That'S What I Do. I Read Books And I Know Things Metal Tin Sign Wall Decor Rustic Farmhouse Sign Decor Gift… |  |  |
| 101 | TM Banana | 2d flat 1pc funny metal poster vintage murder |  |  |
| 102 | SYS Art shop | 2d flat 1pc vintage literary cat reading book metal wall |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 103 | Zz sunshine | 8x12 inch frameless iron metal wall art vintage cat reading |   |   |
| 104 | FFAINELW | vintage reading murder metal poster retro tin sign wall |   |   |
| 105 | TM Posters | 2d flat 1pc funny reading murder saying metal poster vintage |   |   |
| 106 | Tsigns Unlimited | 1pc vintage cat reading metal tin sign murder funny |   |   |
| 107 | Your painting H | 1pc 12x8 inch aluminum metal sign whimsical cat reading |   |   |
| 108 | Vintage decorative painting | 1pc vintage metal tin sign funny newspaper retro |   |   |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 109 | DOUlink | 12x8 inch vintage cat reading metal tin sign murder |  |  |
| 110 | Creative Sign Shop | 1pc whimsical cat reading vintage metal sign murder |  |  |
| 111 | Shook Art Studio | 1pc vintage 2d metal wall art sign 8x12 inch rustic |  |  |
| 112 | Artistry Haven Creations | 2d flat 1pc vintage aluminum wall sign cat reading murder |  |  |
| 113 | FJWOZUQV | tin sign 8x12 reading read books cat cats pets funny |  |  |
| 114 | LZMGXBBQD | vintage reading murder cat metal tin sign retro wall art |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 115 | XM ART | room decoration 1pc whimsycat vintage metal iron sign 20 |  |  |
| 116 | IronPcArt | vintage inspired read things metal sign rust waterproof |  |  |
| 117 | Feylor | vintage tinplate painting thats read books things high |  |  |
| 118 | Reigen Arataka | 1 reading vintage aluminum metal sign artwork poster |  |  |
| 119 | EDFVH | vintage metal sign thats read books things rustic wall |  |  |
| 120 | PSDKHSFH | 1pc tin sign vintage cat read books metal sign |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 121 | Steel Strokes | 1pc 2pcs vintage tinplate wall art thats read books |  |  |
| 122 | Liudanwei shop | 2d1pc whimsical cat reading book metal wall art 8x12 inch |  |  |
| 123 | Diyva | 2d flat decorative sign plaque 1pc 2d flat metal tin sign |  |  |
| 124 | PPLOVEO | 1pc vintage cat reading metal tin sign 8 x12 humorous thats |  |  |
| 125 | Classic Couture Collection | metal plaque novelty sign retro metal sign wall decor home |  |  |
| 126 | Bygone Beauties | 2d flat 1pc 2 vintage decorative plaque sign |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 127 | DPDB | 2d flat 1pc 8x12 inch wall art reading murder |   |   |
| 128 | Galvin Decoration | 1pc 8x12 frameless metal wall art reading murder cute |   |   |
| 129 | DOUYS | 2d flat 1pc 8x12 inch iron metal wall art reading murder |   |   |
| 130 | JIULI SHAGNDIAN S | 2d flat 1pc vintage reading murder metal wall sign |   |   |
| 131 | OTJRJFSD | 1pc 8x12 frameless metal wall art reading murder cute |   |   |
| 132 | Birds lin | 2d flat vintage cat reading murder metal sign 8x12 |   |   |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 133 | TP MISS | 2d flat 1pc retro tin sign funny reading murder |  |  |
| 134 | Home DIY Decoration | vintage tinplate wall art thats read books things |  |  |
| 135 | Life As You Wish | 2d flat 1pc whimsical cat reading book metal wall art thats |  |  |
| 136 | cookie art | reading books canvas wall art decor wrapped |  |  |
| 137 | Nearly Dream | 2d flat 1 loving wall art poster cute tabby kitten |  |  |
| 138 | Niceposter | room decor 1pc framed painting cat canvas posters |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 139 | YCJ Decorative paintings and posters | 1pc 2d flat print not 3d quirky humorous vintage style cat |  |  |
| 140 | POP TD | 1 reading book metal wall art pre drilled waterproof |  |  |
| 141 | Canvas Nook | 2d flat 1pc vintage metal tin plaque funny book lover decor |  |  |
| 142 | NiuCanvasPainting | 1pc funny book lovers wall decor thats read books |  |  |
| 143 | JIULI SHAGNDIAN UU | 8x12 inch funny cat reading book metal tin |  |  |
| 144 | penlonb | wall art cat wearing glasses reading book thats |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 145 | RetroMetal Art | 2d flat 1pc vintage cat reading book iron wall art 2d flat |  |  |
| 146 | LXS Art Decoration | room decoration 1 reading book metal wall art pre |  |  |
| 147 | LUCKYAURAGOOD | 2d flat frameless canvas 2d flat design read things |  |  |
| 148 | Dtiepidianpu | 2d flat 1pc metal sign cat wearing glasses a book |  |  |
| 149 | RGBReveries | cat canvas art poster read books things |  |  |
| 150 | ChenHongJESSE | 2d flat 1pc 2d flat metal iron plaque cat reading books home |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 151 | Yan Yan Hang | 2d flat canvas art poster read books |   |   |
| 152 | April aa | vintage thats read things cat book metal wall art sign |   |   |
| 153 | CYX Canvas Connoisseurs | 1pc funny book lovers wall decor thats read books |   |   |
| 154 | Industrial Art Plate Jun | 1pc funny cat book wall art thats read books things |   |   |
| 155 | Ming Hanxing trade | vintage metal sign work 8x12 inches retro iron wall art |   |   |
| 156 | Artisan Craftworks of shop | 2d flat 1pc vintage metal aluminum sign poster artworks |   |   |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 157 | Canvas coefficient | 2d flat 1pc loving cat metal wall plaque funny |   |   |
| 158 | CanvanShop xl | 1pc funny book lovers wall decor thats read books |   |   |
| 159 | Bloone | 1pc funny book loving cat poster thats read books |   |   |
| 160 | Re reloading | 1pc funny book lover wall decor thats read books vintage |   |   |
| 161 | fan fan de Lou | 1pc funny book loving cat wall art print thats read books |   |   |
| 162 | KYX The initial beauty | 1pc funny book loving cat poster vintage literary wall decor |   |   |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 163 | XMYIBAISHENGTwo | decorative plaque home bar sign cat reading murder |  |  |
| 164 | BEAUTIFULFORYOUAB | 1pc whimsical cat in glasses canvas wall art |  |  |
| 165 | A Sincere Decorative painting | 1pc art deco cat reading book canvas wall art |  |  |
| 166 | Ikus paintings | 1pc reading book wall art poster funny thats read |  |  |
| 167 | Sea Crafts | 1pc whimsical cat in glasses canvas print frameless artistic |  |  |
| 168 | CCH wall art | 2d flat 1pc reading book metal wall art classic |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 169 | HXL home B | unframed large canvas wall art whimsical cat reading book |  |  |
| 170 | Best Wishes Canvas Painting Shop | cat canvas art poster thats read books things |  |  |
| 171 | ASDBHYT WALL ART | 2d flat 1pc loving cat poster read books |  |  |
| 172 | JoyMurals local | 1 loving cat themed metal aluminum sign decor |  |  |
| 173 | E Distant decorative painting | 1pc framed wall art thats read books quote |  |  |
| 174 | C Distant decorative painting | 2d flat 1pc framed canvas wall art whiskered cats guide |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 175 | Iron Art HalfCare | 2d flat 1pc vintage reading wall art |  |  |
| 176 | YO Gold | 2d flat 1pc reading metal sign 8x12 inches |  |  |
| 177 | Camellia iio | 2d flat cat reading books metal wall art |  |  |
| 178 | dfgf | 2d flat 1pc vintage style cat reading book wall art thats |  |  |
| 179 | Aiwena Home Furnishings Museu | 2d flat 2d flat frameless canvas painting high quality mural |  |  |
| 180 | EclipseAtelier | paint numbers kit adults glasses book canvas art |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 181 | Beautiful HX | 2d flat jit 2d flat retro cat reading metal fun |  |  |
| 182 | demiawaking | full embroidery cotton thread14ctprint cat reading newspaper |  |  |
| 183 | lshAA | 5d diamond painting kit cat reading newspaper sofa |  |  |
| 184 | Guo You Cai | cat canvas art poster read things |  |  |
| 185 | K Crafts | stylish canvas art poster read things |  |  |
| 186 | Cachtershy | 14ct cat reading newspaper diy full embroidery |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 187 | FREEJK | 2d flat 1pc 2d vintage metal murder cat |  |   |
| 188 | sq Decor | 2d flat 1pc vintage reading newspaper metal wall |  |   |
| 189 | FMINE | adult printed cross stitch reading newspaper |  |   |
| 190 | fricese | 14ct pre-printed fabric cat cross stitch kit, fabric needlework set with pre-printed n, craft supplies, , embroidery supplies\|whimsical… |  |   |
| 191 | kaitinghand | cat cross stitch kit beginner 14ct |  |   |
| 192 | dreamroseand | cat cross stitch kit beginner 14ct |   |   |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 193 | municashop | cat cross stitch kit beginner 14ct |  |  |
| 194 | Ketbon | full embroidery cotton thread14ctprint cat reading newspaper |  |  |
| 195 | FANANDJOY | 14ct cat reading glasses cross stitch kit pre |  |  |
| 196 | Kedemas | full embroidery cotton thread 14ctprint cat reading newspaper |  |  |
| 197 | Mireille | diy 14ct embroidery craft cat printed cross stitch |  |  |
| 198 | Everycup | cat cross stitch kit beginners 14ct embroidery |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 199 | kerationch | cat cross stitch kit beginners pre printed fabric |  |  |
| 200 | BOS IRONART | 2d flat 1pc vintage cat reading newspaper metal wall art |  |  |
| 201 | Office esports mouse pad | 2d flat 2d flat frameless canvas art print |  |  |
| 202 | JG Happy Iron | 2d flat 1pc vintage metal wall art reading |  |  |
| 203 | PENGWEIQW | cat animal diamond painting cross stitch kits mosaic |  |  |
| 204 | HUALINGYQ local | 1pc vintage reading wall art 8x12 inch retro |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 205 | PMYCN | 2d flat, [2d flat] 1pc rustic iron wall decor for bar cute cat with glasses reading a book home or garden decor retro plaque decorati… |  |  |
| 206 | Gavin Moon Shop | 2d flat 1pc retro iron wall art 8x12 inch vintage cat |  |  |
| 207 | TMArt family | metal iron sign literary style cat tin painting wearing |  |  |
| 208 | paintarthub | Don't Mess with This Cat Paint by Numbers |  |  |